1  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
2  Perkins Coie LLP
   3150 Porter Drive
3  Palo Alto, CA  94304-1212
   Telephone:  650.838.4300
4  Facsimile:  650.838.4350

5  Todd M. Hinnen (*pro hac vice* application pending)
   THinnen@perkinscoie.com
6  Ryan Spear (*pro hac vice* application pending)
   RSpear@perkinscoie.com
7  Perkins Coie LLP
   1201 Third Avenue, Suite 4900
8  Seattle, WA  98101-3099
   Telephone:  206.359.8000
9  Facsimile:  206.359.9000

10 Attorneys for Plaintiff Niantic, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation.<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20,<br><br>　　　　　　　Defendants. | Case No.  19-cv-3425<br><br>**NIANTIC, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, plaintiff Niantic, Inc. ("Niantic"), through the undersigned counsel, certifies that (1) Niantic has no parent corporation and (2) the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

The only person or entity that owns more than 10 percent of Niantic's stock, on a fully-diluted basis, is Google LLC. As of this date, Niantic is unaware of any other person or entity, other than the named parties, with a financial or other interest that could be substantially affected by the outcome of this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED:  June 14, 2019

**PERKINS COIE LLP**

By:  */s/ Julie E. Schwartz*
     Julie E. Schwartz, Bar No. 260624
     JSchwartz@perkinscoie.com

Attorneys for Plaintiff Niantic, Inc.