Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (*pro hac vice* application pending)
THinnen@perkinscoie.com
Ryan Spear (*pro hac vice* application pending)
RSpear@perkinscoie.com
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20,<br><br>Defendants. | Case No. 19-cv-3425<br><br>**DECLARATION OF ERIC LANZ IN SUPPORT OF NIANTIC, INC.'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

I, Eric Lanz, declare and state as follows:

1. I am a Senior Software Engineer at Niantic, Inc., a position I have held since February 2018. My responsibilities in this role include writing code for Niantic, analyzing malicious and suspicious applications, and designing and implementing code security features to defeat hackers and malicious actors.

2. This declaration is based on my personal knowledge, investigation, and review of Niantic's business records and is made to the best of my knowledge, information, and belief. If called to testify regarding the facts set forth in this declaration, I could and would testify competently.

**A.   Niantic's Mobile Games and Applications**

3. Niantic currently publishes three popular location-based augmented reality games: *Harry Potter: Wizards Unite* ("*Harry Potter*"), *Pokémon GO*, and *Ingress*.

4. In Niantic's games, the world is the game board. Players interact with augmented reality characters and features that appear on the screens of their mobile devices when they visit real-world locations.

5. For example, in Niantic's *Pokémon GO* game, players collect imaginary creatures called "Pokémon" by searching for and finding them in real-world locations (e.g., parks) and then capturing them using "Pokéballs." Players can obtain Pokéballs by visiting "Pokéstops," which are also found at real-world locations (e.g., fountains and murals).

6. For the Court's convenience, attached as Exhibits A-1 (*Harry Potter*), A-2 (*Pokémon GO*), and A-3 (*Ingress*) are short video clips that show how Niantic's games work.

7. To play Niantic's games, players download and install Niantic's mobile applications ("apps") on their mobile devices. Those apps connect to the Internet and, through the Internet, obtain game-related information from Niantic's servers (e.g., names and locations of nearby characters or features), which is then rendered on the screens of players' mobile devices.

8. Niantic's apps are the only authorized means for players to access Niantic's servers in order to play Niantic's games. All other means are prohibited.

**B.      Niantic's Copyrighted Code**

9. I understand that Niantic has obtained from the U.S. Copyright Office a Certificate of Registration for a computer program titled "*Pokémon GO*, Version 0.133.0."

10. *Pokémon GO*, Version 0.133.0 is the client code comprising version 0.133.0 of Niantic's app for the *Pokémon GO* game, which was released worldwide on January 28, 2019.

11. I understand that Niantic has obtained from the U.S. Copyright Office a Certificate of Registration for a computer program titled "*Ingress*, Version 2.11.2."

12. *Ingress*, Version 2.11.2 is the client code comprising version 2.11.2 of Niantic's app for the *Ingress* game, which was released worldwide on November 5, 2018.

13. In the mobile app industry, the term "client code" refers to code that users install on their mobile devices when they install apps. Client code is distinguished from "server code," which exists on a remote computer server (not the user's mobile device). Niantic's games utilize client code and server code. When players use Niantic's mobile apps on their mobile devices, the client code in Niantic's mobile apps interacts with server code on Niantic's servers to create the game-playing experience.

14. Client code can take the form of "source code," which is human-readable instructions for executing the program, or it can take the form of "binary code," which is machine-readable instructions for executing the program. Source code must be compiled into binary code before it can be installed on the user's mobile device. That means that when Niantic's customers install Niantic's mobile apps on their mobile devices, they install the binary form of Niantic's client code.

15. Whether it is expressed as source code or binary code, generally speaking, Niantic's client code includes two distinct types or bodies of code: "game-specific client code" and "platform client code." Game-specific client code is code that is unique to a particular game (e.g., *Pokémon GO*). Platform client code is the body of client code that is common or very similar across all of Niantic's game titles that are released around the same time. Some version of the platform client code appears in all relevant versions of all Niantic's apps.

DECLARATION OF ERIC LANZ

16. As a practical matter, this means that if a person copies the complete set of client code making up version 0.133.0 of the *Pokémon GO* app, then that person will also necessarily copy the platform client code within version 0.133.0 of the *Pokémon GO* app.

17. Niantic's platform client code, among other things, enables Niantic's customers to access Niantic's servers and play Niantic's games through Niantic's apps. It includes several discrete modules, including modules that relate to authentication; modules that control and regulate the exchange of map data and geographic point-of-interest data, e.g., map "tiles," between Niantic's servers and Niantic's apps; and modules that contain technical security measures.

