# EXHIBIT A-1

## Video Clip of
## *Harry Potter:Wizards Unite*
(submitted on electronic media)

# EXHIBIT A-2

## Video Clip of *Pokémon Go*

(submitted on electronic media)

# EXHIBIT A-3

## Video Clip of *Ingress*
(submitted on electronic media)

# EXHIBIT B

PATREON                                                                                    Log In



# Global++ is creating A community

Overview    Posts

## 62,322
patrons

+ Follow    ⇪ Share

Want to catch them all, wherever they are, and wherever you are? Get PokeGo++ 2.0 through our discord https://discord.gg/Yrq7eeq
or website  http://globalplusplus.com/ and catch anything anywhere from wherever you want to with your iOS device!
If you enjoy PokeGo++ 2.0 and would like to support the further development of the tweak, please consider donating! In exchange for a donation of $5 or 10 a month, donators will get the following benefits:
* PokeGo++ 2.0:
* GPX routing - automatically patrol a route of your own design!
* New features - in the works constantly!!
* And of course... minor text fixes!
* Discord roles
* Access to millions of coords within the 10 dollar Teir.

**PLEASE READ**
Donor features via Patreon and stripe are now activated internally.  Here's a link to our new community.

If you need help please head to globalplusplus.com and click live chat for help.
https://discord.gg/Yrq7eeq
and if you have any questions here's our knowledge center for any question you can think of https://knowledge.globalplusplus.com/

Become a patron

**PATREON**                                          Log In

$5 or more per month

Teleport, gpx, Favourite locations, Saved fake location, Custom and Auto generated gpx, IV list, IV on encounter, Enhanced throw.

Includes Discord rewards

**Join $5 Tier**

**Donor + Coords**
$10 or more per month

http://knowledge.globalplusplus.com/
100iv Feed, Raid feed, Pokémon Feed, Quest and Nest Feed.

**Join $10 Tier**

Share    Tweet

### RECENT POSTS BY GLOBAL++

Guess what? If you become a patron to **Global++**, you'll immediately get access to as many as 3 patron-only posts.

Unlock this post
by becoming a patron

Join now for $5 per month

**Become a patron**

3/22/2019  Global is creating A community Patreon

PATREON

Log In

10,541 Comments    552 Likes



**Unlock this post**
**by becoming a patron**

Join now for $5 per month

Jan 20, 2018 at 9:59pm                                            🔒 Locked

**Updated donor features**

1,674 Comments    241 Likes



**Unlock this post**
**by becoming a patron**

Join now for $5 per month

Mar 4, 2017 at 9:35am                                             🔒 Locked

**Servers**

1,291 Comments    269 Likes

**Become a patron**

# EXHIBIT C





Case 3:19-cv-03425-JSC   Document 7-3   Filed 06/14/19   Page 10 of 11

Are you a patron of Global++? Get instant stats for all the creators you support

Log in with Patreon (/login/patreon)



Is this your campaign? Get instant stats about your campaign    Log in with Patreon (/login/patreon)

Get monthly Global++ ranking & statistics emails    [Your Email]    Subscribe

## Hot Patreon Creators
Patreon creators with big growth in the past 30 days. More Hot Creators (/hot-patreon-creators)





Other — Burrfection  + 195 — Change - one knife at … (/creator/burrfection)

Other — Mad Fuckin… + 133 — Havoc for the Patriarchy (/creator/MadFuckingWitches)

Other — Aaron Tuttle + 231 — Forecasts and Live We… (/creator/AaronTuttle)

Graphtreon Supporter



(https://jubleit.com/)

## Graphtreon LLC

Support Graphtreon (https://www.patreon.com/bePatron?c=267852)
Contact (/contact)
About (/about)
Privacy Policy (/privacy)
Terms of Service (/terms)

## Quick Links

Monthly Ranking (/monthly-ranking)
Hot Patreon Campaigns (/hot-patreon-creators)
Ended Patreon Campaigns (/ended-patreon-campaigns)
SFW Supporters (/sfw-supporters)
NSFW Supporters (/nsfw-supporters)
Kind Words (/kind-words)

## Social

Twitter (https://twitter.com/graphtreon)
Reddit (http://www.reddit.com/r/graphtreon/)

### *Best Guess* Disclaimer

\* Graphtreon's *Best Guess* for unknown earnings is based on a creator's number of patrons, and the earnings of similar creators that do publish earnings information.

More specifically: it's calculated by taking the average earnings per patron in the same category, adding/subtracting the standard deviation from that average to get both extremes, and multiplying by the number of patrons. These estimated earnings are calculated solely by Graphtreon. No actual earnings data for such creators is provided or endorsed by Patreon.

Creators may opt out of "Best Guess" by contacting Graphtreon using the contact form (/contact).