Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (*pro hac vice* application pending)
THinnen@perkinscoie.com
Ryan Spear (*pro hac vice* application pending)
RSpear@perkinscoie.com
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20,<br><br>　　　　　　Defendants. | Case No. 19-cv-3425<br><br>**DECLARATION OF SCOT FRANK IN SUPPORT OF NIANTIC, INC.'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

I, Scot Frank, declare and state as follows:

1. I am a Product Manager at Niantic, Inc., a position I have held since August 24, 2017. In this role, working with cross functional teams, I define, launch, analyze, and maintain Niantic's anticheat detection and defense systems and processes.

2. This declaration is based on my personal knowledge, investigation, and review of Niantic's business records and is made to the best of my knowledge, information, and belief. If called to testify regarding the facts set forth in this declaration, I could and would testify competently.

**A.    Niantic's Mobile Games and Applications**

3. Niantic currently publishes three popular location-based augmented reality games: *Harry Potter: Wizards Unite* ("*Harry Potter*"), *Pokémon GO*, and *Ingress*.

4. *Harry Potter* is Niantic's newest game. *Harry Potter* combines content and characters from the original Harry Potter series and the Fantastic Beasts films to create a unique experience in which players use wands, spells, and magical items to protect the Wizarding World. Players recharge "Spell Energy" by obtaining food from "Inns," which are located at places like public art spaces, unique pieces of architecture, or public gathering places. The beta version of *Harry Potter* launched in New Zealand on April 16, 2019.

5. *Pokémon GO* was launched in 2016. *Pokémon GO* allows players to collect imaginary creatures called "Pokémon" by finding them in real-world locations (presented in a map view or via augmented reality in the game's mobile application ("app")) and capturing them using "Pokéballs." Players can obtain Pokéballs by visiting "Pokéstops," among other game actions, which are located at real-world locations that help players discover and enjoy their communities. *Pokémon GO* has been downloaded more than 850 million times and has received many accolades, including "Best Mobile Game" from The Game Developers Choice Awards and "Best App of the Year" from TechCrunch. To this day, *Pokémon GO* frequently has more than 16 million daily active users and over 33 million monthly active users.

6. *Ingress* was launched in 2012. *Ingress* transforms the real world into the landscape for a covert global struggle between two teams: The Enlightened and The Resistance. Players join a team, strategize and communicate with their fellow "Agents," and interact with locations of cultural significance (e.g., public art installations, landmarks, and monuments) known as "Portals" to collect valuable resources, battle for control over territory, and solve mysteries. *Ingress* has been downloaded more than 25 million times.

7. Niantic's games are based on three core principles: exploration and discovery of new places, exercise, and real-world social interaction with other people. Through these principles, and by leveraging sophisticated mapping and augmented reality technologies, Niantic encourages players to head outside, visit new places, and play together with friends and family in games that span and unite the entire planet.

8. To play Niantic's games, players download and install Niantic's mobile apps on their mobile devices. Those apps connect to the Internet and, through the Internet, obtain game-related information from Niantic's servers (e.g., names and locations of nearby characters or features), which is then rendered on the screens of players' mobile devices.

9. Niantic's apps are the only authorized means for players to access Niantic's servers in order to play Niantic's games. All other means are prohibited.

10. Niantic's apps are free to download and use, and it is possible to play Niantic's games for free indefinitely. However, to obtain in-game items that can be beneficial to players during game play, players can make in-game purchases.

11. For example, in *Pokémon GO*, players can purchase in-game currency ("Pokécoins") to redeem for additional Pokéballs, which are used to capture Pokémon. Players may do this, for example, if they run out of Pokéballs when they are not near a Pokéstop, at which they could otherwise obtain Pokéballs for free by interacting with the location. In-game purchases are a fundamental aspect of Niantic's business model and represent one of Niantic's primary sources of revenue.

DECLARATION OF SCOT FRANK

**B.     Niantic's Investment in Its Games and Game-Related Data**

12.     Niantic's games are the product of Niantic's skills, resources, and creative energies, and they have great value to Niantic. Niantic has invested significant resources, including time, effort, talent, creativity, and money, to develop and produce its games, including the mobile apps through which they are played. For example, Niantic estimates that developing and publishing *Harry Potter* required more than two years of effort from Niantic employees and a team that now includes over 25 Niantic employees. All told, Niantic estimates that it has spent tens of millions of dollars to develop and publish *Harry Potter*.

13.     Equally important, Niantic has invested substantial resources in protecting the integrity of its games, including their reputation for fair play and adherence to Niantic's core principles. For example, Niantic requires all users to agree to its Terms of Service and its Player Guidelines, both of which strictly prohibit all forms of cheating. Maintaining the integrity of Niantic's games is essential to Niantic's business model because Niantic's games are multiplayer games—that is, all players share the same "board." As a result, when one player gains an unfair advantage by cheating, it affects all other players and threatens the integrity and commercial viability of Niantic's games.

