# EXHIBIT A

Case 3:19-cv-03425-JSC   Document 7-5   Filed 06/14/19   Page 1 of 16

## 🎟️ #27195504 Round 3 of their attempt to get around your detect...

| Submitted | Received via | Requester | | |
|---|---|---|---|---|
| April 25, 2018, 5:00 AM | Web Form | ▮▮▮▮▮▮▮▮▮▮ | | |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | - | Low | Cheat Reports | ▮▮▮▮▮▮ |

| Your nickname | Language | Abuser Nickname | Harassment - Report | Harassment - Suspicious Site |
|---|---|---|---|---|
| ▮▮▮ | English | Elliotrobot1 | I'd like to report a website or third-party service | A third party website or app is imitating Pokémon GO |
| **Time spent last update (sec)** | **Total time spent (sec)** | **Cheat Reports Reason Field** | **Outcome Field** | **Master Reason Field** |
| 44 | 44 | Suspicious website/service | Collect & review | Cheating Suspicious website/service |

▮▮▮▮▮   April 25, 2018, 5:00 AM

Round 3 of their attempt to get around your detection.

I am unsure if I should keep sending you a new photo everytime they release an update. Either way here it is, I would like to add the discord channel that I am getting this from but sadly I am not tech savvy and I don't know how to do that.

Elliotrobot organizes the channel his ign is elliotrobot1. Please continue the fight for fair game play

▮▮▮▮▮   April 25, 2018, 2:41 PM

Hello Trainer,

We appreciate you taking the time to bring this to our attention.

We're writing to confirm that we have reviewed your report and have escalated it to the appropriate team.

Thanks again for your help.

Regards,

▮▮▮

Niantic Support

Support Software by **zendesk**

# EXHIBIT B

 #27152418

| Submitted | Received via | Requester | | |
|---|---|---|---|---|
| April 18, 2018, 6:54 PM | Web Form | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | |
| **Status** | **Type** | **Priority** | **Group** | **Assignee** |
| Closed | - | High | Cheat Reports | - |

| Your nickname | Language | Abuser Nickname | Harassment - Report | Harassment - Cheating Dropdown |
|---|---|---|---|---|
| ▇▇▇▇ | English | ▇▇▇▇▇▇ | A player is cheating | Someone confirmed they were cheating |

▇▇▇▇   April 18, 2018, 6:54 PM

▇▇▇▇▇▇ and ElliotRobot2 have been spoofer forever they have always taken gyms when no one is around he was in a chat today please see pictures and I didn't get the other picture stating they were changing to Android to screw over Niantic. ElliotRobot has a spoofer app called pogo++ there is a Reddit chat and a discord chat if you type in google search. I just want to play Pokémon go with my son again he's 11 and gets skimmed out of gyms.... it sucks so much for the people who just want to play legit. Hope these pictures help

Support Software by **Zendesk**

# EXHIBIT C

## 📝 #26292630 Elliotrobot1 is using an app he created to spoof a...

| Submitted | Received via | Requester |
|---|---|---|
| December 13, 2017, 9:18 AM | Web Form | ▓▓▓▓▓▓▓▓▓▓ |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | - | Low | Cheat Reports | ▓▓▓▓▓▓ |

| Your nickname | Language | Abuser Nickname | Harassment - Report | Harassment - Suspicious Site |
|---|---|---|---|---|
| ▓▓▓▓▓ | English | Elliotrobot1 | I'd like to report a website or third-party service | A third party website or app is encouraging cheating |

| Time spent last update (sec) | Total time spent (sec) |
|---|---|
| 51 | 51 |

---

**▓▓▓** December 13, 2017, 9:18 AM

Elliotrobot1 is using an app he created to spoof and is using it to help others to spoof. He has a discord group for his spoofers and tried to get me to use his service. He says he has 500 accounts so if he gets booted he can use another. Since I refused because I like going out and playing I have been targeted in gyms in my local area. I've added photos of one of the spoofer accounts he used to knock me out while I stood alone right next to the gym

---

**▓▓▓** December 14, 2017, 12:41 PM

Hello Trainer,

Thanks for contacting Pokémon Go Support.

We appreciate your enthusiasm and interest in Pokémon GO. We're constantly making improvements to Pokémon GO. We appreciate you taking the time to bring this to our attention.

We cannot discuss actions we may take on another player's account. This data will be used to improve our cheat detection efforts going forward.

Thanks again for your help. Please let us know if we can help you with anything else.

Sincerely,

▓▓▓▓▓
Niantic Support

---

Support Software by **Zendesk**

# EXHIBIT D

These spoofers are hogging the gym around my area and we couldnt defeat them as they keep charging with multiple account. As can be seen in the picture they are spoofing with an app called pokego++. Please take this issue seriously as it is very hard for use to play when they can easily get their berries and potions to defend the gym

Attachments

   

May-17-2019 08:00:56 PM

# EXHIBIT E

There are currently multiple iphone accounts "spoofing" and using GPS apps with their game in my area, lima ohio. Someone said they are using an app called "ispoofer" or "PokeGo++" please help. I dont believe it is fair for the other players especially android users.

   ✓ 140d ago

AI   Predict labeled this Issue as **en-pgo-cheat-general**

You're receiving this automated reply because it appears you are reporting inappropriate gameplay.

Thanks for taking the time to report inappropriate gameplay, we appreciate you bringing this to our attention. We take these matters seriously and your reports are a critical part of keeping Pokémon GO welcoming for everyone. To protect the privacy of others, we cannot discuss any actions we take and you will not receive an update after your report has been reviewed.

Thanks again for your report and happy exploring!

 Automations                                                                                   ✓ 140d ago

# EXHIBIT F



so the app pokego++ is an app for spoofers. I am getting tired of spending money to be able to play this game while spoofers can just cheat and get what they want. we have reported a player in our town who cheats all the time ▬▬▬▬▬ yet nothing has been done because he is still cheating and bragging about it as well. this is starting to push players away from the game.

Attachment

✓ 177d ago

AI  Predict labeled this Issue as **en-pgo-cheat-general**

# EXHIBIT G

> Thanks for taking the time to let us know. Which of the following best describes your report?
> PGO:Cheating[Reply][Reject]:EN       1d ago • 1d ago

I suspect a player is cheating
▇▇▇▇▇▇▇       1d ago

> What's the nickname of the Trainer you suspect is cheating?
> PGO:Cheating[Reply][Reject]:EN       1d ago • 1d ago

▇▇▇▇▇▇▇
▇▇▇▇▇▇▇       June-9-2019 07:15:16 PM

> Please provide some details on how they are cheating during gameplay.
> PGO:Cheating[Reply][Reject]:EN       1d ago • 1d ago

Using PokeGo++ to get regoinal and rare pomemon
▇▇▇▇▇▇▇       1d ago

# EXHIBIT H

Guys, if you want to stop all the cheating why don't you just take out the creator of the cheat Pokego++ 's source of income? He runs a patreon for this stuff and has 65,000 patreons funding his cheat making. No clue why you all haven't shut it down or told him to cease operations. https://www.patreon.com/PokeGo20 Can you imagine if a cheat maker for some other game like Overwatch or Counter Strike existed? That **** would be shut down in no time. Honestly don't even understand why patreon allows it. Well I do know, it's because of the money.