1  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
2  Perkins Coie LLP
3  3150 Porter Drive
   Palo Alto, CA 94304-1212
4  Telephone: 650.838.4300
   Facsimile: 650.838.4350
5
6  Todd M. Hinnen (*pro hac vice* application pending)
   THinnen@perkinscoie.com
7  Ryan Spear (*pro hac vice* application pending)
   RSpear@perkinscoie.com
8  1201 Third Ave., Suite 4900
   Seattle, WA 98101-3099
9  Telephone: 206.359.8000
   Facsimile: 206.359.9000
10
11 Attorneys for Plaintiff Niantic, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation, | Case No. 19-cv-3425 |
| Plaintiff, | **DECLARATION OF STEVEN VANDEBOGART IN SUPPORT OF NIANTIC, INC.'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |
| v. | |
| GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20, | |
| Defendants. | |

I, Steven VanDeBogart, declare and state as follows:

1. I am a Staff Software Engineer at Niantic, Inc. I have worked at Niantic since the company launched its business on October 6, 2015, and my current role is Tech Lead, Manager for *Ingress* Server. My previous roles included Tech Lead, Manager for *Ingress* Server and Client. My responsibilities in these roles have included implementing or overseeing and managing the engineering efforts of others related to the client and server source code of one of Niantic's games, *Ingress*. I also interact with cross-functional teams to provide insight and analysis regarding developments in our cross-product code bases.

2. Furthermore, I oversaw the implementation of the Terms of Service acceptance process for the *Ingress* game and I, with others, change the server settings (essentially flipping the switch to "on") that require existing *Ingress* users to accept updated Terms of Service. In fact, I did this the first time Niantic required existing users to accept updated Terms of Service following Niantic's spin-out from Google in 2015, and I did it again as recently as May of this year.

3. This declaration is based on my personal knowledge, investigation, and review of Niantic's business records and is made to the best of my knowledge, information, and belief. If called to testify regarding the facts set forth in this declaration, I could and would testify competently.

4. I am familiar with Niantic's systems for maintaining records related to Niantic users and users' accounts. Based on my job responsibilities and experience, I have knowledge of the historical process by which prospective users create accounts in order to play Niantic's mobile games, the manner in which Niantic's Terms of Service are presented to and accepted by prospective users during the account-creation process, and the manner in which updated Terms of Service are presented to and accepted by existing users after they create accounts.

5. As explained in further detail below, Niantic requires all users to accept its Terms of Service by affirmatively clicking a button titled "Accept" (or similar) before they are allowed

to access and play any of Niantic's games. A true and correct copy of Niantic's current Terms of Service is attached as Exhibit A.

**A.  Processes for Accepting Niantic's Terms of Service**

6.  The following paragraphs describe the processes by which a user reviews and accepts Niantic's Terms of Service. The processes described in paragraphs 7 to 13 have remained materially the same since Niantic began offering its games to the public.

7.  To play Niantic's games for the first time, a prospective user must download one of Niantic's mobile applications ("apps") and install it on the prospective user's mobile device. Then, using the mobile app that the prospective user downloaded, the prospective user must create a game account by using a Facebook account, Google account, or a Niantic Kids account (in the case of a child user) to login. In the case of *Pokémon GO*, both adult and child users may also create a game account by logging in using a Pokémon Trainer Club account. Each login method may have an associated valid email address that is shared with Niantic.

8.  The first time a prospective user attempts to log into a Niantic game, and prior to selecting a username, the prospective user is presented with a message in the prospective user's mobile app asking the prospective user to review and accept Niantic's Terms of Service before continuing. The message contains a link to Niantic's Terms of Service, a button titled "Accept" (or similar) for the prospective user to click to accept the Terms of Service, and (in some cases) a button for the prospective user to click to decline to accept the Terms of Service. If the prospective user declines to accept Niantic's Terms of Service, then the prospective user is not permitted to access Niantic's games. Only if the prospective user accepts Niantic's Terms of Service by affirmatively clicking a button titled "Accept" (or similar) can the prospective user access Niantic's games.

9.  For the sake of illustration, a true and correct copy of a message shown to a prospective *Ingress* user is attached as Exhibit B. A true and correct copy of a message shown to a prospective *Pokémon GO* user is attached as Exhibit C. Although the exact language of this message has varied over time, and across different games, Niantic has always required that a

prospective user accept Niantic's then-operative Terms of Service by affirmatively clicking a button titled "Accept" (or similar) in order to access Niantic's games.

10. After a prospective user accepts Niantic's Terms of Service, the prospective user must then select a username for the game for which the prospective user has logged in and created a game account.

11. Until October 1, 2018, Niantic maintained separate Terms of Service for each of its games. On October 1, 2018, Niantic published a unified Terms of Service document that applies to all of its games.

12. The first time an existing user logs into a Niantic game following any Terms of Service updates, the existing user is presented with a message in the existing user's mobile app notifying the existing user that the Terms of Service have been updated and asking the existing user to review and accept the updated Terms of Service. The message contains a link to the updated Terms of Service, a button titled "Accept" (or similar) for the existing user to click to accept the updated Terms of Service, and a button for the existing user to click to decline to accept the updated Terms of Service. If the existing user declines to accept the updated Terms of Service, the existing user is not permitted to access Niantic's games.

13. For the sake of illustration, a true and correct copy of a message shown to an existing *Ingress* user is attached as Exhibit D. A true and correct copy of a message shown to an existing *Pokémon GO* user is attached as Exhibit E. Although the exact language of this message has varied over time, and across different games, Niantic has always required that an existing user accept the updated version of Niantic's Terms of Service by affirmatively clicking a button titled "Accept" (or similar) in order to access Niantic's games.

B. **Defendants' Acceptance of Niantic's Terms of Service**

14. Based on my review of Niantic's records, I determined that defendant Ryan Hunt created an *Ingress* account on or around April 20, 2018. I also determined that Hunt accepted Niantic's unified Terms of Service in order to continue playing *Ingress* by affirmatively clicking

a button titled "Accept" (or similar) on or around November 4, 2018. A true and correct copy of the unified Terms of Service that Hunt accepted on November 4, 2018 is attached as Exhibit F.

15. Based on my review of Niantic's records, I determined that Hunt created a *Pokémon GO* account on or around March 14, 2018. For the reasons explained above, in order to create that account, Hunt would have had to accept the then-operative Terms of Service for *Pokémon GO* by affirmatively clicking a button titled "Accept" (or similar). A true and correct copy of the then-operative Terms of Service for *Pokémon GO* that Hunt accepted on March 14, 2018 is attached as Exhibit G.

16. Based on my review of Niantic's records, I determined that Hunt created a *Harry Potter: Wizards Unite* ("*Harry Potter*") account on or about April 16, 2019. I also determined that Hunt accepted Niantic's unified Terms of Service in order to continue playing *Harry Potter* by affirmatively clicking a button titled "Accept" (or similar) on or around May 15, 2019. A true and correct copy of the unified Terms of Service that Hunt accepted on May 15, 2019 is attached as Exhibit A.

17. Based on my review of Niantic's records, I determined that defendant Alen Hundur created a *Pokémon GO* account on or about November 5, 2016. For the reasons explained above, in order to create that account, Hundur would have had to accept the then-operative Terms of Service for *Pokémon GO* by affirmatively clicking a button titled "Accept" (or similar). A true and correct copy of the then-operative Terms of Service for *Pokémon GO* that Hundur accepted on November 5, 2016 is attached as Exhibit G.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on June 14, 2019 in Reno, Nevada, ~~California~~.

_____
Steven VanDeBogart

DECLARATION OF STEVEN VANDEBOGART