Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (*pro hac vice* application pending)
THinnen@perkinscoie.com
Ryan Spear (*pro hac vice* application pending)
RSpear@perkinscoie.com
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20,<br><br>Defendants. | Case No. 19-cv-3425<br><br>**DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF NIANTIC, INC.'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

I, Julie E. Schwartz, declare and state as follows:

1. I am a partner at the law firm of Perkins Coie LLP, and one of the attorneys representing plaintiff Niantic, Inc. in the above-entitled action. I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

2. Attached as Exhibit A is a true and correct copy of a Certificate of Registration issued by the U.S. Copyright Office for a computer program titled "*Pokémon GO*, Version 0.133.0."

3. Attached as Exhibit B is a true and correct copy of a Certificate of Registration issued by the U.S. Copyright Office for a computer program titled "*Ingress*, Version 2.11.2."

4. Attached as Exhibit C is a true and correct copy of a June 7, 2019 letter from Todd M. Hinnen, outside counsel for Niantic, to defendants Global++, Ryan Hunt, and Alen Hundur. To my knowledge, defendants have not responded to the letter.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on June 14, 2019 in Palo Alto, California.

*/s/ Julie E. Schwartz*
Julie E. Schwartz

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

United States Register of Copyrights and Director

**Registration Number**
**TX 8-729-533**
**Effective Date of Registration:**
June 03, 2019



## Title

**Title of Work:** Pokemon GO, Version 0.133.0

**Previous or Alternate Title:** Pokemon GO

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 28, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Niantic, Inc.
  **Author Created:** New and revised computer program
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Niantic, Inc.
1 Ferry Building, Suite 200, San Francisco, CA, 94111, United States

## Limitation of copyright claim

**Material excluded from this claim:** Prior works by claimant and licensed-in material

**New material included in claim:** New and revised computer program

## Certification

**Name:** Devon Hanley Cook, Director, Litigation, Niantic, Inc.
**Date:** June 03, 2019
**Applicant's Tracking Number:** 32533.00080

**Correspondence:** Yes

Correspondence: Yes

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**PA 2-180-185**
**Effective Date of Registration:**
June 11, 2019

## Title

**Title of Work:** Ingress, Version 2.11.2

**Previous or Alternate Title:** Ingress Prime, Version 2.11.2

Ingress Prime

Ingress

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 05, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Niantic, Inc.
  **Author Created:** Computer program; audiovisual material, including artwork, animation and sound
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Niantic, Inc.
1 Ferry Building, Suite 200, San Francisco, CA, 94111, United States

## Certification

**Name:** Devon Hanley Cook, Director, Litigation, Niantic, Inc.
**Date:** June 11, 2019
**Applicant's Tracking Number:** 32533.00080

Page 1 of 2

**Correspondence:** Yes

# EXHIBIT C

PERKINSCOIe

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

T +1.206.359.8000
F +1.206.359.9000
PerkinsCoie.com

June 7, 2019

Todd M. Hinnen
THinnen@perkinscoie.com
D. +1.206.359.3384
F. +1.206.359.4384

**VIA EMAIL**

Global++ (https://globalplusplus.com)
Ryan Hunt
elliotrobot20@gmail.com
Alen Hundur
a.hundur@outlook.com

**Re:   Cease and Desist Unlawful Conduct Targeting Niantic, Inc.**

Dear Mr. Hunt, Mr. Hundur, and others acting for and on behalf of Global++:

We represent Niantic, Inc. We write to demand that you stop your unauthorized and illegal activity targeting Niantic and Niantic's games.

### A.   Niantic and Niantic's Games

As you know, Niantic designs, develops, and publishes location-based augmented reality games, including Pokémon GO and Ingress. Niantic is also the publisher of Harry Potter: Wizards Unite, a highly anticipated new game that has launched in limited locales. Niantic's games are based on three core principles: exploration and discovery of new places, exercise, and real-world social interaction with other people. Through these principles, and by leveraging mobile devices and sophisticated mapping technologies, Niantic's games enable magical experiences that make the world even more enticing and enchanting.

Niantic takes its core principles very seriously, and it does not tolerate conduct that threatens the integrity of its games or impairs the gaming experience of its users. Nor does Niantic tolerate conduct that infringes its intellectual property rights.

### B.   Global++'s Unlawful Activity

Our investigation indicates that Global++ traffics in unauthorized derivative versions of the mobile apps for Niantic's games, which Global++ calls "tweaks." Specifically, it appears that Global++ circumvents the technical security measures protecting the code in Niantic's mobile apps; copies and modifies the code without Niantic's permission; then profits from derivative versions of Niantic's apps marketed under the names "Potter++," "PokeGo++," and "Ingress++." *See* Figure 1. For purposes of this letter, we refer to these unauthorized derivative versions of Niantic's apps as the "infringing programs."

