Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (*pro hac vice* application pending)
THinnen@perkinscoie.com
Ryan Spear (*pro hac vice* application pending)
RSpear@perkinscoie.com
Perkins Coie LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation, | Case No. 19-cv-03425 JSC |
| Plaintiff, | **NIANTIC, INC.'S MANUAL FILING NOTIFICATION REGARDING EXHIBITS A-1, A-2, AND A-3 TO DECLARATION OF ERIC LANZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |
| v. | |
| GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20, | **Date:** July 19, 2019<br>**Courtroom:** Courtroom F, 15th Floor<br>San Francisco, CA |
| Defendants. | **Judge:** Jacqueline Scott Corley |

# MANUAL FILING NOTIFICATION

**Re:** Exhibits A-1, A-2, and A-3 to Declaration of Eric Lanz

These filings were not efiled for the following reason(s):

- ☐ Unable to Scan Documents
- ☐ Physical Object (please describe):
- ✓ Non-Graphic/Text Computer Files (audio, video, etc.) on CD or other media
- ☐ Item Under Seal in Criminal Case
- ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)
- ☐ Other (please describe):

DATED:  June 19, 2019                              **PERKINS COIE LLP**

                                                   By:   */s/ Julie E. Schwartz*
                                                         Julie E. Schwartz, Bar No. 260624
                                                         JSchwartz@perkinscoie.com

                                                   Attorneys for Plaintiff Niantic, Inc.

- 1 -

NOTICE OF MANUAL FILING