United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIANTIC, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> GLOBAL++, et al., <br><br>          Defendants. | Case No. 19-cv-03425-JSC <br><br> **CLERK'S NOTICE SCHEDULING MOTION HEARING** <br><br> Re: Dkt. No. 7 |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that the hearing on Plaintiff's Motion for Preliminary Injunctive Relief is scheduled for August 1, 2019 at 9:00 a.m. before Magistrate Judge Jacqueline Scott Corley, in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue in San Francisco.

Dated: June 27, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY