FABIO E. MARINO (SBN 183825)
fmarino@polsinelli.com
POLSINELLI LLP
1661 Page Mill Road, Suite A
Palo Alto, CA 94304
T:  650-461-7700
F:  650-461-7701

Phillip Zeeck (*PHV Forthcoming*)
pzeeck@polsinelli.com
POLSINELLI LLP
800 W. 47th Street, Ste. 300
Kansas City, MO 64112
T:  816-753-1000
F:  816-753-1536

Attorneys for Defendants
Ryan Hunt and Alen Hundur

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NIANTIC, INC.<br><br>       Plaintiff,<br><br>    v.<br><br>GLOBAL++, *et al.*,<br><br>       Defendants. | Case No. 3:19-cv-03425 JSC<br><br>**NOTICE OF APPEARANCE BY COUNSEL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Fabio E. Marino of Polsinelli LLP hereby appears on behalf of Defendants Ryan Hunt and Alen Hundur ("Defendants") in the above-captioned matter.

Defendants hereby request that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel for Defendants at the address and email set forth below:

>   Fabio E. Marino (SBN 183825)
>   fmarino@polsinelli.com
>   Polsinelli LLP
>   1661 Page Mill Road, Ste. A
>   Palo Alto, CA 94304
>   Tel:  650-461-7706/Fax:  650-461-7701

Dated:  July 11, 2019

Respectfully Submitted,

POLSINELLI LLP

By:  */s/ Fabio E. Marino*
     Fabio E. Marino

Attorneys for Defendants
RYAN HUNT AND ALEN HUNDUR