Reset Form

|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | NORTHERN DISTRICT OF CALIFORNIA |

NIANTIC, INC. )
                         ) Case No: C 19-03425 JSC
          Plaintiff(s), )
                         ) **APPLICATION FOR**
    v.                    ) **ADMISSION OF ATTORNEY**
                         ) **PRO HAC VICE**
GLOBAL++, et al. ) (CIVIL LOCAL RULE 11-3)
          Defendant(s). )

    I, __Phillip Zeeck__, an active member in good standing of the bar of __Western District of Missouri__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Defendants Ryan Hunt and Alen Hundur__ in the above-entitled action. My local co-counsel in this case is __Fabio E. Marino__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Polsinelli PC | Polsinelli LLP |
| 900 West 48th Place, Ste. 900 | 1661 Page Mill Road, Ste. A |
| Kansas City, MO 64112 | Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 816-753-1000 | 650-461-7706 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| pzeeck@polsinelli.com | fmarino@polsinelli.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __65298__.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/11/19                              /s/ Phillip Zeeck
                                                                        APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                                           UNITED STATES DISTRICT/MAGISTRATE JUDGE