# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ss. |
| WESTERN DISTRICT OF MISSOURI ) | |

I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Phillip James Richard Zeeck was duly admitted to practice in said Court on January 8, 2014.

Phillip James Richard Zeeck is currently an active member and has not been disciplined by this Court.

Dated at Jefferson City, Missouri  *Paige Wymore-Wynn*
on July 10, 2019  Paige Wymore-Wynn, Clerk

By  *Jeri Russel*
Jeri Russel, Deputy Clerk