United States District Court
Northern District of California

1
2
3
4                      UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    NIANTIC, INC.,                          Case No. 19-cv-03425-JSC   (INT)

            Plaintiff,
8
                                             **ORDER REASSIGNING CASE**
        v.
9

10   GLOBAL++, et al.,

            Defendants.
11

12

13        IT IS ORDERED that this case has been reassigned using a proportionate, random and

14   blind system pursuant to General Order No. 44 to the Honorable Jon S. Tigar in the San Francisco

15   division for all further proceedings.  Counsel are instructed that all future filings shall bear the

16   initials JST immediately after the case number.

17        All hearing and trial dates presently scheduled are vacated.  However, existing briefing

18   schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge

19   to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior

20   briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also

21   remain unchanged.

22   Dated:  July 11, 2019

23

24                                           _Susan Y. Soong_____

25                                           Susan Y. Soong
                                             Clerk, United States District Court
26

27

28   A true and correct copy of this order has been served by mail upon any pro se parties.