UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIANTIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL++, et al., <br><br> Defendants. | Case No.19-cv-03425-JST <br><br> **CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 22 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for September 30, 2019 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due September 23, 2019 by 5:00 PM.

Please report to Courtroom 6, 2nd Floor, Ronald V. Dellums Federal Building and U.S. Courthouse, 1301 Clay St, Oakland, CA 94612.

Dated: July 11, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR
415-522-2036