FABIO E. MARINO (SBN 183825)
fmarino@polsinelli.com
POLSINELLI LLP
1661 Page Mill Road
Suite A
Palo Alto, CA 94304
Telephone: (650) 461-7700
Facsimile: (650) 461-7701

PHILLIP J. R. ZEECK (*pro hac vice application pending*)
pzeeck@polsinelli.com
POLSINELLI PC
900 West 48th Place
Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536

Attorneys for Defendants RYAN HUNT and ALEN HUNDUR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIANTIC, INC. | Case No. 19-cv-3425 |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| GLOBAL++, et al., | |
| Defendants. | Date Action Filed: June 14, 2019 |

Plaintiff Niantic, Inc. and Defendants Ryan Hunt and Alen Hundur hereby submit this Stipulation for Extension of Time for Defendants to Respond to Plaintiff's Complaint under Local Civil Rule 6-1(a). In support, the parties stipulate and agree as follows:

1. On June 14, 2019, Plaintiff filed the Complaint in the above-captioned action.

2. Plaintiff served the Complaint on Defendants Ryan Hunt and Alen Hundur on June 18, 2019.

3. Defendants' responsive pleading was due to be filed on Wednesday, July 9, 2019.

4. The parties agree that Mr. Hunt and Mr. Hundur may have an extension of time to respond to the Complaint until on or before Wednesday, July 17, 2019.

5. Extending the time for Mr. Hunt and Mr. Hundur to respond to Plaintiff's Complaint will not impact the date of any event or deadline already fixed by Court order.

Dated: July 12, 2019                    POLSINELLI LLP, POLSINELLI PC

                                        By: */s/ Fabio E. Marino*
                                            Fabio Marino
                                            Phillip J. R. Zeeck

                                        *Attorneys for Defendants Ryan Hunt and Alen Hundur*

Dated: July 12, 2019                    PERKINS COIE, LLP

                                        By: /s/ Todd M. Hinnen
                                            Julie E. Schwartz
                                            Todd M. Hinnen
                                            Ryan Spear
                                            *Signed with permission

                                        *Attorneys for Plaintiff Niantic, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2019, I electronically filed the foregoing document with the U.S. District Court Clerk's Office by using the CM/ECF System, which will send a Notice of Electronic Filing to:

Julie E. Schwartz, Bar No. 260624
jschwartz@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650-838-4300
Facsimile: 650-838-4350

Todd M. Hinnen (pro hac vice)
thinnen@perkinscoie.com
Ryan Spear (pro hac vice)
rspear@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206-359-8000
Facsimile: 206-359-9000

*Attorneys for Plaintiff Niantic, Inc.*

By: */s/ Fabio E. Marino*
Fabio Marino

---

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 19-CV-3425

69528464.1