Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

NIANTIC, INC.

    Plaintiff(s),

v.

GLOBAL++, et al.

    Defendant(s).

Case No: C 19-03425 JSC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Phillip Zeeck__, an active member in good standing of the bar of __Western District of Missouri__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Defendants Ryan Hunt and Alen Hundur__ in the above-entitled action. My local co-counsel in this case is __Fabio E. Marino__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Polsinelli PC<br>900 West 48th Place, Ste. 900<br>Kansas City, MO 64112 | Polsinelli LLP<br>1661 Page Mill Road, Ste. A<br>Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 816-753-1000 | 650-461-7706 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| pzeeck@polsinelli.com | fmarino@polsinelli.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __65298__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/11/19

                         /s/ Phillip Zeeck
                               APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Phillip Zeeck__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 16, 2019

                               UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE