FABIO E. MARINO (SBN 183825)
fmarino@polsinelli.com
POLSINELLI LLP
1661 Page Mill Road, Suite A
Palo Alto, CA 94304
T: 650-461-7700
F: 650-461-7701

Phillip Zeeck (*Admitted PHV*)
pzeeck@polsinelli.com
POLSINELLI PC
900 West 48th Place, Ste. 900
Kansas City, MO 64112
T: 816-753-1000
F: 816-753-1536

Attorneys for Defendants
Ryan Hunt and Alen Hundur

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIANTIC, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GLOBAL++, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-03425 JST<br><br>**DECLARATION OF RYAN HUNT IN SUPPORT OF DEFENDANTS RYAN HUNT AND ALEN HUNDUR'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:　August 22, 2019<br>Time:　2:00 p.m.<br>Ctrm:　9, 19TH Floor<br>Judge:　Honorable Jon S. Tigar<br><br>Date Action Filed:　June 14, 2019 |

I, Ryan Hunt, declare as follows:

1. I am the CEO of IT Haven Inc. ("IT Haven"). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration for the purposes of attesting that Global++, named as a defendant in this action, is a nonentity.

3. Global++ is not, and never has been, a corporation, a limited liability company, a partnership, or any other kind of legal entity.

4. I have never incorporated Global++ or attempted to organize or create a legal entity of that name by any sort, and no one has done so on my behalf or at my direction.

5. To my knowledge, no such entity exists or has ever existed.

6. I have read the Complaint filed in this action.

7. The products and services that the plaintiff in this action alleges Global++ created and operated have been disabled, and are no longer active.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was made this 17th day of July, 2019 in Ontario, Canada.

By: _____
Ryan Hunt