UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIANTIC, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL++, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-03425 JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS RYAN HUNT AND ALEN HUNDUR'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: 　August 22, 2019<br>Time: 　2:00 p.m.<br>Ctrm: 　9, 19TH Floor<br>Judge: 　Honorable Jon S. Tigar<br><br>Date Action Filed:  June 14, 2019 |

1 | This Court, having considered Defendants Ryan Hunt and Alen Hundur's ("Defendants")
2 | Motion to Dismiss and supporting documents thereto, and the parties' related arguments, and
3 | good cause appearing thereof, hereby GRANTS Defendants' Motion to Dismiss.

4 | **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is GRANTED.

5 | **IT IS SO ORDERED.**

7 | Dated:

HONORABLE **JON S. TIGAR**
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER
CASE NO. 3:19-cv-03425-JST