Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (admitted *pro hac vice*)
THinnen@perkinscoie.com
Ryan Spear (admitted *pro hac vice*)
RSpear@perkinscoie.com
Perkins Coie LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20,<br><br>    Defendants. | Case No. 19-cv-3425-JST<br><br>**NIANTIC, INC.'S RE-NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTIVE RELIEF [DKT. 7]**<br><br>**Date:**          August 8, 2019<br>**Hearing Time:**  2:00 p.m.<br>**Courtroom:**     9, 19th Floor<br>**Judge:**         Hon. Jon S. Tigar |

## RE-NOTICE OF MOTION AND MOTION

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 8, 2019, or as soon as the matter may be heard, in the United States District Court for the Northern District of California, San Francisco Division, plaintiff Niantic, Inc. ("Niantic") will and hereby does move the Court for a preliminary injunction, pursuant to Federal Rule of Civil Procedure 65 and Civil Local Rule 65-2, restraining and enjoining defendants and defendants' officers, agents, servants, and employees, and all persons in active concert or participation with them who receive actual notice of the Court's order, from:

1.      Acquiring or copying without authorization any portion of the mobile applications ("apps") developed and published by Niantic and used to play Niantic's location-based augmented reality games, including certain binary computer code incorporated in Niantic's mobile apps (Niantic's "Client Code");

2.      Reverse engineering, decompiling, or disassembling Niantic's mobile apps;

3.      Creating derivative works based on any portion of Niantic's games, mobile apps, and Client Code, including without limitation the programs titled *Potter++* (or *Unite++*), *PokeGo++*, and *Ingress++* (the "Cheating Programs");

4.      Distributing, selling, renting, leasing, or otherwise trafficking in copies of Niantic's Client Code or any apps or computer programs that include any portion of Niantic's Client Code, including without limitation the Cheating Programs;

5.      Cheating or enabling cheating within Niantic's mobile games, including through the Cheating Programs;

6.      Accessing Niantic's network, computers, and servers, including the computers and servers that enable users to play Niantic's games via Niantic's mobile apps, by any direct or indirect means or method;

- 1 -

7.     Extracting, scraping, or indexing data about points of interest or spawning locations within Niantic's games, including names, descriptions, photographs, game states, and precise coordinates for those points of interest and locations;

8.     Using Niantic's Client Code or any other aspect of Niantic's mobile apps, mobile games, or other services or content, for any commercial purpose;

9.     Violating Niantic's Terms of Service; and

10.    Participating or assisting in any such activity.

*See* Dkt. 7. In addition, after the hearing on this motion, Niantic respectfully requests that the Court order defendants to provide notice of the Court's order to defendants' officers, agents, servants, and employees, and all persons in active concert or participation with defendants.

Niantic's motion is based on this re-notice of motion and the accompanying memorandum of points and authorities; the supporting declarations of Scot Frank, Phil Keslin, Eric Lanz, Steven VanDeBogart, and Julie Schwartz, with exhibits; all pleadings and papers on file in this action; and such other and further matters as the Court may consider. *See* Dkts. 7, 7-1, 7-2, 7-3, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9.

Niantic's motion for preliminary injunctive relief was previously noticed for hearing on July 19, 2019 before Magistrate Judge Corley. *See* Dkt. 7. The hearing on Niantic's motion was then rescheduled to August 1, 2019. *See* Dkt. 15. On July 11, 2019, the case was reassigned to this Court. *See* Dkt. 22. As a result, the August 1 hearing date was vacated, and Niantic was directed to file this re-notice of hearing. *See* Dkts. 20, 22.

DATED:  July 17, 2019                              **PERKINS COIE LLP**

                                                    By:    */s/ Julie E. Schwartz*
                                                    Julie E. Schwartz, Bar No. 260624
                                                    JSchwartz@perkinscoie.com

                                                    Attorneys for Plaintiff Niantic, Inc.