UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIANTIC, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>GLOBAL++, et al.,<br><br>        Defendants. | Case No. 19-cv-03425-JST<br><br>**ORDER CONTINUING HEARINGS**<br><br>Re: ECF Nos. 7, 26, 27 |

    Plaintiff Niantic, Inc. has moved for a preliminary injunction enjoining Defendants from, among other things, copying its mobile applications, creating derivative works based on those applications, enabling cheating on Niantic's mobile games, and accessing Niantic's network. *See* ECF No. 7. The motion was filed before Defendants were served, and no response has been filed. Niantic has re-noticed the motion for hearing before this Court on August 8, 2019. ECF No. 27.

    Absent further stipulation and order of the court, Defendants are ordered to file an opposition to the preliminary injunction motion, or a statement of non-opposition, no later than July 31, 2019. Niantic's reply will be due August 7, 2019.

    Defendants have filed a motion to dismiss noticed for hearing on August 22, 2019. ECF No. 26. Based on the Court's availability, the hearings on both pending motions, ECF Nos. 7 and 26, are hereby continued to September 4, 2019 at 2 P.M. in Oakland.

    The briefing schedule on Defendants' motion to dismiss remains unchanged.

    **IT IS SO ORDERED.**

Dated: July 19, 2019

                                     JON S. TIGAR
                               United States District Judge