UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIANTIC, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>GLOBAL++, et al.,<br><br>      Defendants. | Case No.19-cv-03425-JST |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the August 8, 2019 Motion for Preliminary Injunction in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

( )   All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project.  See cand.uscourts.gov/cameras for more information.
<< If there is additional detail needed to explain that only certain aspects will be, or will not be recorded, such as a certain witness will be excluded, or that only the closing arguments will be recorded, include that text here, otherwise click "SKIP". >>

(x)   At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: 7/29/2019                                                     Susan Y. Soong, Clerk of Court

*Susan Y. Soong*
Signature of Clerk or Deputy Clerk