# Exhibit A

1  FABIO E. MARINO (SBN 183825)
   fmarino@polsinelli.com
2  POLSINELLI LLP
   1661 Page Mill Road, Suite A
3  Palo Alto, CA 94304
   T:  650-461-7700
4  F:  650-461-7701

5  Phillip Zeeck (*Admitted PHV*)
   pzeeck@polsinelli.com
6  POLSINELLI PC
   900 West 48th Place, Ste. 900
7  Kansas City, MO 64112
   T:  816-753-1000
8  F:  816-753-1536

9  Attorneys for Defendants
   Ryan Hunt and Alen Hundur
10

11              **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13                **SAN FRANCISCO DIVISION**

14

15  NIANTIC, INC.,                      Case No. 3:19-cv-03425 JST

16             Plaintiff,               **DECLARATION OF RYAN HUNT IN
                                        SUPPORT OF DEFENDANTS
17       v.                             OPPOSITION TO PLAINTIFF'S
                                        MOTION FOR PRELIMINARY
18  GLOBAL++, et al.,                   INJUNCTION**

19             Defendants.
                                        Date:
20                                      Time:   2:00 p.m.
                                        Ctrm:   9, 19TH Floor
21                                      Judge:  Honorable Jon S. Tigar

22                                      Date Action Filed:  June 14, 2019

23

24

25

26

27

28
                                        DECL. OF RYAN HUNT ISO OPP. TO NIANTIC'S
                                        MTN. FOR PRELIMINARY INJUNCTION
                                        CASE NO. 3:19-cv-03425-JST

1    I, Ryan Hunt, declare as follows:

2    1.    I submit this declaration in support of Defendants' Opposition to Plaintiff Niantic,

3    Inc.'s ("Niantic") Motion for Preliminary Injunction ("Opposition").

4    2.    I am a Canadian resident over 18 years old. I have personal knowledge of the

5    facts set forth herein and, if called as a witness, I could and would competently testify thereto.

6    3.    I am the CEO of IT Haven, Inc. ("IT Haven").

7    4.    As CEO of IT Haven, Inc., I am familiar with the structure and operation of

8    software distributed under the label "Global++" that targeted video games produced by Niantic.

9    5.    Global++ software creates nothing with any physical form that can be sold.

10    6.    Global ++ software does not alter the source code that Niantic's games created.

11    Instead, it merely enhances a Niantic game's display by manipulating the GPS information that a

12    user's mobile device supplies to the game.

13    7.    Global++ does this without supplanting demand for the game itself. In fact,

14    Global++ software increases the number of users who can access and operate Niantic's games,

15    particularly for users that have limited mobility, live in rural areas, or suffer from a physical

16    disability that prohibits them from being able to walk. It is virtually impossible for these users to

17    play Niantic's games without a spoofing software. When a Niantic-focused account posted about

18    this lawsuit on social media under the headline "The Global downfall of ++ Tweaked apps!,"

19    users commented to complain that their usage would be curtailed and that Niantic "may actually

20    lose money in the long run since people who do use tweaked versions still pay for everything."

21    *See* Ex. A-1.

22    8.    While Global++ users were invited to support its creators, they were required to

23    pay for Niantic's products just as if they were playing unaltered versions of those products.

24    9.    At least eight other spoofing vendors targeting Niantic's games operate similar

25    software.

26    a.    iSpoofer, which is the largest Pokemon Go spoofing hack, has developers

27        in the United Kingdom and Australia. Niantic's code and iSpoofer's hack

28

-1-

DECL. OF RYAN HUNT ISO OPP. TO NIANTIC'S
MTN. FOR PRELIMINARY INJUNCTION
CASE NO. 3:19-cv-03425-JST

1           are available directly on iSpoofer's website. iSpoofer offers subscriptions

2           for paid services, and it offers a nonpublic edition of Niantic's Harry

3           Potter game. *See* Ex. A-2.

4       b.    iTools is a desktop application that allows users to modify their GPS

5           position in Pokemon Go. It also sends users notifications about nearby

6           Pokemon. iTools is a direct competitor to iSpoofer. *See* Ex. A-3.

7       c.    iPotter, which is a GPS spoofing application for Niantic's Harry Potter

8           game. It includes an in-game map which shows landmarks that are

9           important for gameplay and allows users to spoof anywhere in the world.

10          iPotter maintains a Discord dedicated to support and helping users

11          download their IPA. *See* Ex. A-4.

12      d.    Webspoof, which is an open-sourced software available on GitHub for

13          users around the world. It also allows users to spoof their locations on

14          Pokemon Go from Apple computers. It has been "starred" more than

15          2,100 times and "forked" more than 250 times. *See* Ex. A-5.

16      e.    FlyGPS is an Android equivalent to iSpoofer. It allows spoofing for

17          Android devices and includes features that allow users to run

18          automatically and engage in joystick abilities. *See* Ex. A-6.

19      f.    Other spoofers include iPogo, LazyGo, and an unknown build for a

20          Pokemon Go spoof available at buildstore.io.

21      10.    Niantic has known about Global++ software since at least 2018, when Niantic

22  identified user accounts associated with Global++ creators and suspended those accounts to

23  immediately halt Global++ software from operating. Only accounts using "unofficial third-party

24  software" were suspended, and the suspensions were "lifted in approximately 90 days from the

25  day [a user] received the suspension." Ex. A-7.

