Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (admitted *pro hac vice*)
THinnen@perkinscoie.com
Ryan Spear (admitted *pro hac vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20,<br><br>Defendants. | Case No. 19-cv-03425-JST<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR NIANTIC TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**<br><br>[Civil Rules 6-2 & 7-12] |

Pursuant to Civil Local Rules 6-2 and 7-12, it is hereby stipulated between and among plaintiff Niantic, Inc. ("Niantic") and defendants Ryan Hunt and Alen Hundur (collectively, "defendants"), by their respective counsel, as follows:

1. On June 14, 2019, Niantic filed its Complaint in the above-captioned action, as well as a motion for preliminary injunctive relief. *See* Dkts. 1, 7.

2. Niantic served the Complaint on defendants on June 18, 2019. *See* Dkt. 24 at 1.

3. The original deadline for defendants to respond to Niantic's Complaint was July 9, 2019. *See id*. The original deadline for defendants to respond to Niantic's motion for preliminary injunctive relief was June 28, 2019. *See* Dkt. 7.

4. On July 12, 2019, Niantic agreed to stipulate to an extension of time, to and including July 17, 2019, for defendants to respond to the Complaint. *See* Dkt. 24.

5. On July 17, 2019, defendants filed a motion to dismiss Niantic's Complaint. *See* Dkt. 26. Niantic timely filed a response in opposition to defendants' motion to dismiss on July 31, 2019. *See* Dkt. 33.

6. On July 19, 2019, the Court issued an order continuing to September 4, 2019 the hearings on both Niantic's motion for preliminary injunctive relief and defendants' motion to dismiss Niantic's Complaint. *See* Dkt. 30.

7. At that time, the Court also altered the briefing schedule for Niantic's motion for preliminary injunctive relief by ordering defendants to file a response to Niantic's motion by July 31, 2019 (instead of June 28, 2019), and by ordering Niantic to file a reply in support of its motion by August 7, 2019. *See* Dkts. 30, 7.

8. Defendants filed their response to Niantic's motion for preliminary injunctive relief on July 31, 2019. *See* Dkt. 33.

9. Defendants' response to Niantic's motion for preliminary injunctive relief raises several new defenses and arguments, including defenses and arguments based on factual assertions, that will require Niantic to undertake further factual investigation in order to prepare its reply brief. Niantic therefore requires an additional week beyond the current August 7, 2019 deadline, to and including August 14, 2019, to assess and respond to the defenses and arguments

1  raised in defendants' opposition and to file a reply in support of Niantic's motion for preliminary
2  injunctive relief.
3      10.     As noted above, the parties have obtained only one prior extension, specifically,
4  an extension of defendants' time for responding to Niantic's Complaint.
5      11.     The requested extension would have no impact on the schedule for the case.
6      **NOW THEREFORE**, good cause having been shown, the parties hereby respectfully
7  request an order extending the deadline for Niantic to file its reply in support of its motion for
8  preliminary injunctive relief from August 7, 2019 to and including August 14, 2019.

DATED: August 2, 2019              **PERKINS COIE LLP**

                                   By: */s/ Julie E. Schwartz*
                                       Julie E. Schwartz

                                   Attorneys for Plaintiff Niantic, Inc.

DATED:  August 2, 2019             **POLSINELLI LLP**

                                   By: */s/ Fabio E. Marino*
                                       Fabio E. Marino

                                   Attorneys for Defendants Ryan Hunt and
                                   Alen Hundur

- 2 -

1  I, Julie Schwartz, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the
2  concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: August 2, 2019

By: /s/ *Julie E. Schwartz*
    Julie E. Schwartz

Attorney for Plaintiff Niantic, Inc.

- 3 -