Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (admitted *pro hac vice*)
THinnen@perkinscoie.com
Ryan Spear (admitted *pro hac vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20,<br><br>Defendants. | Case No. 19-cv-03425-JST<br><br>**DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF STIPULATION TO EXTEND THE DEADLINE FOR NIANTIC TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**<br><br>**[Civil Rules 6-2 & 7-12]** |

# DECLARATION OF JULIE E. SCHWARTZ

I, Julie E. Schwartz, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am a partner at the law firm Perkins Coie LLP and am counsel of record for plaintiff Niantic, Inc. ("Niantic") in this matter.

2. I make this declaration in support of the Stipulation to Extend the Deadline for Niantic to File a Reply in Support of its Motion for Preliminary Injunctive Relief. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to those facts.

3. On June 14, 2019, Niantic filed a motion for preliminary injunctive relief. *See* Dkt. 7. Defendants' response to Niantic's motion was originally due on June 28, 2019, and Niantic's reply was originally due on July 5, 2019. *See id*.

4. On July 19, 2019, the Court altered the briefing schedule for Niantic's motion for preliminary injunctive relief by ordering defendants to file a response to Niantic's motion by July 31, 2019 (instead of June 28, 2019), and by ordering Niantic to file a reply in support of its motion by August 7, 2019. *See* Dkts. 30, 7.

5. Defendants filed their response to Niantic's motion for preliminary injunctive relief on July 31, 2019. *See* Dkt. 33.

6. Defendants' response to Niantic's motion for preliminary injunctive relief raises several new defenses and arguments, including defenses and arguments based on factual assertions, that will require Niantic to undertake further factual investigation in order to prepare its reply brief. Niantic therefore requires an additional week beyond the current August 7, 2019 deadline, to and including August 14, 2019, to assess and respond to the defenses and arguments raised in defendants' opposition and to file a reply in support of Niantic's motion for preliminary injunctive relief.

7. The parties have obtained only one prior extension, specifically, an extension of defendants' time for responding to Niantic's Complaint. *See* Dkt. 24.

8. The requested extension would have no impact on the schedule for the case.

- 1 -

1  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed on August 2, 2019 at Palo Alto, California.

*/s/ Julie E. Schwartz*
Julie E. Schwartz