UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20,<br><br>        Defendants. | Case No. 19-cv-03425-JST<br><br>[PROPOSED] ORDER EXTENDING TIME FOR NIANTIC TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

1 | **[PROPOSED] ORDER**

2 Before the Court is the Stipulation to Extend the Deadline for Niantic to File a Reply in

3 Support of its Motion for Preliminary Injunctive Relief. The Court considered the papers and,

4 good cause appearing, GRANTS the motion. It is hereby ORDERED that the deadline for Niantic

5 to file a reply is extended from August 7, 2019 to and including August 14, 2019.

6 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8 Dated: August 8, 2019            By: _____
The Honorable Jon S. Tigar
9                                        United States District Judge