# EXHIBIT A

Case 3:19-cv-03425-JST   Document 39-2   Filed 08/14/19   Page 2 of 28

GlobalPlusPlus Knowledge Base

Search     Login

# Installation with Cydia Impactor

## Installing ipa's on a non-jailbroken iOS device with Cydia Impactor.

1. Download both Cydia Impactor and the latest tweaked IPA's on your computer.
2. If you have the original app on your iOS device, remove it from your device.
3. Connect your iOS device to your computer. Your computer must have iTunes installed for Impactor to work. If your computer is not trusted by your device, you should get a prompt to do so - select Trust. Make sure iTunes is not open.
4. Open the Cydia Impactor program, and ensure that the correct iOS device is selected in the drop-down menu.
5. Click and drag the tweaked IPA you downloaded onto Cydia Impactor - do not click start. It should prompt you for your Apple ID and password, and ask for permission to start signing the IPA.
6. Once the tweaked IPA is signed, you should see it on your device, but it should not work immediately.
7. On your iOS device, open settings, and navigate to General > Device Management / Profiles / Profiles & Device Management. You should see the Apple ID you used to sign the IPA. Click on it and select the option to trust the ID. You should now be able to used the tweaked IPA.
8. Please note that you will need to repeat steps 3 to 5 every seven days.

**Notes**

A. The tweak must be re-installed every seven days due to restrictions imposed by Apple. However, for re-installation, you need not remove the existing tweaked IPA on your iOS device. B. The computer you use to install the tweaked IPA must have iTunes installed in order for Cydia Impactor to work. C. If you get an error, check the other articles.

**How to Impact Tutorial Video:** Click here

Last updated on 29th Nov 2018

Copyright © 2019 - Powered by GlobalPlusPlus

# EXHIBIT B

# Downloads



### Ingress Prime++
2.22.3_R13 • 3.ipa





**"Ingress Prime" is Already Installed**

"Ingress Prime++" has the same Bundle ID as "Ingress Prime" and can't be installed. To continue, delete "Ingress Prime" from your device and try again.

**OK**



1.12.0 • 26.ipa


Latest


Apps


Games


Downloads

# EXHIBIT C



# EXHIBIT D-1

‹ Games

# AppInfo



## Ingress Prime++

Extraction 4.44% Complete

Install



Latest          Apps          Games          Downloads

# EXHIBIT D-2

‹ Games          **AppInfo**



# Takumi Pokego++

R121-0.149.0 • Takumi

Install



   

# EXHIBIT D-3

‹ Games

# AppInfo



## iPotter for wizards

2.2.0 • -

Install



# EXHIBIT E



  

Promos  

## Search the WHOIS Database

| Enter a domain name to search | Search |

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: globalplusplus.com
Registry Domain ID: 2192499542_DOMAIN_COM–VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018–10–04T15:51:09Z
Creation Date: 2017–11–26T22:07:23Z
Registrar Registration Expiration Date: 2019–11–26T22:07:23Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Matthew Johnson
Registrant Organization: Masonic
Registrant Street: 972 county road 523
Registrant City: Poplar Bluff
Registrant State/Province: Missouri

Registrant Postal Code: 63901

Registrant Country: US

Registrant Phone: +1.5737188384

Registrant Phone Ext:

Registrant Fax:

Registrant Fax Ext:

Registrant Email: mattj8290@gmail.com

Registry Admin ID: Not Available From Registry

Admin Name: Matthew Johnson

Admin Organization: Masonic

Admin Street: 972 county road 523

Admin City: Poplar Bluff

Admin State/Province: Missouri

Admin Postal Code: 63901

Admin Country: US

Admin Phone: +1.5737188384

Admin Phone Ext:

Admin Fax:

Admin Fax Ext:

Admin Email: mattj8290@gmail.com

Registry Tech ID: Not Available From Registry

Tech Name: Matthew Johnson

Tech Organization: Masonic

Tech Street: 972 county road 523

Tech City: Poplar Bluff

Tech State/Province: Missouri

Tech Postal Code: 63901

Tech Country: US

Tech Phone: +1.5737188384

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: mattj8290@gmail.com

Name Server: DAMON.NS.CLOUDFLARE.COM

Name Server: DARA.NS.CLOUDFLARE.COM

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

>>> Last update of WHOIS database: 2019-07-17T23:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

### About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Trust Center

Legal

### Help Center

Help Center

Community

GoDaddy Blog

Contact Us

Report Abuse

### Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Tools for Pros

Case 3:19-cv-03425-JST    Document 59-2   Filed 08/14/19    Page 18 of 28

Redeem Code

Product Catalog

Site Map

Videos

## Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro

## Account

My Account

My Renewals

Create Account

## Shopping

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

### Get the GoDaddy App

 

🌐 United States - English ▲    USD ▲

   

**Legal** | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2019 GoDaddy Operating Company, LLC. All Rights Reserved.

# EXHIBIT F

**From:** Domains By Proxy
**To:**
**Subject:** Update [Incident ID: 39287273] - apphaven.org :: 692939
**Date:** Wednesday, June 26, 2019 9:03:04 AM



PRIVATE REGISTRATIONS®

**Discussion Notes**

**Support Staff Response**

Dear ████,

We have reviewed your complaint regarding APPHAVEN.ORG. To allow you to contact the registrant directly, we are disclosing our customer's underlying contact information below:

Matthew Johnson
Masonic
972 county road 523
Poplar Bluff Missouri 63901
United States

PH:+1.5737188384
EM:mattj8290@gmail.com

Regards,

Hap
Office of the General Manager
Domains By Proxy, LLC

**Customer Inquiry**

Update [Incident ID: 39287273] - apphaven.org :: 692939 Thank you, Hap.  Please find attached a screenshot of http://apphaven.org/default (including the URL), which shows this page being used to distribute PokeGo++, Ingress++, and Potter++, all of which are mobile applications that infringe Niantic's copyrights in its mobile applications for its games for the reasons stated in our online submission, our letter, and the complaint that we filed in the Northern District of California that we attached to both. Thank you, ████████

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2670506859

EXHIBIT G-1



# EXHIBIT G-2



**Secure Onion ++**
1.1  ◉  SarahH12099
Patreon

**Speedtest ++**
4.1.2  ◉  SarahH12099
Patreon

**iTorrent**
1.6.1  ◉  XITRIX
Patreon

**Sleep Cycle ++**
5.5.6  ◉  SarahH12099
Patreon

**Minecraft**
1.11.1  ◉  Mojang AB
Patreon

**Cimera**
1.0.4  ◉  @electra_team
Patreon

**Kodi -64-Bit**
18.2  ◉  kodi.tv
Patreon

**The Simpsons™: Tappe..**
4.37.6  ◉  Electronic Arts Inc.
Patreon

**Family Guy The Quest..**
1.88.0  ◉  TinyCo, Inc.
Patreon

**GBA4IOS 2.1**
2.1.5  ◉  @rileytestut
Patreon

**Potter++**
0_8.1_R04  ◉  Global++
Patreon

# EXHIBIT H

PATREON |



## Here's a note from [AppHaven](#):

To all Patrons, please join our discord server here and then send a Direct Message to apphaven_support#7308 for Claiming your reward.

AppHaven Tips:
1. Please note AppHaven Pro only supports devices with iOS 11.0 or later.
2. Please go to https://showmyudid.com from safari on your iPhone/iPad to find your devices udid.
3. Activations can take up to 24 Hours, you can send Your Email and UDID via Direct Message to apphaven_support#7308 on discord and wait for response.
4. Your membership is month on month basis. You will be covered for Revokes for paid period only.

**Thank you for supporting AppHaven.**