AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; and ALEN HUNDUR, a.k.a. "IOS N00B," an individual, and DOES 1-20,<br><br>*Defendant(s)* | Civil Action No. C 19-3425 JSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendants' names and addresses)*   GLOBAL++, an unincorporated association, 15 Pine Hills Court, Cedar Valley ON L0G 1E0, Canada, East Gwillimbury

RYAN HUNT, a.k.a. "ELLIOTROBOT," 15 Pine Hills Court, Cedar Valley ON L0G 1E0, Canada, East Gwillimbury

ALEN HUNDUR, a.k.a. "IOS N00B," 8320 Oak Knoll Dr., Brentwood, TN 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone: (650) 838-4300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 6/17/2019

*Signature of Clerk or Deputy Clerk*

Case No. 19-cv-3425

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

BETWEEN:  NIANTIC, INC., a Delaware corporation          Plaintiff

and

GLOBAL++, an unincorporated association;    Defendants
RYAN HUNT, a.k.a. "ELLIOTROBOT,"
an individual; ALEN HUNDUR, a.k.a. "IOS NOOB,"
an individual; and DOES 1-20

## AFFIDAVIT OF SERVICE

I, Junior Williams, an employee of Xpera Risk Mitigation and Investigation, and a licensed Private Investigator in the Province of Ontario, Canada.

SOLEMNLY AFFIRM:

1. After performing a property search which confirmed that Ryan Allan Hunt reside at 15 Pine Hills Court, East Gwillimbury, ON, L0G 1E0. I served Ryan Hunt with documents relative to Case No. 19-cv-3425, which included: COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR … DEMAND FOR JURY TRIAL, EXHIBIT A, SUMMONS IN A CIVIL ACTION, NIANTIC, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS, NIANTIC, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, DECLARATION OF ERIC LANZ IN SUPPORT OF NIANTIC, INC.'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, [PROPOSED] ORDER GRANTING NIANTIC, INC.'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, EXHIBIT A-1, DECLARATION OF SCOT FRANK IN SUPPORT FOR PRELIMINARY INJUNCTIVE RELIEF, DECLARATION OF PHIL KESLIN IN SUPPORT OF NIANTIC, INC.'S MOTION FOR PRELIMINARY

Case No. 19-cv-3425

INJUNCTIVE RELIEF, DECLARATION OF STEVEN VANDEBOGART IN SUPPORT OF NIANTIC, INC.'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, DELCARATION OF JULIE E. SCHWARTZ IN SUPPORT OF NIANTIC, INC.'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, and the CIVIL STANDING ORDER FOR MAGISTRATE JUDGE JACQUELINE SCORR CORLEY, by leaving a copy on Tuesday, June 18, 2019, at 3:58 PM with a person who hesitated by saying "ah" and "um" before providing their name as "Brian."

2. This person appeared to be an adult, they confirmed that they lived at 15 Pine Hill Court, East Gwillimbury, ON, L0G 1E0 with Ryan Hunt, and they indicated that they would provide the documents to Ryan Hunt upon his return. Additionally, on June 19, 2019, we sent copies of the documents that were served via regular mail addressed to Ryan Hunt at the same address.

AFFIRMED BEFORE ME at the City of )
Markham in the Province of Ontario )
on July 2, 2019. )
)
)
)
) _____
) JUNIOR WILLIAMS

_____
A Commissioner for Taking Oaths, etc.

Robert Kennedy Rainey, a Commissioner, etc., Province of Ontario, for Xpera Risk Mitigation & Investigation, limited to process serving and documents required pursuant to the Private Security and Investigative Services Act, 2005 only.

## AFFIDAVIT OF SERVICE

**State of United States**          **County of District Court**          **Northern District Of California Court**

Case Number: C 19-3425 JSC

Received by CATALYST INTELLIGENCE, INC. on the 18th day of June, 2019 at 11:35 am to be served on **ALEN A. HUNDUR, 8320 OAK KNOLL DR., (Part Of The "unit 12 Villas At Concord Place"), BRENTWOOD, TN 37027.**

I, JAMES C BELLI, PI, being duly sworn, depose and say that on the **18th day of June, 2019** at **4:40 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **1. Niantic v. Global++ - Complaint 2. Niantic v. Global++ - Complaint - Exhibits 3. Summons 4. AO 121 5. Niantic v. Global++ - Niantic corporate disclosure statement 6 Niantic v. Global++ - Mot. for PI 7. Niantic v. Global++ - Mot. for PI - Lanz Declaration 8. Niantic v. Global++ - Mot. for PI - Proposed Order 9. Niantic v. Global++ - Mot. for PI - Lanz Declaration - Exhibits 10. Niantic v. Global++ - Mot. for PI - Frank Declaration 11. Niantic v. Global++ - Mot. for PI - Frank Declaration - Exhibits 12. Niantic v. Global++ - Mot. for PI - Keslin Declaration 13. Niantic v. Global++ - Mot. for PI - VanDeBogart Declaration 14. Niantic v. Global++ - Mot. for PI - VanDeBogart Declaration - Exhibits 15. Niantic v. Global++ - Mot. for PI - Schwartz Declaration with Exhibits 16. Order Setting Csae Management and ADR Deadlines JSC-Standing-Order-3.7.19** with the date and hour of service endorsed thereon by me, to: **ALEN A. HUNDUR** at the address of: **8320 OAK KNOLL DR., (Part Of The "unit 12 Villas At Concord Place"), BRENTWOOD, TN 37027**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 29, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 180, Hair: Black, Glasses: N

I CERTIFY THAT I AM OVER THE AGE OF 18 AND HAVE NO INTEREST IN THE ABOVE ACTION. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE'.

Subscribed and Sworn to before me on the 19th day of June, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

**JAMES C BELLI, PI**
Process Server

CATALYST INTELLIGENCE, INC.
(310) 266-3119

Our Job Serial Number: WGR-2019003780

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c