UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NIANTIC, INC.,

Plaintiff(s)

v.

GLOBAL++, et al.,

Defendant(s)

CASE No C 19-03425-JST

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

■ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

■ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: August 22, 2019        /s/ Ryan Spear, Perkins Coie LLP
                             Attorney for Plaintiff

Date: August 22, 2019        /s/ Fabio E. Marino, Polsinelli LLP
                             Attorney for Defendant

■ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: August 29, 2019

U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Form ADR-Stip rev. 1-15-2019*