UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIANTIC, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GLOBAL++, et al.,<br><br>    Defendants. | Case No. 19-cv-03425-JST<br><br>**ORDER DENYING DEFENDANTS' DISCOVERY REQUEST**<br><br>Re: ECF No. 47 |

The parties have filed a joint letter brief concerning Defendants' request to depose two Niantic employees, Eric Lanz and Scot Frank. Defendants have known about these witnesses since at least June 14, 2019, when Plaintiff Niantic first submitted declarations from them in support of its motion for preliminary injunctive relief, yet Defendants waited until September 4, 2019 – only a week before the hearing on the motion – to seek the deposition of the declarants. This delay by itself is fatal to Defendants' request, which is denied without prejudice.[1]

**IT IS SO ORDERED.**

Dated: September 6, 2019

JON S. TIGAR
United States District Judge

---

[1] The notices of deposition appear to have been served on or about August 16, ECF No. 47 at 9-10, 12-13, but this does not change the outcome of the Court's order.