FABIO E. MARINO (SBN 183825)
fmarino@polsinelli.com
POLSINELLI LLP
1661 Page Mill Road, Suite A
Palo Alto, CA 94304
T:  650-461-7700
F:  650-461-7701

Phillip Zeeck (*Admitted PHV*)
pzeeck@polsinelli.com
POLSINELLI PC
900 West 48th Place, Ste. 900
Kansas City, MO 64112
T:  816-753-1000
F:  816-753-1536

Attorneys for Defendants
Ryan Hunt and Alen Hundur

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NIANTIC, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL++, et al.,<br><br>　　　　　Defendants. | Case No. 4:19-cv-03425 JST<br><br>**DEFENDANTS' NOTICE RE USE OF COURTROOM EQUIPMENT AT THE SEPTEMBER 11, 2019 MOTION FOR PRELIMINARY INJUNCTION HEARING**<br><br>Date:　September 11, 2019<br>Time:　2:00 p.m.<br>Ctrm:　6, 2nd Floor<br>Judge:　Honorable Jon S. Tigar |

1  Defendants Ryan Hunt and Allen Hundur ("Defendants") respectfully submit that it
2 intends to use the Courtroom's Electronic Evidence Presentation System (EEPS) during the
3 September 11, 2019 Motion for Preliminary Injunction hearing to present certain Powerpoint
4 slides in support of Defendants' Opposition to Plaintiff Niantic, Inc.'s Motion for Preliminary
5 Injunction (ECF No. 032).

Dated:  September 10, 2019                    Respectfully Submitted,

POLSINELLI LLP


*/s/ Fabio E. Marino*
By:    Fabio E. Marino

Attorneys for Defendants
RYAN HUNT AND ALEN HUNDUR