Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (admitted *pro hac vice*)
THinnen@perkinscoie.com
Ryan Spear (admitted *pro hac vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20,<br><br>    Defendants. | Case No. 19-cv-03425-JST<br><br>**STIPULATION REGARDING ALTERNATIVE DISPUTE RESOLUTION PROCESS** |

The parties jointly file this Stipulation to inform the Court that they have met and conferred regarding alternative dispute resolution in this case. The parties have stipulated to court-sponsored Early Neutral Evaluation ("ENE"). *See* Dkts. 43, 45. The parties are currently awaiting appointment of a neutral and will promptly undertake the ENE process upon that appointment.

DATED: September 13, 2019      **PERKINS COIE LLP**

By: /s/ Ryan Spear
    Ryan Spear

Attorneys for Plaintiff Niantic, Inc.

DATED: September 13, 2019      **POLSINELLI LLP**

By: /s/ Fabio E. Marino
    Fabio E. Marino

Attorneys for Defendants
Ryan Hunt and Alen Hundur

- 1 -

I, Julie Schwartz, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: September 13, 2019

By: /s/ Ryan Spear
Ryan Spear

Attorney for Plaintiff Niantic, Inc.

- 2 -