UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NIANTIC, INC., | Case No. 19-cv-03425-JST |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| GLOBAL++, et al., | |
| Defendants. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Early Neutral Evaluation complete | January 3, 2020 |
| Deadline to add parties or amend the pleadings[1] | January 24, 2020 |
| Expert disclosures | June 15, 2020 |
| Fact discovery cut-off | June 30, 2020 |
| Expert rebuttal | July 10, 2020 |
| Motions to compel fact discovery | July 15, 2020 |
| Expert discovery cut-off | August 7, 2020 |
| Deadline to file dispositive motions | August 19, 2020 |

---

[1] After this deadline, a party may still seek amendment, but must demonstrate good cause. Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Dispositive motion oppositions due | September 16, 2020 |
| Dispositive motion replies due | September 30, 2020 |
| Pretrial conference statement due | December 18, 2020 |
| Pretrial conference | January 8, 2021 at 2:00 p.m. |
| Trial | January 25, 2021 at 8:00 a.m. |
| Estimate of trial length (in days) | Eight |

This case will be tried to a jury.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

**IT IS SO ORDERED.**

Dated: October 1, 2019



JON S. TIGAR
United States District Judge