# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Niantic, Inc., <br>           Plaintiff(s), <br> v. <br> Global++, <br>           Defendant(s). | 19-03425 JST ENE <br><br> **Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> Daralyn Durie
> Durie Tangri Lemley Roberts & Kent
> 217 Leidesdorff
> San Francisco, CA 94111
> 415-362-6666
> ddurie@durietangri.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE.

**Notice of Appointment of Evaluator**
19-03425 JST

Counsel are reminded that the written ENE statements required by ADR L.R. 5-8 shall NOT be filed with the court.

Dated: October 4, 2019

                                              SUSAN Y. SOONG
                                              Clerk
                                              by:    Alice M. Fiel

                                              _____/s/_____
                                              ADR Case Administrator
                                              415-522-3148
                                              Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
19-03425 JST