1 | Counsel listed on signature page
2
3
4
5
6
7
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | OAKLAND DIVISION
11
12 | NIANTIC, INC.,

Plaintiff,

v.

GLOBAL++, et al.,

Defendants.

Case No. 4:19-cv-03425 JST

**STIPULATION TO EXTEND TIME FOR DEFENDANTS ALEN HUNDUR AND RYAN HUNT TO RESPOND TO PLAINTIFF NIANTIC, INC.'S COMPLAINT**

Judge: Honorable Jon S. Tigar

Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate as follows:

1. On June 14, 2019, Plaintiff filed its Complaint in the above-captioned action against the Defendants.

2. Plaintiff served the Complaint on Defendants on June 18, 2019.

3. The original deadline for Defendants to respond to Plaintiff's Complaint was July 9, 2019. The current deadline for Defendants to respond to Plaintiff's Complaint is October 10, 2019.

4. On July 12, 2019, the parties filed a Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint, agreeing that the time for Defendants to answer or otherwise respond to the Complaint shall be extended, on an interim basis, to July 17, 2019.

5. On August 2, 2019, the parties stipulated to extending the time for Plaintiff to file a reply brief in support of its preliminary injunction motion.

6. No other extension requests or stipulations have been made in this action.

7. On October 9, 2019, counsel agreed to stipulate to an extension of time, to and including October 24, 2019, for Defendants to file an answer to the Complaint.

8. The parties do not currently believe that extending the time for the Defendants to file an answer to Plaintiff's Complaint will impact the date of any event or deadline already fixed by Court order.

**NOW THEREFORE,** good cause having been shown, the parties stipulate to extending the deadline for Defendants to file an answer in response to Plaintiff's Complaint until on or before October 24.

| | | |
|---|---|---|
| Dated: October 10, 2019 | | Respectfully Submitted, |
| | | POLSINELLI LLP |
| | By: | */s/ Phillip J. R. Zeeck*<br>Phillip J. R. Zeeck |

Fabio E. Marino (SBN 183825)
fmarino@polsinelli.com
Phillip Zeeck (*Admitted PHV*)
pzeeck@polsinelli.com
POLSINELLI LLP
1661 Page Mill Road, Suite A
Palo Alto, CA 94304
T:  650-461-7700
F:  650-461-7701

Attorneys for Defendants
RYAN HUNT AND ALEN HUNDUR

Dated: October 10, 2019                                  Respectfully Submitted,

                                                         PERKINS COIE LLP


                                                         */s/ Ryan Spear*
                                                    By:  Todd M. Hinnen

Todd M. Hinnen
thinnen@perkinscoie.com
Ryan Spear
rspear@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Ste. 4900
Seattle, WA 98101
T:  206-359-8000
F:  206-359-9000

Julie E. Schwartz
jschwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: 650-838-4300
Fax: 650-838-4350

Attorneys for Plaintiff
NIANTIC, INC.

-2-

STIPULATION TO EXTEND TIME
CASE NO. 4:19-cv-03425-JST

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5.1 and General Order 45, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Dated:   October 10, 2019         */s/ Phillip J. R. Zeeck*
                                  Phillip J. R. Zeeck