1  FABIO E. MARINO (SBN 183825)
   fmarino@polsinelli.com
2  REBECCA B. HORTON (SBN 308052)
   rhorton@polsinelli.com
3  POLSINELLI LLP
   1661 Page Mill Road, Suite A
4  Palo Alto, CA 94304
   T:  650-461-7700
5  F:  650-461-7701

6  Phillip Zeeck (*Admitted PHV*)
   pzeeck@polsinelli.com
7  POLSINELLI PC
   900 West 48th Place, Ste. 900
8  Kansas City, MO 64112
   T:  816-753-1000
9  F:  816-753-1536

10 Attorneys for Defendants
   Ryan Hunt and Alen Hundur
11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                              **OAKLAND DIVISION**

15

16 | NIANTIC, INC.,            | Case No. 4:19-cv-03425 JST        |
   |                            |                                   |
17 |        Plaintiff,          | **NOTICE OF APPEARANCE BY**       |
   |                            | **COUNSEL**                       |
18 |   v.                       |                                   |
   |                            | Judge:  Honorable Jon S. Tigar    |
19 | GLOBAL++, et al.,          |                                   |
   |                            |                                   |
20 |        Defendants.         |                                   |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Rebecca B. Horton of Polsinelli LLP hereby appears on behalf of Defendants Ryan Hunt and Alen Hundur ("Defendants") in the above-captioned matter.

Defendants hereby request that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel for Defendants at the address and email set forth below:

>   Rebecca B. Horton (SBN 308052)
>   rhorton@polsinelli.com
>   Polsinelli LLP
>   Three Embarcadero Center, Ste. 2400
>   San Francisco, CA 94111
>   Tel: 415-248-2112/Fax: 415-248-2101

Dated:  October 23, 2019                         Respectfully Submitted,

                                                 POLSINELLI LLP


                                                 */s/ Rebecca B. Horton*
                                           By:    Rebecca B. Horton

                                                 Attorneys for Defendants
                                                 RYAN HUNT AND ALEN HUNDUR