FABIO E. MARINO (SBN 183825)
fmarino@polsinelli.com
REBECCA B. HORTON (SBN 308052)
rhorton@polsinelli.com
POLSINELLI LLP
1661 Page Mill Road, Suite A
Palo Alto, CA 94304
T:  650-461-7700
F:  650-461-7701

Phillip Zeeck (*Admitted PHV*)
pzeeck@polsinelli.com
POLSINELLI PC
900 West 48th Place, Ste. 900
Kansas City, MO 64112
T:  816-753-1000
F:  816-753-1536

Attorneys for Defendants
Ryan Hunt and Alen Hundur

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC., | Case No. 3:19-cv-03425 JST |
| Plaintiff, | **DECLARATION OF ROBERT ZEIDMAN IN SUPPORT OF DEFENDANTS RYAN HUNT'S AND ALEN HUNDUR'S MOTION TO LEFT THE PRELIMINARY INJUNCTION** |
| v. | |
| GLOBAL++, et al., | |
| Defendants. | Date:   December 4, 2019 |
| | Time:   2:00 P.M. |
| | Ctrm:   6, 2nd Floor |
| | Judge:  Honorable Jon S. Tigar |

# TABLE OF CONTENTS

Page

I.    PERSONAL EXPERIENCE AND BACKGROUND ................................................. 1

II.   TECHNOLOGY BACKGROUND ......................................................................... 2

    A.   Binary Code, Executable Code, Machine Code, Object Code ........................... 2

    B.   iOS App Store Package (IPA) File ................................................................. 3

    C.   Testbeds ....................................................................................................... 3

    D.   In-situ Tools ................................................................................................. 4

    E.   Method Swizzling ......................................................................................... 5

    F.   Code Signing ................................................................................................ 6

III.  GLOBAL++ DLL .............................................................................................. 6

IV.   CODE SIGNING SERVICES ............................................................................... 8

V.    USERS ARE NOT REQUIRED TO AGREE TO NIANTIC'S TERMS OF
      SERVICES OR ACCESS NIANTIC'S SERVERS TO ACCESS CODE ................. 10

VI.   GLOBAL++ DOES NOT ACCESS NIANTIC'S SERVERS TO OBTAIN
      USER-GENERATED DATA ............................................................................... 10

VII.  GLOBAL++ SOFTWARE DOES NOT INCORPORATE OR ALTER NIANTIC
      CODE .............................................................................................................. 10

VIII. GLOBAL++'S SOFTWARE CANNOT COMMUNICATE WITH NIANTIC'S
      SERVERS ......................................................................................................... 13

**EXHIBITS INDEX**

| EXHIBITS | DOCUMENT |
|---|---|
| A | Robert Zeidman Resume |
| B | Materials Relied Upon |
| C | Class_ReplaceMethod |
| D | Method_ExchangeImplementations |
| E | Method Swizzling in Objective-C |
| F | Yet Another Article About Method Swizzling |
| G | Code Signing Services |
| H | ISpoofer POGO on TweakBox |
| I | TweakBox Web Page |
| J | ISpoofer for POGO |
| K | Pokémon GO Terms of Use |
| L | Overview of Dynamic Libraries |
| M | ISpoofer IPA File Contents |
| N | TweakBox Pokémon++ IPA File Contents |
| O | Get the Google Sign-In SDK for iOS |

1    I, Robert Zeidman, declare as follows:

2    **I.      PERSONAL EXPERIENCE AND BACKGROUND**

3        1.      I am an engineer and the founder and president of Zeidman Consulting, which

4    provides engineering consulting to high-tech companies.  Among the types of services I provide

5    are hardware and software design.  My clients have included Fortune 500 computer and

6    technology companies as well as smaller companies and startups.  A copy of my resume is

7    attached hereto as Exhibit A.

