# EXHIBIT B

## Exhibit B: Materials Relied Upon

1. Declaration of Eric Lanz, including Exhibits A-C, dated June 14, 2019.

2. Niantic's Motion for Preliminary Injunction, dated June 14, 2019.

3. Declaration of Ryan Hunt, including Exhibits. A1-A7, dated July 31, 2019

4. Defendants's Opposition to Plaintiff's Motion for Preliminary Injunctive Relief, dated September 4, 2019.

5. Secon declaration of Eric Lanz, including Exhibits A-H, dated August 14, 2019.

6. Plaintiff's Reply in Support of its Motion for Preliminary Injunctive Relief, dated September 11, 2019.

7. Bob Zeidman. *Designing with FPGAs and CPLDs*. CMP Books. Lawrence, KS. 2002.

8. Review of Global++ source code. October 22, 2019.

9. Apple Inc. `class_replaceMethod` function documentation. https://developer.apple.com/documentation/objectivec/1418677-class_replacemethod?language=objc. Retrieved October 21, 2019. Attached as Exhibit C.

10. Apple Inc. `method_exchangeImplementations` function documentation. https://developer.apple.com/documentation/objectivec/1418769-method_exchangeimplementations?language=occ. Retrieved October 21, 2019. Attached as Exhibit D.

11. Matt Nedrich. *Yet another article about method swizzling*. Atomic Object. https://spin.atomicobject.com/2014/12/30/method-swizzling-objective-c. Retrieved October 21, 2019. Attached as Exhibit E.

12. Samuel Défago. *Yet another article about method swizzling*. http://defagos.github.io/yet_another_article_about_method_swizzling. Retrieved October 21, 2019. Attached as Exhibit F.

13. Apple Inc. *Code Signing Services*.

    https://developer.apple.com/documentation/security/code_signing_services. Retrieved October 21, 2019. Attached as Exhibit G.

14. TweakBox Apk Download. *iSpoofer POGO – Install Pokemon Go Hack (TweakBox)*.

    https://tweakbox-download.com/ispoofer-pogo-ios. Retrieved October 22, 2019. Attached as Exhibit H.

15. TweakBox home page. https://www.tweakboxapp.com. Retrieved October 22, 2019. Attached as Exhibit I.

16. iSpoofer for POGO. https://www.ispoofer.com/ispoofer-for-pogo-installation. Retrieved October 22, 2019. Attached as Exhibit J.

17. Pokémon GO Terms of Use. https://www.pokemon.com/us/terms-of-use. Retrieved October 22, 2019. Attached as Exhibit K.

18. Apple Inc. *Overview of Dynamic Libraries*.

    https://developer.apple.com/library/archive/documentation/DeveloperTools/Conceptual/DynamicLibraries/100-Articles/OverviewOfDynamicLibraries.html. Retrieved October 22, 2019. Attached as Exhibit L.

19. iSpoofer IPA file contents, downloaded from https://www.ispoofer.com/how-to-install-ispoofer-tweaked-app. Retrieved October 23, 2019. Attached as Exhibit M.

20. TweakBox Pokémon++ IPA file contents. At the direction of counsel, obtained the IPA file contents from Ryan Hunt on October 23, 2019.

21. Google LLC. *Get the Google Sign-In SDK for iOS*.

    https://developers.google.com/identity/sign-in/ios/sdk. Attached as Exhibit O.