# EXHIBIT C

Discover   Design   Develop   Distribute   Support   Account

Documentation

Function

# class_replaceMethod

Replaces the implementation of a method for a given class.

## Declaration

```
IMP class_replaceMethod(Class cls, SEL name, IMP imp,
const char *types);
```

## Parameters

`cls`
　The class you want to modify.

`name`
　A selector that identifies the method whose implementation you want to replace.

`imp`
　The new implementation for the method identified by `name` for the class identified by `cls`.

`types`
　An array of characters that describe the types of the arguments to the method. For possible values, see Objective-C Runtime Programming Guide > Type Encodings. Since the function must take at least two arguments—`self` and `_cmd`, the second and

**SDKs**

iOS 2.0+

macOS 10.5+

Mac Catalyst 13.0+

tvOS 9.0+

watchOS 2.0+

**Framework**

Objective-C Runtime

**On This Page**

Declaration 
Parameters 
Return Value 
Discussion 
See Also

third characters must be "`@:`" (the first character is the return type).

## Return Value

The previous implementation of the method identified by `name` for the class identified by `cls`.

## Discussion

This function behaves in two different ways:

- If the method identified by `name` does not yet exist, it is added as if `class_addMethod` were called. The type encoding specified by `types` is used as given.

- If the method identified by `name` does exist, its IMP is replaced as if `method_setImplementation` were called. The type encoding specified by `types` is ignored.

## See Also

### Working with Classes

`class_getName`
    Returns the name of a class.

`class_getSuperclass`
    Returns the superclass of a class.

~~`class_setSuperclass`~~
    Sets the superclass of a given class.

**Deprecated**

`class_isMetaClass`
    Returns a Boolean value that indicates whether a class object is a metaclass.

`class_getInstanceSize`
    Returns the size of instances of a class.

`class_getInstanceVariable`
    Returns the `Ivar` for a specified instance variable of a given class.

`class_getClassVariable`
    Returns the `Ivar` for a specified class variable of a given class.

`class_addIvar`
    Adds a new instance variable to a class.

`class_copyIvarList`
    Describes the instance variables declared by a class.

`class_getIvarLayout`
    Returns a description of the `Ivar` layout for a given class.

`class_setIvarLayout`
    Sets the `Ivar` layout for a given class.

`class_getWeakIvarLayout`
    Returns a description of the layout of weak `Ivar`s for a given class.

`class_setWeakIvarLayout`
    Sets the layout for weak `Ivar`s for a given class.

`class_getProperty`
    Returns a property with a given name of a given class.

`class_copyPropertyList`
> Describes the properties declared by a class.

`class_addMethod`
> Adds a new method to a class with a given name and implementation.

`class_getInstanceMethod`
> Returns a specified instance method for a given class.

`class_getClassMethod`
> Returns a pointer to the data structure describing a given class method for a given class.

`class_copyMethodList`
> Describes the instance methods implemented by a class.

`class_getMethodImplementation`
> Returns the function pointer that would be called if a particular message were sent to an instance of a class.

`class_getMethodImplementation_stret`
> Returns the function pointer that would be called if a particular message were sent to an instance of a class.

`class_respondsToSelector`
> Returns a Boolean value that indicates whether instances of a class respond to a particular selector.

`class_addProtocol`
> Adds a protocol to a class.

`class_addProperty`
> Adds a property to a class.

`class_replaceProperty`

    Replace a property of a class.

`class_conformsToProtocol`
    Returns a Boolean value that indicates whether a class conforms to a given protocol.

`class_copyProtocolList`
    Describes the protocols adopted by a class.

`class_getVersion`
    Returns the version number of a class definition.

`class_setVersion`
    Sets the version number of a class definition.

`objc_getFutureClass`
    Used by CoreFoundation's toll-free bridging.

`objc_setFutureClass`
    Used by CoreFoundation's toll-free bridging.

Documentation

| Discover | Design | Develop | Distribute | Support |
| --- | --- | --- | --- | --- |
| macOS | Human Interface Guidelines | Xcode | Developer Program | Developer Forums |
| iOS | Resources | Swift | App Store | Bug Reporting |
| watchOS | Videos | Swift Playgrounds | App Review | License Agreements |
| tvOS | Apple Design Awards | TestFlight | Mac Software | System Status |
| Safari and Web | Accessibility | Documentation | Apps for Business | Contact Us |
| Games | Internationalization | Videos | Safari Extensions | |
| Business | Accessories | Downloads | Marketing Resources | Account |
| Education | | | Trademark Licensing | Certificates, IDs & Profiles |
| WWDC | | | | App Store Connect |

To receive the latest developer news, visit and subscribe to our News and Updates.

Copyright © 2019 Apple Inc. All rights reserved.   Terms of Use | Privacy Policy | Report Bugs | Feedback

简体中文 | 日本語 | 한국어

https://developer.apple.com/documentation/objectivec/1418677-class_replacemethod?language=objc[10/21/2019 10:35:42 PM]