# EXHIBIT D

Discover    Design    Develop    Distribute    Support    Account

Documentation

Function

# method_exchangeImplementations

Exchanges the implementations of two methods.

## Declaration

```
void method_exchangeImplementations(Method m1, Method m2);
```

## Discussion

This is an atomic version of the following:

```
IMP imp1 = method_getImplementation(m1);
IMP imp2 = method_getImplementation(m2);
method_setImplementation(m1, imp2);
method_setImplementation(m2, imp1);
```

SDKs

iOS 2.0+

macOS 10.5+

Mac Catalyst 13.0+

tvOS 9.0+

watchOS 2.0+

Framework

Objective-C Runtime

On This Page

Declaration 
Discussion 
See Also 

## See Also

### Working with Methods

`method_invoke`
  Calls the implementation of a specified method.

`method_invoke_stret`
  Calls the implementation of a specified method that returns a data-structure.

`method_getName`
  Returns the name of a method.

`method_getImplementation`
  Returns the implementation of a method.

`method_getTypeEncoding`
  Returns a string describing a method's parameter and return types.

`method_copyReturnType`
  Returns a string describing a method's return type.

`method_copyArgumentType`
  Returns a string describing a single parameter type of a method.

`method_getReturnType`
  Returns by reference a string describing a method's return type.

`method_getNumberOfArguments`
  Returns the number of arguments accepted by a method.

`method_getArgumentType`
  Returns by reference a string describing a single parameter type of a method.

`method_getDescription`
  Returns a method description structure for a specified method.

Case 4:19-cv-03425-JST   Document 63-5   Filed 10/24/19   Page 4 of 4

## `method_setImplementation`

Sets the implementation of a method.

Documentation

**Discover**
- macOS
- iOS
- watchOS
- tvOS
- Safari and Web
- Games
- Business
- Education
- WWDC

**Design**
- Human Interface Guidelines
- Resources
- Videos
- Apple Design Awards
- Accessibility
- Internationalization
- Accessories

**Develop**
- Xcode
- Swift
- Swift Playgrounds
- TestFlight
- Documentation
- Videos
- Downloads

**Distribute**
- Developer Program
- App Store
- App Review
- Mac Software
- Apps for Business
- Safari Extensions
- Marketing Resources
- Trademark Licensing

**Support**
- Developer Forums
- Bug Reporting
- License Agreements
- System Status
- Contact Us

**Account**
- Certificates, IDs & Profiles
- App Store Connect

To receive the latest developer news, visit and subscribe to our News and Updates.

Copyright © 2019 Apple Inc. All rights reserved.   Terms of Use | Privacy Policy | Report Bugs | Feedback

简体中文 | 日本語 | 한국어

https://developer.apple.com/documentation/objectivec/1418769-method_exchangeimplementations?language=occ[10/22/2019 6:56:13 PM]