# EXHIBIT G

Discover   Design   Develop   Distribute   Support   Account

Documentation

# Code Signing Services

Examine and validate signed code running on the system.

Framework

Security

On This Page

Overview
Topics
See Also

## Overview

Code signing is a macOS security technology that you use to certify that an app was created by you. Once an app is signed, the system can detect any change to the app—whether the change is introduced accidentally or by malicious code. You can control how your signed code loads signed plug-ins and other signed code without invalidating the signatures of the host code or of the guest (dynamically loaded) code.

You work with code objects that represent uniquely identified elements of running code in the system. In addition to UNIX processes, these elements can include scripts, applets, widgets, and so forth. You also work with *static* code objects that represent code in the file system. Static code includes applications, tools, frameworks, plug-ins, scripts, and so on. Generally, a code object has a specific static code object from which it originates and that holds its static signing data. The reverse, however, is not true—given a static code object, it is not possible to find, enumerate, or control any code object that originated from it.

## Topics

## Code Objects

Work with signed code loaded into memory.

class `SecCode`
: A code object representing signed code running on the system.

func `SecCodeCopySelf`(SecCSFlags, UnsafeMutablePointer<SecCode?>) -> OSStatus
: Retrieves the code object for the code making the call.

struct `SecCSFlags`
: Values that can be used in the `flags` parameter to most code signing functions.

func `SecCodeGetTypeID`() -> CFTypeID
: Returns the unique identifier of the opaque type to which a code object belongs.

## Static Code

Work with signed code on disk.

class `SecStaticCode`
: A static code object representing signed code on disk.

func `SecStaticCodeCreateWithPath`(CFURL, SecCSFlags, UnsafeMutablePointer<SecStaticCode?>) -> OSStatus
: Creates a static code object representing the code at a specified file system path.

func `SecStaticCodeCreateWithPathAndAttributes`(CFURL, SecCSFlags, CFDictionary, UnsafeMutablePointer<SecStaticCode?>) -> OSStatus

Creates a static code object representing the code at a specified file system path using an attributes dictionary.

[API CollectionCode Attributes](#)

Specify these keys from the attribute dictionary when you create a static code instance.

`func SecStaticCodeGetTypeID() -> CFTypeID`

Returns the unique identifier of the opaque type to which a static code object belongs.

## Working with Code Objects

`func SecCodeCopyPath(SecStaticCode, SecCSFlags, UnsafeMutablePointer<CFURL?>) -> OSStatus`

Retrieves the location on disk of signed code, given a code or static code object.

`func SecCodeCopyStaticCode(SecCode, SecCSFlags, UnsafeMutablePointer<SecStaticCode?>) -> OSStatus`

Returns a static code object representing the on-disk version of the given running code.

[API CollectionCode Signing Architecture Flags](#)

Use these supplemental flags to get static code.

## Code Signatures

`func SecCodeCopySigningInformation(SecStaticCode, SecCSFlags, UnsafeMutablePointer<CFDictionary?>) -> OSStatus`

Retrieves various pieces of information from a code signature.

API CollectionCode Signing Information Flags
: Use these supplemental flags to retrieve signing information.

API CollectionSigning Information Dictionary Keys
: Use these keys from the information dictionary when you retrieve information from a code signature.

`struct SecCodeSignatureFlags`
: Specify option flags that can be embedded in a code signature during signing and that govern the use of the signature.

`enum SecCSDigestAlgorithm`
: The list of digest algorithms available for code signatures.

## Code Requirements

ArticleApplying Code Requirements
: Manage the code requirements that apply to your signed code.

`func SecCodeCopyDesignatedRequirement(Sec StaticCode, SecCSFlags, UnsafeMutablePointer<SecRequirement?>) -> OSStatus`
: Retrieves the designated code requirement of signed code.

`class SecRequirement`
: A code requirement object.

`func SecRequirementGetTypeID() -> CFTypeID`
: Returns the unique identifier of the opaque type to which a code requirement object belongs.

`enum SecRequirementType`
: An enumeration indicating different types of internal requirements for code.

### Code Requirements as Data

`func SecRequirementCopyData(SecRequirement, SecCSFlags, UnsafeMutablePointer<CFData?>) -> OSStatus`

> Extracts a binary form of a code requirement from a code requirement object.

`func SecRequirementCreateWithData(CFData, SecCSFlags, UnsafeMutablePointer<SecRequirement?>) -> OSStatus`

> Creates a code requirement object from the binary form of a code requirement.

---

### Code Requirements as Text

`func SecRequirementCopyString(SecRequirement, SecCSFlags, UnsafeMutablePointer<CFString?>) -> OSStatus`

> Converts a code requirement object into text form.

`func SecRequirementCreateWithString(CFString, SecCSFlags, UnsafeMutablePointer<SecRequirement?>) -> OSStatus`

> Creates a code requirement object by compiling a valid text representation of a code requirement.

`func SecRequirementCreateWithStringAndErrors(CFString, SecCSFlags, UnsafeMutablePointer<Unmanaged<CFError>?>?, UnsafeMutablePointer<SecRequirement?>) -> OSStatus`

> Creates a code requirement object by compiling a valid text representation of a code requirement and returns detailed error information in the case of failure.

