# EXHIBIT J





## OTA Installation Step by Step

### 1. Click "Install" button



We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

OK



## 3. Click "Trust" button to open profile Settings



## 4. Find the correct Profile



## 5. Click "Trust …" to trust the certificate



## 6. Go back to the home screen and open the app



Copyright © 2019 GFStudio. All rights reserved.

Pokémon and Pokémon character names are trademarks of Nintendo. Pokémon GO is a trademark of Niantic. Other trademarks are the property of their respective owners. iPod®, iPhone®, iPad® and iTunes® are trademarks of Apple Inc., registered in the U.S. and other countries. iSpoofer is not developed by or affiliated with Apple Inc.