1   FABIO E. MARINO (SBN 183825)
    fmarino@polsinelli.com
2   REBECCA B. HORTON (SBN 308052)
    rhorton@polsinelli.com
3   POLSINELLI LLP
    1661 Page Mill Road, Suite A
4   Palo Alto, CA 94304
    T:  650-461-7700
5   F:  650-461-7701

6   Phillip Zeeck (*Admitted PHV*)
    pzeeck@polsinelli.com
7   POLSINELLI PC
    900 West 48th Place, Ste. 900
8   Kansas City, MO 64112
    T:  816-753-1000
9   F:  816-753-1536

10  Attorneys for Defendants
    Ryan Hunt and Alen Hundur
11

12              **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14                    **OAKLAND DIVISION**

15

16  NIANTIC, INC.,                          Case No. 4:19-cv-03425 JST

17              Plaintiff,                   **DECLARATION OF REBECCA B.**
                                             **HORTON IN SUPPORT OF**
18          v.                               **DEFENDANTS RYAN HUNT'S AND**
                                             **ALEN HUNDUR'S MOTION TO LEFT**
19  GLOBAL++, et al.,                        **THE PRELIMINARY INJUNCTION**

20              Defendants.
                                             Date:   December 4, 2019
21                                           Time:   2:00 P.M.
                                             Ctrm:   6, 2nd Floor
22                                           Judge:  Honorable Jon S. Tigar

23

24

25

26

27

28

1    I, Rebecca B. Horton, declare as follows:

2    I am an attorney duly admitted to practice before this Court.  I am an Associate with the

3  law firm of Polsinelli LLP and attorney of record for Defendants Ryan Hunt and Alen Hundur

4  ("Defendants") in this action.  I have personal knowledge of the facts set forth herein and, if

5  called as a witness, I could and would competently testify thereto.

6    I respectfully submit this declaration in support of Defendants' Motion to Lift the

7  Preliminary Injunction, filed concurrently herewith.

8    1.    Set forth below are true and correct copies of a screen when downloading

9  Niantic's Pokémon Go App from the Apple App Store.



17    2.    Set forth below are true and correct copies of a screen when opening the Pokémon

18  Go App and logging in:



-1-

3.      Set forth below is a true and correct copy of public social media posts on

Facebook, *available at* https://www.facebook.com/groups/PokemongoBayarea/:

 

4.      Set forth below are true and correct copies of public Twitter posts by

@PoGoCoordinates, *available at* https://twitter.com/pogocoordinates?lang=en:









-2-

1

2      5.      Set forth below is a true and correct copy of a publicly-available map made

3  available by PoGo Map which appears to aggregate user data regarding Pokestops and other POI

4  data:



15  *Available at* https://www.pogomap.info/location/37,784527/-122,415110/13.

16      6.      Set forth below is a true and correct copy of a post by Niantic regarding User-

17  generated POI within Niantic's *Ingress* App:



-3-

7.      Set forth below is a true and correct copy of a post on AppHaven's Discord *available at* https://discord.gg/j9NDSXd:



8.      Set forth below is a true and correct copy of an August 16, 2019 post on AppHaven's Discord *available at* https://discord.gg/j9NDSXd.

9.      Attached hereto as **Exhibit P** are true and correct excerpts of the September 11, 2019 Hearing Transcript on Niantic's Motion for Preliminary Injunction and Defendants' Motion to Dismiss.  These excerpts are being filed on the public record since neither party filed a notice of intent to request redaction within five days of the Clerk's Notice re Transcript of Proceedings (Dkt. 59).

10.      Attached hereto as **Exhibit Q** is a true and correct copy of a query made on

-4-

1  October 16, 2019 for "Matthew Johnson" on the Viewdns.info website reflecting the first 500

2  results.  This website states that it allows a user to conduct a Reverse Whois search by inserting a

3  domain registrant's name or email address and will identify the domains that match the query.

4  Set forth below is the Reverse Whois query for "Matthew Johnson," which shows that there are

5  "1,054 domains that matched this search query."



16       I declare under penalty of perjury under the laws of the State of California that the

17  foregoing is true and correct and this declaration was made this 24th day of October, 2019 in San

18  Francisco, California.

19

By:   /s/ Rebecca B. Horton

20             Rebecca B. Horton

21

22

23

24

25

26

27

28

DECL. OF REBECCA B. HORTON ISO OF
MTN TO LIFT PRELIMINARY INJUNCTION
CASE NO. 4:19-cv-03425-JST