1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| NIANTIC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20,<br><br>Defendants. | Case No. 19-cv-03425-JST<br><br>**[PROPOSED] ORDER EXTENDING BRIEFING DEADLINES** |
|---|---|

**[PROPOSED] ORDER**

Before the Court is the Parties' Stipulation to Extend Briefing Deadlines. The Court considered the papers and, good cause appearing, GRANTS the motion. It is hereby ORDERED that the deadline for Niantic to file an opposition to Defendants' Motion to Lift the Preliminary Injunction (the "Motion") is extended from November 7, 2019 to and including November 19, 2019. It is further ordered that Defendants' deadline to file a reply in support of the Motion is extended from November 14, 2019 to and including December 4, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November ___, 2019        By: _____
                                 The Honorable Jon S. Tigar
                                 United States District Judge