1  WILLIAM J. FRIMEL (Bar No. 160287)
   Seubert French Frimel & Warner LLP
2  1075 Curtis Street
3  Menlo Park, CA  94025
   Tel:   650.322.3048
4  Fax:  650.833.2976
   bill@sffwlaw.com
5

6  Attorneys for Plaintiff
   NIANTIC, INC.
7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| NIANTIC, INC., a Delaware corporation, | Case No. 19-cv-03425-JST |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| GLOBAL++, an unincorporated association; RYAN HUNT, a/k/a "ELLIOTROBOT," an individual; ALEN HUNDUR, a/k/a "IOS N00B," an individual; and DOES 1-20, | |
| Defendants. | |

NOTICE OF APPEARANCE

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following attorney hereby enters an appearance as co-counsel for Plaintiff Niantic, Inc.:

>William J. Frimel (Bar No. 160287)
>Seubert French Frimel & Warner LLP
>1075 Curtis St.
>Menlo Park, CA  94025
>Phone:  650-322-3048
>Fax:  650-833-2976
>Email:  bill@sffwlaw.com

Said counsel is admitted to practice in this Court.

Dated:  November 4, 2019              **SEUBERT FRENCH FRIMEL & WARNER LLP**

                                       By:     /s/ William J. Frimel
                                       _____
                                         WILLIAM J. FRIMEL
                                         Attorneys for Plaintiff NIANTIC, INC.

NOTICE OF APPEARANCE