UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIANTIC, INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>GLOBAL++, et al.,<br><br>      Defendants. | Case No. 19-cv-03425-JST<br><br>**ORDER EXTENDING BREIFING DEADLINES AND CONTINUING MOTION HEARING**<br><br>Re: ECF No. 66 |

Before the Court is the Parties' Stipulation to Extend Briefing Deadlines. ECF No. 66. The Court considered the papers and, good cause appearing, GRANTS the motion. It is hereby ORDERED that the deadline for Niantic to file an opposition to Defendants' Motion to Lift the Preliminary Injunction (the "Motion") is extended from November 7, 2019 to and including November 19, 2019. It is further ordered that Defendants' deadline to file a reply in support of the Motion is extended from November 14, 2019 to and including December 4, 2019.

The Court hereby continues the hearing on the Motion to January 29, 2019, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 5, 2019

_____
JON S. TIGAR
United States District Judge