Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (admitted *pro hac vice*)
THinnen@perkinscoie.com
Ryan Spear (admitted *pro hac vice*)
RSpear@perkinscoie.com
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

NIANTIC, INC., a Delaware corporation,

Plaintiff,

v.

GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20,

Defendants.

Case No. 19-cv-03425-JST

**[PROPOSED] ORDER GRANTING NIANTIC, INC.'S COMBINED MOTION TO DISMISS COUNTERCLAIMS FOR FAILURE TO STATE A CLAIM, MOTION TO STRIKE COUNTERCLAIMS UNDER CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16, AND MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES**

Plaintiff Niantic, Inc. ("Niantic") has filed a combined motion to dismiss counterclaims for failure to state a claim, motion to strike counterclaims under Cal. Civ. Proc. Code § 425.16(b)(1), and motion to strike defendants' affirmative defenses.

The Court, having fully considered all relevant documents, authorities, evidence, and oral arguments presented by Niantic and defendants, by and through their respective attorneys, and good cause having been shown, now, therefore, it is hereby

ORDERED that Niantic's motion to dismiss defendants' counterclaims under Federal Rule of Civil Procedure ("Rule") 12(b)(6) be, and the same hereby is, GRANTED;

ORDERED that Niantic's special motion to strike defendants' counterclaims under Cal. Civ. Proc. Code § 425.16(b)(1) be, and the same hereby is, GRANTED. Niantic shall file a noticed motion for attorneys' fees in this Court;

ORDERED that Niantic's motion to strike defendant's affirmative defenses under Rule 12(f) be, and the same hereby is, GRANTED;

ORDERED that defendants' counterclaims be, and the same hereby are, dismissed with prejudice; and it is further

ORDERED that defendants' affirmative defenses be, and the same hereby are, dismissed with prejudice.

Dated: ________________________, 2019

______________________________
JON S. TIGAR
United States District Judge