Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (admitted *pro hac vice*)
THinnen@perkinscoie.com
Ryan Spear (admitted *pro hac vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20,<br><br>  Defendants. | Case No. 19-cv-03425-JST<br><br>**STIPULATION TO EXTEND EARLY NEUTRAL EVALUATION DEADLINE**<br><br>**[Civil Rules 6-2 & 7-12]** |

1  Pursuant to Civil Local Rules 6-2 and 7-12, it is hereby stipulated between and among
2  plaintiff Niantic, Inc. ("Niantic") and defendants Ryan Hunt and Alen Hundur ("Defendants")
3  (collectively, the "Parties"), by their respective counsel, as follows:

4  1. On August 22, 2019, the Parties agreed to participate in the Early Neutral
5  Evaluation ("ENE") alternative dispute resolution ("ADR") process. *See* Dkts. 43, 45.

6  2. On October 1, 2019, the Court issued a Scheduling Order requiring the parties to
7  attend an ENE hearing by January 3, 2020. *See* Dkt. 57.

8  3. On October 4, 2019, the Clerk issued a Notice of Appointment of Evaluator,
9  appointing Daralyn Durie as ENE Evaluator. *See* Dkt. 60.

10  4. The Parties met and conferred with Evaluator Durie about the ENE process on
11  October 22, 2019 and November 1, 2019. In light of matters discussed at those conferences, the
12  Parties have determined that the ENE process is more likely to be productive if the parties
13  conduct initial discovery into certain foundational facts before attending the ENE hearing.

14  5. Evaluator Durie concurs in the Parties' assessment. Accordingly, on November
15  21, 2019, the Clerk reset the ENE hearing in this case for February 6, 2020, "pending Court
16  approval of an anticipated stipulation to extend the ENE deadline."

17  6. In light of the above, the Parties jointly request that the Court extend the
18  deadline for the ENE hearing from January 3, 2020 to and including February 6, 2020.

19  7. The Parties do not believe that the requested extension will have any impact on
20  other deadlines set forth in the Scheduling Order. *See* Dkt. 57.

21  8. Pursuant to Local Rule 6-2(a)(2), the following is a list of "all previous time
22  modifications in the case, whether by stipulation or court order."

23  a. On July 11, 2019, the August 1, 2019 hearing on Niantic's motion for
24  preliminary injunctive relief was vacated. *See* Dkt. 15, 20; *see also* Dkts. 17, 19.

25  b. On July 11, 2019, the Initial Case Management conference was
26  rescheduled from September 12, 2019 to September 30, 2019. *See* Dkts. 9, 23.

27  c. On July 12, 2019, the parties stipulated to an extension of time, to and
28  including July 17, 2019, for Defendants to respond to Niantic's Complaint. *See* Dkt. 24.

- 1 -

   d. On July 18, 2019, the hearing on Niantic's motion for preliminary injunctive relief was continued until August 8, 2019. *See* Dkt. 28.

   e. On July 19, 2019, the hearing on Niantic's motion for preliminary injunctive relief and Defendants' motion to dismiss was rescheduled from August 22, 2019 to September 4, 2019. *See* Dkts. 26, 30. At that time, the Court also ordered Defendants to file an opposition to Niantic's motion for preliminary injunctive relief by July 31, 2019 and ordered Niantic to file a reply in support of its motion for preliminary injunctive relief by August 7, 2019. *See* Dkts. 30, 7.

   f. On August 2, 2019, the Parties stipulated to an extension of time, to and including August 14, 2019, for Niantic to file its reply in support of its motion for preliminary injunctive relief. *See* Dkts. 34, 36.

   g. On August 7, 2019, the hearing on Niantic's motion for preliminary injunctive relief and Defendants' motion to dismiss was rescheduled from August 22, 2019 to September 11, 2019. *See* Dkt. 37.

   h. On October 10, 2019, the Parties stipulated to an extension of time, to and including October 24, 2019, for Defendants to respond to Niantic's Complaint. *See* Dkt. 61.

   i. On October 25, 2019, the hearing on Defendants' motion to lift the preliminary injunction was rescheduled from December 4, 2019 to December 18, 2019. *See* Dkts. 63, 65.

   j. On November 5, 2019, pursuant to the Parties' stipulation, the Court extended the deadline for Niantic to file an opposition to Defendants' motion to lift the preliminary injunction from November 7, 2019 to and including November 19, 2019 and extended the deadline for Defendants to file a reply in support of their motion to lift the preliminary injunction from November 14, 2019 to and including December 4, 2019. *See* Dkt. 68. At that time, the Court also rescheduled the hearing date on Defendants' motion to lift the preliminary injunction from December 4, 2019 to January 29, 2020. *See id.*

      k.    On November 18, 2019, the Court rescheduled the hearing on Niantic's combined motion to dismiss and motion to strike from January 22, 2020 to January 29, 2020. *See* Dkts. 69, 70.

**NOW THEREFORE**, good cause having been shown, the Parties respectfully request an order extending the deadline for the ENE hearing from January 3, 2020 to and including February 6, 2020.

DATED: November 26, 2019      **PERKINS COIE LLP**

By: *s/ Ryan Spear*
     Ryan Spear

Attorneys for Plaintiff Niantic, Inc.

DATED: November 26, 2019      **POLSINELLI LLP**

By: *s/ Fabio E. Marino*
     Fabio E. Marino

Attorneys for Defendants

I, Ryan Spear, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 26, 2019

By: *s/ Ryan Spear*
Ryan Spear

Attorney for Plaintiff Niantic, Inc.