1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation, | Case No. 19-cv-03425-JST |
| Plaintiff, | **[PROPOSED] ORDER EXTENDING EARLY NEUTRAL EVALUATION DEADLINE** |
| v. | |
| GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20, | |
| Defendants. | |

1  **[PROPOSED] ORDER**

2  Before the Court is the Parties' Stipulation to Extend the Early Neutral Evaluation

3  ("ENE") Deadline. The Court considered the papers and, good cause appearing, GRANTS the

4  motion. It is hereby ORDERED that the deadline for the Parties to attend the ENE hearing is

5  extended from January 3, 2020 to and including February 6, 2020.

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8  Dated: _____    By:_____
The Honorable Jon S. Tigar
9  United States District Judge