Counsel listed on signature page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC., | Case No. 4:19-cv-03425 JST |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF NIANTIC, INC.'S MOTION TO DISMISS PURSUANT TO CIVIL L.R. 6-2(a)** |
| v. | |
| GLOBAL++, et al., | |
| Defendants. | Judge: Honorable Jon S. Tigar |

Pursuant to Civil Local Rule 6-2(a), it is hereby stipulated between and among plaintiff Niantic, Inc. ("Plaintiff") and defendants Ryan Hunt and Alen Hundur (collectively, "Defendants") (together "the Parties"), by their respective counsel, as follows:

1. On November 14, 2019, Plaintiff filed a Combined Motion to Dismiss Counterclaims for Failure to State a Claim, Motion to Strike Counterclaims and Motion to Strike Defendants' Affirmative Defenses (the "Motion"). Dkt. 69.

2. The current deadline for Defendants to file an opposition to the Motion is November 29, 2019. *See* L.R. 7-3(b). The current deadline for Plaintiff to file a reply in support of the Motion is December 6, 2019. *See* L.R. 7-3(c). A hearing on the Motion is currently scheduled for January 29, 2020. Dkt. 70.

3. On November 22, 2019, and in light of the approaching Thanksgiving holiday, the Parties agreed to stipulate to an extension of the deadline for Defendants to file an opposition to the Motion from November 29, 2019 to and including December 11, 2019. The parties also agreed to stipulate to a corresponding extension of the deadline for Plaintiff to file a reply in support of the Motion from December 6, 2019 to and including December 30, 2019, which includes the Christmas holiday.

4. The parties do not believe that the requested extensions will have any impact on the schedule for the case, including the January 29, 2020 Motion hearing. Dkt. 70.

5. Pursuant to Local Rule 6-2(a), the following is a list of "all previous time modifications in the case, whether by stipulation or court order."

    a. On July 11, 2019, the August 1, 2019 hearing on Plaintiff's motion for preliminary injunctive relief (the "PI Motion") was vacated. *See* Dkt. 15, 20; *see also* Dkts. 17, 19.

    b. On July 11, 2019, the Initial Case Management conference was rescheduled from September 12, 2019 to September 30, 2019. *See* Dkts. 9, 23.

c. On July 12, 2019, the Parties stipulated to an extension of time, to and including July 17, 2019, for Defendants to respond to Plaintiff's Complaint. *See* Dkt. 24.

d. On July 18, 2019, the hearing on Plaintiff's PI Motion was continued until August 8, 2019. *See* Dkt. 28.

e. On July 19, 2019, the hearing on Plaintiff's PI Motion and Defendants' motion to dismiss was rescheduled from August 22, 2019 to September 4, 2019. *See* Dkts. 26, 30. At that time, the Court also ordered Defendants to file an opposition to Plaintiff's PI Motion by July 31, 2019 and ordered Plaintiff to file a reply in support of its PI Motion by August 7, 2019. *See* Dkts. 30, 7.

f. On August 2, 2019, the Parties stipulated to an extension of time, to and including August 14, 2019, for Plaintiff to file its reply in support of its PI Motion. *See* Dkts. 34, 36.

g. On August 7, 2019, the hearing on Plaintiff's PI Motion and Defendants' motion to dismiss was rescheduled from August 22, 2019 to September 11, 2019. *See* Dkt. 37.

h. On October 10, 2019, the Parties stipulated to an extension of time, to and including October 24, 2019, for Defendants to respond to Plaintiff's Complaint. *See* Dkt. 61.

i. On October 25, 2019, the hearing on Defendants' Motion was rescheduled from December 4, 2019 to December 18, 2019. *See* Dkts. 63, 65.

j. On November 5, 2019, pursuant to the Parties' stipulation, the Court extended the deadline for Niantic to file an opposition to Defendants' motion to lift the preliminary injunction from November 7, 2019 to and including November 19, 2019 and extended the deadline for Defendants to file a reply in support of their motion to lift the preliminary injunction from November 14, 2019 to and including December 4, 2019. *See* Dkt.

68. At that time, the Court also rescheduled the hearing date on Defendants' motion to lift the preliminary injunction from December 4, 2019 to January 29, 2020.  *See id.*

    k.    On November 18, 2019, the Court rescheduled the hearing on Niantic's combined motion to dismiss and motion to strike from January 22, 2020 to January 29, 2020.  *See* Dkts. 69, 70.

**NOW THEREFORE,** good cause having been shown, the parties stipulate to requesting an order extending the deadline for Defendants to file an opposition to the Motion from November 29, 2019 to December 11, 2019, and for Plaintiff to file a Reply to Defendants' Opposition from December 6, 2019 to December 30, 3019.

**IT IS SO STIPULATED.**


Dated:  November 27, 2019                              Respectfully Submitted,

                                                          POLSINELLI LLP

                                                          */s/ Phillip J. R. Zeeck*
                                                By:   Phillip J. R. Zeeck

                                                          Fabio E. Marino (SBN 183825)
                                                         fmarino@polsinelli.com
                                                          Phillip Zeeck (*Admitted PHV*)
                                                          pzeeck@polsinelli.com
                                                          POLSINELLI LLP
                                                          1661 Page Mill Road, Suite A
                                                          Palo Alto, CA 94304
                                                          T:  650-461-7700
                                                          F:  650-461-7701

                                                          Attorneys for Defendants
                                                          RYAN HUNT AND ALEN HUNDUR

1 | Dated: November 27, 2019
2 | Respectfully Submitted,
3 | PERKINS COIE LLP

*/s/ Ryan Spear*
By:    Ryan Spear

Todd M. Hinnen
thinnen@perkinscoie.com
Ryan Spear
rspear@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Ste. 4900
Seattle, WA 98101
T: 206-359-8000
F: 206-359-9000

Julie E. Schwartz
jschwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: 650-838-4300
Fax: 650-838-4350

Attorneys for Plaintiff
NIANTIC, INC.

-4-

STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:19-cv-03425-JST

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5.1 and General Order 45, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Dated:  November 27, 2019           */s/ Phillip J. R. Zeeck*
                                    Phillip J. R. Zeeck

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE