FABIO E. MARINO (SBN 183825)
fmarino@polsinelli.com
REBECCA B. HORTON (SBN 308052)
rhorton@polsinelli.com
POLSINELLI LLP
1661 Page Mill Road, Suite A
Palo Alto, CA 94304
T:  650-461-7700
F:  650-461-7701

Phillip J. R. Zeeck (*Admitted PHV*)
pzeeck@polsinelli.com
POLSINELLI PC
900 West 48th Place, Ste. 900
Kansas City, MO 64112
T:  816-753-1000
F:  816-753-1536

Attorneys for Defendants
Ryan Hunt and Alen Hundur

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL++, et al.,<br><br>　　　　Defendants. | Case No. 4:19-cv-03425 JST<br><br>**DECLARATION OF PHILLIP J. R. ZEECK IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF NIANTIC, INC.'S MOTION TO DISMISS PURSUANT TO CIVIL L.R. 6-2(A)**<br><br>Judge:  Honorable Jon S. Tigar |

I, Phillip J. R. Zeeck, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with the law firm of Polsinelli LLP and attorney of record for Defendants Ryan Hunt and Alen Hundur ("Defendants") in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. I respectfully submit this declaration in support of the Parties' Joint Stipulation and [Proposed] Order to extend time for Defendants to file an opposition to Plaintiff Niantic, Inc.'s ("Plaintiff") Motion to Dismiss, concurrently filed herewith.

3. On November 22, 2019, the Parties agreed to stipulate to an extension of the deadline for Defendants to file an opposition to the Motion from November 29, 2019 to and including December 11, 2019. The parties also agreed to stipulate to an extension of the deadline for Plaintiff to file a reply in support of the Motion from December 6, 2019 to and including December 30, 2019, which includes the Christmas holiday.

4. The reasons for the requested enlargement of time include the parties' respective obligations regarding Defendants' motion to modify this Court's preliminary injunction, the Court's recent notice continuing a hearing on Niantic's motion to dismiss until January 29, 2019, and counsel's commitments on other matters.

5. The parties do not believe that the requested extensions will have any impact on the schedule for the case, including the January 29, 2020 Motion hearing. Dkt. 70.

6. Pursuant to Local Rule 6-2(a), the following is a list of "all previous time modifications in the case, whether by stipulation or court order."

    a. On July 11, 2019, the August 1, 2019 hearing on Plaintiff's motion for preliminary injunctive relief (the "PI Motion") was vacated. *See* Dkt. 15, 20; *see also* Dkts. 17, 19.

    b. On July 11, 2019, the Initial Case Management conference was rescheduled from September 12, 2019 to September 30, 2019. *See* Dkts. 9, 23.

  c. On July 12, 2019, the Parties stipulated to an extension of time, to and including July 17, 2019, for Defendants to respond to Plaintiff's Complaint.  *See* Dkt. 24.

  d. On July 18, 2019, the hearing on Plaintiff's PI Motion was continued until August 8, 2019.  *See* Dkt. 28.

  e. On July 19, 2019, the hearing on Plaintiff's PI Motion and Defendants' motion to dismiss was rescheduled from August 22, 2019 to September 4, 2019.  *See* Dkts. 26, 30.  At that time, the Court also ordered Defendants to file an opposition to Plaintiff's PI Motion by July 31, 2019 and ordered Plaintiff to file a reply in support of its PI Motion by August 7, 2019.  *See* Dkts. 30, 7.

  f. On August 2, 2019, the Parties stipulated to an extension of time, to and including August 14, 2019, for Plaintiff to file its reply in support of its PI Motion.  *See* Dkts. 34, 36.

  g. On August 7, 2019, the hearing on Plaintiff's PI Motion and Defendants' motion to dismiss was rescheduled from August 22, 2019 to September 11, 2019.  *See* Dkt. 37.

  h. On October 10, 2019, the Parties stipulated to an extension of time, to and including October 24, 2019, for Defendants to respond to Plaintiff's Complaint.  *See* Dkt. 61.

  i. On October 25, 2019, the hearing on Defendants' Motion was rescheduled from December 4, 2019 to December 18, 2019.  *See* Dkts. 63, 65.

  j. On November 5, 2019, pursuant to the Parties' stipulation, the Court extended the deadline for Niantic to file an opposition to Defendants' motion to lift the preliminary injunction from November 7, 2019 to and including November 19, 2019 and extended the deadline for Defendants to file a reply in support of their motion to lift the preliminary injunction from November 14, 2019 to and including December 4, 2019.  *See* Dkt.

68.  At that time, the Court also rescheduled the hearing date on Defendants' motion to lift the preliminary injunction from December 4, 2019 to January 29, 2020.  *See id.*

k.  On November 18, 2019, the Court rescheduled the hearing on Niantic's combined motion to dismiss and motion to strike from January 22, 2020 to January 29, 2020.  *See* Dkts. 69, 70.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was made this 27th day of November, 2019 in Kansas City, Missouri.

By:  */s/ Phillip J. R. Zeeck*
      Phillip J. R. Zeeck