1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation, | Case No. 19-cv-03425-JST |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER EXTENDING EARLY NEUTRAL EVALUATION DEADLINE** |
| v. | |
| GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20, | |
| Defendants. | |

**~~[PROPOSED]~~ ORDER**

Before the Court is the Parties' Stipulation to Extend the Early Neutral Evaluation ("ENE") Deadline. The Court considered the papers and, good cause appearing, GRANTS the motion. It is hereby ORDERED that the deadline for the Parties to attend the ENE hearing is extended from January 3, 2020 to and including February 6, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 27, 2019      By: _____
                                  The Honorable Jon S. Tigar
                                  United States District Judge

- 1 -