# EXHIBIT A

## Exhibit A: Materials Relied Upon

1. Declaration of Eric Lanz in Support of Niantic, Inc.'s Opposition to Defendants' Motion for Reconsideration Under Federal Rule of Civil Procedure 59(e), dated November 19, 2019.

2. Declaration of Ryan Spear in Support of Niantic, Inc.'s Opposition to Defendants' Motion for Reconsideration Under Federal Rule of Civil Procedure 59(e), including Exhibits A-D, dated November 19, 2019

3. Protocol Buffers, Google Developers Website, https://developers.google.com/protocol-buffers, retrieved November 26, 2019, attached as Exhibit B.

4. AeonLucid POGOProtos, GitHub, https://github.com/AeonLucid/POGOProtos, retrieved November 27, 2019, attached as Exhibit C.

5. AeonLucid POGOProtos license, GitHub, https://github.com/AeonLucid/POGOProtos/blob/master/LICENSE.md, retrieved November 27, 2019, attached as Exhibit D.

6. AeonLucid POGOProtos-master source code lists from GitHub page for AeonLucid POGOProtos, https://github.com/Furtif/POGOProtos/tree/master/src/POGOProtos/Data, retrieved December 4, 2019, attached as Exhibit E

7. Global++ source code file PlayerData.pbobjc.h, attached as Exhibit F.

8. Jonny Evans, *How Apple Developer Enterprise license works*, Computerworld, January 17, 2018, https://www.computerworld.com/article/3249090/how-apple-developer-enterprise-license-works.html, retrieved December 3, 2019, attached as Exhibit G.

9. Choosing a Membership, Apple Developer Support, https://developer.apple.com/support/compare-memberships, retrieved December 3, 2019, attached as Exhibit H.

10. Abhimuralidharan, *What is a provisioning profile & code signing in iOS*, Medium, April 10, 2018, https://medium.com/@abhimuralidharan/what-is-a-provisioning-profile-in-ios-77987a7c54c2, retrieved December 4, 2019, attached as Exhibit I.

11. *Re-Signing an iOS App Without Xcode*, Float, https://gowithfloat.com/2011/11/re-signing-an-ios-app-without-xcode, retrieved December 4, 2019, attached as Exhibit J.

12. Stephen Nellis, Paresh Dave, *Software pirates use Apple tech to put hacked apps on iPhones*, Business News, February 13, 2019, https://www.reuters.com/article/us-apple-piracy/software-pirates-use-apple-tech-to-put-hacked-apps-on-iphones-idUSKCN1Q3097, retrieved December 4, 2019, attached as Exhibit K.