# EXHIBIT C

AeonLucid / **POGOProtos**

Dismiss

## Join GitHub today

GitHub is home to over 40 million developers working together to host and review code, manage projects, and build software together.

Sign up

A central repository for all proto files of PokémonGO.

#pokemongo #protobuf

| | | | | | |
|---|---|---|---|---|---|
| **321** commits | **1** branch | **0** packages | **28** releases | **49** contributors | MIT |

Branch: master ▾ New pull request Find file Clone or download ▾

**AeonLucid** Update README.md ✓ Latest commit `a1bf283` on Apr 11, 2018

| | | |
|---|---|---|
| base | 0.71.0 (#300) | 2 years ago |
| helpers | Readded compile_single.py per request. | 3 years ago |
| src | Sync with my repo (niico) - Up to 0.75.0 (#307) | 2 years ago |
| .clang-format | Added clang formatting based on #222 | 3 years ago |
| .codeclimate.yml | Added codeclimate. | 3 years ago |
| .current-version | Release v2.14.0. | 2 years ago |
| .gitignore | Fix travis build. | 3 years ago |
| .travis.yml | Update Protocol Buffers v3.2.0 -> v3.3.0 (#283) | 3 years ago |
| LICENSE.md | Change license to MIT | 3 years ago |
| README.md | Update README.md | 2 years ago |
| compile.py | Fix compilation issues for .proto files, generating a .desc does now ... | 3 years ago |
| compile_single.py | Add exec to compile_single.py | 3 years ago |

**README.md**

# This project is no longer maintained. Please use https://github.com/Furtif/POGOProtos instead, which is a fork of this project.

# ~~POGOProtos~~

This repository contains the ProtoBuf `.proto` files needed to decode the PokémonGo RPC.

If you want to know which messages are implemented right now, click here.

## Usage



11/27/2019 GitHub - AeonLucid/POGOProtos: A central repository for all proto files of PokémonGO.

Case 4:19-cv-05425-JST   Document 78-4   Filed 12/04/19   Page 3 of 5

## Versioning

We are following semantic versioning for POGOProtos. Every version will be mapped to their current PokémonGo version.

| Version | Android | iOS | Extra |
| --- | --- | --- | --- |
| 2.14.0 | 0.71.0 | 1.41.0 | |
| 2.13.0 | 0.69.1 | 1.39.1 | |
| 2.12.0 | 0.69.0 | 1.39.0 | |
| 2.11.0 | 0.67.2 | 1.37.2 | |
| 2.11.0-beta | 0.67.1 | 1.37.1 | |
| 2.10.x | 0.63.1 | 1.33.1 | |
| 2.9.2 | 0.61.0 | 1.31.0 | Updated protobuf to 3.3.0 |
| 2.9.1 | 0.61.0 | 1.31.0 | Updated protobuf to 3.2.0 |
| 2.9.0 | 0.61.0 | 1.31.0 | |
| 2.8.0 | 0.59.1 | 1.29.1 | |
| 2.7.0 | 0.57.2 | 1.27.2 | |
| 2.6.x | 0.55.0 | 1.25.0 | |
| 2.5.x | 0.53.1 | 1.23.1 | |
| 2.4.x | 0.51.0 | 1.21.0 | |
| 2.3.0 | 0.49.1 | 1.19.1 | |
| 2.2.0 | 0.47.1 | 1.17.0 | |
| 2.1.0 | 0.45.0 | 1.15.0 | |
| 2.1.0-beta | 0.45.0 | 1.15.0 | |
| 2.0.x | 0.43.4 | 1.13.4 | |

If you want to figure out the current version in an automated system, use this file.

https://raw.githubusercontent.com/AeonLucid/POGOProtos/master/.current-version

*Note: This file will contain pre-release versions too.*

## Preparation

Current recommended protoc version: "Protocol Buffers v3.3.0".

You can find download links here.

### Windows

Be sure to add `protoc` to your environmental path.

### *nix

Ensure that you have the newest version of `protoc` installed.

## OS X

Use `homebrew` to install `protobuf` with `brew install --devel protobuf`.

## Compilation

The compilation creates output specifically for the target language, i.e. respecting naming conventions, etc. This is an example of how the generated code will be organized:

```
python compile.py cpp:
  - POGOProtos/Data/PlayerData.proto -> POGOProtos/Data/PlayerData.pb.cpp
```

```
python compile.py csharp:
  - POGOProtos/Data/PlayerData.proto -> POGOProtos/Data/PlayerData.g.cs
```

```
python compile.py go:
- POGOProtos/Data/*.proto -> github.com/aeonlucid/pogoprotos/data
- POGOProtos/Data/PlayerData.proto -> github.com/aeonlucid/pogoprotos/data/player_data.pb.go
```

```
python compile.py java:
  - POGOProtos/Data/*.proto -> com/github/aeonlucid/pogoprotos/Data.java
```

```
python compile.py js:
- POGOProtos/**/*.proto -> pogoprotos.js
```

```
python compile.py objc:
  - POGOProtos/Data/PlayerData.proto -> POGOProtos/Data/PlayerData.pbobjc.m
```

```
python compile.py python:
  - POGOProtos/Data/*.proto -> pogoprotos/data/__init__.py
  - POGOProtos/Data/PlayerData.proto -> pogoprotos/data/player_data_pb2.py
```

```
python compile.py ruby:
  - POGOProtos/Data/*.proto -> pogoprotos/data.rb
  - POGOProtos/Data/PlayerData.proto -> pogoprotos/data/player_data.rb
```

### Command

Run `python compile.py --help` for help.

## Extra information

You can find all available languages here https://github.com/google/protobuf.

## Libraries

If you don't want to compile POGOProtos but instead use it directly, check out the following repository.

| Language | Source |
| --- | --- |
| NodeJS | https://github.com/rastapasta/node-pokemongo-protobuf |

11/27/2019 GitHub - AeonLucid/POGOProtos: A central repository for all proto files of PokémonGO.

Case 4:19-cv-03425-JST   Document 78-4   Filed 12/04/19   Page 5 of 5

| Language | Source |
| --- | --- |
| NodeJS (pure JS) | https://github.com/cyraxx/node-pogo-protos |
| .NET | https://github.com/AeonLucid/POGOProtos.NetStandard1 |
| .NET | https://github.com/Necrobot-Private/POGOProtos |
| .NET | https://github.com/johnduhart/POGOProtos-dotnet |
| PHP | https://github.com/jaspervdm/pogoprotos-php |
| Go | https://github.com/pkmngo-odi/pogo-protos |
| Haskell | https://github.com/relrod/pokemon-go-protobuf-types |
| Rust | https://github.com/rockneurotiko/pokemon-go-protobuf-rs |