# EXHIBIT D

Dismiss

## Join GitHub today

GitHub is home to over 40 million developers working together to host and review code, manage projects, and build software together.

Sign up

Branch: master ▼    Find file   Copy path

**POGOProtos** / **LICENSE.md**



AeonLucid/POGOProtos is licensed under the
### MIT License

A short and simple permissive license with conditions only requiring preservation of copyright and license notices. Licensed works, modifications, and larger works may be distributed under different terms and without source code.

| Permissions | Limitations | Conditions |
|---|---|---|
| ✔ Commercial use | ✘ Liability | ⓘ License and copyright notice |
| ✔ Modification | ✘ Warranty | |
| ✔ Distribution | | |
| ✔ Private use | | |

This is not legal advice. Learn more about repository licenses.

**AeonLucid** Change license to MIT

 334eaeb    on Nov 8, 2016

**1** contributor

Raw   Blame   History

21 lines (17 sloc)    1.04 KB

MIT License

Copyright (c) 2016 AeonLucid

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.