# EXHIBIT E



## Learn Git and GitHub without any code!

Using the Hello World guide, you'll start a branch, write comments, and open a pull request.

Read the guide

This repository has been archived by the owner. It is now read-only.

 Furtif / POGOProtos   Archived
forked from AeonLucid/POGOProtos

| Branch: master ▾ | POGOProtos / src / POGOProtos / Data / | | Create new file | Upload files | Find file | History |

This branch is 397 commits ahead, 1 commit behind AeonLucid:master.     Pull request    Compare

Furtif update to 145.0     Latest commit d69a2f8 on May 30

| .. | | |
|---|---|---|
| Analytics | 0.143.0 | 7 months ago |
| AssetCache | Change maybe bad types uses "oneof" real stuff | last year |
| Avatar | 135.0 | 10 months ago |
| Badge | 0.105.0 | 2 years ago |
| Battle | revise | 11 months ago |
| Beluga | typp code revise clientinbox | 11 months ago |
| Capture | move file | last year |
| Combat | update to 145.0 | 6 months ago |
| Ditto | add missed platformRequestTypes typo | 11 months ago |
| Fitness | sync from master | 7 months ago |
| Friends | 139.1 | 8 months ago |
| Geofence | minor review | 11 months ago |
| Gift | add missed platformRequestTypes typo | 11 months ago |
| Gym | 0.105.0 | 2 years ago |
| Inbox | typp code revise clientinbox | 11 months ago |
| Login | missed renamed | 11 months ago |
| Logs | typp code revise clientinbox | 11 months ago |
| News | Clean unused code | 2 years ago |
| Player | 0.143.0 | 7 months ago |
| Quests | 0.143.0 | 7 months ago |
| Raid | 139.1 | 8 months ago |
| Redeem | base telemetry | last year |

| 📁 Sfida | typp code revise clientinbox | 11 months ago |
|---|---|---|
| 📁 Store | Fix bug oneOf travis! | 10 months ago |
| 📁 Telemetry | 0.143.0 | 7 months ago |
| 📁 Token | init next | last year |
| 📁 Trading | sync from pogosandbox | 11 months ago |
| 📄 ARPlusEncounterValues.proto | new api | 2 years ago |
| 📄 AssetDigestEntry.proto | AssetDigestEntry.checksum should be a fixed32 rather than a uint32. (A… | 3 years ago |
| 📄 BackgroundToken.proto | [2.1.0-beta] Updated to android (0.45.0) and ios (1.15.0). Hello Cele… | 3 years ago |
| 📄 ==BuddyPokemon.proto== | Update for 0.35.0 n minor fix (AeonLucid#203) | 3 years ago |
| 📄 ClientVersion.proto | add missed platformRequestTypes typo | 11 months ago |
| 📄 DamageProperty.proto | Add telemetry and more | last year |
| 📄 DownloadUrlEntry.proto | Change DownloadURLEntry.Checksum's type to fixed32 (AeonLucid#115) | 3 years ago |
| 📄 FoodValue.proto | 0.67.1 (AeonLucid#289) | 3 years ago |
| 📄 GetActionLogRequest.proto | add more missed protos | last year |
| 📄 Location.proto | init 131.1 | last year |
| 📄 NpcPokemon.proto | init 131.1 | last year |
| 📄 PlayerBadge.proto | Updated readme, refactored proto files to new directory, updated comp… | 3 years ago |
| 📄 PlayerData.proto | 0.143.0 | 7 months ago |
| 📄 PokedexEntry.proto | Update to lasted | last year |
| 📄 PokemonData.proto | sync from pogosandbox | 11 months ago |
| 📄 PokemonDisplay.proto | 0.85.1 (not tested) | 2 years ago |
| 📄 UserEvents.proto | update to 145.0 | 6 months ago |

# Learn Git and GitHub without any code!

Using the Hello World guide, you'll start a branch, write comments, and open a pull request.

**Read the guide**

*This repository has been archived by the owner. It is now read-only.*

**Furtif / POGOProtos** [Archived]
forked from AeonLucid/POGOProtos

Branch: master ▾ | **POGOProtos** / src / POGOProtos / Data / **Combat** /

Create new file | Upload files | Find file | History

This branch is 397 commits ahead, 1 commit behind AeonLucid:master.    Pull request   Compare

Furtif update to 145.0    ✗ Latest commit d69a2f8 on May 30

..

| File | Message | Date |
|---|---|---|
| ChallengePlayer.proto | init 131.1 | last year |
| Combat.proto | sync from pogosandbox | 11 months ago |
| CombatAction.proto | sync from pogosandbox | 11 months ago |
| CombatChallenge.proto | sync from pogosandbox | 11 months ago |
| CombatMoveBuffs.proto | 133.0 | 10 months ago |
| CombatPlayer.proto | update to 145.0 | 6 months ago |
| **CombatPlayerPreferences.proto** | init 131.1 | last year |
| CombatPlayerProfile.proto | 135.0 | 10 months ago |
| CombatPokemon.proto | 135.0 | 10 months ago |
| PlayerCombatStats.proto | fix map fields issues | 7 months ago |
| PokemonCombatStats.proto | init 131.1 | last year |
| PokemonCondition.proto | init 131.1 | last year |
| UnlockCondition.proto | init 131.1 | last year |
| WithPlayerLevel.proto | init 131.1 | last year |
| WithPokemonCategory.proto | init 131.1 | last year |
| WithPokemonCpLimit.proto | init 131.1 | last year |
| WithPokemonType.proto | init 131.1 | last year |

Case 4:19-cv-03425-JST   Document 78-6   Filed 12/04/19   Page 5 of 5



## Learn Git and GitHub without any code!

Using the Hello World guide, you'll start a branch, write comments, and open a pull request.

**Read the guide**

This repository has been archived by the owner. It is now read-only.

**Furtif / POGOProtos** Archived
forked from AeonLucid/POGOProtos

| Branch: master ▼ | POGOProtos / src / POGOProtos / Data / Player / | Create new file | Upload files | Find file | History |

This branch is 397 commits ahead, 1 commit behind AeonLucid:master.    Pull request    Compare

 Furtif 0.143.0    Latest commit `96daddc` on May 11

| .. | | |
|---|---|---|
| ContactSettings.proto | Updated readme, refactored proto files to new directory, updated comp… | 3 years ago |
| Currency.proto | rebase files | last year |
| DailyBonus.proto | Updated readme, refactored proto files to new directory, updated comp… | 3 years ago |
| EquippedBadge.proto | Updated readme, refactored proto files to new directory, updated comp… | 3 years ago |
| PlayerAvatar.proto | 135.0 | 10 months ago |
| PlayerAvatarType.proto | V2.3.0 (AeonLucid#256) | 3 years ago |
| PlayerBadge.proto | 0.105.0 | 2 years ago |
| PlayerCamera.proto | Updated readme, refactored proto files to new directory, updated comp… | 3 years ago |
| PlayerChurnParameters.proto | New protos 129.1 | last year |
| PlayerCurrency.proto | Updated readme, refactored proto files to new directory, updated comp… | 3 years ago |
| PlayerPublicProfile.proto | Init 2.31.0 | last year |
| PlayerReputation.proto | Init 2.31.0 | last year |
| PlayerStats.proto | 133.0 | 10 months ago |
| PlayerSummary.proto | New protos 129.1 | last year |
| SocialPlayerSettings.proto | rename and bases | last year |
| TeamChangeInfo.proto | 135.0 | 10 months ago |
| UserAttributes.proto | 0.143.0 | 7 months ago |
| UserIssueWeatherReport.proto | Update to lasted | last year |