# EXHIBIT F

```
// Generated by the protocol buffer compiler.  DO NOT EDIT!
// source: POGOProtos/Data/PlayerData.proto

// This CPP symbol can be defined to use imports that match up to the framework
// imports needed when using CocoaPods.
#if !defined(GPB_USE_PROTOBUF_FRAMEWORK_IMPORTS)
 #define GPB_USE_PROTOBUF_FRAMEWORK_IMPORTS 0
#endif

#if GPB_USE_PROTOBUF_FRAMEWORK_IMPORTS
 #import <Protobuf/GPBProtocolBuffers.h>
#else
 #import "GPBProtocolBuffers.h"
#endif

#if GOOGLE_PROTOBUF_OBJC_VERSION < 30002
#error This file was generated by a newer version of protoc which is incompatible with your Protocol Buffer library sources.
#endif
#if 30002 < GOOGLE_PROTOBUF_OBJC_MIN_SUPPORTED_VERSION
#error This file was generated by an older version of protoc which is incompatible with your Protocol Buffer library sources.
#endif

// @@protoc_insertion_point(imports)

#pragma clang diagnostic push
#pragma clang diagnostic ignored "-Wdeprecated-declarations"

CF_EXTERN_C_BEGIN

@class BuddyPokemon;
@class CombatPlayerPreferences;
@class ContactSettings;
@class CurrencyQuantity;
@class DailyBonus;
@class EquippedBadge;
@class PlayerAvatar;
@class SocialPlayerSettings;
@class TeamChangeInfo;
GPB_ENUM_FWD_DECLARE(TeamColor);

NS_ASSUME_NONNULL_BEGIN

#pragma mark - PlayerDataRoot

/**
 * Exposes the extension registry for this file.
 *
 * The base class provides:
 * @code
 *   + (GPBExtensionRegistry *)extensionRegistry;
 * @endcode
 * which is a @c GPBExtensionRegistry that includes all the extensions defined by
 * this file and all files that it depends on.
 **/
@interface PlayerDataRoot : GPBRootObject
@end

#pragma mark - PlayerData

typedef GPB_ENUM(PlayerData_FieldNumber) {
  PlayerData_FieldNumber_CreationTimestampMs = 1,
  PlayerData_FieldNumber_Username = 2,
  PlayerData_FieldNumber_Team = 5,
  PlayerData_FieldNumber_TutorialStateArray = 7,
```

```
65        PlayerData_FieldNumber_Avatar = 8,
66        PlayerData_FieldNumber_MaxPokemonStorage = 9,
67        PlayerData_FieldNumber_MaxItemStorage = 10,
68        PlayerData_FieldNumber_DailyBonus = 11,
69        PlayerData_FieldNumber_EquippedBadge = 12,
70        PlayerData_FieldNumber_ContactSettings = 13,
71        PlayerData_FieldNumber_CurrencyBalanceArray = 14,
72        PlayerData_FieldNumber_RemainingCodenameClaims = 15,
73        PlayerData_FieldNumber_BuddyPokemon = 16,
74        PlayerData_FieldNumber_BattleLockoutEndMs = 17,
75        PlayerData_FieldNumber_SecondaryPlayerAvatar = 18,
76        PlayerData_FieldNumber_NameIsBlacklisted = 19,
77        PlayerData_FieldNumber_SocialPlayerSettings = 20,
78        PlayerData_FieldNumber_CombatPlayerPreferences = 21,
79        PlayerData_FieldNumber_PlayerSupportId = 22,
80        PlayerData_FieldNumber_TeamChangeInfo = 23,
81    };
82
83    @interface PlayerData : GPBMessage
84
85    @property(nonatomic, readwrite) int64_t creationTimestampMs;
86
87    @property(nonatomic, readwrite, copy, null_resettable) NSString *username;
88
89    @property(nonatomic, readwrite) enum TeamColor team;
90
91    // |tutorialStateArray| contains |TutorialState|
92    @property(nonatomic, readwrite, strong, null_resettable) GPBEnumArray *tutorialStateArray;
93    /** The number of items in @c tutorialStateArray without causing the array to be created. */
