# EXHIBIT H

Discover       Design       Develop       Distribute       Support       Account

Support                                                                Overview    Articles    Contact us

# Choosing a Membership

It's never been easier to develop for Apple platforms. To get started with app development for iOS, macOS, watchOS, and tvOS, simply download Xcode from the Mac App Store. If you're ready to distribute apps to customers, the Apple Developer Program provides everything you need to build apps with advanced capabilities and make them available worldwide. You can also distribute custom apps to specific businesses or proprietary apps within your organization.

## Who Should Enroll

You can learn how to develop apps for Apple platforms for free without enrolling. With just an Apple ID, you can access Xcode, software downloads, documentation, sample code, forums, and Feedback Assistant, and you can test your apps on devices. If you don't already have an Apple ID, you can create one here. To distribute apps, join the Apple Developer Program.

## Apple Developer Program

If you're interested in creating apps for distribution on the App Store, Apple Business Manager*, or Apple School Manager*, join the Apple Developer Program. Membership includes access to beta OS releases, advanced app capabilities, and tools needed to develop, test, and distribute apps and Safari Extensions. You must be 18 years or older to join.

**Individuals or sole proprietors/single person businesses.** Apps are listed under the developer's personal name.

**Organizations.** Apps are listed under the organization's legal entity name. Companies and educational institutions must provide a D-U-N-S Number (available for free) registered to their legal entity during the enrollment process.

99 USD per membership year
Your nonprofit, educational institution, or government entity may be eligible for a fee waiver. Learn more.

Learn about what's included | Learn about enrollment

## Benefits and Resources

Sign In with Your Apple ID       Apple Developer Program

|  | Sign In with Your Apple ID | Apple Developer Program |
|---|:---:|:---:|
| Xcode developer tools | ● | ● |
| Xcode beta releases | ● | ● |
| On-device testing | ● | ● |
| Developer forums | ● | ● |
| Bug reporting with Feedback Assistant | ● | ● |
| OS beta releases |  | ● |
| Advanced app capabilities |  | ● |
| Code-level support |  | ● |
| App distribution on the App Store |  | ● |
| App management, testing, analytics with App Store Connect |  | ● |
| Safari Extensions distribution |  | ● |
| Software distribution outside the Mac App Store |  | ● |
| Custom app distribution with Apple Business Manager |  | ● |
| Proprietary app distribution to your employees with Apple Business Manager |  | ● |
| Cost | Free | 99 USD* |

# Other Programs

### Apple Developer Enterprise Program

Organizations with specific use cases that require private distribution directly to employees through a secure internal system or a Mobile Device Management solution may be eligible for this program.

Learn about eligibility requirements.

### MFi Program

If you plan to develop or manufacture accessories that use MFi technologies, the MFi Program provides the licenses you need.

Learn about licensing MFi technologies.

### iOS Developer University Program

This is a free developer program for higher education institutions looking to introduce iOS development into their curriculum. With Xcode 7 or later, any teacher and student can get access to the tools and resources needed to develop and install apps on Apple devices.

Learn about teaching app development at your school.

* You can use Apple Business Manager and Apple School Manager where available. View supported countries and regions.

### Feedback Assistant

Submit bug reports and request enhancements to APIs and developer tools.

Send us feedback ›

### Developer Forums

Ask questions and find answers by Apple engineers and other developers.

View discussions ›

### Contact Us

Tell us how we can help and we'll find a solution by phone or email.

Get support ›

* The Apple Developer Program is 99 USD per membership year or in local currency where available.

Support   Choosing a Membership

| Discover | Design | Develop | Distribute | Support |
|---|---|---|---|---|
| macOS | Human Interface Guidelines | Xcode | Developer Program | Articles |
| iOS | Resources | Swift | App Store | Developer Forums |
| watchOS | Videos | Swift Playgrounds | App Review | Feedback & Bug Reporting |
| tvOS | Apple Design Awards | TestFlight | Mac Software | System Status |
| Safari and Web | Fonts | Documentation | Apps for Business | Contact Us |
| Games | Accessibility | Videos | Safari Extensions | |
| Business | Internationalization | Downloads | Marketing Resources | **Account** |
| Education | Accessories | | Trademark Licensing | Certificates, Identifiers & Profiles |
| WWDC | | | | App Store Connect |

To view the latest developer news, visit News and Updates.

Copyright © 2019 Apple Inc. All rights reserved.   Terms of Use   |   Privacy Policy   |   License Agreements    English ⌄