FABIO E. MARINO (SBN 183825)
fmarino@polsinelli.com
REBECCA B. HORTON (SBN 308052)
rhorton@polsinelli.com
POLSINELLI LLP
1661 Page Mill Road, Suite A
Palo Alto, CA 94304
T:  650-461-7700
F:  650-461-7701

Phillip J. R. Zeeck (*Admitted PHV*)
pzeeck@polsinelli.com
POLSINELLI PC
900 West 48th Place, Ste. 900
Kansas City, MO 64112
T:  816-753-1000
F:  816-753-1536

Attorneys for Defendants
Ryan Hunt and Alen Hundur

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NIANTIC, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>GLOBAL++, et al.,<br><br>           Defendants. | Case No. 4:19-cv-03425 JST<br><br>**DECLARATION OF REBECCA B. HORTON IN SUPPORT OF DEFENDANTS RYAN HUNT'S AND ALEN HUNDUR'S REPLY TO DEFENDANTS' MOTION TO LIFT THE PRELIMINARY INJUNCTION**<br><br>Date:    January 29, 2019<br>Time:   2:00 P.M.<br>Ctrm:   6, 2nd Floor<br>Judge:  Honorable Jon S. Tigar |

I, Rebecca B. Horton, declare as follows:

I am an attorney duly admitted to practice before this Court. I am an Associate with the law firm of Polsinelli LLP and attorney of record for Defendants Ryan Hunt and Alen Hundur ("Defendants") in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

I respectfully submit this declaration in support of Defendants' Reply to Motion to Lift the Preliminary Injunction, filed concurrently herewith.

1. Attached hereto as **Exhibit L** are excerpts of Defendant Ryan Hunt's Responses and Objections to Plaintiff First Set of Requests for Production of Documents (Nos. 1-42).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was made this 4th day of December, 2019 in San Francisco, California.

By: */s/ Rebecca B. Horton*
      Rebecca B. Horton

-1-

DECL. OF REBECCA B. HORTON ISO OF
MTN TO LIFT PRELIMINARY INJUNCTION
CASE NO. 4:19-cv-03425-JST