# EXHIBIT L

FABIO E. MARINO (SBN 183825)
fmarino@polsinelli.com
REBECCA B. HORTON (SBN 308052)
rhorton@polsinelli.com
POLSINELLI LLP
1661 Page Mill Road, Suite A
Palo Alto, CA 94304
T:  650-461-7700
F:  650-461-7701

Phillip Zeeck (*Admitted PHV*)
pzeeck@polsinelli.com
POLSINELLI PC
900 West 48th Place, Ste. 900
Kansas City, MO 64112
T:  816-753-1000
F:  816-753-1536

Attorneys for Defendants
Ryan Hunt and Alen Hundur

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>GLOBAL++, et al.,<br><br>            Defendants. | Case No. 4:19-cv-03425 JST<br><br>**DEFENDANT RYAN HUNT'S RESPONSES AND OBJECTIONS TO PLAINTIFF NIANTIC, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 1-42)**<br><br>Judge:  Honorable Jon S. Tigar |

**PROPOUNDING PARTY:**     **PLAINTIFF NIANTIC, INC.**

**RESPONDING PARTY:**     **DEFENDANT RYAN HUNT**

**SET NUMBER:**     **ONE (NOS. 1-42)**

1 within a reasonable time upon the entry of a protective order.  Discovery has just commenced in
2 this action, Defendant Hunt's investigation of this lawsuit is ongoing, and Defendant Hunt
3 reserves the right to supplement its objections and responses under the Federal and Local Rules.

**REQUEST FOR PRODUCTION NO. 15:**

Produce a complete copy of all code (including Client Code and any code that runs on a remote computer server), in the form of Binary Code and Source Code, for the Global++ Software and any Cheating Programs identified in Your response to Interrogatory No. 1.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

Defendant Hunt incorporates its General Objections as if fully restated herein.  Defendant Hunt incorporates its Specific Objections set forth in response to Interrogatory No. 1 as if fully restated herein.  Defendant Hunt objects to this request as vague, ambiguous, compound and overly broad with respect to the terms "all" and "any code." Defendant Hunt objects to the definition of "Cheating Program" as overbroad, including assuming no distinction between the programs Plaintiff alleges have harmed it and the object code developed by Defendant Hunt, as further set forth in Dkt. 63 and the supporting papers.  Defendant Hunt objects to the definition of "Global++ Software" as overbroad, incorrectly disregarding the distinction between the object code and dynamic library which allows an individual to alter its GPS, related to IT Haven and Global++, versus the linked dynamic library to various Apps, related to third party Signing Services, as further set forth in Dkt. 63 and supporting papers.  Defendants objects to this request as unduly burdensome, and not proportionate to the needs of the case, the amount in controversy, the parties' resources and the importance of the issues at stake.  Defendants objects to this request to the extent that it seeks information that it is unreasonably cumulative or duplicative.  *See e.g.*, Request for Production of Documents No. 10.  Defendant Hunt objects to this request to the extent that it seeks documents that are in the possession, custody or control of third parties or publicly available and equally available to Plaintiff.  \Defendant Hunt object to this Request to the extent it seeks information that is confidential or protected from discovery by privilege,

1  including attorney-client privilege, the attorney work-product doctrine, and any other applicable
2  privilege or immunity.
3       Subject to the foregoing general and specific objections, Defendant Hunt, by and through
4  his counsel, will make the source code, which was created by Defendant Hunt pursuant to the
5  employment agreement with IT Haven, available for inspection at the offices of Defendant
6  Hunt's counsel at a time agreed to by the parties and upon the entry of a protective order.
7  Discovery has just commenced in this action, Defendant Hunt's investigation of this lawsuit is
8  ongoing, and Defendant Hunt reserves the right to supplement its objections and responses under
9  the Federal and Local Rules.

10  **REQUEST FOR PRODUCTION NO. 16:**
11       Produce all Documents related to Niantic's Client Code, including all Documents related
12  to accessing Niantic's Client Code, copying Niantic's Client Code, modifying Niantic's Client
13  Code, and distributing Niantic's Client Code.
14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**
15       Defendant Hunt incorporates the General Objections as if fully restated herein.
16  Defendant Hunt objects to this request as vague, ambiguous, compound and overly broad with
17  respect to the terms "all Documents," and "accessing."  Defendant Hunt objects to the definition
18  of "Client Code" as overbroad, incorrectly stating that source code is installed on users "mobile
19  or other devices when they install apps or programs" as a matter of course.  Defendants objects
20  to this request as unduly burdensome, and not proportionate to the needs of the case, the amount
21  in controversy, the parties' resources and the importance of the issues at stake.  Defendants
22  object to this request to the extent that it seeks information that is in the possession, custody or
23  control of third parties and/or publicly available.  Defendant Hunt objects to this request to the
24  extent that it seeks documents that are in the possession, custody or control of third parties or
25  publicly available and equally available to Plaintiff.  Defendant Hunt object to this Request to the
26  extent it seeks information that is confidential or protected from discovery by privilege,
27
28

| | | |
|---|---|---|
| 1 | Dated: November 18, 2019 | Respectfully Submitted, |
| 2 | | POLSINELLI LLP |
| 3 | | |
| 4 | | */s/ Rebecca B. Horton*<br>By:   Rebecca B. Horton |
| 5 | | |
| 6 | | Attorneys for Defendants<br>RYAN HUNT AND ALEN HUNDUR |

-41-
DEF. RYAN HUNT'S OBJ. & RESP. TO PLTF'S
FIRST SET OF RFP (NOS. 1-42)
CASE NO. 4:19-cv-03425-JST

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am over the age of eighteen years and not a party to the within action. My business address is Polsinelli LLP, 1661 Page Mill Road, Ste. A, Palo Alto, CA 94304. I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

On November 18, 2019, I served the following document (s) in the manner described below:

- **DEFENDANT RYAN HUNT'S RESPONSES AND OBJECTIONS TO PLAINTIFF NIANTIC, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 1-42)**

☑   BY ELECTRONIC SERVICE: By electronically mailing a true and correct copy through Polsinelli LLP's electronic mail system from mortiz@polsinelli.com to the email addresses set forth below.

| | |
|---|---|
| Julie E. Schwartz | William J. Frimel (SBN 160287) |
| jschwartz@perkinscoie.com | bill@sffwlaw.com |
| PERKINS COIE LLP | Seubert French Frimel & Warner LLP |
| 3150 Porter Drive | 1075 Curtis Street |
| Palo Alto, CA 94304-1212 | Menlo Park, CA 94025 |
| Tel:  650-838-4300 | Tel:  650-322-3048 |
| Fax:  650-838-4350 | Fax:  650-833-2976 |

Todd M. Hinnen
thinnen@perkinscoie.com
Ryan Spear
rspear@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Ste. 4900
Seattle, WA 98101-3099
Tel:   206-359-8000
Fax:   206-359-9000

**ATTORNEYS FOR PLAINTIFF NIANTIC, INC.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 18, 2019, at Palo Alto, California.

By:   */s/ Marilyn Ortiz*
         Marilyn Ortiz