Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (admitted *pro hac vice*)
THinnen@perkinscoie.com
Ryan Spear (admitted *pro hac vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20,<br><br>Defendants. | Case No. 19-cv-03425-JST<br><br>**DECLARATION OF RYAN SPEAR IN SUPPORT OF NIANTIC, INC.'S REPLY IN SUPPORT OF ITS COMBINED MOTION TO DISMISS COUNTERCLAIMS FOR FAILURE TO STATE A CLAIM, MOTION TO STRIKE COUNTERCLAIMS UNDER CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16, AND MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES** |

1

## DECLARATION OF RYAN SPEAR

2
I, Ryan Spear, declare as follows:

3
1.      I am an attorney licensed to practice in the State of Washington and have been

4
admitted to practice *pro hac vice* before this Court. *See* Dkt. 14. I am a partner at the law firm

5
Perkins Coie LLP and am counsel of record for Plaintiff Niantic, Inc. ("Niantic") in this matter.

6
2.      I make this declaration in support of Niantic's Reply In Support of Its Combined

7
Motion to Dismiss Counterclaims for Failure to State a Claim, Motion to Strike Counterclaims

8
under California Code of Civil Procedure § 425.16, and Motion to Strike Defendants' Affirmative

9
Defenses. I have personal knowledge of the facts stated in this declaration and, if called as a

10
witness, could and would testify competently to those facts.

11
3.      Defendants Ryan Hunt and Alen Hundur (collectively, "defendants") assert

12
counterclaims against Niantic based on the cease-and-desist letter that Niantic sent to defendants

13
on June 7, 2019. *See* Defendants Ryan Hunt's and Alen Hundur's Answer to Plaintiff Niantic,

14
Inc.'s Complaint for Damages and Injunctive Relief and Counterclaims (Dkt. 64) at 12 ¶¶ 33-38;

15
*see also id.* at 14-15 ¶¶ 52, 57, 59. A true and correct copy of Niantic's cease-and-desist letter is

16
attached as Exhibit A.

17
4.      Defendants also assert counterclaims against Niantic based on the allegation that

18
Niantic "contacted GoDaddy, the web hosting company that hosted [defendants']

19
globalplusplus.com home page, to demand that GoDaddy disable the website, which allowed

20
Defendants to operate." *Id.* at 12-13 ¶ 39; *see also id.* at 14-15 ¶¶ 52, 57, 59.

21
5.      Niantic did not demand that GoDaddy disable defendants' website. Rather, Niantic

22
contacted Domains By Proxy (a service owned by GoDaddy and used by defendants to obscure

23
their identities) and asked Domains By Proxy to disclose contact information for registrants of

24
certain domain names associated with defendants' misconduct, including the domain name

25
globalplusplus.com. Niantic communicated with Domains By Proxy via email and via Domains

26
By Proxy's online submission portal.

27
6.      The communications that Niantic sent to Domains By Proxy related to this case are

28
attached as Exhibit B. (Extraneous copies of Niantic's Complaint and screenshots from

- 1 -

defendants' website, which were attached to many of these communications, have been omitted for the sake of brevity.)

7.    As shown in Exhibit B, Niantic's first communication with Domains By Proxy occurred on June 24, 2019—ten days after Niantic initiated this lawsuit. *See* Dkt. 1.

8.    I am informed and believe that defendants' website at www.globalplusplus.com had already ceased operating at the time that Niantic first communicated with Domains By Proxy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2019 at Seattle, WA.

*/s/ Ryan Spear*
Ryan Spear

- 2 -

EXHIBIT A

## PERKINS COIE

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

+1.206.359.8000
+1.206.359.9000
PerkinsCoie.com

June 7, 2019

Todd M. Hinnen
THinnen@perkinscoie.com
D.  +1.206.359.3384
F.  +1.206.359.4384

**VIA EMAIL**

Global++ (https://globalplusplus.com)
Ryan Hunt
elliotrobot20@gmail.com
Alen Hundur
a.hundur@outlook.com

**Re:    Cease and Desist Unlawful Conduct Targeting Niantic, Inc.**

Dear Mr. Hunt, Mr. Hundur, and others acting for and on behalf of Global++:

We represent Niantic, Inc. We write to demand that you stop your unauthorized and illegal activity targeting Niantic and Niantic's games.

### A.  Niantic and Niantic's Games

As you know, Niantic designs, develops, and publishes location-based augmented reality games, including Pokémon GO and Ingress. Niantic is also the publisher of Harry Potter: Wizards Unite, a highly anticipated new game that has launched in limited locales. Niantic's games are based on three core principles: exploration and discovery of new places, exercise, and real-world social interaction with other people. Through these principles, and by leveraging mobile devices and sophisticated mapping technologies, Niantic's games enable magical experiences that make the world even more enticing and enchanting.

Niantic takes its core principles very seriously, and it does not tolerate conduct that threatens the integrity of its games or impairs the gaming experience of its users. Nor does Niantic tolerate conduct that infringes its intellectual property rights.

### B.  Global++'s Unlawful Activity

Our investigation indicates that Global++ traffics in unauthorized derivative versions of the mobile apps for Niantic's games, which Global++ calls "tweaks." Specifically, it appears that Global++ circumvents the technical security measures protecting the code in Niantic's mobile apps; copies and modifies the code without Niantic's permission; then profits from derivative versions of Niantic's apps marketed under the names "Potter++," "PokeGo++," and "Ingress++." *See* Figure 1. For purposes of this letter, we refer to these unauthorized derivative versions of Niantic's apps as the "infringing programs."

Global++
June 7, 2019
Page 2

## Figure 1[1]



As we understand it, the principal purpose of the infringing programs is to allow users to cheat within Niantic's games, including by "spoofing" (i.e., faking) their locations—functionality that directly undermines Niantic's core principles, interferes with legitimate users' enjoyment of Niantic's games, and violates Niantic's Terms of Service. Our investigation indicates that Global++ has reaped substantial profits from its infringing programs.

Niantic appreciates your enthusiasm for its games. **However, your activities violate civil and criminal law, and your conduct harms Niantic and Niantic's users.** We therefore demand that you immediately cease developing, offering, and distributing the infringing programs and stop engaging in any other activity that violates Niantic's rights.

First, your activities violate Niantic's Terms of Service. Under the Terms of Service, users may not, among other things, "copy, modify, or create derivative works based on" Niantic's games; "use the Services or Content . . . for any commercial purpose"; or cheat, which includes "[u]sing any techniques to alter or falsify a device's location (for example through GPS spoofing)." Niantic, Terms of Service §§ 3, 4, 6, www.nianticlabs.com/terms/ (last visited May 29, 2019). Your misconduct, as described above, violates all those terms and conditions and likely others as well.

---

[1] Source: Global++, https://globalplusplus.com (last visited May 29, 2019).

Global++
June 7, 2019
Page 3

In addition, it appears that your infringing programs scrape valuable and proprietary information relating to points of interest in Niantic's games (point-of-interest data, or "POI data"), then transfer that data to your servers for aggregation and further commercial exploitation. That, too, violates Niantic's Terms of Service. *See id.* § 6 (prohibiting "extract[ing], scrap[ing], or index[ing]" Niantic's services or content).

Second, by copying, modifying, and distributing infringing versions of Niantic's code without Niantic's permission, you have violated Niantic's exclusive rights under the federal Copyright Act. *See* 17 U.S.C. §§ 102, 106. That misconduct exposes you to serious penalties, including money damages, injunctive relief, and attorneys' fees and costs. *See id.* §§ 501, 505. The Copyright Act also permits Niantic to seek an order impounding your infringing programs and all articles by means of which your infringing programs may be reproduced. *See id.* § 503.

Third, by soliciting and encouraging Niantic's customers (and others) to use your infringing programs, you have unlawfully induced third parties to infringe Niantic's intellectual property rights; interfered with Niantic's business relationships; and engaged in conduct that is unlawful, unfair, and fraudulent. *See* Cal. Bus. & Prof. Code § 17200.

To be clear, the foregoing is not an exhaustive list of the violations that we have identified and that we expect to identify in the future. Our legal and factual investigation is ongoing.

### C. Niantic's Demands

Niantic would prefer to resolve this dispute amicably. To avoid further escalation, however, you and your agents, employees, affiliates, or anyone acting on your behalf ("You" or "Your") must immediately:

1. Cease developing, offering, and distributing unauthorized derivative versions of Niantic's mobile apps, including but not limited to all versions of Potter++, PokeGo++, and Ingress++, and all similar programs;

2. Deactivate and render unusable all copies of Your infringing programs;

3. Inform all users of Your infringing programs that Your infringing programs are unauthorized and in violation of Niantic's Terms of Service;

4. Deactivate and make inaccessible all online channels and other channels through which You advertise, market, distribute, and sell access to Your infringing programs, including but not limited to the website at https://globalplusplus.com/, and any other websites or accounts (including but not limited to accounts maintained through Patreon, Stripe, Discord, Facebook, Twitter, and YouTube) within Your custody or control;

Global++
June 7, 2019
Page 4

5. Provide complete and unaltered copies of any software code or tools used to develop or distribute Your infringing programs;

6. Provide complete and unaltered copies of the code for all versions of Your infringing programs, then permanently delete all such code;

7. Provide complete and unaltered copies of any Niantic data within Your custody or control, including but not limited to POI data, then permanently delete any such data;

8. Cease developing, offering, and distributing any other products, services, or content in violation of Niantic's rights;

9. Provide a list of websites and domain names that You own, maintain, or control, including but not limited to websites and domain names that obtain, display, solicit, or distribute Niantic data and Niantic intellectual property; and

10. Disgorge all profits from Your unlawful conduct.

**Furthermore, for the reasons explained above, Niantic hereby revokes Your limited license to access Niantic's games, apps, websites, servers, services, and platforms.** This means that You may not access or use Niantic's games, apps, websites, servers, services, or platforms in any manner and for any reason. Niantic will treat any further activity by You on Niantic's games, apps, websites, servers, services, or platforms as intentional and unauthorized access to its protected computers in violation of the federal Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and similar state laws.

Please confirm in writing, no later than June 13, 2019, that You have complied with our demands. My contact information appears at the top of this letter. If You ignore this letter and continue in Your current unauthorized and improper conduct, Niantic will take measures it believes are necessary to enforce its rights, maintain the quality of its services, and protect its users.

This letter is not intended by Niantic as a waiver or relinquishment of any of Niantic's rights or remedies. Niantic specifically reserves all such rights and remedies, whether at law or in equity.

