UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIANTIC, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>GLOBAL++, et al.,<br><br>            Defendants. | Case No. 19-cv-03425-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 63 |

Before the Court is Defendants' motion to lift preliminary injunction. ECF No. 63. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for January 29, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 21, 2020

_____
JON S. TIGAR
United States District Judge