FABIO E. MARINO (SBN 183825)
fmarino@polsinelli.com
REBECCA B. HORTON (SBN 308052)
rhorton@polsinelli.com
JOSHUA L. RAYES (SBN 316208)
jrayes@polsinelli.com
POLSINELLI LLP
1661 Page Mill Road, Suite A
Palo Alto, CA 94304
T:  650-461-7700
F:  650-461-7701

Phillip Zeeck (*Admitted PHV*)
pzeeck@polsinelli.com
POLSINELLI PC
900 West 48th Place, Ste. 900
Kansas City, MO 64112
T:  816-753-1000
F:  816-753-1536

Attorneys for Defendants
Ryan Hunt and Alen Hundur

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NIANTIC, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>GLOBAL++, et al.,<br><br>            Defendants. | Case No. 4:19-cv-03425 JST<br><br>**NOTICE OF APPEARANCE BY COUNSEL**<br><br>Judge:  Honorable Jon S. Tigar<br><br>Date Action Filed:  June 14, 2019 |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Joshua L. Rayes of Polsinelli LLP hereby appears on behalf of Defendants Ryan Hunt and Alen Hundur ("Defendants") in the above-captioned matter.

Defendants hereby request that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel for Defendants at the address and email set forth below:

>   Joshua L. Rayes (SBN 316208)
>   jrayes@polsinelli.com
>   Polsinelli LLP
>   Three Embarcadero Center, Ste. 2400
>   San Francisco, CA 94111
>   Tel:  415-248-2141/Fax:  415-248-2101

Dated:  January 24, 2020                           Respectfully Submitted,

                                                   POLSINELLI LLP


                                                   */s/ Joshua L. Rayes*
                                             By:      Joshua L. Rayes

                                                   Attorneys for Defendants
                                                   RYAN HUNT AND ALEN HUNDUR