FABIO E. MARINO (SBN 183825)
fmarino@polsinelli.com
REBECCA B. HORTON (SBN 308052)
rhorton@polsinelli.com
JOSHUA L. RAYES (SBN 316208)
jrayes@polsinelli.com
POLSINELLI LLP
1661 Page Mill Road, Suite A
Palo Alto, CA 94304
T: 650-461-7700
F: 650-461-7701

Phillip Zeeck (Admitted PHV)
pzeeck@polsinelli.com
POLSINELLI PC
900 West 48th Place, Ste. 900
Kansas City, MO 64112
T: 816-753-1000
F: 816-753-1536

Attorneys for Defendants
Ryan Hunt and Alen Hundur

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GLOBAL ++, et al.,<br><br>    Defendants. | Case No. 4:19-cv-03425-JST<br><br>**DECLARATION OF FABIO E. MARINO IN SUPPORT OF DEFENDANTS RYAN HUNT'S AND ALEN HUNDUR'S ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO DEEM MOOT PLAINTIFF NIANTIC, INC.'S COMBINED MOTION TO DISMISS COUNTERCLAIMS FOR FAILURE TO STATE A CLAIM, MOTION TO STRIKE COUNTERCLAIMS, AND MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES** |

-1-

I, Fabio E. Marino, declare as follows:

I am an attorney duly admitted to practice before this Court. I am a Partner with the law firm of Polsinelli LLP and attorney of record for Defendants Ryan Hunt and Alen Hundur ("Defendants") in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

1. I respectfully submit this declaration in support of Defendants' concurrently filed Administrative Motion to Deem Moot Plaintiff Niantic, Inc.'s Combined Motion to Dismiss Counterclaims for Failure to State a Claim, Motion to Strike Counterclaims, and Motion to Strike Defendants' Affirmative Defenses.

2. I met and conferred with Plaintiff Niantic, Inc.'s ("Niantic") counsel on January 27, 2020. During the meet and confer, I asked whether Niantic would agree to stipulate to a request that the Court deem moot Niantic's motion to dismiss.

3. To that end, Josh Rayes, an attorney of record in this case, sent Niantic a draft administrative motion and draft stipulation. Mr. Rayes requested that Niantic's counsel state whether Niantic would agree to a stipulation by close of business today, January 27, 2020.

4. Niantic's counsel has stated that it will not have an answer to Defendants' request for stipulation until at least January 28, 2020. Niantic's counsel has indicated it does not have a position on the administrative motion. Because Niantic does not have a position on the motion, and to give the Court time to consider motion before the hearing on the Motion to Dismiss, Defendants are filing the administrative motion and declaration without stipulation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was made this 27th day of January, 2020 in Palo Alto, California.

By: */s/ FABIO E. MARINO*
     Fabio E. Marino

DECL. OF FABIO E. MARINO ISO
ADMIN. MOTION AND [PROPOSED]
ORDER TO DEEM MOOT
PLAINTIFF'S MOTION TO DISMISS
CASE NO. 19-cv-03425-JST

**[PROPOSED] ORDER**

Now, therefore, it is hereby ORDERED that Niantic Inc.'s Combined Motion to Dismiss Counterclaims for Failure to State a Claim, Motion to Strike Counterclaims, and Motion to Strike Defendants' Affirmative Defenses is deemed moot in light of Niantic's filing of a First Amended Complaint. It is further ORDERED that the hearing scheduled for January 29, 2020 on the Motion to Dismiss is hereby VACATED.

**IT IS SO ORDERED.**

Dated: _____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

-3-

DECL. OF FABIO E. MARINO ISO
ADMIN. MOTION AND [PROPOSED]
ORDER TO DEEM MOOT
PLAINTIFF'S MOTION TO DISMISS
CASE NO. 19-cv-03425-JST