# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: January 29, 2020                          Judge: Jon S. Tigar

Time: 45 minutes

Case No. **4:19-cv-03425-JST**
Case Name **Niantic, Inc.  v. Global++ et al**

Attorney(s) for Plaintiff(s):    Todd M. Hinnen, Ryan Spear, Devon Hanley Cook - Director of Litigation for Niantic
Attorney(s) for Defendant(s):   Fabio Elia Marino, Client - Joshua Rayes

Deputy Clerk: Mauriona Lee                      Court Reporter: Diane Skillman

## PROCEEDINGS

Motion to dismiss hearing – held.

## RESULT OF HEARING

1. The parties are ordered to meet and confer about, and submit a joint proposed scheduling order regarding, the deadlines discussed at the hearing today. If the parties are unable to agree, they must submit competing proposals. In the latter event, the Court will endeavor to choose, in all respects, the single proposal it concludes is most reasonable. Proposed scheduling order due February 5, 2020.

2. The Further Case Management Conference set for February 4, 2020 is vacated.

3. By stipulation of the parties, the Early Neutral Mediation Deadline is extended to February 14, 2020.

4. The parties may jointly request the Court set a further case management conference by contacting the Courtroom Deputy Clerk at jstcrd@cand.uscourts.gov.