1  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
2  PERKINS COIE LLP
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Telephone: 650.838.4300
4  Facsimile: 650.838.4350
5
   Todd M. Hinnen (admitted *pro hac vice*)
6  THinnen@perkinscoie.com
   Ryan Spear (admitted *pro hac vice*)
7  RSpear@perkinscoie.com
   PERKINS COIE LLP
8  1201 Third Ave., Suite 4900
   Seattle, WA 98101-3099
9  Telephone: 206.359.8000
   Facsimile: 206.359.9000
10
11 Attorneys for Plaintiff Niantic, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20,<br><br>Defendants. | Case No. 19-cv-03425-JST<br><br>**SECOND STIPULATION TO EXTEND EARLY NEUTRAL EVALUATION DEADLINE**<br><br>**[Civil Rules 6-2 & 7-12]** |

Pursuant to Civil Local Rules 6-2 and 7-12, it is hereby stipulated between and among plaintiff Niantic, Inc. ("Niantic") and defendants Ryan Hunt and Alen Hundur ("Defendants") (collectively, the "Parties"), by their respective counsel, as follows:

1. On August 22, 2019, the Parties agreed to participate in the Early Neutral Evaluation ("ENE") alternative dispute resolution ("ADR") process. *See* Dkts. 43, 45.

2. On October 4, 2019, the Clerk issued a Notice of Appointment of Evaluator, appointing Daralyn Durie as ENE Evaluator. *See* Dkt. 60.

3. On or about November 19, 2019, the Parties, in cooperation with Evaluator Durie, identified February 6, 2020 as the date on which the ENE session would be held.

4. Evaluator Durie has informed the Parties that she has a scheduling conflict on February 6, 2020.

5. Evaluator Durie has informed the Parties that she is available for an ENE session on March 12, 2020. The Parties are also available on March 12, 2020.

6. In light of the above, the Parties jointly request that the Court extend the deadline for the ENE session from February 14, 2020 to and including March 12, 2020.

7. Evaluator Durie supports the requested extension.

8. The Parties do not believe that the requested extension will have an impact on any other case deadlines.

9. Pursuant to Local Rule 6-2(a)(2), the following is a list of "all previous time modifications in the case, whether by stipulation or court order."

    a. On July 11, 2019, the August 1, 2019 hearing on Niantic's motion for preliminary injunctive relief was vacated. *See* Dkt. 15, 20; *see also* Dkts. 17, 19.

    b. On July 11, 2019, the Initial Case Management conference was rescheduled from September 12, 2019 to September 30, 2019. *See* Dkts. 9, 23.

    c. On July 12, 2019, the Parties stipulated to an extension of time, to and including July 17, 2019, for Defendants to respond to Niantic's Complaint. *See* Dkt. 24.

    d. On July 18, 2019, the hearing on Niantic's motion for preliminary injunctive relief was continued until August 8, 2019. *See* Dkt. 28.

e. On July 19, 2019, the hearing on Niantic's motion for preliminary injunctive relief and Defendants' motion to dismiss was rescheduled from August 22, 2019 to September 4, 2019. *See* Dkts. 26, 30. At that time, the Court also ordered Defendants to file an opposition to Niantic's motion for preliminary injunctive relief by July 31, 2019 and ordered Niantic to file a reply in support of its motion for preliminary injunctive relief by August 7, 2019. *See* Dkts. 30, 7.

f. On August 2, 2019, the Parties stipulated to an extension of time, to and including August 14, 2019, for Niantic to file its reply in support of its motion for preliminary injunctive relief. *See* Dkts. 34, 36.

g. On August 7, 2019, the hearing on Niantic's motion for preliminary injunctive relief and Defendants' motion to dismiss was rescheduled from September 4, 2019 to September 11, 2019. *See* Dkt. 37.

h. On October 10, 2019, the Parties stipulated to an extension of time, to and including October 24, 2019, for Defendants to respond to Niantic's Complaint. *See* Dkt. 61.

i. On October 25, 2019, the hearing on Defendants' motion to lift the preliminary injunction was rescheduled from December 4, 2019 to December 18, 2019. *See* Dkts. 63, 65.

j. On November 5, 2019, pursuant to the Parties' stipulation, the Court extended the deadline for Niantic to file an opposition to Defendants' motion to lift the preliminary injunction from November 7, 2019 to and including November 19, 2019 and extended the deadline for Defendants to file a reply in support of their motion to lift the preliminary injunction from November 14, 2019 to and including December 4, 2019. *See* Dkt. 68. At that time, the Court also rescheduled the hearing date on Defendants' motion to lift the preliminary injunction from December 4, 2019 to January 29, 2020. *See id*.

k. On November 18, 2019, the Court rescheduled the hearing on Niantic's combined motion to dismiss and motion to strike from January 22, 2020 to January 29, 2020. *See* Dkts. 69, 70.

      l.      On November 27, 2019, pursuant to the Parties' stipulation, the Court extended the ENE deadline to February 6, 2020. *See* Dkt. 76.

      m.      On December 4, 2019, pursuant to the Parties' stipulation, the Court extended the deadline for Defendants to respond to Niantic's combined motion to dismiss and motion to strike to December 30, 2019. *See* Dkt. 77.

      n.      On January 21, 2020, the Court vacated the hearing on Defendants' motion to lift the preliminary injunction. *See* Dkt. 82.

      o.      On January 29, 2020, the Court extended the ENE deadline to February 14, 2020 and vacated the case management conference that was previously scheduled for February 4, 2020. *See* Dkt. 90.

**NOW THEREFORE**, good cause having been shown, the Parties respectfully request an order extending the deadline for the ENE session from February 14, 2020 to and including March 12, 2020.

DATED: February 5, 2020              **PERKINS COIE LLP**

By: *s/Ryan Spear*
      Ryan Spear

Attorneys for Plaintiff Niantic, Inc.

DATED:  February 5, 2020            **POLSINELLI LLP**

By: s/Fabio E. Marino
      Fabio E. Marino

Attorneys for Defendants

1  I, Ryan Spear, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the
2  concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  February 5, 2020

By: *s/Ryan Spear*
Ryan Spear

Attorney for Plaintiff Niantic, Inc.

- 4 -

STIPULATION
Case No. 19-cv-03425-JST