Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (admitted *pro hac vice*)
THinnen@perkinscoie.com
Ryan Spear (admitted *pro hac vice*)
RSpear@perkinscoie.com
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20,<br><br>                Defendants. | Case No. 19-cv-03425-JST<br><br>**JOINT PROPOSED SCHEDULING ORDER** |

# JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's January 29, 2020 Minute Entry (Dkt. 90), Niantic, Inc. ("Niantic") and Ryan Hunt and Alen Hundur ("Defendants") (collectively, the "Parties") have met and conferred regarding the additional case deadlines discussed at the January 29 hearing. In light of those discussions, the Parties respectfully submit the following proposed deadlines. The Parties understand that these additional deadlines would supplement the deadlines set forth in the Court's October 1, 2019 scheduling order (Dkt. 57).

| EVENT | DEADLINE |
| --- | --- |
| Deadline for Niantic to file stipulation to file amended complaint[1] | February 7, 2020 |
| Deadline to file a joint stipulation regarding service on Global++ and Global++'s appearance in this case | February 28, 2020 |
| Deadline for Defendants to respond to amended complaint | February 28, 2020 |
| In the absence of a joint stipulation regarding service on Global++ and Global++'s appearance in this case, deadline for Niantic to file a request that the Clerk enter default against Global++ under Federal Rule of Civil Procedure ("Rule") 55(a), or file a motion to dismiss all claims against Global++ under Rule 41, or seek other appropriate relief | March 13, 2020 |
| Deadline for Defendants to file motion to compel arbitration | March 13, 2020 |

---

[1] Defendants anticipate that they will stipulate to the filing of Niantic's amended complaint.

1

DATED: February 5, 2020         **PERKINS COIE LLP**

                                By: */s/ Ryan Spear*
                                    Ryan Spear

                                Attorneys for Plaintiff Niantic, Inc.

DATED:  February 5, 2020        **POLSINELLI LLP**

                                By: */s/ Fabio E. Marino*
                                    Fabio E. Marino

                                Attorneys for Defendants

1  I, Ryan Spear, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the
2  concurrence to the filing of this document has been obtained from each signatory hereto.

  DATED:  February 5, 2020         By: */s/ Ryan Spear*
                                        Ryan Spear

                                   Attorney for Plaintiff Niantic, Inc.