1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation, | Case No. 19-cv-03425-JST |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT PROPOSED SCHEDULING ORDER** |
| v. | |
| GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20, | |
| Defendants. | |

# [PROPOSED] ORDER

Upon due consideration of the Joint Proposed Scheduling Order submitted by plaintiff Niantic, Inc. and defendants Ryan Hunt and Alen Hundur, the Court hereby sets the following additional case deadlines:

| EVENT | DEADLINE |
| --- | --- |
| Deadline for Niantic to file stipulation to file amended complaint[1] | February 7, 2020 |
| Deadline to file a joint stipulation regarding service on Global++ and Global++'s appearance in this case | February 28, 2020 |
| Deadline for Defendants to respond to amended complaint | February 28, 2020 |
| In the absence of a joint stipulation regarding service on Global++ and Global++'s appearance in this case, deadline for Niantic to file a request that the Clerk enter default against Global++ under Federal Rule of Civil Procedure ("Rule") 55(a), or file a motion to dismiss all claims against Global++ under Rule 41, or seek other appropriate relief | March 13, 2020 |
| Deadline for Defendants to file motion to compel arbitration | March 13, 2020 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____ ___, 2019

By:_____
The Honorable Jon S. Tigar
United States District Judge

---

[1] Defendants anticipate that they will stipulate to the filing of Niantic's amended complaint.

- 1 -

[PROPOSED] ORDER
Case No. 19-cv-03425-JST