# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation, | Case No. 19-cv-03425-JST |
| Plaintiff, | [PROPOSED] ORDER EXTENDING EARLY NEUTRAL EVALUATION DEADLINE |
| v. | |
| GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20, | |
| Defendants. | |

# [PROPOSED] ORDER

Before the Court is the Parties' Second Stipulation to Extend the Early Neutral Evaluation ("ENE") Deadline. The Court considered the papers and, good cause appearing, GRANTS the motion. It is hereby ORDERED that the deadline for the Parties to attend the ENE session is extended from February 14, 2020 to and including March 12, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 6, 2019

By: /s/ Jon S. Tigar
The Honorable Jon S. Tigar
United States District Judge