Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (admitted *pro hac vice*)
THinnen@perkinscoie.com
Ryan Spear (admitted *pro hac vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation, | Case No. 19-cv-03425-JST |
| Plaintiff, | **JOINT STIPULATION REGARDING NIANTIC'S AMENDED COMPLAINT** |
| v. | |
| GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; and DOES 1-20, | |
| Defendants. | |

1   Pursuant to Federal Rule of Civil Procedure 15 and the Court's instructions during the
2   January 29, 2020 motion hearing in this matter, it is hereby stipulated between and among
3   plaintiff Niantic, Inc. ("Niantic") and defendants Ryan Hunt and Alen Hundur ("Defendants")
4   (collectively, the "Parties"), by their respective counsel, as follows:
5       1.   WHEREAS, Federal Rule of Civil Procedure 15(a)(2) provides that a party may
6   amend its pleading with the opposing party's written consent;
7       2.   WHEREAS, Defendants consent to Niantic's filing of the amended complaint
8   attached as Exhibit 1;
9       3.   WHEREAS, Federal Rule of Civil Procedure 15(a)(3) requires a response to an
10  amended complaint within 14 days of service of the complaint;
11      4.   WHEREAS, Defendants require additional time to answer or otherwise respond
12  to the amended complaint;
13      5.   WHEREAS, Niantic consents to a seven-day extension of Defendants' deadline
14  to respond to the amended complaint;
15      6.   NOW, THEREFORE, the parties stipulate as follows:
16  Niantic shall file the amended complaint attached as Exhibit 1 on February 7, 2020 or as
17  otherwise ordered by this Court. Defendants' response to the amended complaint shall be due on
18  February 28, 2020, or, if the Court sets a later date for the filing of the amended complaint, within
19  21 days after Niantic files the amended complaint.
20      IT IS SO STIPULATED.

- 2 -

DATED: February 6, 2020

**PERKINS COIE LLP**

By: */s/ Ryan Spear*
   Ryan Spear

Attorneys for Plaintiff Niantic, Inc.

DATED:  February 6, 2020

**POLSINELLI LLP**

By: */s/ Fabio E. Marino*
   Fabio E. Marino

Attorneys for Defendants Ryan Hunt and Alen Hundur

I, Ryan Spear, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  February 6, 2020

By: */s/ Ryan Spear*
 Ryan Spear

Attorney for Plaintiff Niantic, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____   _____
 The Honorable Jon S. Tigar
 United States District Judge