1   Julie E. Schwartz, Bar No. 260624
    JSchwartz@perkinscoie.com
2   PERKINS COIE LLP
    3150 Porter Drive
3   Palo Alto, CA 94304-1212
    Telephone: 650.838.4300
4   Facsimile: 650.838.4350

5
    Todd M. Hinnen (admitted *pro hac vice*)
6   THinnen@perkinscoie.com
    Ryan Spear (admitted *pro hac vice*)
7   RSpear@perkinscoie.com
    PERKINS COIE LLP
8   1201 Third Ave., Suite 4900
    Seattle, WA 98101-3099
9   Telephone: 206.359.8000
    Facsimile: 206.359.9000
10
11  Attorneys for Plaintiff Niantic, Inc.

12
                    **UNITED STATES DISTRICT COURT**
13
                  **NORTHERN DISTRICT OF CALIFORNIA**
14
                          **OAKLAND DIVISION**
15

16  NIANTIC, INC., a Delaware corporation,        Case No. 19-cv-03425-JST
17                      Plaintiff,
                                                  **JOINT STIPULATION REGARDING**
18          v.                                    **NIANTIC'S AMENDED COMPLAINT**

19  GLOBAL++, an unincorporated
20  association; RYAN HUNT, a.k.a.
    "ELLIOTROBOT," an individual;
21  ALEN HUNDUR, a.k.a. "IOS N00B,"
    an individual; and DOES 1-20,
22
                        Defendants.
23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 15 and the Court's instructions during the

2    January 29, 2020 motion hearing in this matter, it is hereby stipulated between and among

3    plaintiff Niantic, Inc. ("Niantic") and defendants Ryan Hunt and Alen Hundur ("Defendants")

4    (collectively, the "Parties"), by their respective counsel, as follows:

5        1.        WHEREAS, Federal Rule of Civil Procedure 15(a)(2) provides that a party may

6    amend its pleading with the opposing party's written consent;

7        2.        WHEREAS, Defendants consent to Niantic's filing of the amended complaint

8    attached as Exhibit 1;

9        3.        WHEREAS, Federal Rule of Civil Procedure 15(a)(3) requires a response to an

10   amended complaint within 14 days of service of the complaint;

11       4.        WHEREAS, Defendants require additional time to answer or otherwise respond

12   to the amended complaint;

13       5.        WHEREAS, Niantic consents to a seven-day extension of Defendants' deadline

14   to respond to the amended complaint;

15       6.        NOW, THEREFORE, the parties stipulate as follows:

16       Niantic shall file the amended complaint attached as Exhibit 1 on February 7, 2020 or as

17   otherwise ordered by this Court. Defendants' response to the amended complaint shall be due on

18   February 28, 2020, or, if the Court sets a later date for the filing of the amended complaint, within

19   21 days after Niantic files the amended complaint.

20       IT IS SO STIPULATED.

21

22

23

24

25

26

27

28

- 1 -

1

2

DATED: February 6, 2020             **PERKINS COIE LLP**

3                                   By: */s/ Ryan Spear*

4                                        Ryan Spear

                                    Attorneys for Plaintiff Niantic, Inc.
5

6    DATED:  February 6, 2020            **POLSINELLI LLP**

7
                                    By: */s/ Fabio E. Marino*
8                                        Fabio E. Marino

9                                   Attorneys for Defendants Ryan Hunt and
                                    Alen Hundur
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

1    I, Ryan Spear, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the

2   concurrence to the filing of this document has been obtained from each signatory hereto.

3

4    DATED:  February 6, 2020            By: */s/ Ryan Spear*

                                            Ryan Spear

5

6                                         Attorney for Plaintiff Niantic, Inc.

7

8            **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10

11   Dated:   February 7, 2020            _____

12                                        The Honorable Jon S. Tigar
                                          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -