UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; IT HAVEN INC., a foreign corporation; MATTHEW JOHNSON, an individual; HLP TECH, LLC, a Missouri limited liability company; MATTHEW RAGNARSON, an individual; MANDY JOHNSON, an individual; MANDY LOMBARDO, an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; APPHAVEN, an unincorporated association; RAJESHWAR GHODERAO, an individual; and DOES 1-20,<br><br>        Defendants. | Case No. 4:19-cv-03425 JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS NIANTIC, INC.'S FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:   April 8, 2020<br>Time:  2:00 p.m.<br>Ctrm:  6, 2nd Floor<br>Judge: Honorable Jon S. Tigar |

1  The Court, having fully considered all relevant documents, authorities, evidence, and oral arguments presented by Defendants and Plaintiff, by and through their respective attorneys, and good cause having been shown, now, therefore, it is hereby ORDERED that partially dismissing, without leave to amend, Plaintiff Niantic, Inc.'s ("Niantic") Amended Complaint for statutory damages and attorneys' fees is, and the same hereby is, GRANTED.

Good cause having been shown, the Court GRANTS Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE