Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (admitted *pro hac vice*)
THinnen@perkinscoie.com
Ryan Spear (admitted *pro hac vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; IT HAVEN INC., a foreign corporation; MATTHEW JOHNSON, an individual; HLP TECH, LLC, a Missouri limited liability company; MATTHEW RAGNARSON, an individual; MANDY JOHNSON, an individual; MANDY LOMBARDO, an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; APPHAVEN, an unincorporated association; RAJESHWAR GHODERAO, an individual; and DOES 1-20,<br><br>                    Defendants. | Case No. 19-cv-03425-JST<br><br>**JOINT STIPULATION REGARDING DEFENDANT GLOBAL++** |

Pursuant to Civil Local Rule 7-12, it is hereby stipulated between and among plaintiff Niantic, Inc. ("Niantic") and defendants Ryan Hunt, Matthew Johnson, Alen Hundur, IT Haven Inc. ("IT Haven"), and HLP Tech LLC ("HLP Tech") (collectively, the "Parties"), by their respective counsel, as follows:

1. WHEREAS, this Court held that Niantic sufficiently alleged that named defendant Global++ is an unincorporated association under both California and federal law, and is therefore a legal entity that may sue and be sued in this lawsuit, *see* Dkt. 55 at 4-8;

2. WHEREAS, Niantic maintains that Global++ is an unincorporated association under both California and federal law, and Niantic further maintains that Niantic has served all pleadings and papers in this matter on Global++ by serving said pleadings and papers on defendants Hunt and Hundur;

3. WHEREAS, defendants Hunt, Johnson, Hundur, IT Haven, and HLP Tech (the "Global++ Defendants") maintain that Global++ is merely a brand name used by IT Haven and HLP Tech to develop, distribute, and advertise IT Haven's and HLP Tech's products and services;

4. WHEREAS, defendant Hunt serves as the chief executive officer of defendant IT Haven;

5. WHEREAS, defendant Johnson serves as the chief executive officer of defendant HLP Tech;

6. WHEREAS, the Global++ Defendants respectfully reserve the right to argue and introduce evidence establishing that Global++ is merely a brand name used by IT Haven and HLP Tech;

7. WHEREAS, notwithstanding the foregoing, Niantic and the Global++ Defendants stipulate and agree that, unless and until this Court determines that Global+ is not an unincorporated association, (a) IT Haven and HLP Tech should be deemed to be responsible and controlling members of Global++; (b) IT Haven and HLP Tech should be deemed to be of sufficient rank and character that service on IT Haven and HLP Tech would be adequate to

1  apprise Global++ of this case; and (c) IT Haven and HLP Tech are authorized to accept service of
2  all pleadings and papers in this matter on behalf of Global++;
3       8.    NOW, THEREFORE, the parties stipulate as follows:
4      IT Haven and HLP Tech agree to accept, on behalf of Global++, service of all pleadings
5  and papers in this matter, including any complaints and summonses, unless and until this Court
6  determines that Global++ is not an unincorporated association. All prior pleadings and papers that
7  have been served on any of the Global++ Defendants shall be deemed to have been served on
8  Global++ as well. Undersigned counsel for the Global++ Defendants shall file a notice of
9  appearance on behalf of Global++.
10     IT IS SO STIPULATED.

DATED: February 28, 2020         **PERKINS COIE LLP**

By: */s/ Ryan Spear*
    Ryan Spear

Attorneys for Plaintiff Niantic, Inc.

DATED:  February 28, 2020        **POLSINELLI LLP**

By: */s/ Fabio E. Marino*
    Fabio E. Marino

Attorneys for Defendants Ryan Hunt,
Matthew Johnson, Alen Hundur,
IT Haven Inc., and HLP Tech, LLC

I, Ryan Spear, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: February 28, 2020

By: */s/ Ryan Spear*
Ryan Spear

Attorney for Plaintiff Niantic, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____   _____
The Honorable Jon S. Tigar
United States District Judge