FABIO E. MARINO (SBN 183825)
fmarino@polsinelli.com
REBECCA B. HORTON (SBN 308052)
rhorton@polsinelli.com
JOSHUA L. RAYES (SBN 316208)
jrayes@polsinelli.com
POLSINELLI LLP
1661 Page Mill Road, Suite A
Palo Alto, CA 94304
T:  650-461-7700
F:  650-461-7701

Phillip J.R. Zeeck (*Admitted PHV*)
pzeeck@polsinelli.com
POLSINELLI PC
900 West 48th Place, Ste. 900
Kansas City, MO 64112
T:  816-753-1000
F:  816-753-1536

Attorneys for Defendants
RYAN HUNT, ALEN HUNDUR,
MATTHEW JOHNSON, HLP TECH, LLC,
IT HAVEN INC., and GLOBAL++

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; IT HAVEN INC., a foreign corporation; MATTHEW JOHNSON, an individual; HLP TECH, LLC, a Missouri limited liability company; MATTHEW RAGNARSON, an individual; MANDY JOHNSON, an individual; MANDY LOMBARDO, an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; APPHAVEN, an unincorporated association; RAJESHWAR GHODERAO, an individual; and DOES 1-20,<br><br>              Defendants. | Case No. 4:19-cv-03425 JST<br><br>**NOTICE OF APPEARANCE BY COUNSEL**<br><br>Judge:  Honorable Jon S. Tigar |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Fabio E. Marino of Polsinelli LLP hereby appears on behalf of Defendants Matthew Johnson, HLP Tech, LLC, IT Haven Inc., and Global++ ("Defendants") in the above-captioned matter.

Defendants hereby request that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel for Defendants at the address and email set forth below:

> Fabio E. Marino (SBN 183825)
> fmarino@polsinelli.com
> Polsinelli LLP
> 1661 Page Mill Road, Ste. A
> Palo Alto, CA 94304
> Tel: 650-461-7706/Fax: 650-461-7701

Dated: March 5, 2020

Respectfully Submitted,

POLSINELLI LLP

By: */s/ Fabio E. Marino*
    Fabio E. Marino

Attorneys for Defendants
RYAN HUNT, ALEN HUNDUR,
MATTHEW JOHNSON, HLP TECH, LLC,
IT HAVEN INC., and GLOBAL++