1  FABIO E. MARINO (SBN 183825)
   fmarino@polsinelli.com
2  REBECCA B. HORTON (SBN 308052)
   rhorton@polsinelli.com
3  JOSHUA L. RAYES (SBN 316208)
   jrayes@polsinelli.com
4  POLSINELLI LLP
   1661 Page Mill Road, Suite A
5  Palo Alto, CA 94304
   T:  650-461-7700
6  F:  650-461-7701

7  Phillip J.R. Zeeck (*Admitted PHV*)
   pzeeck@polsinelli.com
8  POLSINELLI PC
   900 West 48th Place, Ste. 900
9  Kansas City, MO 64112
   T:  816-753-1000
10 F:  816-753-1536

11 Attorneys for Defendants
   RYAN HUNT, ALEN HUNDUR,
   MATTHEW JOHNSON, HLP TECH, LLC,
12 IT HAVEN INC., and GLOBAL++

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation, | Case No. 4:19-cv-03425 JST |
| Plaintiff, | **NOTICE OF APPEARANCE BY COUNSEL** |
| v. | Judge:  Honorable Jon S. Tigar |
| GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; IT HAVEN INC., a foreign corporation; MATTHEW JOHNSON, an individual; HLP TECH, LLC, a Missouri limited liability company; MATTHEW RAGNARSON, an individual; MANDY JOHNSON, an individual; MANDY LOMBARDO, an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; APPHAVEN, an unincorporated association; RAJESHWAR GHODERAO, an individual; and DOES 1-20, | |
| Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Joshua L. Rayes of Polsinelli LLP hereby appears on behalf of Defendants Matthew Johnson, HLP Tech, LLC, IT Haven Inc., and Global++ ("Defendants") in the above-captioned matter.

Defendants hereby request that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel for Defendants at the address and email set forth below:

>   Joshua L. Rayes (SBN 316208)
>   jrayes@polsinelli.com
>   Polsinelli LLP
>   Three Embarcadero Center, Ste. 2400
>   San Francisco, CA 94111
>   Tel:  415-248-2141/Fax:  415-248-2101

Dated:  March 5, 2020                    Respectfully Submitted,

                                         POLSINELLI LLP


                                         */s/ Joshua L. Rayes*
                                     By:    Joshua L. Rayes

                                         Attorneys for Defendants
                                         RYAN HUNT, ALEN HUNDUR,
                                         MATTHEW JOHNSON, HLP TECH, LLC,
                                         IT HAVEN INC., and GLOBAL++