Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (admitted *pro hac vice*)
THinnen@perkinscoie.com
Ryan Spear (admitted *pro hac vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; IT HAVEN INC., a foreign corporation; MATTHEW JOHNSON, an individual; HLP TECH, LLC, a Missouri limited liability company; MATTHEW RAGNARSON, an individual; MANDY JOHNSON, an individual; MANDY LOMBARDO, an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; APPHAVEN, an unincorporated association; RAJESHWAR GHODERAO, an individual; and DOES 1-20,<br><br>Defendants. | Case No. 19-cv-03425-JST<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES**<br><br>[Civil Rules 6-2 & 7-12] |

Pursuant to Civil Local Rules 6-2 and 7-12, it is hereby stipulated between and among plaintiff Niantic, Inc. ("Niantic") and defendants Ryan Hunt, Matthew Johnson, Alen Hundur, IT Haven Inc., HLP Tech LLC, and Global++ (collectively, "Defendants"), by their respective counsel, as follows:

1. On February 7, 2020, Niantic filed its Amended Complaint for damages and injunctive relief. *See* Dkt. 101.

2. On February 28, 2020, Defendants filed their Partial Motion to Dismiss Niantic, Inc.'s First Amended Complaint (the "Motion"). *See* Dkt. 106.

3. The current deadline for Niantic to file an opposition to the Motion is March 13, 2020. *See* L.R. 7-3(a). The current deadline for Defendants to file a reply in support of the Motion is March 20, 2020. *See* L.R. 7-3(c). A hearing on the Motion is currently scheduled for April 8, 2020.

4. The parties are scheduled for an Early Neutral Evaluation ("ENE") session on March 12, 2020, which may narrow the issues in the case if not resolve it entirely. On March 5, 2020, in preparation for the ENE session, the parties submitted their respective ENE statements.

5. On March 6, 2020, in order to allow the parties to focus on preparations for the ENE session, the parties agreed to stipulate to an extension of the deadline for Niantic to file an opposition to the Motion from March 13, 2020 to and including March 26, 2020. The parties also agreed to stipulate to an extension of the deadline for Defendants to file a reply in support of the Motion from March 20, 2020 to and including April 9, 2020.

6. The parties also respectfully request that the Court reschedule the date of the hearing on the Motion from April 8, 2020 to April 15, 2020, or any other subsequent date that is convenient for the Court.

7. Pursuant to Local Rule 6-2(a)(2), the following is a list of "all previous time modifications in the case, whether by stipulation or Court order."

    a. On July 11, 2019, the August 1, 2019 hearing on Niantic's motion for preliminary injunctive relief was vacated. *See* Dkts. 15, 20; *see also* Dkts. 17, 19.

|    |    |
|---|---|
| 1 | b. On July 11, 2019, the Initial Case Management conference was |

b. On July 11, 2019, the Initial Case Management conference was rescheduled from September 12, 2019 to September 30, 2019. *See* Dkts. 9, 23.

c. On July 12, 2019, the parties stipulated to an extension of time, to and including July 17, 2019, for defendants to respond to Niantic's Complaint. *See* Dkt. 24.

d. On July 18, 2019, the hearing on Niantic's motion for preliminary injunctive relief was continued until August 8, 2019. *See* Dkt. 28.

e. On July 19, 2019, the hearing on Niantic's motion for preliminary injunctive relief and defendants' motion to dismiss was rescheduled from August 22, 2019 to September 4, 2019. *See* Dkts. 26, 30. At that time, the Court also ordered defendants to file an opposition to Niantic's motion for preliminary injunctive relief by July 31, 2019 and ordered Niantic to file a reply in support of its motion for preliminary injunctive relief by August 7, 2019. *See* Dkts. 30, 7.

f. On August 2, 2019, the parties stipulated to an extension of time, to and including August 14, 2019, for Niantic to file its reply in support of its motion for preliminary injunctive relief. *See* Dkts. 34, 36.

g. On August 7, 2019, the hearing on Niantic's motion for preliminary injunctive relief and defendants' motion to dismiss was rescheduled from August 22, 2019 to September 11, 2019. *See* Dkt. 37.

h. On October 10, 2019, the parties stipulated to an extension of time, to and including October 24, 2019, for defendants to respond to Niantic's Complaint. *See* Dkt. 61.

i. On October 25, 2019, the hearing on defendants' motion to lift the preliminary injunction was rescheduled from December 4, 2019 to December 18, 2019. *See* Dkts. 63, 65.

j. On November 5, 2019, pursuant to the parties' stipulation, the Court extended the deadline for Niantic to file an opposition to defendants' motion to lift the preliminary injunction from November 7, 2019 to and including November 19, 2019 and extended the deadline for defendants to file a reply in support of their motion to lift the

1  preliminary injunction from November 14, 2019 to and including December 4, 2019. *See*
2  Dkt. 68. At that time, the Court also rescheduled the hearing date on defendants' motion
3  to lift the preliminary injunction from December 4, 2019 to January 29, 2020. *See id.*

4      k.      On November 18, 2019, the Court rescheduled the hearing on Niantic's
5  combined motion to dismiss and motion to strike from January 22, 2020 to January 29,
6  2020. *See* Dkts. 69, 70.

7      l.      On November 27, 2019, pursuant to the parties' stipulation, the Court
8  extended the ENE deadline to February 6, 2020. See Dkt. 76.

9      m.      On December 4, 2019, pursuant to the parties' stipulation, the Court
10  extended the deadline for defendants to respond to Niantic's combined motion to dismiss
11  and motion to strike to December 30, 2019. *See* Dkt. 77.

12      n.      On January 21, 2020, the Court vacated the hearing on defendants' motion
13  to lift the preliminary injunction. *See* Dkt. 82.

14      o.      On January 29, 2020, the Court extended the ENE deadline to February 14,
15  2020 and vacated the case management conference that was previously scheduled for
16  February 4, 2020. *See* Dkt. 90.

17      p.      On February 6, 2020, pursuant to the parties' stipulation, the Court
18  extended the ENE deadline to March 12, 2020. *See* Dkt. 97.

19      q.      On February 7, 2020, the Court granted the parties' joint proposed
20  scheduling order setting deadlines for Niantic to file a stipulation to file the Amended
21  Complaint by February 7, 2020, for defendants to respond to the Amended Complaint by
22  February 28, 2020, and for defendants to file a motion to compel arbitration by March 13,
23  2020. *See* Dkts. 99, 100.

24  **NOW THEREFORE**, good cause having been shown, the parties respectfully request an
25  order extending the deadline for Niantic to file an opposition to the Motion to and including
26  March 26, 2020, extending the deadline for Defendants to file a reply to and including
27  April 9, 2020, and rescheduling the date of the hearing on the Motion to April 15, 2020, or any
28  other subsequent date that is convenient for the Court.

- 4 -

- 5 -

DATED: March 9, 2020                **PERKINS COIE LLP**

By: *s/Ryan Spear*
    Ryan Spear

Attorneys for Plaintiff Niantic, Inc.

DATED:  March 9, 2020                **POLSINELLI LLP**

By: *s/Fabio E. Marino*
    Fabio E. Marino

Attorneys for Defendants

I, Ryan Spear, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: March 9, 2020

By: *s/Ryan Spear*
    Ryan Spear

Attorney for Plaintiff Niantic, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

The Honorable Jon S. Tigar
United States District Judge