United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIANTIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL++, et al., <br><br> Defendants. | Case No. 19-cv-03425-JST <br><br> **ORDER VACATING HEARING** <br><br> Re: ECF No. 106 |

Before the Court is Defendants' partial motion to dismiss Plaintiff's first amended complaint. ECF No. 106. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for April 29, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 17, 2020



_____
JON S. TIGAR
United States District Judge