FABIO E. MARINO (SBN 183825)
fmarino@polsinelli.com
REBECCA B. HORTON (SBN 308052)
rhorton@polsinelli.com
JOSHUA L. RAYES (SBN 316208)
jrayes@polsinelli.com
POLSINELLI LLP
1661 Page Mill Road, Suite A
Palo Alto, CA 94304
T:  650-461-7700
F:  650-461-7701

Phillip J.R. Zeeck (*Admitted PHV*)
pzeeck@polsinelli.com
POLSINELLI PC
900 West 48th Place, Ste. 900
Kansas City, MO 64112
T:  816-753-1000
F:  816-753-1536

Attorneys for Defendants
RYAN HUNT, ALEN HUNDUR,
MATTHEW JOHNSON, HLP TECH, LLC,
IT HAVEN INC., and GLOBAL++

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; IT HAVEN INC., a foreign corporation; MATTHEW JOHNSON, an individual; HLP TECH, LLC, a Missouri limited liability company; MATTHEW RAGNARSON, an individual; MANDY JOHNSON, an individual; MANDY LOMBARDO, an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; APPHAVEN, an unincorporated association; RAJESHWAR GHODERAO, an individual; and DOES 1-20,<br><br>Defendants. | Case No. 4:19-cv-03425 JST<br><br>**DEFENDANT GLOBAL++'S NOTICE OF JOINDER IN CO-DEFENDANTS' PARTIAL MOTION TO DISMISS NIANTIC, INC'S FIRST AMENDED COMPLAINT**<br><br>Judge:  Honorable Jon S. Tigar |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Global++ hereby joins in Defendants Ryan Hunt, Alen Hundur, Matthew Johnson, HLP Tech, LLC, and IT Haven, Inc.'s partial motion to dismiss ("Motion") Plaintiff Niantic, Inc.'s ("Niantic") first amended complaint, Dkt. 84, for all the reasons stated in the Motion.  In addition, for all the reasons stated in the Motion, Global++ respectfully moves this court to partially dismiss Niantic's first amended complaint.

Dated:  April 10, 2020 

Respectfully Submitted,

POLSINELLI LLP

By:  */s/ Fabio E. Marino*
     Fabio E. Marino

Attorneys for Defendants
RYAN HUNT, ALEN HUNDUR, MATTHEW JOHNSON, HLP TECH, LLC, IT HAVEN INC., and GLOBAL++