**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; IT HAVEN INC., a foreign corporation; MATTHEW JOHNSON, an individual; HLP TECH, LLC, a Missouri limited liability company; MATTHEW RAGNARSON, an individual; MANDY JOHNSON, an individual; MANDY LOMBARDO, an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; APPHAVEN, an unincorporated association; RAJESHWAR GHODERAO, an individual; and DOES 1-20,<br><br>　　　　　Defendants. | Case No. 4:19-cv-03425 JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY**<br><br>Date:　May 13, 2020<br>Time:　2:00 p.m.<br>Ctrm:　6, 2nd Floor<br>Judge:　Honorable Jon S. Tigar |

1  The Court having reviewed Defendants Ryan Hunt, IT Haven Inc., Alen Hunder,
2 Matthew Johnson, HLP Tech, LLC, and Global++'s Motion for Stay, the Court hereby GRANTS
3 the motion.
4  It is hereby ORDERED that a stay of the above-captioned case is GRANTED.
5  **IT IS SO ORDERED.**
6
7 Dated:
8 _____
  HONORABLE JON S. TIGAR
9 UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER GRANTING
MOTION TO STAY
CASE NO. 4:19-cv-03425-JST