1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIANTIC, INC.,

                Plaintiff,

    v.

GLOBAL++, et al.,

                Defendants.

Case No. 19-cv-03425-JST

**ORDER GRANTING STIPULATION TO STAY THE CASE AND EXTEND CASE DEADLINES**

ECF No. 121

The Court hereby grants the parties' stipulation to stay the case and extend the fact

discovery period.  ECF No. 121.  The Court continues the remaining case deadlines as follows:

| Event | Deadline |
| --- | --- |
| Fact discovery cut-off | August 31, 2020 |
| Expert rebuttal | September 8, 2020 |
| Motions to compel fact discovery | September 15, 2020 |
| Expert discovery cut-off | October 6, 2020 |
| Deadline to file dispositive motions | October 19, 2020 |
| Dispositive motion oppositions due | November 16, 2020 |
| Dispositive motion replies due | November 30, 2020 |
| Pretrial conference statement due | February 16, 2021 |
| Pretrial conference | March 12, 2021 at 2:00 p.m. |

| Event | Deadline |
|-------|----------|
| Trial | March 29, 2021 at 8:00 a.m. |
| Estimate of trial length (in days) | Eight |

**This case will be tried to a jury.**

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

**IT IS SO ORDERED.**

Dated:  April 28, 2020



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California

2