18. Because Niantic releases new, updated versions of its mobile apps every few weeks, each successive version of each mobile app contains a significant portion of client code that is the same as the previous version, and they almost always contain some new code. This is true for both the game-specific client code, and for the platform client code.

**C.    Defendants and the Cheating Program**

19. I understand that defendants create and distribute (a) a program titled *Potter++* (or, in some cases, *Unite ++*), which is a modified version of Niantic's app for *Harry Potter*; (b) a program titled *PokeGo++*, which is a modified version of Niantic's app for *Pokémon GO*; and (c) a program titled *Ingress++*, which is a modified version of Niantic's app for *Ingress*. In this declaration, I refer to *Potter++*, *PokeGo++*, and *Ingress++* collectively as the "Cheating Programs."

20. Niantic's records and investigation indicate that Global++'s primary spokesperson, leader, and developer is an individual who uses the handle "ElliotRobot" in social media and other online forums. Niantic's investigation also indicates that an individual who uses the handle "iOS n00b" (or, in some cases, "i0S n00b") in social media and other online forums operates a popular YouTube channel advertising Global++'s products (www.youtube.com/channel/UCVREwRUiyDpb3YXD_uaVrZw) and moderates the Global++ Facebook page (www.facebook.com/globalplusplus/).

21. Niantic's records and investigation indicate that defendant Ryan Hunt is the person who uses the handle "ElliotRobot" and that defendant Alen Hundur is the person who uses the handle "iOS n00b." Niantic's records and investigation also indicate that there are other, unidentified individuals involved with supporting Global++ and providing the Cheating Programs. In this declaration, I refer to Global++, Hunt, Hundur, and the other unidentified individuals collectively as the "defendants."

22. Based on my investigation, including my review of defendants' online statements, there are four basic steps to defendants' creation of the Cheating Programs.

23. First, defendants download and obtain copies of Niantic's legitimate mobile apps from Apple's online App Store. As noted above, each of the copies of Niantic's legitimate mobile apps includes a version of Niantic's client code, including Niantic's platform client code.

24. Second, defendants circumvent technical security measures designed to protect the client code in Niantic's mobile apps, including encryption measures intended to prevent unauthorized third parties from accessing and copying the code. That circumvention allows defendants to access and copy Niantic's client code, in its entirety, without Niantic's permission.

25. Third, defendants create copies of Niantic's client code. Defendants then use those copies to modify and adulterate Niantic's client code, creating new versions of the client code—the Cheating Programs. At this step, defendants remove or defeat security measures in Niantic's client code by, among other things, disabling specific pieces of code, including code for security measures that, in the normal course of operation, would prevent modified or adulterated versions of the client code from accessing Niantic's servers. Defendants also modify the client code by, among other things, adding their own code to Niantic's client code. As described in more detail below, the code added by defendants enables users of the Cheating Programs to take unauthorized actions in Niantic's games, i.e., to cheat.

26. Fourth and finally, defendants publish the modified client code as their Cheating Programs and market and distribute the Cheating Programs under the titles *Potter++*, *PokeGo++*, and *Ingress++*.

27. Each time Niantic releases new versions of its mobile apps, defendants repeat the steps described above (or substantially similar steps) and publish new, corresponding versions of their Cheating Programs.

28. For example, when Niantic released Version 0.6.0 of *Harry Potter* (the first public beta version of the game) in New Zealand on April 16, 2019, defendants released the first version of *Potter++*, their modified version of the app, on or about May 10, 2019.

29. Similarly, when Niantic released Version 0.146.0 of the *Pokémon GO* app on June 10, 2019, defendants released a new version of *PokeGo++*, their modified version of the app, that same day.

30. Based on the speed with which defendants have released new versions of their Cheating Programs in the past, Niantic anticipates that defendants will release a new version of *Potter++* very quickly after Niantic launches *Harry Potter* in the United States.

31. Defendants advertise and distribute their Cheating Programs through numerous online channels, including the official Global++ website (www.globalplusplus.com) and a popular YouTube channel that my investigation indicates is maintained by Hundur. My investigation indicates that Hundur also maintains a popular Global++ Twitter feed (previously under his real name, now under the user name "iOS n00b") where he provides marketing and customer support for the Cheating Programs.

32. Publicly available information indicates that defendants use online payment platforms, including Patreon and Stripe, to sell multi-level "subscriptions" that allow their customers to access and use the Cheating Programs' unauthorized features.