14.     Niantic has also invested substantial amounts of time, effort, and money to develop, curate, and protect its point-of-interest data ("POI Data"), which is proprietary information about points of interest in the real world and within Niantic's games, including names, descriptions, photographs, game states, and precise coordinates for those points of interest. PokéStops are an example of points-of-interest within *Pokémon GO* for which Niantic maintains POI Data.

15.     For example, Niantic has spent time and money creating a system that enables players to submit nominations for points of interest, which, if approved, may appear in Niantic's games. This system requires significant technological resources. Niantic further expends resources to identify which of those points of interest should be included in which of its games, and in which game-states, and to serve those points of interest in its games. Niantic has

developed this system and curated and refined its POI Data through years of work and continues to add to its POI Data and to expend considerable resources to store and serve points of interest into its games for its users.

16.     Among other things, POI Data enriches Niantic's games and helps Niantic design its games to be safe for players (e.g., by avoiding placing in-game characters or features at unsafe locations). Niantic's games are based on moving around in the real world and interacting with real locations. That connection with the real world is one of the most exciting and unique aspects of Niantic's games, and a primary driver of Niantic's success. POI Data is therefore an extremely important component of Niantic's location-based games and of Niantic's business, overall.

**C.     Defendants and the Cheating Programs**

17.     I understand that defendants create and distribute (a) a program titled *Potter++* (or, in some cases, *Unite ++*), which is a modified version of Niantic's app for *Harry Potter*; (b) a program titled *PokeGo++*, which is a modified version of Niantic's app for *Pokémon GO*; and (c) a program titled *Ingress++*, which is a modified version of Niantic's app for *Ingress*. In this declaration, I refer to *Potter++*, *PokeGo++*, and *Ingress++* collectively as the "Cheating Programs."

**D.     Harm to Niantic**

18.     Defendants' actions, and the Cheating Programs, have caused and are threatening to cause several forms of harm to Niantic.

19.     **First,** Niantic has suffered and will continue to suffer harm to its hard-earned reputation and goodwill from defendants' Cheating Programs. As explained above, Niantic has invested substantial resources in protecting the integrity of its games, including its games' reputation for fair play and adherence to Niantic's core principles. The Cheating Programs, however, give defendants' customers unfair advantages and thereby degrade the gaming experience for honest players, in some cases driving them off Niantic's platforms.

20. In fact, many Niantic customers have complained about cheating in Niantic's games. These complaints include specific complaints about cheating by defendants' customers and complaints that more generally concern the types of cheating enabled by the Cheating Programs. True and correct copies of illustrative complaints (with identifying information redacted) are attached as Exhibits A to H. Niantic has incurred significant costs and devoted substantial resources responding to complaints about cheating on Niantic's games.

21. By reducing the number of people who play Niantic's games, and by reducing the amount of enthusiasm that players have for Niantic's games, the Cheating Programs tarnish Niantic's reputation and erode the goodwill associated with Niantic's games. In addition, by reducing Niantic's user base and user engagement, the Cheating Programs deprive Niantic of profits it otherwise would have obtained as a result of in-game purchases, which are a critical component of Niantic's business model and income stream.

22. **Second,** Niantic is currently preparing to launch *Harry Potter* in the United States, and defendants' activities threaten to interfere with that important milestone.

23. *Harry Potter* is Niantic's most important new release in years, and the United States is Niantic's largest market. Moreover, in the gaming industry, a new launch represents a unique and valuable opportunity to establish customer loyalty and goodwill.

24. Niantic anticipates that defendants will infringe the upcoming new version of *Harry Potter* that will be released in connection with the United States launch in order to publish a new version of *Potter++* immediately thereafter—just as they did within a month of the overseas beta launch of the game. That would make it impossible for Niantic to control how United States consumers first encounter and experience *Harry Potter*. Moreover, honest players trying *Harry Potter* for the first time would immediately discover that the game is "rigged" in favor of defendants' customers, who would have access to the cheating features created by defendants. That would undermine the gaming experience for honest players, discourage them from playing *Harry Potter*, and interfere with Niantic's efforts to attract new users for a game that Niantic has invested many years and millions of dollars to develop.

25.     **Third,** the Cheating Programs harm Niantic by scraping valuable and proprietary game-related information from Niantic's servers, including POI Data. As explained above, Niantic has invested many hours, at great cost, to develop, curate, and protect its POI Data, which is a unique resource.

26.     It would be very difficult, if not impossible, to estimate the damage caused by the harms above.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on June 14, 2019 in San Francisco, California.

*/s/ Scot Frank*
Scot Frank