Global++
June 7, 2019
Page 2

**Figure 1[1]**



As we understand it, the principal purpose of the infringing programs is to allow users to cheat within Niantic's games, including by "spoofing" (i.e., faking) their locations—functionality that directly undermines Niantic's core principles, interferes with legitimate users' enjoyment of Niantic's games, and violates Niantic's Terms of Service. Our investigation indicates that Global++ has reaped substantial profits from its infringing programs.

Niantic appreciates your enthusiasm for its games. **However, your activities violate civil and criminal law, and your conduct harms Niantic and Niantic's users.** We therefore demand that you immediately cease developing, offering, and distributing the infringing programs and stop engaging in any other activity that violates Niantic's rights.

First, your activities violate Niantic's Terms of Service. Under the Terms of Service, users may not, among other things, "copy, modify, or create derivative works based on" Niantic's games; "use the Services or Content . . . for any commercial purpose"; or cheat, which includes "[u]sing any techniques to alter or falsify a device's location (for example through GPS spoofing)." Niantic, Terms of Service §§ 3, 4, 6, www.nianticlabs.com/terms/ (last visited May 29, 2019). Your misconduct, as described above, violates all those terms and conditions and likely others as well.

---

[1] Source: Global++, https://globalplusplus.com (last visited May 29, 2019).

Global++
June 7, 2019
Page 3

In addition, it appears that your infringing programs scrape valuable and proprietary information relating to points of interest in Niantic's games (point-of-interest data, or "POI data"), then transfer that data to your servers for aggregation and further commercial exploitation. That, too, violates Niantic's Terms of Service. *See id.* § 6 (prohibiting "extract[ing], scrap[ing], or index[ing]" Niantic's services or content).

Second, by copying, modifying, and distributing infringing versions of Niantic's code without Niantic's permission, you have violated Niantic's exclusive rights under the federal Copyright Act. *See* 17 U.S.C. §§ 102, 106. That misconduct exposes you to serious penalties, including money damages, injunctive relief, and attorneys' fees and costs. *See id.* §§ 501, 505. The Copyright Act also permits Niantic to seek an order impounding your infringing programs and all articles by means of which your infringing programs may be reproduced. *See id.* § 503.

Third, by soliciting and encouraging Niantic's customers (and others) to use your infringing programs, you have unlawfully induced third parties to infringe Niantic's intellectual property rights; interfered with Niantic's business relationships; and engaged in conduct that is unlawful, unfair, and fraudulent. *See* Cal. Bus. & Prof. Code § 17200.

To be clear, the foregoing is not an exhaustive list of the violations that we have identified and that we expect to identify in the future. Our legal and factual investigation is ongoing.

### C. Niantic's Demands

Niantic would prefer to resolve this dispute amicably. To avoid further escalation, however, you and your agents, employees, affiliates, or anyone acting on your behalf ("You" or "Your") must immediately:

1. Cease developing, offering, and distributing unauthorized derivative versions of Niantic's mobile apps, including but not limited to all versions of Potter++, PokeGo++, and Ingress++, and all similar programs;

2. Deactivate and render unusable all copies of Your infringing programs;

3. Inform all users of Your infringing programs that Your infringing programs are unauthorized and in violation of Niantic's Terms of Service;

4. Deactivate and make inaccessible all online channels and other channels through which You advertise, market, distribute, and sell access to Your infringing programs, including but not limited to the website at https://globalplusplus.com/, and any other websites or accounts (including but not limited to accounts maintained through Patreon, Stripe, Discord, Facebook, Twitter, and YouTube) within Your custody or control;

Global++
June 7, 2019
Page 4

5. Provide complete and unaltered copies of any software code or tools used to develop or distribute Your infringing programs;

6. Provide complete and unaltered copies of the code for all versions of Your infringing programs, then permanently delete all such code;

7. Provide complete and unaltered copies of any Niantic data within Your custody or control, including but not limited to POI data, then permanently delete any such data;

8. Cease developing, offering, and distributing any other products, services, or content in violation of Niantic's rights;

9. Provide a list of websites and domain names that You own, maintain, or control, including but not limited to websites and domain names that obtain, display, solicit, or distribute Niantic data and Niantic intellectual property; and

10. Disgorge all profits from Your unlawful conduct.

**Furthermore, for the reasons explained above, Niantic hereby revokes Your limited license to access Niantic's games, apps, websites, servers, services, and platforms.** This means that You may not access or use Niantic's games, apps, websites, servers, services, or platforms in any manner and for any reason. Niantic will treat any further activity by You on Niantic's games, apps, websites, servers, services, or platforms as intentional and unauthorized access to its protected computers in violation of the federal Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and similar state laws.

Please confirm in writing, no later than June 13, 2019, that You have complied with our demands. My contact information appears at the top of this letter. If You ignore this letter and continue in Your current unauthorized and improper conduct, Niantic will take measures it believes are necessary to enforce its rights, maintain the quality of its services, and protect its users.

This letter is not intended by Niantic as a waiver or relinquishment of any of Niantic's rights or remedies. Niantic specifically reserves all such rights and remedies, whether at law or in equity.

Sincerely,

*[signature]*

Todd M. Hinnen