26      11.    When Niantic's revenues dropped after suspending Defendants' user accounts on

27  Niantic's servers, Niantic's revenue declined. Niantic quickly lifted those suspensions,

28

-2-

1 | permitting previously-suspended accounts to resume operating, and Global++ software began

2 | operating again also. Niantic's revenues increased as a result.

3 |      12.     After implicitly permitting Global++ to continue operating for over a year,

4 | Niantic sent Defendants a cease-and-desist letter earlier this year.

5 |      13.     Global++ software was shut down immediately after Defendants received that

6 | letter, and it has not been restarted.

7 |      14.     Other spoofing vendors targeting Niantic's games continue to operate, however,

8 | and, upon information and belief, those vendors have seen increased traffic since Global++ has

9 | been shut down because Global++ users are migrating to them.

10 |

11 |      I declare under penalty of perjury under the laws of the State of California that the

12 | foregoing is true and correct and this declaration was made this 31st day of July, 2019 in

13 | Ontario, Canada.

14 |

15 |      By: _____

16 |                 Ryan Hunt

-3-

# Exhibit A-1

**Niantic News Updates**

June 15 · 🌐

The Global downfall of ++ Tweaked apps!

Niantic has opened a lawsuit against the company global plus plus. We are partnered with a Pokémon gohub to bring you more information about this situation as it unfolds!
Current Global++ Forced Changes
Global++ official website has been removed
Global++ Discord servers have been deleted
A message was shared on the Global++ Discord announcing end of service:

Global is calling the "++" versions of the game "tweaked", while Niantic is calling them hacked, creating a basis for a lawsuit. The "++" versions include features like GPS manipulation, auto walking and sniping, all of which are against the game's Terms of Service and Player Conduct code.

Alongside two alleged lead developers, the lawsuit names 20 unknown defendants, also alleged members of Global++ who couldn't be personally identified. "Among other things, defendants' schemes undermine the integrity of the gaming experience for legitimate players, diminishing enthusiasm for Niantic's games and, in some cases, driving players away from Niantic's games altogether. Defendants' schemes therefore damage Niantic's reputation and goodwill and interfere with Niantic's business," the lawsuit says.

An image from the lawsuit, image credits: Business Insider
Niantic is seeking a "preliminary injunction" in the lawsuit, which would force Global++ to immediately stop distributing tweaked versions and to stop any work on reverse engineering the official code distributed by Niantic.

Global++ has already developed a tweaked / hacked version of Wizards Unite, Niantic's soon to be released Harry Potter

Global++ has already developed a tweaked / hacked version of Wizards Unite, Niantic's soon to be released Harry Potter game. As per our own investigation, this seems to be true, as Global is openly advertising Potter++ on social media since at least May 10th.

Niantic has expressed concern over Potter++ in the motion for a preliminary injunction:

"Niantic files this motion on the eve of the United States launch of Harry Potter, the culmination of a multi-year, multi-million dollar investment by Niantic, the success of which is threatened by defendants' unlawful conduct" The lawsuit will take months and years to reach a conclusion, but if Niantic manages to get a preliminary injunction, Global would be forced to stop distributing ++ apps, essentially preventing any damage to Wizards Unite at launch.

Article written by: GoHub & TheInfamousJJ
Don't forget to drop a like and subscribe!

---

👍 Like     💬 Comment     ↪ Share

---

👍😢 24

9 shares

**Most Relevant** ⌄

 一鈴木
I'm impressed to see that people thinks Niantic are full of idiots! And that, I think it's true!!

Case 3:19-cv-03425-JSC  Document 82-1  Filed 07/31/19  Page 9 of 52

advantage the people in the major cities like New York or San Francisco have over small rural towns   I dont see them making the game fair for those people. Niantic will lose alot of money because spoofers spent alot on raid passes and incubators. The game wasnt fair to begin with. Spoofing apps made it where people in small towns with 1 gym and 2 pokestops could play. Oh well guess we'll just have to find another game to spend our money on and let niantic take the loss.

4w    Like    Reply                                     3



**Jennifer Phipps**
Pokemon go may actually lose money in the long run since people who do use tweaked versions still pay for everything

5w    Like    Reply                                     3



**Jennifer Phipps**
Wonder how many people will play pokemon go if they cant use the tweaked version

5w    Like    Reply                                     1

they have to kill the competition first.

Case 3:19-cv-03425-JST   Document 32-1   Filed 07/31/19   Page 10 of 52

5w   **Like**   **Reply**

 **Niantic News Updates**
**Jesse Long** You're entitled to your own opinion may be correct or incorrect.

5w   **Like**   **Reply**                     1

 Write a reply...

 **Grant Moulder**
Pokemon go will be dead when sword and sheild comes out bye bye

5w   **Like**   **Reply**                     2

 ◆ Top Fan
**Jon Resides**
I hope they get shut down, along with all the other spoofing apps

5w   **Like**   **Reply**                     3



**Daniel Albrecht**
if you have it does it still work?

5w    Like    Reply

 **Luis Alberto Santos Jr** Replied · 1 Reply



◈ Top Fan

**Chapman Chase**
Ispoofer will now flourish

Exhibit A-2





## iSpoofer for POGO

Have more fun with iSpoofer, try it you'll like it.

Teleport for Free!

**How to activate the Pro version?**

 Download IPA

How to Install the IPA file?