8        2.      I hold a master's degree from Stanford University in Electrical Engineering and

9    two bachelor's degrees from Cornell University, one in Electrical Engineering and one in

10   Physics.

11       3.      I have been a computer software and hardware designer for over 35 years, having

12   designed and developed a variety of computer hardware and software.  The software products

13   include Internet-based training courses and web-based course administration software, an

14   operating system synthesis tool, a source code comparison tool, a network emulation software

15   bridge, and a remote backup system. I have founded several companies including Zeidman

16   Consulting, a hardware and software development firm, eVault, a remote backup company, the

17   Chalkboard Network, an e-learning company, Zeidman Technologies that develops software

18   tools for enabling and improving hardware and software development, and Software Analysis

19   and Forensic Engineering Corporation that develops software forensic analysis tools.

20       4.      I have written a variety of papers, books, and presentations on computer hardware

21   and software and other engineering subjects. A list of my publications is included in my resume

22   attached as Exhibit A.

23       5.      I am the developer of the Universal Design Methodology, a process for efficiently

24   developing reliable systems, about which I have written extensively.

25       6.      I am the inventor of the patented Molasses® in-situ tool for attaching a hardware

26   emulator to a live network.  I sold Molasses through my company Zeidman Technologies for

27   seven years.

28

-1-

7. I hold 23 patents in the areas of software analysis, software comparison, software synthesis, hardware emulation, hardware synthesis, hardware simulation, and media broadcast and advertising. I wrote a textbook on software forensics entitled *The Software IP Detective's Handbook, Measurement, Comparison, and Infringement Detection*, which is recognized as the seminal book in the field. I have created a tool called CodeSuite® for assisting in the determination of whether one computer program has been copied from another computer program.

8. I have consulted on over 200 matters involving intellectual property disputes including instances of alleged software copying, trade secret misappropriation, and patent infringement. My work in this capacity has included, among other things, reviewing and analyzing software source code, reviewing and analyzing patents, reverse engineering hardware and software, writing expert reports, and testifying in court. I have testified at deposition and at trial in a number of these cases. The specific cases can be found in my resume, attached as Exhibit A.

9. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

10. I submit this declaration in support of Defendants' Motion to Lift the Preliminary Injunction.

## II.    TECHNOLOGY BACKGROUND

11. This section describes the major technologies at issue in this case.

### A.    Binary Code, Executable Code, Machine Code, Object Code

12. Computer programs written in source code get changed to binary machine code by a program called a compiler. The computer can then directly execute the functions described in this binary code by these simple ones and zeroes (called binary digits or "bits") that are collected into groups of 8 bits called "bytes" or larger groups called "words." This very low-level program is also called "object code," "executable code," or "machine code."  There are different types of object code files including "executable files" that have an extension `.exe` if they are

-2-

used on a computer running the Microsoft Windows operating system. Another kind of object code file, called a "dynamic link library" or "DLL" has an extension of `.dll` if it is used in the Microsoft Windows operating system or an extension of `.dylib` if it used in an Apple operating system. There are other kinds of object files and they have different file name extensions if they are to be used on computers running other operating systems.

**B.      iOS App Store Package (IPA) File**

13.     An IPA file is a compressed file that contains the executable binary file and other related files for an iOS app. The related files may be graphics, videos, and configuration files. An IPA file can only be installed on an iOS device such as the Apple iPhone, where it is decompressed so that it can be executed.

**C.      Testbeds**

14.     In the field of engineering, a testbed is a platform for conducting rigorous, repeatable testing of a new device, which can be hardware, software, or a combination of the two. Throughout my career designing computer chips, computer systems, printers, firmware, and software applications, I have used and developed many testbeds including my patented Molasses software for testing emulated microprocessors and network routing devices. The fundamental concept behind a testbed is that it creates signals that mimic real-world signals and data and sending this data to a device-under-test ("DUT"), whether that DUT is hardware, software, or a combination. The DUT then generates output based on the input from the testbed, and the testbed compares the output to the expected output to test that the DUT is operating correctly. When the testbed and DUT are fully software, then the tests performed by the testbed are called regression tests. At my software company, Software Analysis and Forensic Engineering, we regularly perform regression tests on our software tools after all changes to check for correct operation before releasing the software to the public.