## Guest Code

**ArticleHosting Guest Code**

Securely launch and manage plug-ins and other executable entities, known as guest code, from within your app acting as a host.

`func SecCodeCopyGuestWithAttributes(Sec Code?, CFDictionary?, SecCSFlags, UnsafeMutable Pointer<SecCode?>) -> OSStatus`

Asks a code host to identify one of its guests given the type and value of specific attributes of the guest code.

**API CollectionNull Guest Handle**

Use this special value to stand in for a null guest object.

`struct SecCodeStatus`

Operational flags attached by code signing services to running code.

**API CollectionGuest Attribute Dictionary Keys**

Specify attributes of guest code.

`typealias SecGuestRef`

A reference to a guest object, which identifies a particular block of guest code in the context of its code signing host.

## Guest Management

`func SecCodeCopyHost(SecCode, SecCSFlags, UnsafeMutablePointer<SecCode?>) -> OSStatus`

Retrieves the code object for the host of specified guest code.

`func SecCodeMapMemory(SecStaticCode, Sec CSFlags) -> OSStatus`

Asks the kernel to accept the signing information currently

attached to a code object and uses it to validate memory page-ins.

## Tasks

`func SecTaskCreateFromSelf(CFAllocator?) -> SecTask?`

Creates a task object for the current task.

`func SecTaskCreateWithAuditToken(CFAllocator?, audit_token_t) -> SecTask?`

Creates a task object for the task that sent the Mach message represented by the audit token.

`class SecTask`

The Core Foundation type representing a task.

`func SecTaskGetTypeID() -> CFTypeID`

Returns the unique identifier of the opaque type to which a task object belongs.

`func SecTaskCopySigningIdentifier(SecTask, UnsafeMutablePointer<Unmanaged<CFError>?>?) -> CFString?`

Returns the value of the code signing identifier.

`func SecTaskCopyValueForEntitlement(SecTask, CFString, UnsafeMutablePointer<Unmanaged<CFError>?>?) -> CFTypeRef?`

Returns the value of a single entitlement for the represented task.

`func SecTaskCopyValuesForEntitlements(SecTask, CFArray, UnsafeMutablePointer<Unmanaged<CFError>?>?) -> CFDictionary?`

Returns the values of multiple entitlements for the represented task.

## Code Signature Validity

`func ``SecCodeCheckValidity``(SecCode, Sec CSFlags, SecRequirement?) -> OSStatus`

Performs dynamic validation of signed code.

`func ``SecCodeCheckValidityWithErrors``(SecCode, SecCSFlags, SecRequirement?, UnsafeMutable Pointer<Unmanaged<CFError>?>?) -> OSStatus`

Performs dynamic validation of signed code and returns detailed error information in the case of failure.

`func ``SecStaticCodeCheckValidity``(SecStatic Code, SecCSFlags, SecRequirement?) -> OSStatus`

Validates a static code object.

`func ``SecStaticCodeCheckValidityWith Errors``(SecStaticCode, SecCSFlags, Sec Requirement?, UnsafeMutable Pointer<Unmanaged<CFError>?>?) -> OSStatus`

Performs static validation of static signed code and returns detailed error information in the case of failure.

[API CollectionStatic Code Validation Flags](#)

Use these supplemental flags to test the validity of a static code signature.

## Result Codes

[API CollectionCode Signing Services Result Codes](#)

Recognize result codes specific to the code signing services API.

[API Collection**User Info Dictionary Error Keys**](#)
> Recognize the keys of the user info dictionary provided by functions that return error objects.

# See Also

## Secure Code

[Article**Notarizing Your App Before Distribution**](#)
> Give users even more confidence in your software by submitting it to Apple for notarization.

[Article**Preparing Your App to Work with Pointer Authentication**](#)
> Test your app against the arm64e architecture to ensure that it works seamlessly with enhanced security features.

[API Collection**App Sandbox Entitlements**](#)
> Manage access to system resources and user data in macOS apps to contain damage if an app becomes compromised.

[API Collection**Hardened Runtime Entitlements**](#)
> Manage security protections and resource access for your macOS apps.

# Related Documentation

[Code Signing Guide](#)

Documentation

| Discover | Design | Develop | Distribute | Support |
|---|---|---|---|---|
| macOS | Human Interface Guidelines | Xcode | Developer Program | Developer Forums |
| iOS | Resources | Swift | App Store | Bug Reporting |
| watchOS | Videos | Swift Playgrounds | App Review | License Agreements |
| tvOS | Apple Design Awards | TestFlight | Mac Software | System Status |
| Safari and Web | Accessibility | Documentation | Apps for Business | Contact Us |
| Games | Internationalization | Videos | Safari Extensions | |
| Business | Accessories | Downloads | Marketing Resources | Account |
| Education | | | Trademark Licensing | Certificates, IDs & Profiles |
| WWDC | | | | App Store Connect |

To receive the latest developer news, visit and subscribe to our News and Updates.

Copyright © 2019 Apple Inc. All rights reserved.    Terms of Use | Privacy Policy | Report Bugs | Feedback

简体中文 | 日本語 | 한국어