94    @property(nonatomic, readonly) NSUInteger tutorialStateArray_Count;
95
96    @property(nonatomic, readwrite, strong, null_resettable) PlayerAvatar *avatar;
97    /** Test to see if @c avatar has been set. */
98    @property(nonatomic, readwrite) BOOL hasAvatar;
99
100   @property(nonatomic, readwrite) int32_t maxPokemonStorage;
101
102   @property(nonatomic, readwrite) int32_t maxItemStorage;
103
104   @property(nonatomic, readwrite, strong, null_resettable) DailyBonus *dailyBonus;
105   /** Test to see if @c dailyBonus has been set. */
106   @property(nonatomic, readwrite) BOOL hasDailyBonus;
107
108   @property(nonatomic, readwrite, strong, null_resettable) EquippedBadge *equippedBadge;
109   /** Test to see if @c equippedBadge has been set. */
110   @property(nonatomic, readwrite) BOOL hasEquippedBadge;
111
112   @property(nonatomic, readwrite, strong, null_resettable) ContactSettings *contactSettings;
113   /** Test to see if @c contactSettings has been set. */
114   @property(nonatomic, readwrite) BOOL hasContactSettings;
115
116   @property(nonatomic, readwrite, strong, null_resettable) NSMutableArray<CurrencyQuantity*> *currencyBalanceArray;
117   /** The number of items in @c currencyBalanceArray without causing the array to be created. */
118   @property(nonatomic, readonly) NSUInteger currencyBalanceArray_Count;
119
120   @property(nonatomic, readwrite) int32_t remainingCodenameClaims;
121
122   @property(nonatomic, readwrite, strong, null_resettable) BuddyPokemon *buddyPokemon;
123   /** Test to see if @c buddyPokemon has been set. */
124   @property(nonatomic, readwrite) BOOL hasBuddyPokemon;
125
```

```objc
@property(nonatomic, readwrite, strong, null_resettable) PlayerAvatar *secondaryPlayerAvatar;
/** Test to see if @c secondaryPlayerAvatar has been set. */
@property(nonatomic, readwrite) BOOL hasSecondaryPlayerAvatar;

@property(nonatomic, readwrite) BOOL nameIsBlacklisted;

@property(nonatomic, readwrite, strong, null_resettable) SocialPlayerSettings *socialPlayerSettings;
/** Test to see if @c socialPlayerSettings has been set. */
@property(nonatomic, readwrite) BOOL hasSocialPlayerSettings;

@property(nonatomic, readwrite, strong, null_resettable) CombatPlayerPreferences *combatPlayerPreferences;
/** Test to see if @c combatPlayerPreferences has been set. */
@property(nonatomic, readwrite) BOOL hasCombatPlayerPreferences;

@property(nonatomic, readwrite, copy, null_resettable) NSString *playerSupportId;

@property(nonatomic, readwrite, strong, null_resettable) TeamChangeInfo *teamChangeInfo;
/** Test to see if @c teamChangeInfo has been set. */
@property(nonatomic, readwrite) BOOL hasTeamChangeInfo;

@end

/**
 * Fetches the raw value of a @c PlayerData's @c team property, even
 * if the value was not defined by the enum at the time the code was generated.
 **/
int32_t PlayerData_Team_RawValue(PlayerData *message);
/**
 * Sets the raw value of an @c PlayerData's @c team property, allowing
 * it to be set to a value that was not defined by the enum at the time the code
 * was generated.
 **/
void SetPlayerData_Team_RawValue(PlayerData *message, int32_t value);

NS_ASSUME_NONNULL_END

CF_EXTERN_C_END

#pragma clang diagnostic pop

// @@protoc_insertion_point(global_scope)
```