Sincerely,

Todd M. Hinnen

# EXHIBIT B

| | |
|---|---|
| **From:** | Earl, Erin K. (SEA) |
| **To:** | abuse@domainsbyproxy.com; generalmanager@domainsbyproxy.com |
| **Subject:** | Registrant information for globalplusplus.com |
| **Date:** | Monday, June 24, 2019 5:30:15 PM |
| **Attachments:** | 2019-06-24 Letter from E. Earl to DBP re - globalplusplus.com.PDF |

Dear Domains by Proxy:

Please see the attached correspondence.

Regards,

**Erin Earl** | **Perkins Coie LLP**
1201 Third Avenue
Suite 4900
Seattle, WA 98101
PHONE: +1.206.359.8510
FAX: +1.206.359.9510
EEarl@perkinscoie.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

June 24, 2019

**VIA EMAIL**

Domains By Proxy, LLC
abuse@domainsbyproxy.com
generalmanager@domainsbyproxy.com

**Re:    Registrant information for globalplusplus.com**

Dear Domains By Proxy, LLC:

We represent Niantic, Inc. ("Niantic") and write to request that you provide full contact information for the registrant of the domain name globalplusplus.com. The owner(s) of that domain name have used the www.globalplusplus.com website to advertise, distribute, and profit from computer programs titled *Potter++*, *PokeGo++*, and *Ingress++* (the "Illegal Programs"). The Illegal Programs are "hacked" versions of the mobile applications for Niantic's famous augmented reality games, *Harry Potter: Wizards Unite*, *Pokémon Go*, and *Ingress*. The purpose of the Illegal Programs is to enable users to cheat within Niantic's games.

The Illegal Programs violate Niantic's rights for at least the following reasons:

1. The Illegal Programs contain copies of Niantic's copyrighted computer code and constitute unauthorized derivative versions of Niantic's copyrighted computer code. Thus, the creation and distribution of the Illegal Programs violates Niantic's exclusive rights under the federal Copyright Act, 17 U.S.C. § 101, *et seq.*, and analogous state laws.

2. The Illegal Programs can be used to access Niantic's protected computers without authorization and obtain information, thereby violating the federal Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and analogous state laws.

3. The Illegal Programs violate Niantic's Terms of Service which prohibit, among other things, copying, modifying, or creating derivative works based on Niantic's games; using Niantic's services or content for commercial purposes; and cheating in Niantic's games.

In addition, the globalplusplus.com domain name violates your customer agreement, which allows Domains by Proxy to take any action it deems necessary "[i]f it comes to DBP's attention that [the registrant] is using DBP's services in a manner . . . that . . . [i]nfringes on the intellectual property rights of another User or any other person or entity" and requires registrants to certify that they "have no knowledge of [their] domain name infringing upon or conflicting with the

Perkins Coie LLP

2

legal rights of a third party." Domain Name Proxy Agreement §§ 3-4, https://www.domainsbyproxy.com/policy/ShowDoc.aspx?pageid=domain_nameproxy.

Niantic has filed a lawsuit regarding the Illegal Programs. A copy of the complaint is attached.

Although the www.globalplusplus.com website currently is not operational, we have attached screenshots taken a short time ago establishing its distribution of unauthorized derivative versions of Niantic's copyrighted mobile apps.

For all these reasons, we respectfully request that you provide full contact information for the registrant of the domain name globalplusplus.com.

Sincerely,

Erin K. Earl

| | |
|---|---|
| **From:** | Earl, Erin K. (SEA) |
| **To:** | abuse@domainsbyproxy.com; generalmanager@domainsbyproxy.com |
| **Subject:** | Registrant information for apphaven.org |
| **Date:** | Monday, June 24, 2019 5:35:56 PM |
| **Attachments:** | 2019-06-24 Letter from E. Earl to DBP re - apphaven.org.PDF |

Dear Domains by Proxy:

Please see the attached correspondence.

Regards,

**Erin Earl | Perkins Coie LLP**
1201 Third Avenue
Suite 4900
Seattle, WA 98101
PHONE: +1.206.359.8510
FAX: +1.206.359.9510
EEarl@perkinscoie.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

4

June 24, 2019

**VIA EMAIL**

Domains By Proxy, LLC
abuse@domainsbyproxy.com
generalmanager@domainsbyproxy.com

**Re:     Registrant information for apphaven.org**

Dear Domains By Proxy, LLC:

We represent Niantic, Inc. ("Niantic") and write to request that you provide full contact
information for the registrant of the domain name apphaven.org. The owner(s) of that domain
name have used the apphaven.org website to advertise, distribute, and profit from computer
programs titled *Potter++*, *PokeGo++*, and *Ingress++* (the "Illegal Programs"). The Illegal
Programs are "hacked" versions of the mobile applications for Niantic's famous augmented
reality games, *Harry Potter: Wizards Unite*, *Pokémon Go*, and *Ingress*. The purpose of the
Illegal Programs is to enable users to cheat within Niantic's games.

The Illegal Programs violate Niantic's rights for at least the following reasons:

1.  The Illegal Programs contain copies of Niantic's copyrighted computer code and
    constitute unauthorized derivative versions of Niantic's copyrighted computer code.
    Thus, the creation and distribution of the Illegal Programs violates Niantic's exclusive
    rights under the federal Copyright Act, 17 U.S.C. § 101, *et seq*., and analogous state laws.

2.  The Illegal Programs can be used to access Niantic's protected computers without
    authorization and obtain information, thereby violating the federal Computer Fraud and
    Abuse Act, 18 U.S.C. § 1030, and analogous state laws.

3.  The Illegal Programs violate Niantic's Terms of Service which prohibit, among other
    things, copying, modifying, or creating derivative works based on Niantic's; using
    Niantic's services or content for commercial purposes; and cheating in Niantic's games.

In addition, the apphaven.org domain name violates your customer agreement, which allows
Domains by Proxy to take any action it deems necessary "[i]f it comes to DBP's attention that

[the registrant] is using DBP's services in a manner . . . that . . . [i]nfringes on the intellectual property rights of another User or any other person or entity" and requires registrants to certify that they "have no knowledge of [their] domain name infringing upon or conflicting with the legal rights of a third party."  Domain Name Proxy Agreement §§ 3-4, https://www.domainsbyproxy.com/policy/ShowDoc.aspx?pageid=domain_nameproxy.

Niantic has filed a lawsuit regarding the Illegal Programs. A copy of the complaint is attached.

For all these reasons, we respectfully request that you provide full contact information for the registrant of the domain name apphaven.org.

Sincerely,

Erin K. Earl

| | |
|---|---|
| **From:** | Domains By Proxy |
| **To:** | Earl, Erin K. (SEA) |
| **Subject:** | Update [Incident ID: 39287250] - GlobalPlusPlus.com :: 692938 |
| **Date:** | Tuesday, June 25, 2019 9:33:09 AM |





PRIVATE REGISTRATIONS®



## Discussion Notes

### Support Staff Response

Dear Erin Earl,

We reviewed the link you provided and were unable to verify the copyrighted content is present on the URL. As a result, we are unable to assist you via our Copyright Claims Process.

If you seek the identity of the domain owner, please review our subpoena policies here:
https://www.domainsbyproxy.com/policy/Subpoena.aspx

Kind regards,

Hap
Office of the General Manager
Domains By Proxy, LLC

### Customer Inquiry

DBP Claim Request Requestor First Name: Erin Requestor Last Name: Earl Requestor Firm: Perkins Coie LLP Requestor Company: Niantic, Inc. Requestor Email: EEarl@perkinscoie.com Requestor Phone: (206) 359-8510 Requestor Language: Complaint Nature: Website content infringes a copyright Federal trademark registration number: TX 8-729-533, PA 2-179-944, PA 2-180-185 Jurisdictions or geographical area: Good faith certification: I, Erin Earl, certify in good faith, under penalty of perjury, that I am an authorized representative of the copyright holder (namely, Niantic, Inc.), that the use of the copyrighted content (namely, Niantic's computer code for its mobile applications) infringes the rights of the copyright holder, and that the use of the copyrighted content claimed to be infringing is not defensible. Infringing URL: www.globalplusplus.com Copyrighted URL: https://apps.apple.com/us/app/harry-potter-wizards-unite/id1452352832

; https://apps.apple.com/us/app/pok%C3%A9mon-go/id1094591345 ;
https://apps.apple.com/us/app/ingress-prime/id576505181 Domains:
GlobalPlusPlus.com Additional Information: We represent Niantic, Inc.
("Niantic") and write to request that you provide full contact information
for the registrant of the domain name globalplusplus.com. The owner(s)
of that domain name have used the www.globalplusplus.com website to
advertise, distribute, and profit from computer programs titled Potter++,
PokeGo++, and Ingress++ (the "Illegal Programs"). The Illegal Programs
are "hacked" versions of the mobile applications for Niantic's famous
augmented reality games, Harry Potter: Wizards Unite, Pokémon Go,
and Ingress. The purpose of the Illegal Programs is to enable users to
cheat within Niantic's games. The Illegal Programs violate Niantic's
rights for at least the following reasons: First, the Illegal Programs
contain copies of Niantic's copyrighted computer code and constitute
unauthorized derivative versions of Niantic's copyrighted computer
code. Thus, the creation and distribution of the Illegal Programs violates
Niantic's exclusive rights under the federal Copyright Act, 17 U.S.C. §
101, et seq., and analogous state laws. Second, the Illegal Programs
can be used to access Niantic's protected computers without
authorization and obtain information, thereby violating the federal
Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and analogous state
laws. Third, the Illegal Programs violate Niantic's Terms of Service
which prohibit, among other things, copying, modifying, or creating
derivative works based on Niantic's games; using Niantic's services or
content for commercial purposes; and cheating in Niantic's games.
Niantic has filed a lawsuit regarding the Illegal Programs. A copy of the
complaint is attached. Although the www.globalplusplus.com website
currently is not operational, we are submitting screenshots taken a short
time ago establishing its distribution of unauthorized derivative versions
of Niantic's copyrighted mobile apps.

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2666143392



| | |
|---|---|
| **From:** | Domains By Proxy |
| **To:** | Earl, Erin K. (SEA) |
| **Subject:** | Update [Incident ID: 39287273] - apphaven.org :: 692939 |
| **Date:** | Tuesday, June 25, 2019 9:47:57 AM |



PRIVATE REGISTRATIONS®



### Discussion Notes

**Support Staff Response**

Dear Erin Earl,

We reviewed the complaint on APPHAVEN.ORG and in order to proceed with our investigation we require the following:

1. A screen shot of the infringing content **including the URL** so we can verify infringing content

*Please note that the screenshots you provided don't include the URL

If you do not provide this information, we will consider this matter closed.