33. Attached as Exhibit B is a true and correct copy of a screenshot from an online platform called Patreon, which defendants often use to profit from their activities. The screenshot indicates that defendants sell (or have sold) two subscription "levels," one at $5 per month and another at $10 per month.

34. Attached as Exhibit C is a true and correct copy of a screenshot from an online platform called Graphtreon, a website unaffiliated with Patreon that tracks activity on the Patreon

platform, which defendants use to sell subscriptions. The screenshot indicates that Global++ is a top-ranked "creator" on Patreon, with 48,175 "patrons" (that is, people who pay Global++ money for its products and services).

**D.     The Cheating Programs Enable Cheating in Niantic's Games**

35.    When defendants' customers download and install the Cheating Programs on their mobile devices, the Cheating Programs allow those customers to access Niantic's computer servers, play Niantic's games, and perform unauthorized actions while playing Niantic's games. For example, the Cheating Programs allow defendants' customers to "spoof" their locations (i.e., visit geographical locations in the games without visiting those locations in the real world by communicating to Niantic's servers GPS coordinates that do not match the GPS coordinates generated by the customers' mobile devices); obtain items and achievements that they have not legitimately earned; automate certain in-game tasks so that they are always successful; and obtain valuable information that is not available to other users.

36.    The Cheating Programs also allow defendants' customers to use their mobile devices as bots, that is, automated computer programs that interact with Niantic's servers to make it appear as if defendants' customers are playing Niantic's games 24 hours a day, 7 days a week. This gives defendants' customers an unfair advantage over honest players who use Niantic's legitimate apps because the legitimate apps do not allow players to automate game play in the same way.

**E.     The Cheating Programs Copy Niantic's Copyrighted Code**

37.    Based on my analysis, the Cheating Programs copy large amounts of Niantic's client code.

**Analysis of *PokeGo++***

38.    For example, I analyzed and compared the complete set of client code comprising *Pokémon GO*, Version 0.133.0 with *PokeGo++*, Version R104. *PokeGo++*, Version R104 contains more than 99% of the client code in *Pokémon GO*, Version 0.133.0.

39. I have no reason to think that other versions of *PokeGo++* contain substantially smaller amounts of Niantic's copyrighted client code.

**Analysis of *Ingress*++**

40. I also analyzed and compared the complete set of client code comprising *Ingress*, Version 2.11.2 with *Ingress++*, Version r1a. *Ingress++*, Version r1a contains more than 99% of the client code in *Ingress*, Version 2.11.2.

41. I have no reason to think that other versions of *Ingress++* contain substantially smaller amounts of Niantic's copyrighted client code.

**Analysis of *Potter*++**

42. I have read and I understand the Declaration of Phil Keslin, which I understand is being filed at the same time as this declaration. In particular, I understand the portion of Mr. Keslin's declaration in which he explains that the platform client code in *Pokémon GO*, Version 0.133.0 is 97% identical to the platform client code in *Harry Potter*, Version 0.6.0.

43. After Niantic released *Harry Potter*, Version 0.6.0, Niantic released *Harry Potter*, Version 0.7.0.

44. The client code in *Harry Potter*, Version 0.7.0 is substantially similar to the client code in *Harry Potter*, Version 0.6.0. Even more specifically, the platform client code in *Harry Potter*, Version 0.7.0 is identical to the platform client code in *Harry Potter*, Version 0.6.0.

45. As a practical matter, this means that if a person makes a complete copy of the client code making up *Harry Potter*, Version 0.7.0, then that person will also necessarily copy virtually all of the client code that appears in *Harry Potter*, Version 0.6.0, including the platform client code.

46. I analyzed and compared the complete set of client code comprising *Harry Potter*, Version 0.7.0 with *Potter++*, Version r01. *Potter++*, Version r01 contains more than 99% of the client code in *Harry Potter*, Version 0.7.0.

47. Therefore, *Potter++*, Version r01 includes client code that is nearly identical to the client code for *Harry Potter*, Version 0.7.0, which in turn is nearly identical to the client code for *Harry Potter*, Version 0.6.0.

48. Furthermore, because the platform client code in *Harry Potter*, Version 0.6.0 is 97% identical to the platform client code in *Pokémon GO*, Version 0.133.0, *Potter++*, Version r01 includes platform client code that is nearly identical to the platform client code in *Pokémon GO*, Version 0.133.0.