 Install (iOS)

What is 'Unable to Verify App'?

Version: 2.9.1 (0.149.0)
Released: Jul 18, 2019

 **Cydia Impactor (How to use/Video Tutorial)**

Download for Windows

Download for macOS

◄ ▶

## Compare Free & Pro Versions

| Features (Click the name to get more details) | Free Version | Pro Version |
|---|---|---|
| Joystick | ✓ | ✓ |
| Teleport | ✓ | ✓ |
| Auto-Walking | X | ✓ |
| IV List | ✓ | ✓ |
| Encounter IV Checker | 10 Times Free Trial | ✓ |
| Nearby Radar | X | ✓ |

| Features (Click the name to get more details) | Free Version | Pro Version |
| --- | --- | --- |
| Nearby Gym Slots Scanner | X | ✓ |
| Coodinates Feed | X | ✓ |
| Feed Radar | X | ✓ |
| Enhanced Throw | ✓ | ✓ |
| Fast Catch Trick | X | ✓ |
| Auto-Generate GPX | ✓ | ✓ |

‹ ›

## How to get the key for activation

iSpoofer for POGO is included in our Pro Plan, so if you've already subscribed to the **iSpoofer Pro Plan**, just activate it with the activation key sent to the email address you provided. Sometimes the key is sent to your Junk mail, please check all mailboxes if it is not in your inbox. Otherwise, you will need to subscribe to the Pro plan to receive an activation key.
**Note: iSpoofer for POGO is _NOT_ included _in the Basic Plan_.**

💲 Subscribe Pro Now

🌐 Help & Support

Partners

PokeXperience

Multi-Languages



Select Language ▼

Copyright © 2019 GFStudio. All rights reserved.
Pokémon and Pokémon character names are trademarks of Nintendo. Pokémon GO is a trademark of Niantic. Other trademarks are the property of their respective owners. iPod®, iPhone®, iPad® and iTunes® are trademarks of Apple Inc., registered in the U.S. and other countries. iSpoofer is not developed by or affiliated with Apple Inc.

iSpoofer – Simulate Anywhere in The World

# iSPOOFER

## Work hard, play smart.
## More fun will brighten up your day



### iSpoofer PC



More

### iSpoofer for POGO

More

## Plans & Prices

Choose an appropriate plan for you



&#9898; Quarterly                                        &#9898; Monthly

**Pro**

us$12.95 / 3 months

✔ Flexible and convenient for most customers

✔ Tweaked App

✔ Licensed up to 3 devices
(Either computer or mobile phone)

💲 SUBSCRIBE NOW

**Volume**

-

For agencies has lots of devices

For more than 20 devices

❓ NOT AVAILABLE

If you forget or lose your activation key, please visit support to get it back.

Help & Support

If you need something else, please don't hesitate to get in touch.

Click for more Help

Case 3:19-cv-03425-JST   Document 32-1   Filed 07/31/19   Page 17 of 52

## Partners

 PokeXperience

## Multi-Languages



Select Language ▼

Copyright © 2019 GFStudio. All rights reserved.

Pokémon and Pokémon character names are trademarks of Nintendo. Pokémon GO is a trademark of Niantic. Other trademarks are the property of their respective owners. iPod®, iPhone®, iPad® and iTunes® are trademarks of Apple Inc., registered in the U.S. and other countries. iSpoofer is not developed by or affiliated with Apple Inc.

Exhibit A-3

# Welcome To The iTools Official Download Page

The iTools is best for managing iPhone, iPad and iPod touch.

---

# Download iTools for Windows

The **iTools download** available for Windows platform as a free download version. iTools runs on Windows smoothly comparing to the iTunes, the Apple's official iDevice synchronization application. The iTools armed with the drag and drop functionality which is really doing amazing files and data management. In the same way, the iTools download has significant tools like ringtone maker, file explorer, music transfer tool, restore and backup, video transfer tool, audio transfer tool, PDF transfer tool, text transfer tool, podcasts transfer tool, and transfer tool and real time screenshots tool.

---

## System requirement for Windows computers

Windows Vista

Windows XP

Windows 7, 8, 8.1 and Windows 10

50 MB of storage

---

## See the compatible iDevices for ITools Windows

iPhone X, iPhone 8,iPhone 5, iPhone 6, iPhone SE, iPhone 7,iPhone 5C,iPhone 5S, iPhone 6S,iPhone 6 plus, iPhone 6S plus, iPhone 7 Plus

iPod touch

iPad 4,iPad Mini 4, iPad Mini 3 and iPad Mini 2,iPad Pro (9.7 , 12.9 inch),iPad Air and iPad Air 2

---

## Download iTools FREE!

### Take the Latest Version of iTools

You can download the latest version of iTools for Windows and Mac For free. All you need to do is to choose the platform that you need to install the iTools and click on the link to download the iTools for your PC. We provide links to download iTools latest versions for Windows and Mac and iTools old versions for Windows and Mac.

Download

# Download iTools for Mac

**iTools download** available for Macintosh computers too. In Mac platform the *iTools* working better than Windows, because the processing functionalities of iTools specially designed for the Mac PCs. iTools consumes little of power for working on 100% energy. In the same manner, this tool requires a less storage for a store its application folder and data. The memory management of iTools download is highly efficient for iOS management, unlike the iTunes, the iTools manage all of the things on iPhone, iPad and iPod touch in an efficient way. The iTools Mac version also has the tools such as iTools ringtone maker, file explorer, image import and export, video import and export, audio import and export, podcasts import and export and PDF import and export etc.