-3-

### D.   In-situ Tools

15.     In-situ tools[1] are testbeds that use live data from a real system rather than creating arbitrary data as input to the DUT. For example, Molasses is such an in-situ tool that I developed for testing a hardware emulator. Rather than sending a canned set of data packets to the emulator, which may not be a good representation of data on an actual network, Molasses sits on a computer that is inserted between the hardware emulator and a live network. Molasses works by installing a runtime app on a computer that attaches to the Ethernet driver of the computer operating system. The runtime app gets notified when a network data packet is received by the computer. The runtime app then determines if the packet is intended for the hardware emulator by looking at the destination address. If not intended for the hardware emulator, it simply passes the data packet on to the computer operating system to be handled normally. If the data packet is intended for the hardware emulator, then Molasses buffers it, modifies the data in the packet, and sends it directly to the hardware emulator while bypassing the computer's operating system.

16.     The configuration of Molasses is shown in Figure 1 below.



**Figure 1. Molasses configuration**

17.     A diagram showing how the Molasses software interacts with the software application and the device drivers is shown in Figure 2 below.

[1] *See* Bob Zeidman, *Designing with FPGAs and CPLDs*, CMP Books, Lawrence, KS, 2002.

-4-



**Figure 2. Molasses interaction with OS drivers**

**E.     Method Swizzling**

18.     Method swizzling is the name for swapping out one method in a program for another method while the program is running. Apps for the Apple iPhone are typically programmed in a programming language called Objective-C, which includes a library of built-in functions. One of these functions is the `class_replaceMethod`[2], which allows one function (i.e., method) of a program to be replaced with another function while the program is running. Another of these functions is `method_exchangeImplementations`[3], which allows one

---

[2] *See* Apple Inc. class_replaceMethod function documentation, *available at* .https://developer.apple.com/documentation/objectivec/1418677-class_replacemethod?language=objc.

[3] *See* Apple Inc. method_exchangeImplementations function documentation, *available at* https://developer.apple.com/documentation/objectivec/1418769-method_exchangeimplementations?language=occ.

-5-

implementation of a function to be exchanged for a different implementation of the same function. These functions form the basis of method swizzling and are supplied and supported by Apple.

19.    One application of method swizzling would be to characterize the performance of an application. For example, suppose you want to know the percentage of times that a player is dealt two aces ("pocket aces") in a poker app, you could use method swizzling to substitute your own `getCards` method that for the `getCards` method in the program where your method also increments a counter every time the cards are both aces. Or your method could keep track of all card combinations so that you could check that they are randomly distributed.

### F.    Code Signing

20.    Code signing [4] is a security technology implemented in the operating system of Apple devices that certify that an app is authentic. A code signing services is used to allow users to download apps with the certainty that it is a legitimate app that has not been modified in any way. Code signing services reduce the chance that an app has been hacked to change its function or insert malware.

## III.    GLOBAL++ DLL

21.    Global++ created an in-situ tool, incorporated into a standalone DLL file that intercepted GPS information from the device operating system and substituted alternate GPS information using method swizzling. In this way, Global++ could allow a game to act as though it were in a different location. The concept is illustrated in the figures below. Figure 3 shows a normal installation of Pokémon GO. GPS data comes into the iPhone and is sent to the operating system that in turn sends the GPS location data to the Pokémon GO game. Figure 4 shows how the Global++ DLL intercepts the GPS location data and sends different location data selected by the user to the Pokémon GO game. The game code is not changed in any way.

---

4  *See* Apple Inc. "Code Signing Services," *available at* https://developer.apple.com/documentation/security/code_signing_services.