Regards,

Hap
Office of the General Manager
Domains By Proxy, LLC

**Customer Inquiry**

DBP Claim Request Requestor First Name: Erin Requestor Last Name: Earl Requestor Firm: Perkins Coie LLP Requestor Company: Niantic, Inc. Requestor Email: EEarl@perkinscoie.com Requestor Phone: (206) 359-8510 Requestor Language: Complaint Nature: Website content infringes a copyright Federal trademark registration number: TX 8-729-533, PA 2-179-944, PA 2-180-185 Jurisdictions or geographical area: Good faith certification: I, Erin Earl, certify in good faith, under penalty of perjury, that I am an authorized representative of the copyright holder (namely, Niantic, Inc.), that the use of the copyrighted content (namely, Niantic's computer code for its mobile applications) infringes the rights of the copyright holder, and that the use of the copyrighted content claimed to be infringing is not defensible. Infringing URL: https://apphaven.org/default Copyrighted URL:

https://apps.apple.com/us/app/pok%C3%A9mon-go/id1094591345 ;
https://apps.apple.com/us/app/ingress-prime/id576505181 ; and
https://apps.apple.com/us/app/harry-potter-wizards-unite/id1452352832
Domains: apphaven.org Additional Information: We represent Niantic,
Inc. ("Niantic") and write to request that you provide full contact
information for the registrant of the domain name apphaven.org. The
owner(s) of that domain name have used the apphaven.org website to
advertise, distribute, and profit from computer programs titled Potter++,
PokeGo++, and Ingress++ (the "Illegal Programs"). The Illegal Programs
are "hacked" versions of the mobile applications for Niantic's famous
augmented reality games, Harry Potter: Wizards Unite, Pokémon Go,
and Ingress. The purpose of the Illegal Programs is to enable users to
cheat within Niantic's games. The Illegal Programs violate Niantic's
rights for at least the following reasons: First, the Illegal Programs
contain copies of Niantic's copyrighted computer code and constitute
unauthorized derivative versions of Niantic's copyrighted computer
code. Thus, the creation and distribution of the Illegal Programs violates
Niantic's exclusive rights under the federal Copyright Act, 17 U.S.C. §
101, et seq., and analogous state laws. Second, the Illegal Programs
can be used to access Niantic's protected computers without
authorization and obtain information, thereby violating the federal
Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and analogous state
laws. Third, the Illegal Programs violate Niantic's Terms of Service
which prohibit, among other things, copying, modifying, or creating
derivative works based on Niantic's games; using Niantic's services or
content for commercial purposes; and cheating in Niantic's games.
Niantic has filed a lawsuit regarding the Illegal Programs. A copy of the
complaint is attached.

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2666165028

| From: | Earl, Erin K. (SEA) |
|---|---|
| To: | generalmanager@domainsbyproxy.com |
| Subject: | RE: Update [Incident ID: 39287273] - apphaven.org :: 692939 |
| Date: | Tuesday, June 25, 2019 11:23:36 AM |
| Attachments: | 2019-06-25 AppHaven.pdf |

Thank you, Hap.  Please find attached a screenshot of http://apphaven.org/default (including the URL), which shows this page being used to distribute PokeGo++, Ingress++, and Potter++, all of which are mobile applications that infringe Niantic's copyrights in its mobile applications for its games for the reasons stated in our online submission, our letter, and the complaint that we filed in the Northern District of California that we attached to both.

Thank you,

**Erin Earl | Perkins Coie LLP**

1201 Third Avenue
Suite 4900
Seattle, WA 98101
PHONE: +1.206.359.8510
FAX: +1.206.359.9510
EEarl@perkinscoie.com

**From:** Domains By Proxy <donotreply@secureserver.net>
**Sent:** Tuesday, June 25, 2019 9:48 AM
**To:** Earl, Erin (SEA) <EEarl@perkinscoie.com>
**Subject:** Update [Incident ID: 39287273] - apphaven.org :: 692939



**Discussion Notes**

**Support Staff Response**

Dear Erin Earl,

We reviewed the complaint on APPHAVEN.ORG and in order to proceed with our investigation we require the following:

1. A screen shot of the infringing content **including the URL** so we can verify infringing content

*Please note that the screenshots you provided don't include the URL

If you do not provide this information, we will consider this matter closed.

Regards,

Hap
Office of the General Manager
Domains By Proxy, LLC

**Customer Inquiry**

DBP Claim Request Requestor First Name: Erin Requestor Last Name: Earl Requestor Firm: Perkins Coie LLP Requestor Company: Niantic, Inc. Requestor Email: EEarl@perkinscoie.com Requestor Phone: (206) 359-8510 Requestor Language: Complaint Nature: Website content infringes a copyright Federal trademark registration number: TX 8-729-533, PA 2-179-944, PA 2-180-185 Jurisdictions or geographical area: Good faith certification: I, Erin Earl, certify in good faith, under penalty of perjury, that I am an authorized representative of the copyright holder (namely, Niantic, Inc.), that the use of the copyrighted content (namely, Niantic's computer code for its mobile applications) infringes the rights of the copyright holder, and that the use of the copyrighted content claimed to be infringing is not defensible. Infringing URL: https://apphaven.org/default Copyrighted URL: https://apps.apple.com/us/app/pok%C3%A9mon-go/id1094591345 ; https://apps.apple.com/us/app/ingress-prime/id576505181 ; and https://apps.apple.com/us/app/harry-potter-wizards-unite/id1452352832 Domains: apphaven.org Additional Information: We represent Niantic, Inc. ("Niantic") and write to request that you provide full contact information for the registrant of the domain name apphaven.org. The owner(s) of that domain name have used the apphaven.org website to advertise, distribute, and profit from computer programs titled Potter++, PokeGo++, and Ingress++ (the "Illegal Programs"). The Illegal Programs are "hacked" versions of the mobile applications for Niantic's famous augmented reality games, Harry Potter: Wizards Unite, Pokémon Go, and Ingress. The purpose of the Illegal Programs is to enable users to cheat within Niantic's games. The Illegal Programs violate Niantic's rights for at least the following reasons: First, the Illegal Programs contain copies of Niantic's copyrighted computer code and constitute unauthorized derivative versions of Niantic's copyrighted computer code. Thus, the creation and distribution of the Illegal Programs violates Niantic's exclusive rights under the federal Copyright Act, 17 U.S.C. § 101, et seq., and analogous state laws. Second, the Illegal Programs can be used to access Niantic's protected computers without authorization and obtain information, thereby violating the federal Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and analogous state laws. Third, the Illegal Programs violate Niantic's Terms of Service which prohibit, among other things, copying, modifying, or creating derivative works based on Niantic's games; using Niantic's services or content for commercial purposes; and cheating in



Niantic's games. Niantic has filed a lawsuit regarding the Illegal Programs. A copy of the complaint is attached.

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2666165028

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Search  🔍

Platform

Genre



**PokeGo++ 2.0**

0.146.2_R119  ◎  Global++

**Install**



**Jurassic++**

1.7.36_R32  ◎  Global++

**Patreon**



**Ingress Prime++**

2.22.3_R13  ◎  Global++

**Install**



**Walking Dead++**

7.0.1_R19  ◎  Global++

**Install**



**Ghostbusters++**

1.16.0_R8  ◎  Global++

**Patreon**



**Draconius++**

1.10.0_R32  ◎  Global++

**Patreon**



**Magus++**

1.0.18_R9  ◎  Global++

**Patreon**



**Spotify++**

8.5.6  ◎  iJulioVerne

**Patreon**

14



**CotoMovies**

3.4.3 ◉ BobbyMovies

**Patreon**



**unc0ver Jailbreak**

3.0.1 ◉ @Pwn20wnd

**Patreon**



**Filza rootlessJB 12**

3.2 ◉ TIGI Software

**Patreon**



**Cercube**

5.0.0 ◉ Majd Alfhaily

**Patreon**



**ToonsNow**

1.1.8 ◉ ToonsNow

**Patreon**



**StreamerTV**

1.1.2 ◉ StreamerTV

**Patreon**



**Mediabox HD**

2.3.5 ◉ dtathemes

**Patreon**



**PopcornTimeTV**

3.2.35 ◉ PopcornTimeTV

**Patreon**



**Instagram++**

85 ◉ Unlimapps

**Patreon**



**Deezer++**

7.4.0.5  ◉  iJulioVerne

**Patreon**



**Weather Live ++**

5.19  ◉  SarahH12099

**Patreon**



**Pandora++**

1902.1  ◉  iJulioVerne

**Patreon**



**Secure Onion ++**

1.1  ◉  SarahH12099

**Patreon**



**Speedtest ++**

4.1.2  ◉  SarahH12099

**Patreon**



**iTorrent**

1.6.1  ◉  XITRIX

**Patreon**



**Sleep Cycle ++**

5.5.6  ◉  SarahH12099

**Patreon**



**Minecraft**

1.11.1  ◉  Mojang AB

**Patreon**



**Cimera**

1.0.4  ◉  @electra_team

**Patreon**



**Kodi -64-Bit**

18.2  ◉  kodi.tv

Patreon



**The Simpsons™: Tappe..**

4.37.6  ◉  Electronic Arts Inc.

Patreon



**Family Guy The Quest..**

1.88.0  ◉  TinyCo, Inc.

Patreon



**GBA4IOS 2.1**

2.1.5  ◉  @rileytestut

Patreon

**Potter++**

0_8.1_R04  ◉  Global++

Patreon

**Load More**

About Us  |  Contact Us  |  Sharing is Caring

Copyright © 2019 AppHaven All Apps, artworks, belong to their respective owners.

17

| | |
|---|---|
| **From:** | Earl, Erin K. (SEA) |
| **To:** | Courtdisputes@godaddy.com |
| **Cc:** | Schwartz, Julie E. (PAO) |
| **Subject:** | RE: Update [Incident ID: 39291583] - APPHAVEN.ORG |
| **Date:** | Wednesday, June 26, 2019 11:58:02 AM |
| **Attachments:** | 2019-06-25 AppHaven.pdf |

Hi Laurie:

Thank you for reaching out. Although the apphaven.org domain is not specifically listed in the complaint, the complaint does describe in detail three infringing mobile applications titled *Potter++*, *PokeGo++*, and *Ingress++*. Per the attached screenshot, as of yesterday, all three of those infringing mobile applications were being distributed on the apphaven.org domain. This indicates that apphaven.org is engaged in the exact conduct described in the complaint, namely, distribution of unauthorized derivative versions of Niantic's copyrighted mobile apps.