**F.    The Cheating Programs Access and Obtain Information from Niantic's Computers**

49. When defendants and their customers use the Cheating Programs to play Niantic's games, they access the Niantic computers, servers, and networks that enable users to play Niantic's games ("Niantic's Computers"). The Cheating Programs could not work without accessing Niantic's Computers.

50. Niantic's Computers are connected to the Internet and enable Niantic's customers to play Niantic's games throughout the United States and all over the world.

51. My analysis of the Cheating Programs indicates that, while they are running, they access and obtain valuable and proprietary data about points of interest within Niantic's games (e.g., PokéStops), including names, descriptions, photographs, game states, and precise coordinates for those points of interest. Niantic refers to this data as point-of-interest data ("POI Data"). In addition, my analysis also indicates that the Cheating Programs access and obtain valuable ephemeral game information, such as the type and value of particular Pokémon appearing in precise locations. Niantic refers to this data as "Spawn Data." My investigation also indicates that the Cheating Programs then upload the POI Data and the Spawn Data from defendants' customers' devices to servers controlled by defendants.

52. Niantic's servers are not configured to support the Cheating Programs. As a result, the Cheating Programs impose additional burdens on Niantic's servers.

53.     My investigation indicates that defendants have continued accessing Niantic's Computers and obtaining Niantic's POI Data and Spawn Data through the Cheating Programs to this day.

**G.     Niantic's Efforts to Address the Cheating Programs**

54.     Over time, Niantic has implemented several technical measures designed to prevent defendants and the Cheating Programs from accessing Niantic's Computers. These include adding security measures to Niantic's client code intended to prevent modified versions of Niantic's apps from connecting to Niantic's servers. Those efforts required a substantial amount of time and effort.

55.     Defendants have acted to evade and thwart these measures by identifying the pieces of client code that are intended to prevent modified versions of Niantic's client code from connecting to Niantic's servers, and either disabling those pieces of client code or implementing alternative mechanisms to evade that security measure. Since August 2018, defendants have used different methods to accomplish this evasion, including by injecting code to skip the portions of code that impose the security measure, or by modifying inputs to the code and thereby causing the downstream execution of the code to skip security measures.

56.     Since August 2018, I estimate that I, other Niantic engineers, and other Niantic employees have spent well in excess of 2,000 hours (total) analyzing, investigating, and responding to the impact the Cheating Programs have on Niantic's Computers, as well as implementing technical measures designed to prevent defendants and the Cheating Programs from continuing to access Niantic's Computers without authorization. These efforts included, for example:

  a. Analyzing traffic to and from Niantic's servers to understand how the Cheating Programs interact with Niantic's Computers;
  b. Testing the Cheating Programs under appropriate test conditions, including recording and preserving the results of the testing;
  c. Designing technical measures intended to protect Niantic's Computers against unauthorized access by defendants and the Cheating Programs;
  d. Consulting with third-party vendors about potential security improvements that could prevent defendants and the Cheating Programs from continuing to access Niantic's Computers without authorization;

      e. Obtaining legal advice regarding the proposed security improvements that could prevent defendants and the Cheating Programs from continuing to access Niantic's Computers without authorization;
      f. Implementing and verifying technical measures intended to protect Niantic's Computers against unauthorized access by defendants and the Cheating Programs;
      g. Running qualification tests required to publish a new release including the new technical measures; and
      h. Documenting the new technical measures and describing them to other Niantic employees.

57. Niantic has also spent over $1,200 on hardware used to test and analyze Global++'s Cheating Programs.

58. The efforts described above were undertaken solely to respond to defendants' conduct. But for defendants' conduct, Niantic would have spent its time and resources on other matters important to Niantic and its customers, including maintaining and improving Niantic's platform and services and responding to other security threats to Niantic's platform and services.

59. In addition, I understand that outside counsel for Niantic sent a cease-and-desist letter to defendants on June 7, 2019, demanding that defendants cease accessing Niantic's Computers for any reason and by any method.

60. Since June 7, 2019, I have seen no evidence that defendants have removed or limited the availability of *PokeGo++* or *Ingress++*. On June 7, 2019, defendants apparently removed the link to *Potter++* from the Global++ website (www.globalplusplus.com). However, it is possible that defendants are distributing *Potter++* through other channels.

61. Discord is an online service that allows users to create online channels, or chat rooms, in which they communicate with each other. In the past, defendants maintained a Discord channel used for announcements, and that channel contained a history of every release and support issue for the Cheating Programs. On June 7, 2019, that channel history was erased.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on June 14, 2019 in Los Angeles, California.

_____
Eric Lanz