## System requirement for Macintosh computers

Mac – OS X 10.8 and later versions including Mac OS Sierra and Mac OS High Sierra

50 MB of storage

## See the compatible iDevices for iTools Mac

iPhone X, iPhone 8,iPhone 5, iPhone 6, iPhone SE, iPhone 7,iPhone 5C,iPhone 5S, iPhone 6S,iPhone 6 plus, iPhone 6S plus, iPhone 7 Plus.

iPod touch

iPad 4,iPad Mini 4, iPad Mini 3 and iPad Mini 2,iPad Pro (9.7 , 12.9 inch),iPad Air and iPad Air 2

## Download iTools installer for Windows and Mac computers

Download for Windows (https://api.thinkskysoft.com/dl/?p=itools4win)
Download for Mac (https://api.thinkskysoft.com/dl/?p=itoolsmac)
*Note: - These links are placed from ThinkSky Inc. (www.thinkskysoft.com). iTools is a trademark of ThinkSky®. The iPod®,iPhone®,iPad®,iTunes® and Mac® are trademarks of Apple Inc.*

## Download iTools FREE!

### Take the Latest Version of iTools

You can download the latest version of iTools for Windows and Mac For free. All you need to do is to choose the platform that you need to install the iTools and click on the link to download the iTools for your PC. We provide links to download iTools latest versions for Windows and Mac and iTools old versions for Windows and Mac.

### Pages

Home (/)

Download (download.html)

About Us (about-us.html)

Contact Us (contact-us.html)

Privacy Policy (privacy-policy.html)

### Tags

iTools iPad (/blog/itools-4-ipad/)

iTools English (itools-english.html)

iTools Windows (itools-windows.html)

iTools Mac (itools-

### AirPlayer

AirPlayer (/airplayer-download/)

Download (airplayer-download/#download)

iTools AirPlayer (download.html)

Mac (html)

iTools iPhone (itools-iphone.html)
iTools 2018 (itools-2018.html)

iTools 64 bit (itools-64-bit.html)
iTools iOS (itools-ios.html)

Copyright © 2017-2019
www.itools4.com (/)
All Rights Reserved

iTools is a trademark of ThinkSkySoft® (www.thinkskysoft.com). The iPod®,
iPhone®, iPad®, iTunes® and Mac® are trademarks of Apple Inc.

## Get connected with us

   

(https://www.facebook.com/itoolsofw (https://twitter.com/itools4) (https://plus.google.com/u (https://www.youtube.com/channel/UCjT64870449s4-
Ω)

# iTools Pokemon Go

## Have You Heard Of The Latest iTools Pokemon Go?

iTools Pokemon Go (/) is the new gaming mode you can use with the amazing game Pokemon Go. This is nothing but a small device which is really useful if you are a die-hard Pokemon fan. Because all the pokemon fans turn on their mobile phones and stare at the game whenever they travel. In order to catch a Pokemon. If they miss a Poke stop it will be a missed opportunity for a level up and etc. So this smart device is developed specially for the Pokemon fans. In scratch, this small device will inform you whenever a pokestop has arrived. You simply have to connect it to your phone. And you do not require to use your phone too. The signals will be sent via Bluetooth. And your device will vibrate accordingly.

I'm sure you are already interested in knowing more about this device. So keep reading. We will give you information about features of iTools Pokemon Go, additional information, types of devices and much more.



## What Happens In iTools Pokemon Go?

In simple terms, *iTools Pokemon Go* is a small device. This will enable all the pokemon fans to enjoy the game while you move. But most importantly you do not need to look at your smartphone. It will automatically inform you about the gaming point and other notifications. The smart device will be connected to your smartphone using Bluetooth technology. And this device will notify instances such as when a pokemon appears when you are nearby. Or the device will start to blink and vibrate when you are near a pokestop. And the device will throw a pokeball immediately when it is near. You just have to press the button. And it will automatically vibrate and inform you if you are lucky enough to catch the pokemon.

## Instances The iTools Pokemon Go Will Inform You

1. When you are near a Pokemon, iTools Pokemon Go will inform your mobile phone
2. When you are near a Poke Stop, the mobile phone will be informed
3. When you press the Pokeball to catch the Pokemon using the smart device it will inform the mobile phone
4. When you successfully catch the Pokemon it will inform the device by sending signals to the app on your mobile phone.

## Amazing Features Of iTools Pokemon Go

*iTools Pokemon Go smart device includes so many features. These features improve the quality of life as well as the gaming experience of the Pokemon Go game. Here they are.*

1. This iTools Pokemon Go smart device version is an improvement of the Japanese device version.
2. This device includes a rechargeable lithium battery which will be easy for you to recharge using a USB port without replacing the batteries.
3. With the revert back to manual press button there are No manual operations needed to operate the device. You can switch to auto and manual when necessary. The device includes an auto catch spine method for pokemon.
4. Vibration method to inform you about notifications immediately using the Bluetooth technology. You can control it to vibrate of LED light flash blink as your preferences.