**Figure 3. Pokémon GO without Global++**



**Figure 4. Pokémon GO with Global++**

DECL. OF ROBERT ZEIDMAN ISO OF MTN
TO LIFT PRELIMINARY INJUNCTION
CASE NO. 3:19-CV-03425-JST

22.      It is my understanding that Defendants did not create IPA files, but that this is done by the signing services. These signing services take the Global++ DLL, combines it with a file containing the game's object code, links the files together to create an IPA file, and allows their customers to download the IPA file. As set forth in Exhibit N, the Global++ DLL file only makes up a small part of the entire IPA file that is distributed as discussed further below—only 12 MB of the entire IPA File.

**IV.     CODE SIGNING SERVICES**

23.      Apple's online App Store is a code signing services, but other such services exist including AppHaven, AppValley, TweakBox, IgnitionApp, and iOSNinja. Signing services allow users to install Apple apps without going through the official Apple App Store.  To install these apps, users navigate to the signing services website on their device, click the app, and approve the installation of the app, which then installs directly onto the user's device. Signing services make hundreds of apps available.

24.      To my knowledge, TweakBox and AppValley are the biggest enterprise signing services.  TweakBox has over 200,000 followers on Twitter, shown on the screen capture in Figure 5 below, and according to its web page, TweakBox has hosts thousands of free apps, emulators, movies, music, and hacked games for millions of users[5].



**Figure 5. TweakBox on Twitter**

---

[5] *See* TweakBox home page, *available at* https://www.tweakboxapp.com.

25.     AppValley has over 240,000 followers on Twitter, as shown on the screen capture in Figure 6 below, and I understand that it also hosts a large number of apps.



**Figure 6. AppValley on Twitter**

26.     Signing services not only distribute Global++'s software linked to Niantic's object code, but also distribute the software of other third-party software linked to Niantic's object code. For example, TweakBox and AppValley also distribute iSpoofer, a DLL app developed by GFStudio[6,7] that allows a user to similarly alter its GPS data. As of September 6, 2019, TweakBox still had a version of iSpoofer available for download[8] and thousands of other Apple apps[9].

---

[6] *See* iSpoofer for POGO, *available at* https://www.ispoofer.com/ispoofer-for-pogo-installation.
[7] *See* iSpoofer IPA file, *downloaded from* https://www.ispoofer.com/how-to-install-ispoofer-tweaked-app.
[8] *See* TweakBox Apk Download. iSpoofer POGO – Install Pokemon Go Hack (TweakBox), *available at* https://tweakbox-download.com/ispoofer-pogo-ios.
[9] *See* TweakBox web page, *available at* https://www.tweakboxapp.com.

## V.    USERS ARE NOT REQUIRED TO AGREE TO NIANTIC'S TERMS OF SERVICES OR ACCESS NIANTIC'S SERVERS TO ACCESS CODE

27.     An individual is not required to agree to Niantic's Terms of Service prior to accessing Niantic's code. For example, an individual can simply download Niantic's Pokémon GO from Apple's App Store without having to agree to Niantic's Terms of Service. It is only after a user has installed the app on an iPhone, but before the user can begin using the game that the user is required to agree to Niantic's Terms of Use in order to create a player profile and play the game[10]. This is confirmed by Niantic's Motion for Preliminary Judgment (emphasis added):

> **In order to play** Niantic's games, all users must agree to Niantic's Terms of Service and any subsequent modifications to the Terms of Service. See Compl. ¶ 37; Frank Decl. ¶ 13; VanDeBogart Decl. ¶ 5.[11]

28.     It is possible for a Signing Service to create a tweaked App by downloading the relevant app from the App Store, obtain the app code and link it to a DLL, without installing Niantic's app or even encountering, much less agreeing to Niantic's Terms of Service.

## VI.    GLOBAL++ DOES NOT ACCESS NIANTIC'S SERVERS TO OBTAIN USER-GENERATED DATA

29.     The Global++ DLL reads the data that is generated on the user's phone by nature of its GPS location and whether the user has, for example, located a Pokémon at that GPS location. Global++ software does not access Niantic's server, or intercept data sent to Niantic's server, to obtain POI data.