Thanks,
Erin

**Erin Earl | Perkins Coie LLP**
1201 Third Avenue
Suite 4900
Seattle, WA 98101
PHONE: +1.206.359.8510
FAX: +1.206.359.9510
EEarl@perkinscoie.com

---

**From:** Courtdisputes@godaddy.com <Courtdisputes@godaddy.com>
**Sent:** Wednesday, June 26, 2019 10:32 AM
**To:** Schwartz, Julie E. (PAO) <JSchwartz@perkinscoie.com>
**Subject:** FW: Update [Incident ID: 39291583] - APPHAVEN.ORG


Dear Julie,

We are in receipt of the attached court filed complaint.

In reviewing, we are not finding the domain name apphaven.org listed in the complaint. Would you please point out to us where in the complaint, the domain name is listed?
In the meantime, we have placed a lock on the domain name pending your response.

Best,

**Laurie T.**
**Dispute Administrator | Go**Daddy
**Claim:** 2378337

---

**From:** Domains By Proxy <donotreply@secureserver.net>
**Sent:** Tuesday, June 25, 2019 10:16 AM
**To:** Courtdisputes-GD <Courtdisputes@godaddy.com>

**Subject:** Update [Incident ID: 39291583] - APPHAVEN.ORG

Notice: This email is from an external sender.



### Discussion Notes
**Support Staff Response**

See attached potential court dispute concerning APPHAVEN.ORG

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2666202664

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.



Search 🔍

Platform

Genre



**PokeGo++ 2.0**

0.146.2_R119  ◉  Global++

**Install**



**Jurassic++**

1.7.36_R32  ◉  Global++

**Patreon**



**Ingress Prime++**

2.22.3_R13  ◉  Global++

**Install**



**Walking Dead++**

7.0.1_R19  ◉  Global++

**Install**



**Ghostbusters++**

1.16.0_R8  ◉  Global++

**Patreon**



**Draconius++**

1.10.0_R32  ◉  Global++

**Patreon**



**Magus++**

1.0.18_R9  ◉  Global++

**Patreon**



**Spotify++**

8.5.6  ◉  iJulioVerne

**Patreon**



**CotoMovies**

3.4.3   ◉   BobbyMovies

**Patreon**



**unc0ver Jailbreak**

3.0.1   ◉   @Pwn20wnd

**Patreon**



**Filza rootlessJB 12**

3.2   ◉   TIGI Software

**Patreon**



**Cercube**

5.0.0   ◉   Majd Alfhaily

**Patreon**



**ToonsNow**

1.1.8   ◉   ToonsNow

**Patreon**



**StreamerTV**

1.1.2   ◉   StreamerTV

**Patreon**



**Mediabox HD**

2.3.5   ◉   dtathemes

**Patreon**



**PopcornTimeTV**

3.2.35   ◉   PopcornTimeTV

**Patreon**



**Instagram++**

85   ◉   Unlimapps

**Patreon**



**Deezer++**

7.4.0.5  ◉  iJulioVerne

**Patreon**



**Weather Live ++**

5.19  ◉  SarahH12099

**Patreon**



**Pandora++**

1902.1  ◉  iJulioVerne

**Patreon**



**Secure Onion ++**

1.1  ◉  SarahH12099

**Patreon**



**Speedtest ++**

4.1.2  ◉  SarahH12099

**Patreon**



**iTorrent**

1.6.1  ◉  XITRIX

**Patreon**



**Sleep Cycle ++**

5.5.6  ◉  SarahH12099

**Patreon**



**Minecraft**

1.11.1  ◉  Mojang AB

**Patreon**



**Cimera**

1.0.4  ◉  @electra_team

**Patreon**



**Kodi -64-Bit**

18.2  ◉  kodi.tv

Patreon



**The Simpsons™: Tappe..**

4.37.6  ◉  Electronic Arts Inc.

Patreon



**Family Guy The Quest..**

1.88.0  ◉  TinyCo, Inc.

Patreon



**GBA4IOS 2.1**

2.1.5  ◉  @rileytestut

Patreon



**Potter++**

0_8.1_R04  ◉  Global++

Patreon

**Load More**

About Us  |  Contact Us  |  Sharing is Caring

Copyright © 2019 AppHaven All Apps, artworks, belong to their respective owners.

| | |
|---|---|
| **From:** | Domains By Proxy |
| **To:** | Earl, Erin K. (SEA) |
| **Subject:** | Update [Incident ID: 39287273] - apphaven.org :: 692939 |
| **Date:** | Wednesday, June 26, 2019 9:03:01 AM |





PRIVATE REGISTRATIONS®

### Discussion Notes

**Support Staff Response**

Dear Erin Earl,

We have reviewed your complaint regarding APPHAVEN.ORG. To allow you to contact the registrant directly, we are disclosing our customer's underlying contact information below:

Matthew Johnson
Masonic
972 county road 523
Poplar Bluff Missouri 63901
United States

PH:+1.5737188384
EM:mattj8290@gmail.com

Regards,

Hap
Office of the General Manager
Domains By Proxy, LLC

**Customer Inquiry**

Update [Incident ID: 39287273] - apphaven.org :: 692939 Thank you, Hap.  Please find attached a screenshot of http://apphaven.org/default (including the URL), which shows this page being used to distribute PokeGo++, Ingress++, and Potter++, all of which are mobile applications that infringe Niantic's copyrights in its mobile applications for its games for the reasons stated in our online submission, our letter, and the complaint that we filed in the Northern District of California that we attached to both. Thank you, Erin Earl  Perkins Coie LLP 1201 Third

Avenue Suite 4900 Seattle, WA 98101 PHONE: +1.206.359.8510 FAX:
+1.206.359.9510 EEarl@perkinscoie.com

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2670506859

| | |
|---|---|
| **From:** | Courtdisputes@godaddy.com |
| **To:** | Earl, Erin K. (SEA) |
| **Subject:** | FW: Update [Incident ID: 39291235] - GlobalPlusPlus.com |
| **Date:** | Wednesday, June 26, 2019 9:28:30 AM |
| **Attachments:** | 2019-06-24 Letter from E. Earl to DBP re - globalplusplus.com.PDF |

Dear Erin,

Thank you for contacting GoDaddy. Per the legal documents received, the following domain name(s) has been placed on Registrar-Lock:

GLOBALPLUSPLUS.COM

The domain name(s) will remain locked during the pending legal proceeding. The lock on the domain name(s) shall expire automatically 1) Upon GoDaddy's receipt of an order dismissing or suspending the case 2) Upon the expiration of the domain name registration including the Redemption Grace and Pending Delete Periods at the registry.

Kindest Regards,

**Laurie T.**
**Dispute Administrator | Go**Daddy
**Claim:** 2378303

---

**From:** Domains By Proxy <donotreply@secureserver.net>
**Sent:** Tuesday, June 25, 2019 9:27 AM
**To:** Courtdisputes-GD <Courtdisputes@godaddy.com>
**Subject:** Update [Incident ID: 39291235] - GlobalPlusPlus.com

Notice: This email is from an external sender.



**Discussion Notes**
**Support Staff Response**
See attached court complaint concerning **GLOBALPLUSPLUS.COM**

--------ORIGINAL NOTE-----------
Subject:
From:

To:

DBP Claim Request

Requestor First Name: Erin
Requestor Last Name: Earl
Requestor Firm: Perkins Coie LLP
Requestor Company: Niantic, Inc.
Requestor Email: EEarl@perkinscoie.com
Requestor Phone: (206) 359-8510
Requestor Language:
Complaint Nature: Website content infringes a copyright
Federal trademark registration number: TX 8-729-533, PA 2-179-944, PA 2-180-185
Jurisdictions or geographical area:
Good faith certification: I, Erin Earl, certify in good faith, under penalty of perjury, that I am an authorized representative of the copyright holder (namely, Niantic, Inc.), that the use of the copyrighted content (namely, Niantic's computer code for its mobile applications) infringes the rights of the copyright holder, and that the use of the copyrighted content claimed to be infringing is not defensible.
Infringing URL: www.globalplusplus.com
Copyrighted URL: https://apps.apple.com/us/app/harry-potter-wizards-unite/id1452352832 ; https://apps.apple.com/us/app/pok%C3%A9mon-go/id1094591345 ; https://apps.apple.com/us/app/ingress-prime/id576505181
Domains:
GlobalPlusPlus.com

Additional Information: We represent Niantic, Inc. ("Niantic") and write to request that you provide full contact information for the registrant of the domain name globalplusplus.com. The owner(s) of that domain name have used the www.globalplusplus.com website to advertise, distribute, and profit from computer programs titled Potter++, PokeGo++, and Ingress++ (the "Illegal Programs"). The Illegal Programs are "hacked" versions of the mobile applications for Niantic's famous augmented reality games, Harry Potter: Wizards Unite, Pokémon Go, and Ingress. The purpose of the Illegal Programs is to enable users to cheat within Niantic's games.

The Illegal Programs violate Niantic's rights for at least the following reasons:

First, the Illegal Programs contain copies of Niantic's copyrighted computer code and constitute unauthorized derivative versions of Niantic's copyrighted computer code. Thus, the creation and distribution of the Illegal Programs violates Niantic's exclusive rights under the federal Copyright Act, 17 U.S.C. § 101, et seq., and analogous state laws.

Second, the Illegal Programs can be used to access Niantic's protected computers without authorization and obtain information, thereby violating the

federal Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and analogous state laws.

Third, the Illegal Programs violate Niantic's Terms of Service which prohibit, among other things, copying, modifying, or creating derivative works based on Niantic's games; using Niantic's services or content for commercial purposes; and cheating in Niantic's games.

Niantic has filed a lawsuit regarding the Illegal Programs. A copy of the complaint is attached.

Although the www.globalplusplus.com website currently is not operational, we are submitting screenshots taken a short time ago establishing its distribution of unauthorized derivative versions of Niantic's copyrighted mobile apps.