# Download iTools 4 FREE!

## Take the Latest Version of iTools

Download
(download.html)

# iTools With Pokemon Go

Before iTools Pokemon Go lets see what iTools is. If you haven't heard about the iTools, it is nothing but a replacement for the iTunes. You can use this amazing iTools to manage your iDevice and your computer easily. No complex functions saved your computer battery life. No complex background operations and handles the computer resources very efficiently. This iTools software includes so many interesting features such as battery master, Airplayer, image tools etc. These features are added to the software extra. The usual functions are includes such as syncing the device, data migration, backup and restore etc.

The special point is now this amazing iTools is included with the **iTools Pokemon Go**. You can easily play the pokemon go game using your windows or Mac personal computer. And connect this amazing smart gadget and use it whenever you need even if you are moving.

## What Is Inside The iTools Pokemon Go Packet?

You will receive 2 parts with the packet.

1. 1 X iTools Pokemon Go smart device modded Japanese genuine version
2. 1 X Charging Micro USB cable or a connecting cable

iTools | Official iTools Download 2019

# iTools Pokemon Go Smart Gadget Types

There are few choices of *iTools Pokemon Go* smart devices you can choose to play this amazing game using your computer with the smartphone. Here they are.

1. Pokemon Go plus X 5 package
2. Single Pokemon Go plus
3. Single Pokemon Go plus lite
4. Pokemon Go plus lite package
5. Pokemon Go plus lite X 5

# iTools Pokemon Go And Virtual Location

In order for you to use this **iTools Pokemon Go** in your personal computer, you need to enable the virtual location in your PC. iTools software will enable a moving pgs location on your iDevice. Using this virtual location you can walk, and pin mode using teleport and joystick with adjustable speed. You will also get unlimited cycles with repeat and cycle mode to choose according to your preferences. You can also import GPX files, export the GPX files, and continue with them from the stop point. Additionally, you can save and choose your favorite locations whenever you need to play with this amazing Pokemon go game.

## Additional Facts About iTools Pokemon Go

This device is weighted 0.2 lbs. And the dimensions of the iTools Pokemon Go device is 0.3 x 0.3 x 0.3 inches.

In conclusion, this iTools Pokemon Go Is a smart gadget which will enable you to use the most popular pokemon game, the pokemon go without even looking at your device. It will send you notifications when you are near a pokemon or a poke stop. And also it will automatically throw a poke ball and inform you too. If you enable the virtual location with the iTools and the Pokemon go device you can use the game without even moving.

### Pages

Home (/)

Download (download.html)

About Us (about-us.html)

Contact Us (contact-us.html)

Privacy Policy (privacy-policy.html)

### Tags

iTools iPad (/blog/itools-4-ipad/)

iTools English (itools-english.html)

iTools Windows (itools-windows.html)

iTools Mac (itools-mac.html)

iTools iPhone (itools-iphone.html)

iTools 2018 (itools-2018.html)

### AirPlayer

AirPlayer (/airplayer-download/)

Download (airplayer-download/#download)

iTools 4 AirPlayer (download.html)

iTools 64 bit (itools-64-bit.html)

iTools iOS (itools-ios.html)

Copyright © 2017-2019

www.itools4.com (/)

All Rights Reserved

iTools 4 is a trademark of ThinkSkySoft® (www.thinkskysoft.com). The iPod®,
iPhone®, iPad®, iTunes® and Mac® are trademarks of Apple Inc.

## Get connected with us

   

(https://www.facebook.com/itools4) (https://twitter.com/itools4) (https://plus.google.com/u/0/) (https://www.youtube.com/channel/UC75648704495r4_Q)

Exhibit A-4

iPotter



## Play Anywhere Anytime

Version : 2.8.4 (2.1.0)
Released: July 16, 2019

⬇ **Direct Install**          Download ipa          ⌄ **Learn More**



# Join our Discord Server
# to get the latest update and support.





## Feature Rich

Our developers update constantly to ensure the best user experience and make sure your account is safe. All the features will be free during beta testing.



## How to install?

Use Cydia Impactor.



© iPotter.

Exhibit A-5

iam4x / **pokemongo-webspoof**

---

## Join GitHub today

Dismiss

GitHub is home to over 36 million developers working together to host and
review code, manage projects, and build software together.

Sign up

🐱 Play Pokémon Go from your Mac

| 🕙 86 commits | ⑂ 2 branches | 🏷 7 releases | 👥 21 contributors |
|---|---|---|---|

Branch: master ▾    New pull request      Find File   Clone or download ▾

| 🐱 iam4x Merge pull request #457 from rehne/master   ... | Latest commit c820192 on Nov 27, 2018 |
|---|---|

| 📁 src | Update api.js | 10 months ago |
|---|---|---|
| 📁 xcode-project | update electron and other minor things because the app wasn't working... | 10 months ago |
| 📄 .babelrc | chore: first commit 🎉 | 3 years ago |
| 📄 .eslintignore | chore: first commit 🎉 | 3 years ago |
| 📄 .eslintrc | Integration https://fastpokemap.se (#408) | 3 years ago |
| 📄 .gitignore | chore: exclude `.tar.gz` | 3 years ago |
| 📄 .npmignore | chore: first commit 🎉 | 3 years ago |
| 📄 README.md | update electron and other minor things because the app wasn't working... | 10 months ago |
| 📄 autoclick.applescript | chore: first commit 🎉 | 3 years ago |
| 📄 example.gif | doc: add README | 3 years ago |
| 📄 index.html | update electron and other minor things because the app wasn't working... | 10 months ago |
| 📄 main.js | update electron and other minor things because the app wasn't working... | 10 months ago |
| 📄 package-lock.json | update electron and other minor things because the app wasn't working... | 10 months ago |
| 📄 package.json | update electron and other minor things because the app wasn't working... | 10 months ago |
| 📄 pikachu.gif | doc: add README | 3 years ago |
| 📄 pokeball.png | chore: first commit 🎉 | 3 years ago |
| 📄 pokemonLocation.gpx | Fix gpx warning, add background audio and UI in iOS app (#120) | 3 years ago |
| 📄 webpack.config.babel.js | update electron and other minor things because the app wasn't working... | 10 months ago |