## VII.    GLOBAL++ SOFTWARE DOES NOT INCORPORATE OR ALTER NIANTIC CODE

30.     The file structure of an IPA File is shown in Exhibit N, which contains the Pokémon GO app files and the Global++ dynamic library file `pptweak.dylib`. My

---

[10] See Pokémon GO Terms of Use, *available at* https://www.pokemon.com/us/terms-of-use. Niantic's TOS on the App is identical to the one on the website.

[11] See Dkt. 7 (Niantic's Motion for Preliminary Injunction) at pp. 15-16 (citing Compl. ¶ 37; Frank Decl. ¶ 13; VanDeBogart Decl. ¶ 5) (emphasis added).

understanding is that this IPA file is for the TweakBox Pokémon++, which was created by signing service TweakBox.

31.     An IPA File is loaded via the following process. The Global++ dynamic library file is sent into an application called a "static linker" that links all the executable files and related files together into a single IPA file for download by the user[12]. The IPA file comprises all object code files from all vendors. When the Application is launched, the app file is loaded into memory and executed. Any linked dynamic libraries are also loaded into their own memory space. The Global++ DLL resides in its own space in memory and is executed from that space. If there are any other DLLs, they are also loaded into unique spaces in memory and executed from those spaces. By using a DLL, there is no modification of the app code and no copying of the app code. The process of combining these files, without modification of any of the files, is illustrated in Figure 7 below.



**Figure 7. Dynamic library linker process[12]**

12 *See* Apple Inc., "Overview of Dynamic Libraries," *available at* https://developer.apple.com/library/archive/documentation/DeveloperTools/Conceptual/Dynamic Libraries/100-Articles/OverviewOfDynamicLibraries.html.

32.     As reflected above, the DLL file does not become part of the app to which it is linked:

> Dynamic libraries are not statically linked into client apps; they don't become part of the executable file. Instead, dynamic libraries can be loaded (and linked) into an app either when the app is launched or as it runs[12].

33.     As shown in the IPA file listing in Exhibit N, the file called `pokemongo` with a size of 103 megabytes is the application code created by Niantic that is executed when the IPA file is launched.

34.     The file called `pptweak.dylib` with a size of only 12 megabytes is Global++'s DLL file.  The signing service—in this case TweakBox—places Global++'s DLL file into the IPA file and links it to Niantic's unmodified object code file.

35.     Other files located in the IPA File were created and developed by other third parties.  For example, the `GoogleSignIn.bundle` file is part of the Google Sign-In SDK for iOS[13]. It is copyrighted and owned by Google Inc. as shown in Figure 8.



**Figure 8. `GoogleSignIn.bundle` file properties**

---

[13] *See* Google LLC. "Get the Google Sign-In SDK for iOS," *available at* https://developers.google.com/identity/sign-in/ios/sdk.

## VIII.  GLOBAL++'S SOFTWARE CANNOT COMMUNICATE WITH NIANTIC'S SERVERS

36.    My understanding is that Niantic's servers are highly encrypted. They use state-of-the-art encryption similar to what would be found on banking websites.  According to Eric Lanz, Senior Software Engineer at Niantic:

> Niantic's mobile apps include[e] encryption measures intended to prevent unauthorized third parties from accessing and copying the code.[14]
>
> …
>
> Niantic has implemented several technical measures designed to prevent defendants and the Cheating Programs from accessing Niantic's Computers. These include adding security measures to Niantic's client code intended to prevent modified versions of Niantic's apps from connecting to Niantic's servers.[15]