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2666139502

| | |
|---|---|
| **From:** | Courtdisputes@godaddy.com |
| **To:** | Earl, Erin K. (SEA) |
| **Subject:** | RE: Update [Incident ID: 39291583] - APPHAVEN.ORG |
| **Date:** | Thursday, June 27, 2019 9:10:26 AM |

Hi Erin,

Thank you for the clarification. apphaven.org will remain on registrar lock pending the outcome of the case. Please note that if you seek transfer of the domain name or suspension of the website, any order will need to specifically list the domain name and/or website and the action to be taken.

Please let us know if you have any questions.

Best,

**Laurie T.**
**Dispute Administrator | Go**Daddy
**Claim:** 2378337

**From:** Earl, Erin K. (Perkins Coie) <EEarl@perkinscoie.com>
**Sent:** Wednesday, June 26, 2019 11:58 AM
**To:** Courtdisputes-GD <Courtdisputes@godaddy.com>
**Cc:** Schwartz, Julie E. (Perkins Coie) <JSchwartz@perkinscoie.com>
**Subject:** RE: Update [Incident ID: 39291583] - APPHAVEN.ORG

> Notice: This email is from an external sender.

Hi Laurie:

Thank you for reaching out.  Although the apphaven.org domain is not specifically listed in the complaint, the complaint does describe in detail three infringing mobile applications titled *Potter++*, *PokeGo++*, and *Ingress++*.  Per the attached screenshot, as of yesterday, all three of those infringing mobile applications were being distributed on the apphaven.org domain.  This indicates that apphaven.org is engaged in the exact conduct described in the complaint, namely, distribution of unauthorized derivative versions of Niantic's copyrighted mobile apps.

Thanks,
Erin

**Erin Earl | Perkins Coie LLP**
1201 Third Avenue
Suite 4900
Seattle, WA 98101
PHONE: +1.206.359.8510
FAX: +1.206.359.9510
EEarl@perkinscoie.com

**From:** Courtdisputes@godaddy.com <Courtdisputes@godaddy.com>

**Sent:** Wednesday, June 26, 2019 10:32 AM
**To:** Schwartz, Julie E. (PAO) <JSchwartz@perkinscoie.com>
**Subject:** FW: Update [Incident ID: 39291583] - APPHAVEN.ORG

Dear Julie,

We are in receipt of the attached court filed complaint.

In reviewing, we are not finding the domain name apphaven.org listed in the complaint. Would you please point out to us where in the complaint, the domain name is listed?
In the meantime, we have placed a lock on the domain name pending your response.

Best,

**Laurie T.**
**Dispute Administrator | Go**Daddy
**Claim:** 2378337

---

**From:** Domains By Proxy <donotreply@secureserver.net>
**Sent:** Tuesday, June 25, 2019 10:16 AM
**To:** Courtdisputes-GD <Courtdisputes@godaddy.com>
**Subject:** Update [Incident ID: 39291583] - APPHAVEN.ORG

Notice: This email is from an external sender.



**Discussion Notes**

**Support Staff Response**

See attached potential court dispute concerning APPHAVEN.ORG

Office of the General Manager,

30



Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2666202664

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

| | |
|---|---|
| **From:** | Earl, Erin K. (SEA) |
| **To:** | Courtdisputes@godaddy.com |
| **Subject:** | RE: Update [Incident ID: 39291583] - APPHAVEN.ORG |
| **Date:** | Thursday, June 27, 2019 9:15:34 AM |

Thank you, Laurie.

**Erin Earl** | **Perkins Coie LLP**
COUNSEL
D. +1.206.359.8510

**From:** Courtdisputes@godaddy.com <Courtdisputes@godaddy.com>
**Sent:** Thursday, June 27, 2019 9:10 AM
**To:** Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Subject:** RE: Update [Incident ID: 39291583] - APPHAVEN.ORG

Hi Erin,

Thank you for the clarification. apphaven.org will remain on registrar lock pending the outcome of the case. Please note that if you seek transfer of the domain name or suspension of the website, any order will need to specifically list the domain name and/or website and the action to be taken.

Please let us know if you have any questions.

Best,

**Laurie T.**
**Dispute Administrator | Go**Daddy
**Claim:** 2378337

**From:** Earl, Erin K. (Perkins Coie) <EEarl@perkinscoie.com>
**Sent:** Wednesday, June 26, 2019 11:58 AM
**To:** Courtdisputes-GD <Courtdisputes@godaddy.com>
**Cc:** Schwartz, Julie E. (Perkins Coie) <JSchwartz@perkinscoie.com>
**Subject:** RE: Update [Incident ID: 39291583] - APPHAVEN.ORG

Notice: This email is from an external sender.

Hi Laurie:

Thank you for reaching out.  Although the apphaven.org domain is not specifically listed in the complaint, the complaint does describe in detail three infringing mobile applications titled *Potter++*, *PokeGo++*, and *Ingress++*.  Per the attached screenshot, as of yesterday, all three of those infringing mobile applications were being distributed on the apphaven.org domain.  This indicates that apphaven.org is engaged in the exact conduct described in the complaint, namely, distribution of unauthorized derivative versions of Niantic's copyrighted mobile apps.

Thanks,
Erin

**Erin Earl | Perkins Coie LLP**
1201 Third Avenue
Suite 4900
Seattle, WA 98101
PHONE: +1.206.359.8510
FAX: +1.206.359.9510
EEarl@perkinscoie.com

**From:** Courtdisputes@godaddy.com <Courtdisputes@godaddy.com>
**Sent:** Wednesday, June 26, 2019 10:32 AM
**To:** Schwartz, Julie E. (PAO) <JSchwartz@perkinscoie.com>
**Subject:** FW: Update [Incident ID: 39291583] - APPHAVEN.ORG

Dear Julie,

We are in receipt of the attached court filed complaint.

In reviewing, we are not finding the domain name apphaven.org listed in the complaint. Would you please point out to us where in the complaint, the domain name is listed?
In the meantime, we have placed a lock on the domain name pending your response.

Best,

Laurie T.
**Dispute Administrator | Go**Daddy
**Claim:** 2378337

**From:** Domains By Proxy <donotreply@secureserver.net>
**Sent:** Tuesday, June 25, 2019 10:16 AM
**To:** Courtdisputes-GD <Courtdisputes@godaddy.com>
**Subject:** Update [Incident ID: 39291583] - APPHAVEN.ORG

> Notice: This email is from an external sender.



PRIVATE REGISTRATIONS®

33



**Discussion Notes**

**Support Staff Response**

See attached potential court dispute concerning APPHAVEN.ORG

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2666202664

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

| | |
|---|---|
| **From:** | Earl, Erin K. (SEA) |
| **To:** | generalmanager@domainsbyproxy.com |
| **Subject:** | RE: Update [Incident ID: 39287250] - GlobalPlusPlus.com :: 692938 |
| **Date:** | Friday, June 28, 2019 7:02:08 PM |
| **Attachments:** | 2019-06-14 Globalplusplus.com Screenshot.pdf |
| | 2019-05-11 iOS Spoofing Tweaks & Apps.pdf |
| | 2019-04-03 Our Tweaked Games.pdf |
| | 2019-03-18 Our Tweaked Games.pdf |
| | Complaint.PDF |

Dear Hap,

Thank you for your continued engagement on this matter.

You are correct that the owner of the globalplusplus.com website has recently removed the content published on that website, including links to the infringing programs that the owner previously offered for download from that website. However, we have provided multiple screenshots showing that the infringing programs were available from the globalplusplus.com website for a lengthy time, and as recently as June 14, 2019. We have reattached those screenshots here, and also included screenshots from the Internet Archive WayBack Machine, which include in their headers the https://www.globalplusplus.com URL and the date on which the content (including links to download the infringing programs) was captured. Please let us know if you would like additional screenshots evidencing the illegal conduct.

The fact that the infringing programs are not currently available on the globalplusplus.com website does not undermine Niantic's copyright infringement claims, as detailed in Niantic's complaint (also attached).

Given that the globalplusplus.com domain name was clearly used to violate your terms of service and to traffic in infringing programs that violate Niantic's rights, we respectfully request that you disclose the registrant information for that domain name, as you did with respect to the apphaven.org domain name, to enable us to raise our concerns directly with the owner of the globalplusplus.com domain name.

Thanks again for your time and attention to this matter,

Erin

**Erin Earl | Perkins Coie LLP**
COUNSEL
D. +1.206.359.8510

---

**From:** Domains By Proxy <donotreply@secureserver.net>
**Sent:** Tuesday, June 25, 2019 9:33 AM
**To:** Earl, Erin (SEA) <EEarl@perkinscoie.com>
**Subject:** Update [Incident ID: 39287250] - GlobalPlusPlus.com :: 692938





**Discussion Notes**

<div style="background-color:#9dc183">**Support Staff Response**</div>

Dear Erin Earl,

We reviewed the link you provided and were unable to verify the copyrighted content is present on the URL. As a result, we are unable to assist you via our Copyright Claims Process.

If you seek the identity of the domain owner, please review our subpoena policies here: https://www.domainsbyproxy.com/policy/Subpoena.aspx

Kind regards,

Hap
Office of the General Manager
Domains By Proxy, LLC

<div style="background-color:#6699cc">**Customer Inquiry**</div>

DBP Claim Request Requestor First Name: Erin Requestor Last Name: Earl Requestor Firm: Perkins Coie LLP Requestor Company: Niantic, Inc. Requestor Email: EEarl@perkinscoie.com Requestor Phone: (206) 359-8510 Requestor Language: Complaint Nature: Website content infringes a copyright Federal trademark registration number: TX 8-729-533, PA 2-179-944, PA 2-180-185 Jurisdictions or geographical area: Good faith certification: I, Erin Earl, certify in good faith, under penalty of perjury, that I am an authorized representative of the copyright holder (namely, Niantic, Inc.), that the use of the copyrighted content (namely, Niantic's computer code for its mobile applications) infringes the rights of the copyright holder, and that the use of the copyrighted content claimed to be infringing is not defensible. Infringing URL: www.globalplusplus.com Copyrighted URL: https://apps.apple.com/us/app/harry-potter-wizards-unite/id1452352832 ; https://apps.apple.com/us/app/pok%C3%A9mon-go/id1094591345 ; https://apps.apple.com/us/app/ingress-prime/id576505181 Domains: GlobalPlusPlus.com Additional Information: We represent Niantic, Inc. ("Niantic") and write to request that you provide full contact information for the registrant of the domain name globalplusplus.com. The owner(s) of that domain name have used the www.globalplusplus.com website to advertise, distribute, and profit from computer programs titled Potter++, PokeGo++, and Ingress++ (the "Illegal

36

Programs"). The Illegal Programs are "hacked" versions of the mobile applications for Niantic's famous augmented reality games, Harry Potter: Wizards Unite, Pokémon Go, and Ingress. The purpose of the Illegal Programs is to enable users to cheat within Niantic's games. The Illegal Programs violate Niantic's rights for at least the following reasons: First, the Illegal Programs contain copies of Niantic's copyrighted computer code and constitute unauthorized derivative versions of Niantic's copyrighted computer code. Thus, the creation and distribution of the Illegal Programs violates Niantic's exclusive rights under the federal Copyright Act, 17 U.S.C. § 101, et seq., and analogous state laws. Second, the Illegal Programs can be used to access Niantic's protected computers without authorization and obtain information, thereby violating the federal Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and analogous state laws. Third, the Illegal Programs violate Niantic's Terms of Service which prohibit, among other things, copying, modifying, or creating derivative works based on Niantic's games; using Niantic's services or content for commercial purposes; and cheating in Niantic's games. Niantic has filed a lawsuit regarding the Illegal Programs. A copy of the complaint is attached. Although the www.globalplusplus.com website currently is not operational, we are submitting screenshots taken a short time ago establishing its distribution of unauthorized derivative versions of Niantic's copyrighted mobile apps.