📖 README.md



# Pokémon GO - WebSpoof

Spoof your iOS device GPS location for Pokémon Go

Don't forget to star the project for frequent updates 🙏

**NOT SAFE TO USE ANYMORE** 😣

See: https://github.com/iam4x/pokemongo-webspoof/issues/451



- → Download last release pokemongo-webspoof.app.tar.gz (v1.2.1)
- → Changelog is available here

## Features

- Jump to places with Algolia Places search 🚀
- Switch between different speed presets
- Total distance counter
- Current speed counter
- Autopilot walk / subway & teleport (gif example)

**NOTE:** To avoid being soft banned, don't change your location to fast: the ban is issued if the server sees you traveling a too long distance in a short amount of time.

## Requirements

- Xcode installed
- An iOS device with Pokémon Go connected to your Mac via USB

## How-to run

1. Start Pokémon Go on your iOS device & connect to your Mac via USB
2. Start the `pokemongo-webspoof` app, it will start also Xcode
3. Rename the Bundle Indentifer to something unique and different (for example `com.[yourgithubname].pokemon-webspoof` - you need it after an update)
4. Build & run Xcode project on your connected iPhone
5. Check the `Auto update Xcode location` in the app when everything is running
6. Go back to Xcode, click into menu Debug -> Simulate Location -> pokemonLocation ( see hint at #5:comment )
7. And voilà, you can move with the arrow keys and see your character move

**NOTE:** You can also use your keyboard arrows to move on the map 👍

## How-to Update

1. write down your Bundle Indentifer from xcode setting (for example `com.[yourgithubname].pokemon-webspoof` - see above)

2. Remove `pokemongo-webspoof.app` from authorized app to Accessibility

- (System Preferences -> Security & Privacy -> Privacy Tab -> Accessibility)

3. Delete `pokemongo-webspoof.app` from your computer

4. Download latest release

5. Add back new `pokemongo-webspoof.app` to authorized app to Accessibility

- (System Preferences -> Security & Privacy -> Privacy Tab -> Accessibility)

6. Rename the Bundle Indentifer to your previous setting (for example `com.[yourgithubname].pokemon-webspoof` - see above)

## Develop

- Download nodejs^6 ([https://nodejs.org/en/](https://nodejs.org/en/))
- `$ git clone https://github.com/iam4x/pokemongo-webspoof.git`
- `$ cd pokemongo-webspoof && npm install`
- `$ npm run dev`

If you have an issue Xcode2 check [https://github.com/iam4x/pokemongo-webspoof/issues/5#issuecomment-233669078](https://github.com/iam4x/pokemongo-webspoof/issues/5#issuecomment-233669078)

Happy hacking 👍

## Known issues

```
osascript is not allowed assistive access . (-1719) [...]
```

- [https://github.com/iam4x/pokemongo-webspoof/issues/5#issuecomment-233106899](https://github.com/iam4x/pokemongo-webspoof/issues/5#issuecomment-233106899)
- [https://github.com/iam4x/pokemongo-webspoof/issues/5#issuecomment-233140361](https://github.com/iam4x/pokemongo-webspoof/issues/5#issuecomment-233140361)

```
Can't get menu item "pokemonLocation" of menu 1 of menu item "Simulate Location" [...]
```

- [https://github.com/iam4x/pokemongo-webspoof/issues/5#issuecomment-233124626](https://github.com/iam4x/pokemongo-webspoof/issues/5#issuecomment-233124626)

```
"Failed to code sign "pokemon-webspoof.  No non-expired provisioning profiles were found.  Xcode can attempt to fix
this issue. This will reset your code signing and provisioning settings to recommended values and  resolve issues
with signing identities and provisioning profiles."
```

- [https://github.com/iam4x/pokemongo-webspoof/issues/16#issuecomment-233197020](https://github.com/iam4x/pokemongo-webspoof/issues/16#issuecomment-233197020)

## Credits

- [Pokemon-Go-Controller](#) for first proof of concept
- @Kampfgnom for [his applescript](#)

Exhibit A-6



(https://www.androidinfotech.com/)

# Download Fly GPS All Versions

Last updated on January 19, 2019 By Selva Ganesh (https://www.androidinfotech.com/author/selvaganesh/)

Not everyone will need this! Oh, did I say that? No, I guess everyone needs this, especially Pokémon Go players, \*\***smiles**\*\*. How about you trick your smart device to detect another location which is not where you are? That's more like you want to know what I mean, read on! However, you should get a popcorn pack, sit back and toss it in sequence as you read through this interesting article which is full of Amazing Details. Fly GPS is an intelligent, smart application that fakes your location; it tricks your smart device to believe you're somewhere you're not. Pokémon GO players most prefer this app because of its deceptive features. Well, it's not like this isn't a good app anyway. Aside from using this app for certain games play tricks, it is also a utility Android app that allows you to do quite a lot of things on an Android device. For example, you could stay at a place and run many actions while your device keeps detecting different locations which you never visited.