37.    Mr Lanz, also made the following representations regarding Niantic's security features:

> Niantic has consistently and on an ongoing basis invested considerable time and resources trying to implement additional technical measures designed to prevent defendants and the Cheating Programs from […] accessing Niantic's computers. These have included adding security measures to Niantic's Client Code when Niantic has released new versions of its legitimate apps, which generally occurs every two to three weeks. Those additional security measures are intended to prevent modified versions of Niantic's legitimate apps (including the Cheating Programs) from connecting to Niantic's servers.[16]
>
> [D]efendants have acted to evade and thwart these measures by identifying the pieces of Client Code that are intended to prevent modified versions of Niantic's Client Code from connecting to Niantic's servers, and either disabling those pieces of Client Code or implementing alternative mechanisms to evade that security measure.[17]

---

[14] *See* Dkt. 7-2 (June 14, 2019 Declaration of Eric Lanz) at ¶24.

[15] *See* Dkt. 7-2 (June 14, 2019 Declaration of Eric Lanz) at ¶54.

[16] *See* Dkt. 39-1 (August 14, 2019 Second declaration of Eric Lanz ) at ¶5.

[17] *See* Dkt. 39-1 (August 14, 2019 Second declaration of Eric Lanz ) at ¶6.

-13-

38.     Mr. Lanz has not provided any evidentiary support for this allegation that Defendants have "disabl[ed]" or "implement[ed] alternative mechanism to evade" Niantic's security measures. Furthermore, Niantic states in its Motion for Preliminary Injunction (emphasis added):

> Each time Niantic releases new versions of its mobile apps, defendants repeat the process described above (or a substantially similar process) and publish new, corresponding versions of their Cheating Programs—**often within days or even hours of Niantic releasing its new apps**. *See* Compl. ¶ 54; Lanz Decl. ¶¶ 27-29. For example, when Niantic released a new version of *Pokémon GO* on June 10, 2019, **defendants released a new version of *PokeGo*++ that same day**. And defendants released the first version of *Potter*++ **less than one month after Niantic debuted the beta version** of *Harry Potter* in New Zealand. *See* Lanz Decl. ¶¶ 28-29.[18]

39.     It is not technically feasible for Global++'s software to disable or evade Niantic's security measures, and certainly not within days, let alone hours.  I have personally been a consultant on over 200 IP cases. In many of these cases, I and a team of highly skilled engineers must reverse engineer products with the help of specification documents found during discovery and deposition testimony and in many cases the assistance of the developers of the products. Even with this information, it may take weeks or months to reverse engineer a product.  It takes additional time, often weeks or months to figure out a mechanism to defeat security measures. In some cases in which I have been involved, I have learned about companies and processes for defeating security mechanisms in computers and phones, and the companies that specialize in this area devote many engineers and up to a year to figure out how to defeat encryption and other security measures. These cases include *Automotive Data Solutions v. Directed Electronics Canada* and *Cellebrite Mobile Synchronization v. Micro Systemation*. The fact that Global++ could produce a "tweaked" version of a Niantic game within hours further confirms that Global++ is simply adding an in-situ DLL to the game rather than cracking Niantic's advanced

---

[18] *See* Dkt. 7 (Niantic's Motion for Preliminary Injunction) at p. 9.

-14-

1   security measures and designing a workaround.

2        40.     Having viewed Global++'s software source code, I can confirm that Global++'s

3   software does not connect to Niantic's servers. The Global++ software sits between the iOS

4   operating system and the app it is linked to. The software connects to the user's phone and

5   intercepts and modifies the GPS data that is communicated to the app that a signing service has

6   linked the software to (e.g., a Niantic game). The part of the tweaked app that communicates

7   with Niantic's server is the unmodified Niantic code (e.g., the `pokemongo` file shown in Exhibit

8   N).

9        41.     I declare under penalty of perjury under the laws of the State of California that the

10   foregoing is true and correct and this declaration was made this 24th day of October, 2019 in Las

11   Vegas, Nevada.

12

13

14   By: _____

15        Robert Zeidman

16

17

18

19

20

21

22

23

24

25

26

27

28   -15-