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2666143392

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

| **From:** | Earl, Erin K. (SEA) |
|---|---|
| **To:** | abuse@domainsbyproxy.com; generalmanager@domainsbyproxy.com |
| **Subject:** | Registrant information for pokego2.com |
| **Date:** | Thursday, July 11, 2019 4:51:16 PM |
| **Attachments:** | 2019-07-11 Letter from E. Earl to Domains By Proxy LLC re - pokego2.PDF |

Dear Domains by Proxy:

Please see the attached correspondence.

Regards,

**Erin Earl | Perkins Coie LLP**

1201 Third Avenue

Suite 4900

Seattle, WA 98101

PHONE: +1.206.359.8510

FAX: +1.206.359.9510

EEarl@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.



1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

+1.206.359.8000
+1.206.359.9000
PerkinsCoie.com

Erin K. Earl
EEarl@perkinscoie.com
D.  +1.206.359.8510
F.  +1.206.359.9510

July 11, 2019

**VIA EMAIL**

Domains By Proxy, LLC
abuse@domainsbyproxy.com
generalmanager@domainsbyproxy.com

Re:    **Registrant information for PokeGo2.com**

Dear Domains By Proxy, LLC:

We represent Niantic, Inc. ("Niantic") and write to request that you provide full contact information for the registrant of the domain name pokego2.com. The owner(s) of that domain name have used the pokego2.com website to advertise, distribute, and profit from computer programs titled *PokeGo++* and *Ingress++* (the "Illegal Programs"). The Illegal Programs are "hacked" versions of the mobile applications for Niantic's famous augmented reality games, *Pokémon Go* and *Ingress*. The purpose of the Illegal Programs is to enable users to cheat within Niantic's games.

The Illegal Programs violate Niantic's rights for at least the following reasons:

1.    The Illegal Programs contain copies of Niantic's copyrighted computer code and constitute unauthorized derivative versions of Niantic's copyrighted computer code. Thus, the creation and distribution of the Illegal Programs violates Niantic's exclusive rights under the federal Copyright Act, 17 U.S.C. § 101, *et seq*., and analogous state laws.

2.    The Illegal Programs can be used to access Niantic's protected computers without authorization and obtain information, thereby violating the federal Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and analogous state laws.

3.    The Illegal Programs violate Niantic's Terms of Service which prohibit, among other things, copying, modifying, or creating derivative works based on Niantic's games; using Niantic's services or content for commercial purposes; and cheating in Niantic's games.

In addition, the pokego2.com domain name violates your customer agreement, which allows Domains by Proxy to take any action it deems necessary "[i]f it comes to DBP's attention that

Domains By Proxy, LLC
July 11, 2019
Page 2

[the registrant] is using DBP's services in a manner . . . that . . . [i]nfringes on the intellectual property rights of another User or any other person or entity" and requires registrants to certify that they "have no knowledge of [their] domain name infringing upon or conflicting with the legal rights of a third party." Domain Name Proxy Agreement §§ 3-4, https://www.domainsbyproxy.com/policy/ShowDoc.aspx?pageid=domain_nameproxy.

Niantic has filed a lawsuit regarding the Illegal Programs. A copy of the complaint is attached.

Although the pokego2.com website currently is not operational, we have attached screenshots from archive.org and another screenshot taken in April 2019 that establish its distribution of unauthorized derivative versions of Niantic's copyrighted mobile apps.

For all these reasons, we respectfully request that you provide full contact information for the registrant of the domain name pokego2.com.

Sincerely,

Erin K. Earl

| | |
|---|---|
| **From:** | Earl, Erin K. (SEA) |
| **To:** | generalmanager@domainsbyproxy.com |
| **Subject:** | RE: Update [Incident ID: 39391315] - POKEGO2.COM |
| **Date:** | Friday, July 12, 2019 7:59:09 AM |
| **Attachments:** | 2019-07-03 of 2018-10-16 Global++ Repo.pdf |
| | 2019-07-03 of 2019-01-01 Global++ Repo.pdf |
| | 2019-04-15 Pokego2_com Homepage.pdf |
| | Complaint with Exhibits.pdf |

Hi Lisa:

Apologies that the attachments did not go through. Please find the screenshots and complaint attached.

Thank you,

**Erin Earl | Perkins Coie LLP**
1201 Third Avenue
Suite 4900
Seattle, WA 98101
PHONE: +1.206.359.8510
FAX: +1.206.359.9510
EEarl@perkinscoie.com

**From:** Domains By Proxy <donotreply@secureserver.net>
**Sent:** Friday, July 12, 2019 7:32 AM
**To:** Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Subject:** Update [Incident ID: 39391315] - POKEGO2.COM



**Discussion Notes**

**Support Staff Response**

Dear Erin Earl,

Thank you for contacting Domains By Proxy, LLC ("DBP") regarding POKEGO2.COM. DBP provides a private registration service that allows its customers to register domain names without listing their contact information in the WHOIS database.

We have reviewed the claim you submitted. However, the attachments you mentioned

41

(lawsuit and screenshots) were not received.

Please attach that information to your reply for review.

Warm regards,

Lisa
Office of the General Manager
Domains By Proxy, LLC

## Customer Inquiry

DBP Claim Request Requestor First Name: Erin Requestor Last Name: Earl Requestor
Firm: Perkins Coie LLP Requestor Company: Niantic, Inc. Requestor Email:
eearl@perkinscoie.com Requestor Phone: (206) 359-8510 Requestor Language:
Complaint Nature: Website content infringes a copyright Federal trademark
registration number: TX 8-729-533, PA 2-179-944, PA 2-180-185 Jurisdictions or
geographical area: Good faith certification: I, Erin Earl, certify in good faith, under
penalty of perjury, that I am an authorized representative of the copyright holder
(namely, Niantic, Inc.), that the use of the copyrighted content (namely, Niantic's
computer code for its mobile applications) infringes the rights of the copyright
holder, and that the use of the copyrighted content claimed to be infringing is not
defensible. Infringing URL: http://pokego2.com Copyrighted URL:
https://apps.apple.com/us/app/pok%C3%A9mon-go/id1094591345 ; and
https://apps.apple.com/us/app/ingress-prime/id576505181 Domains: pokego2.com
Additional Information: We represent Niantic, Inc. ("Niantic") and write to request
that you provide full contact information for the registrant of the domain name
pokego2.com. The owner(s) of that domain name have used the pokego2.com
website to advertise, distribute, and profit from computer programs titled PokeGo++
and Ingress++ (the "Illegal Programs"). The Illegal Programs are "hacked" versions of
the mobile applications for Niantic's famous augmented reality games, Pokémon Go
and Ingress. The purpose of the Illegal Programs is to enable users to cheat within
Niantic's games. The Illegal Programs violate Niantic's rights for at least the following
reasons: First, the Illegal Programs contain copies of Niantic's copyrighted computer
code and constitute unauthorized derivative versions of Niantic's copyrighted
computer code. Thus, the creation and distribution of the Illegal Programs violates
Niantic's exclusive rights under the federal Copyright Act, 17 U.S.C. § 101, et seq.,
and analogous state laws. Second, the Illegal Programs can be used to access
Niantic's protected computers without authorization and obtain information,
thereby violating the federal Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and
analogous state laws. Third, the Illegal Programs violate Niantic's Terms of Service
which prohibit, among other things, copying, modifying, or creating derivative works
based on Niantic's games; using Niantic's services or content for commercial
purposes; and cheating in Niantic's games. Niantic has filed a lawsuit regarding the
Illegal Programs. A copy of the complaint is attached. Although the pokego2.com
website currently is not operational, we are submitting screenshots from archive.org
and another screenshot taken in April 2019 that establish its distribution of
unauthorized derivative versions of Niantic's copyrighted mobile apps.

Case 4:19-cv-03425-JST   Document 81-1   Filed 12/30/19   Page 52 of 74



Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2719195519

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

43

**From:**   Domains By Proxy
**To:**   Earl, Erin K. (SEA)
**Subject:**   Update [Incident ID: 39391315] - POKEGO2.COM
**Date:**   Monday, July 15, 2019 1:57:12 PM



**Discussion Notes**

**Support Staff Response**

Dear Erin,

We are following up to let you know **POKEGO2.COM**
no longer subscribes to our privacy service. You may now direct your
complaint to the registrant whose contact details are located at the link
below:

https://www.godaddy.com/whois/results.aspx?domain=pokego2.com

Questions or concerns pertaining to the contact information on the
domain name are handled by the registrar of record.

Kind regards,

Laurie
Office of the General Manager
Domains By Proxy, LLC

_____

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.

All rights reserved.
U.S. Pat No. 7,130,878

2724873101

| | |
|---|---|
| **From:** | Earl, Erin K. (SEA) |
| **To:** | generalmanager@domainsbyproxy.com |
| **Subject:** | RE: Update [Incident ID: 39391315] - POKEGO2.COM |
| **Date:** | Monday, July 15, 2019 2:11:59 PM |

Thank you very much, Laurie.