## What is Fly GPS

Since the app is primarily for faking your GPS location, also referred to as FAKE GPS. With this app, you can virtually switch and trick your Android device GPS technology to detect many fake places while you're just sitting comfortably at home or office.

Well, as you may guess, there are many versions of this app. So, we are going to list all those versions in this article. It means that you'll be able to download any version of Fly GPS from this article.

It is the best app to Play Pokémon Go without going anywhere. The respective download links to the various versions are available.

## Pokémon Go hack

Already, you should know that Pokémon Go is Nintendo's first real game app for iOS and Android devices. Even though most people playing the game

for iOS and Android devices. Even though most people playing the game cannot wait to catch Pokémon on their smartphones, Pokémon Go is now officially out for those in the US, UK, Germany, Australia and New Zealand. Nevertheless, the official Pokemon Go regions are on the rise almost daily; the Pokémon GO trend is not yet over because there are still lots of people who are diehard lovers of the reality game. Here, we are providing a resourceful app for Pokémon Go players; use the Fly GPS to get the most of your gameplay. Let's go Pokémon!

## Requirements for Installing the Fly GPS App

The different versions are almost compatible with all android devices; however, each version comes with its unique features and hack; hence, we provided the download links to all versions of the app so that you can freely download the version of your choice.

## Before Downloading note the following things;

- Check your android version – (this will not affect the version you should download anyway)

- This app is available on app stores. But, you'll only meet the latest version which V5.0.9. Therefore, if your device is not compatible with this newest version, then, follow our respective links to download a compatible version.

- Fly GPS is strictly for iOS and Android smartphones only

- It can only install on Android devices with at least 1GB RAM. However, 1.5 GB or 2GB recommended for seamless functionality of the app.

- Unfortunately, it is NOT compatible with Android devices utilizing **Intel** Atom processors

- Your smartphone must have support for GPS.

# Download Links

- 3.6.0 (Direct Mirror (https://bitbucket.org/Serverbee/downloadbee/downloads/Fly%20GPS%203.6.apk) / AFH Mirror (https://www.androidfilehost.com/?fid=889764386195903103))

- 3.9.9 (Direct Mirror (https://bitbucket.org/Serverbee/downloadbee/downloads/Fly%20GPS%203.9.9.apk) / AFH Mirror (https://www.androidfilehost.com/?fid=745425885120735800))

- 4.0.2 (Direct Mirror (https://bitbucket.org/Serverbee/downloadbee/downloads/fly-gps-4-0-2.apk) / AFH Mirror (https://www.androidfilehost.com/?fid=961840155545568869))

- 4.0.5 (Direct Mirror (https://bitbucket.org/Serverbee/downloadbee/downloads/Fly%20GPS%204.0.5.apk) / AFH Mirror (https://www.androidfilehost.com/?fid=817550096634773079))

- 4.0.6 (Direct Mirror (https://bitbucket.org/Serverbee/downloadbee/downloads/FlyGps_4.0.6.apk) / AFH Mirror (https://www.androidfilehost.com/?

fid=8897643861959903102))

- 5.0.0 (Direct Mirror
  (https://bitbucket.org/Serverbee/downloadbee/downloads/fly-gps-5-0-
  0.apk) / AFH Mirror (https://www.androidfilehost.com/?
  fid=817550096634790083))

- 5.0.6 (Direct Mirror
  (https://bitbucket.org/Serverbee/downloadbee/downloads/fly-gps-5-0-
  6.apk) / AFH Mirror (https://www.androidfilehost.com/?
  fid=961840155545586203))

- 5.0.8 (Direct Mirror
  (https://bitbucket.org/Serverbee/downloadbee/downloads/fly-gps-5-0-
  8.apk) / AFH Mirror (https://androidfilehost.com/?
  fid=962187416754455668))

- 5.0.9 (Direct Mirror
  (https://bitbucket.org/Serverbee/downloadbee/downloads/Fly%20GPS%
  20v5.0.9.apk) / AFH Mirror (https://androidfilehost.com/?
  fid=1322778262904003125))

- Play store (https://play.google.com/store/apps/details?id=com.fly.gps)

## Install Fly GPS from our server



Download Fly GPS All Versions - Android Infotech



When you download apps outside your OS app store, usually, you'll need to activate a particular setting before the app installs on your device.









In case you get the "**Install Blocked**" notification when installing Fly GPS from our server; click on the settings button, scroll down till to you get to the security options, click on it and activate "**Unknown Sources**." Then return to reinstall the app.

## How to use Fly GPS in Pokémon GO

- Download and Install Pokémon GO (https://play.google.com/store/apps/details?id=com.nianticlabs.pokemongo&hl=en_IN).

- Install Fly GPS Using Above Steps.

- Enable **developer option** on your android mobile device; go to Settings >>> About >>> tap on **Build Number** 7 times to activate developer mode

- In Developer Options, tap on **mock location app** and choose com.fly.gps.

- Enable your device GPS by setting it to High Accuracy

- Now, launch the app and set any location of your choice.