**Erin Earl | Perkins Coie LLP**
COUNSEL
D. +1.206.359.8510

**From:** Domains By Proxy <donotreply@secureserver.net>
**Sent:** Monday, July 15, 2019 1:57 PM
**To:** Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Subject:** Update [Incident ID: 39391315] - POKEGO2.COM



**Discussion Notes**

**Support Staff Response**

Dear Erin,

We are following up to let you know **POKEGO2.COM**
no longer subscribes to our privacy service. You may now direct your complaint to
the registrant whose contact details are located at the link below:

https://www.godaddy.com/whois/results.aspx?domain=pokego2.com

Questions or concerns pertaining to the contact information on the domain name
are handled by the registrar of record.

Kind regards,

46

Laurie
Office of the General Manager
Domains By Proxy, LLC

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2724873101

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

| | |
|---|---|
| **From:** | Domains By Proxy |
| **To:** | Earl, Erin K. (SEA) |
| **Subject:** | Update [Incident ID: 39391315] - POKEGO2.COM |
| **Date:** | Monday, July 15, 2019 12:48:44 PM |





PRIVATE REGISTRATIONS®



**Discussion Notes**

**Support Staff Response**

Dear Erin,

We reviewed the complaint on **POKEGO2.COM** and in order to proceed with our investigation we require the following:

1. A copy of the trademark certificate - This should be a federally registered trademark.

If you are not able to provide this information, we will consider this matter closed.

Regards,

Laurie
Office of the General Manager
Domains By Proxy, LLC

**Customer Inquiry**

Update [Incident ID: 39391315] - POKEGO2.COM Hi Lisa: Apologies that the attachments did not go through. Please find the screenshots and complaint attached. Thank you, Erin Earl  Perkins Coie LLP 1201 Third Avenue Suite 4900 Seattle, WA 98101 PHONE: +1.206.359.8510 FAX: +1.206.359.9510 EEarl@perkinscoie.com

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2724789233

| From: | Earl, Erin K. (SEA) |
|---|---|
| To: | Courtdisputes@godaddy.com |
| Subject: | RE: POKEGO2.COM |
| Date: | Wednesday, July 17, 2019 2:09:01 PM |
| Attachments: | 2019-07-03 of 2018-10-16 Global++ Repo.pdf |
| | 2019-04-15 Pokego2_com Homepage.pdf |
| | 2019-07-03 of 2019-01-01 Global++ Repo.pdf |

Dear Hap:

Thank you for your email.  Although the pokego2.com domain is not specifically listed in the complaint, the complaint does describe in detail three infringing mobile applications titled *Potter++*, *PokeGo++*, and *Ingress++*.  Per the screenshots we submitted, which we are reattaching here for reference, the infringing mobile applications titled *PokeGo++* and *Ingress++* were being distributed on the pokego2.com domain as recently as April 2019.  This indicates that pokego2.com has been engaged in the same conduct described in the complaint, namely, distribution of unauthorized derivative versions of Niantic's copyrighted mobile apps.

In addition, when I reviewed the registration record for pokego2.com on Monday, July 15, the pokego2.com domain appeared to be registered to a Matthew Johnson with an address in Poplar Bluff, Missouri, the same registrant we identified as being associated with other infringing domains including globalplusplus.com and apphaven.org.  Because GoDaddy already has imposed registrar lock on these other domains registered to Mr. Johnson that engaged in the same conduct, we respectfully ask that you take the same steps for pokego2.com.

Thank you,
Erin

**Erin Earl** | **Perkins Coie LLP**
COUNSEL
D. +1.206.359.8510

**From:** Courtdisputes@godaddy.com <Courtdisputes@godaddy.com>
**Sent:** Tuesday, July 16, 2019 9:34 AM
**To:** Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Subject:** POKEGO2.COM

Dear Erin Earl,

Thank you for your message.

We have reviewed the filed court complaint, however, we are unable to see where "POKEGO2.COM" is listed in court complaint.

In order for us to place POKEGO2.COM on registrar lock we will require that POKEGO2.COM be specifically listed in the filed complaint.

In order for us to take any action on POKEGO2.COM we will require a court order that specifically lists POKEGO2.COM and what action to be taken.

For more information on how we can assist with court documentation, please review the following link:

https://www.godaddy.com/legal/agreements/subpoena-policy

Regards,

Hap
Dispute Administrator
GoDaddy
ENCO - POKEGO2.COM

---

**From:** Domains By Proxy <donotreply@secureserver.net>
**Sent:** Monday, July 15, 2019 2:48 PM
**To:** Courtdisputes-GD <Courtdisputes@godaddy.com>
**Subject:** Update [Incident ID: 39417932] - POKEGO2.COM

Notice: This email is from an external sender.



**Discussion Notes**

**Support Staff Response**

--------ORIGINAL NOTE----------
Subject:Subject: RE: Update [Incident ID: 39391315] - POKEGO2.COM
From:EEarl@perkinscoie.com
Date: Fri, 12 Jul 2019 14:59:07 +0000
To:generalmanager@domainsbyproxy.com


Update [Incident ID: 39391315] - POKEGO2.COM

Hi Lisa:

Apologies that the attachments did not go through. Please find the screenshots and complaint attached.

Thank you,

Erin Earl  Perkins Coie LLP

1201 Third Avenue

Suite 4900

Seattle, WA 98101

PHONE: +1.206.359.8510

FAX: +1.206.359.9510

EEarl@perkinscoie.com

--------------------------------Resolution-------------------7/12/2019 7:32:13 AM-----------------
------------
Dear Erin Earl,

Thank you for contacting Domains By Proxy, LLC ("DBP") regarding POKEGO2.COM. DBP provides a private registration service that allows its customers to register domain names without listing their contact information in the WHOIS database.

We have reviewed the claim you submitted. However, the attachments you mentioned (lawsuit and screenshots) were not received.

Please attach that information to your reply for review.

Warm regards,

Lisa
Office of the General Manager
Domains By Proxy, LLC


--------ORIGINAL NOTE----------
Subject:
From:

To:

DBP Claim Request

Requestor First Name: Erin
Requestor Last Name: Earl
Requestor Firm: Perkins Coie LLP
Requestor Company: Niantic, Inc.
Requestor Email: eearl@perkinscoie.com

52

Requestor Phone: (206) 359-8510

Requestor Language:

Complaint Nature: Website content infringes a copyright

Federal trademark registration number: TX 8-729-533, PA 2-179-944, PA 2-180-185

Jurisdictions or geographical area:

Good faith certification: I, Erin Earl, certify in good faith, under penalty of perjury, that I am an authorized representative of the copyright holder (namely, Niantic, Inc.), that the use of the copyrighted content (namely, Niantic's computer code for its mobile applications) infringes the rights of the copyright holder, and that the use of the copyrighted content claimed to be infringing is not defensible.

Infringing URL: http://pokego2.com

Copyrighted URL: https://apps.apple.com/us/app/pok%C3%A9mon-go/id1094591345 ; and https://apps.apple.com/us/app/ingress-prime/id576505181

Domains:

pokego2.com

Additional Information: We represent Niantic, Inc. ("Niantic") and write to request that you provide full contact information for the registrant of the domain name pokego2.com. The owner(s) of that domain name have used the pokego2.com website to advertise, distribute, and profit from computer programs titled PokeGo++ and Ingress++ (the "Illegal Programs"). The Illegal Programs are "hacked" versions of the mobile applications for Niantic's famous augmented reality games, Pokémon Go and Ingress. The purpose of the Illegal Programs is to enable users to cheat within Niantic's games.

The Illegal Programs violate Niantic's rights for at least the following reasons:

First, the Illegal Programs contain copies of Niantic's copyrighted computer code and constitute unauthorized derivative versions of Niantic's copyrighted computer code. Thus, the creation and distribution of the Illegal Programs violates Niantic's exclusive rights under the federal Copyright Act, 17 U.S.C. § 101, et seq., and analogous state laws.

Second, the Illegal Programs can be used to access Niantic's protected computers without authorization and obtain information, thereby violating the federal Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and analogous state laws.

Third, the Illegal Programs violate Niantic's Terms of Service which prohibit, among other things, copying, modifying, or creating derivative works based on Niantic's games; using Niantic's services or content for commercial purposes; and cheating in Niantic's games.

Niantic has filed a lawsuit regarding the Illegal Programs. A copy of the complaint is attached.

Although the pokego2.com website currently is not operational, we are submitting screenshots from archive.org and another screenshot taken in April 2019 that

establish its distribution of unauthorized derivative versions of Niantic's copyrighted mobile apps.

---

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2724764485

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

| | |
|---|---|
| **From:** | Earl, Erin K. (SEA) |
| **To:** | generalmanager@domainsbyproxy.com |
| **Subject:** | RE: Update [Incident ID: 39391315] - POKEGO2.COM |
| **Date:** | Wednesday, July 17, 2019 4:48:28 PM |

Dear Laurie:

Thanks again for your response; however, it appears that pokego2.com is now subscribing to your privacy service.  We therefore respectfully renew our request that you please provide us contact information for this domain.

Regards,
Erin

**Erin Earl | Perkins Coie LLP**
COUNSEL
D. +1.206.359.8510

**From:** Domains By Proxy <donotreply@secureserver.net>
**Sent:** Monday, July 15, 2019 1:57 PM
**To:** Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Subject:** Update [Incident ID: 39391315] - POKEGO2.COM



**Discussion Notes**

**Support Staff Response**

Dear Erin,

We are following up to let you know **POKEGO2.COM**
no longer subscribes to our privacy service. You may now direct your complaint to
the registrant whose contact details are located at the link below:

https://www.godaddy.com/whois/results.aspx?domain=pokego2.com

Questions or concerns pertaining to the contact information on the domain name are handled by the registrar of record.

Kind regards,

Laurie
Office of the General Manager
Domains By Proxy, LLC

_____

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2724873101

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

| | |
|---|---|
| **From:** | Domains By Proxy |
| **To:** | Earl, Erin K. (SEA) |
| **Subject:** | Update [Incident ID: 39391315] - POKEGO2.COM:: 693055 |
| **Date:** | Thursday, July 18, 2019 3:51:27 PM |





PRIVATE REGISTRATIONS®



## Discussion Notes

### Support Staff Response

Dear Erin,

We reviewed the links you provided to the infringing material and were unable to verify the copyrighted content is present on the URL. The copyrighted content must be visible and we cannot accept screen shots of content that is not there. As a result, we are closing this investigation.

You can contact our customer directly at POKEGO2@DomainsByProxy.com if you have any further issues to address.