- Tick the GPS Service Run option and further tick "**Joystick Mode Pokémon**" on the next menu

- At this point, go ahead to launch Pokemon Go and Play; the system will read the location you defined on Fly GPS.

## What more?

You can always change your location at any time you want, go the Fly GPS app and choose any GPS location of your choice. Playing Pokémon Go can

app and choose any GPS location of your choice. Playing Pokemon Go can never be more comfortable as it is when you use this app. If you want any versions beyond this, comment below.



Selva Ganesh (https://www.androidinfotech.com/author/selvaganesh/)

Selva Ganesh is a Chief Editor of this Blog. He is a Computer Engineer, An experienced Android Developer, Professional Blogger & addicted Web Developer. He runs Android Infotech which offers Problem Solving Articles around the globe.

🐦 (https://twitter.com/selva_gnsh)

Q (https://www.quora.com/profile/Selva-Ganesh-71)

f (https://www.facebook.com/selva.gnsh)

⊙ (https://www.instagram.com/selva.gnsh/)

in (https://www.linkedin.com/in/selvagnsh/)

## Related Posts:

- Download Samsung Good Lock All Versions- Customization App (https://www.androidinfotech.com/download-samsung-good-lock/)
- Download no-verity-opt-encrypt All Versions (https://www.androidinfotech.com/no-verity-opt-encrypt-versions/)

- Before Downloading Android Apps From Third-Party Sites (Other… (https://www.androidinfotech.com/apps-third-party/)
- Download SuperSU.zip and SuperSU.Apk App All Versions (https://www.androidinfotech.com/supersu-sf-auto-root-all-versions

(https://www.androidinfotech.com/supersu-cf-auto-root-all-versions-
download/)
- Download King Root App All Versions
  (https://www.androidinfotech.com/king-root-app-all-versions-download/)
- Root Samsung Galaxy Devices Using TWRP Recovery and CF-Auto-Root
  (https://www.androidinfotech.com/root-samsung-galaxy-devices/)

Share This Post:

 (/#facebook)     (/#twitter)     (/#whatsapp)     (/#reddit)

 (/#pinterest)     (/#mix)     (/#pocket)     (/#sms)

(https://www.addtoany.com/share#url=https%3A%2F%2Fwww.androidinfotech.com%2Ffly-
gps-all-versions-download%2F&title=Download%20Fly%20GPS%20All%20Versions)

This site uses Akismet to reduce spam. Learn how your comment data is
processed (https://akismet.com/privacy/).

---

Copyright © 2019 AndroidInfotech.com, All Rights Reserved, Android is a trademark of Google
Inc. All contents on this blog are copyright protected and should not be reproduced without
permission.

Exhibit A-7

Below is a message from Niantic Support confirming that account were suspended due to the use of **unofficial third-party software**.
It also confirms that the account will be **reinstated in 90 days**.

This confirms that Niantic has full control and allowed spoofing to continue after this 90 days.



Thank you for your inquiry.

Your account has been temporarily suspended due to the use of unofficial third-party software which violates the Pokémon GO Terms of Service and the Trainer Guidelines. Your temporary suspension will be lifted in approximately 90 days from the day you received the suspension. Once your account has been reinstated, our expectation is that you will continue to play with the official version of Pokémon GO available only on Google Play and the App Store. Please note that any further transgressions may lead to permanent and irreversible account termination.

With that, let us provide you with some additional context.

At Niantic, we take fairness seriously and want to provide an accessible,

_____
**Ryan Hunt** | IT Haven Inc.
Sr. Consultant
p: 905-717-2077
e: rhunt@ithaven.ca w: www.ithaven.ca



This email and any files transmitted with it are private, confidential and intended solely for the use of the name recipients only. If you are not the intended recipient of this email, please notify us.

found to be playing with unofficial 3rd party software or add-ons. We realize you may want additional details on how we detect the apps or what exactly these accounts are doing that is against our [Pokémon GO Terms of Service] (https://www.nianticlabs.com/terms/pokemongo/en) and the [Trainer Guidelines] (https://support.pokemongo.nianticlabs.com/hc/articles/221993967). Unfortunately, any additional detail we provide may simultaneously help the malicious third-party software providers and compromise our security protocols. What we can tell you is that we have reviewed all ban appeals and have the utmost confidence that our detection methods are sound. We have suspended only those players who were in fact using unofficial third-party software. Those players represent only a fraction of a percent of all players in our community.

The vast majority of the players in our community (more than 99%!) play Pokémon GO

# Thanks for contacting Pokémon GO Support ▶ Inbox

Pokémon GO    May 10, 2018

to me ∨

##- Please type your reply above this line -##

Thank you for your inquiry. Your account has been temporarily suspended due to the use of unofficial third-party software which violates the [Pokémon GO Terms of Service](https://www.nianticlabs.com/terms/pokemongo/en) and the [Trainer Guidelines](https://support.pokemongo.nianticlabs.com/hc/articles/221993967). Your temporary suspension will be lifted lifted in approximately 90 days. Once your account has been reinstated, our expectation is that you will continue to play with the official version of Pokémon GO available only

**Ryan Hunt** | IT Haven Inc.
Sr. Consultant
p: 905-717-2077
e: rhunt@ithaven.ca w: www.ithaven.ca
This email and any files transmitted with it are private, confidential and intended solely for the use of the name recipients only. If you are not the intended recipient of this email, please notify us.