Alternatively, if you can provide a federally registered trademark, we can review a claim for trademark infringements. State level trademarks are not acceptable for this purpose. If you seek the identity of the domain owner, please review our subpoena policies here: https://www.domainsbyproxy.com/policy/Subpoena.aspx

Kind regards,

Laurie
Office of the General Manager
Domains By Proxy, LLC

### Customer Inquiry

Update [Incident ID: 39391315] - POKEGO2.COM Dear Laurie: Thanks again for your response; however, it appears that pokego2.com is now subscribing to your privacy service.  We therefore respectfully renew our request that you please provide us contact information for this domain. Regards, Erin Erin Earl Perkins Coie LLP COUNSEL D.

+1.206.359.8510

**Customer Inquiry**

Update [Incident ID: 39391315] - POKEGO2.COM Thank you very much, Laurie. Erin Earl Perkins Coie LLP COUNSEL D. +1.206.359.8510

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2735186607

58

| From: | Courtdisputes@godaddy.com |
| To: | Earl, Erin K. (SEA) |
| Subject: | RE: POKEGO2.COM |
| Date: | Thursday, July 18, 2019 9:15:56 AM |

Dear Erin,

Thank you for your message.

In order for us to place POKEGO2.COM on registrar lock POKEGO2.COM will need to be specifically named in the complaint.  Once POKEGO2.COM is locked it will remain locked pending final outcome of the case or unless ordered otherwise.

Regards,

Hap
Dispute Administrator
GoDaddy
ENCO - POKEGO2.COM

---

**From:** Earl, Erin K. (Perkins Coie) <EEarl@perkinscoie.com>
**Sent:** Wednesday, July 17, 2019 4:09 PM
**To:** Courtdisputes-GD <Courtdisputes@godaddy.com>
**Subject:** RE: POKEGO2.COM

Notice: This email is from an external sender.

Dear Hap:

Thank you for your email.  Although the pokego2.com domain is not specifically listed in the complaint, the complaint does describe in detail three infringing mobile applications titled *Potter++*, *PokeGo++*, and *Ingress++*.  Per the screenshots we submitted, which we are reattaching here for reference, the infringing mobile applications titled *PokeGo++* and *Ingress++* were being distributed on the pokego2.com domain as recently as April 2019.  This indicates that pokego2.com has been engaged in the same conduct described in the complaint, namely, distribution of unauthorized derivative versions of Niantic's copyrighted mobile apps.

In addition, when I reviewed the registration record for pokego2.com on Monday, July 15, the pokego2.com domain appeared to be registered to a Matthew Johnson with an address in Poplar Bluff, Missouri, the same registrant we identified as being associated with other infringing domains including globalplusplus.com and apphaven.org.  Because GoDaddy already has imposed registrar lock on these other domains registered to Mr. Johnson that engaged in the same conduct, we respectfully ask that you take the same steps for pokego2.com.

Thank you,
Erin

**Erin Earl | Perkins Coie LLP**
COUNSEL
D. +1.206.359.8510

---

**From:** Courtdisputes@godaddy.com <Courtdisputes@godaddy.com>
**Sent:** Tuesday, July 16, 2019 9:34 AM
**To:** Earl, Erin K. (SEA) <EEarl@perkinscoie.com>
**Subject:** POKEGO2.COM

Dear Erin Earl,

Thank you for your message.

We have reviewed the filed court complaint, however, we are unable to see where "POKEGO2.COM" is listed in court complaint.

In order for us to place POKEGO2.COM on registrar lock we will require that POKEGO2.COM be specifically listed in the filed complaint.

In order for us to take any action on POKEGO2.COM we will require a court order that specifically lists POKEGO2.COM and what action to be taken.

For more information on how we can assist with court documentation, please review the following link:

https://www.godaddy.com/legal/agreements/subpoena-policy

Regards,

Hap
Dispute Administrator
GoDaddy
ENCO - POKEGO2.COM

---

**From:** Domains By Proxy <donotreply@secureserver.net>
**Sent:** Monday, July 15, 2019 2:48 PM
**To:** Courtdisputes-GD <Courtdisputes@godaddy.com>
**Subject:** Update [Incident ID: 39417932] - POKEGO2.COM

Notice: This email is from an external sender.





PRIVATE REGISTRATIONS®



**Discussion Notes**

**Support Staff Response**

--------ORIGINAL NOTE----------

Subject:Subject: RE: Update [Incident ID: 39391315] - POKEGO2.COM

From:EEarl@perkinscoie.com

Date: Fri, 12 Jul 2019 14:59:07 +0000

To:generalmanager@domainsbyproxy.com


Update [Incident ID: 39391315] - POKEGO2.COM

Hi Lisa:

Apologies that the attachments did not go through. Please find the screenshots and complaint attached.

Thank you,

Erin Earl  Perkins Coie LLP

1201 Third Avenue

Suite 4900

Seattle, WA 98101

PHONE: +1.206.359.8510

FAX: +1.206.359.9510

EEarl@perkinscoie.com

--------------------------------Resolution------------------7/12/2019 7:32:13 AM----------------------------

Dear Erin Earl,

Thank you for contacting Domains By Proxy, LLC ("DBP") regarding POKEGO2.COM. DBP provides a private registration service that allows its customers to register domain names without listing their contact information in the WHOIS database.

We have reviewed the claim you submitted. However, the attachments you mentioned (lawsuit and screenshots) were not received.

Please attach that information to your reply for review.

Warm regards,

Lisa
Office of the General Manager
Domains By Proxy, LLC


--------ORIGINAL NOTE-----------
Subject:
From:

To:

DBP Claim Request

Requestor First Name: Erin
Requestor Last Name: Earl
Requestor Firm: Perkins Coie LLP
Requestor Company: Niantic, Inc.
Requestor Email: eearl@perkinscoie.com
Requestor Phone: (206) 359-8510
Requestor Language:
Complaint Nature: Website content infringes a copyright
Federal trademark registration number: TX 8-729-533, PA 2-179-944, PA 2-180-185
Jurisdictions or geographical area:
Good faith certification: I, Erin Earl, certify in good faith, under penalty of perjury,
that I am an authorized representative of the copyright holder (namely, Niantic, Inc.),
that the use of the copyrighted content (namely, Niantic's computer code for its
mobile applications) infringes the rights of the copyright holder, and that the use of
the copyrighted content claimed to be infringing is not defensible.
Infringing URL: http://pokego2.com
Copyrighted URL: https://apps.apple.com/us/app/pok%C3%A9mon-
go/id1094591345 ; and https://apps.apple.com/us/app/ingress-prime/id576505181
Domains:
pokego2.com

Additional Information: We represent Niantic, Inc. ("Niantic") and write to request
that you provide full contact information for the registrant of the domain name
pokego2.com. The owner(s) of that domain name have used the pokego2.com
website to advertise, distribute, and profit from computer programs titled PokeGo++
and Ingress++ (the "Illegal Programs"). The Illegal Programs are "hacked" versions of
the mobile applications for Niantic's famous augmented reality games, Pokémon Go
and Ingress. The purpose of the Illegal Programs is to enable users to cheat within
Niantic's games.

The Illegal Programs violate Niantic's rights for at least the following reasons:

First, the Illegal Programs contain copies of Niantic's copyrighted computer code and constitute unauthorized derivative versions of Niantic's copyrighted computer code. Thus, the creation and distribution of the Illegal Programs violates Niantic's exclusive rights under the federal Copyright Act, 17 U.S.C. § 101, et seq., and analogous state laws.

Second, the Illegal Programs can be used to access Niantic's protected computers without authorization and obtain information, thereby violating the federal Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and analogous state laws.

Third, the Illegal Programs violate Niantic's Terms of Service which prohibit, among other things, copying, modifying, or creating derivative works based on Niantic's games; using Niantic's services or content for commercial purposes; and cheating in Niantic's games.

Niantic has filed a lawsuit regarding the Illegal Programs. A copy of the complaint is attached.

Although the pokego2.com website currently is not operational, we are submitting screenshots from archive.org and another screenshot taken in April 2019 that establish its distribution of unauthorized derivative versions of Niantic's copyrighted mobile apps.

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2724764485

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

| | |
|---|---|
| **From:** | Domains By Proxy |
| **To:** | Earl, Erin K. (SEA) |
| **Subject:** | Update [Incident ID: 39287250] - GlobalPlusPlus.com :: 692938 |
| **Date:** | Tuesday, July 2, 2019 10:45:49 AM |





PRIVATE REGISTRATIONS®



### Discussion Notes

**Support Staff Response**

GlobalPlusPlus.com :: 692938

Dear Erin,

We are following up to let you know GlobalPlusPlus.com no longer subscribes to our privacy service. You may now direct your complaint to the registrant whose contact details are located at the link below: https://www.godaddy.com/whois/results.aspx?checkAvail=1&tmskey=&domain=GlobalPlusPlus.com

Questions or concerns pertaining to the contact information on the domain name are handled by the registrar of record.

Kind regards,

Laurie
Office of the General Manager
Domains By Proxy, LLC

**Customer Inquiry**

Update [Incident ID: 39287250] - GlobalPlusPlus.com :: 692938 Dear Hap, Thank you for your continued engagement on this matter. You are correct that the owner of the globalplusplus.com website has recently removed the content published on that website, including links to the infringing programs that the owner previously offered for download from that website. However, we have provided multiple screenshots showing that the infringing programs were available from the globalplusplus.com website for a lengthy time, and as recently as June 14, 2019. We have reattached those screenshots here, and also included screenshots from the Internet Archive WayBack Machine, which include in their headers the https://www.globalplusplus.com URL and the date on which the content (including links to download the infringing programs) was

captured. Please let us know if you would like additional screenshots evidencing the illegal conduct. The fact that the infringing programs are not currently available on the globalplusplus.com website does not undermine Niantic's copyright infringement claims, as detailed in Niantic's complaint (also attached). Given that the globalplusplus.com domain name was clearly used to violate your terms of service and to traffic in infringing programs that violate Niantic's rights, we respectfully request that you disclose the registrant information for that domain name, as you did with respect to the apphaven.org domain name, to enable us to raise our concerns directly with the owner of the globalplusplus.com domain name. Thanks again for your time and attention to this matter, Erin Erin Earl Perkins Coie LLP COUNSEL D. +1.206.359.8510

Office of the General Manager,
Domains By Proxy, LLC

Copyright © 1999-2019 Domains By Proxy, LLC.
All rights reserved.
U.S. Pat No. 7,130,878

2689747420