Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (admitted *pro hac vice*)
THinnen@perkinscoie.com
Ryan Spear (admitted *pro hac vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; IT HAVEN INC., a foreign corporation; MATTHEW JOHNSON, an individual; HLP TECH, LLC, a Missouri limited liability company; MATTHEW RAGNARSON, an individual; MANDY JOHNSON, an individual; MANDY LOMBARDO, an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; APPHAVEN, an unincorporated association; RAJESHWAR GHODERAO, an individual; and DOES 1-20,<br><br>        Defendants. | Case No. 19-cv-03425-JST<br><br>**JOINT STIPULATION TO EXTEND CASE DEADLINES**<br><br>**[Civil Rules 6-2 & 7-12]** |

- 1 -

1    Pursuant to Civil Local Rules 6-2(a) and 7-12, it is hereby stipulated between and among

2    plaintiff Niantic, Inc. ("Niantic") and defendants Ryan Hunt, Matthew Johnson, Alen Hundur,

3    IT Haven Inc., HLP Tech LLC, and Global++ ("Defendants") (collectively, the "Parties"), by

4    their respective counsel, as follows:

5    WHEREAS, the Parties continue to work closely with the court-appointed ENE mediator

6    and remain optimistic about the prospects of reaching a settlement;

7    WHEREAS, the fact discovery cut-off deadline is currently set for August 31, 2020, *see*

8    Dkt. 122;

9    WHEREAS, the Parties have been working diligently to complete all fact discovery by the

10   August 31 deadline while, at the same time, diligently pursuing settlement efforts;

11   WHEREAS, the ongoing COVID-19 pandemic has made it considerably more difficult

12   and time-consuming for the Parties to negotiate and accomplish some portions of fact discovery,

13   including, for example, code reviews;

14   WHEREAS, the Parties anticipate that accomplishing other fact discovery tasks, such as

15   depositions, will also be made considerably more complex and time-consuming by the ongoing

16   pandemic;

17   WHEREAS, the Defendants have recently requested a three-week extension of their

18   deadline to respond to Niantic's second round of written discovery requests, in part due to delays

19   caused by the ongoing pandemic;

20   WHEREAS, Niantic does not object to extending the case deadlines by 30 days to account

21   for Defendants' requested extension and the impact of the pandemic, and to enable the Parties to

22   continue their settlement efforts;

23   WHEREAS, pursuant to Local Rule 6-2(a)(2), the following is a list of "all previous time

24   modifications in the case, whether by stipulation or Court order":

25   a.    On July 11, 2019, the August 1, 2019 hearing on Niantic's motion for

26   preliminary injunctive relief was vacated. *See* Dkts. 15, 20.

27   b.    On July 11, 2019, the Initial Case Management conference was rescheduled

28   from September 12, 2019 to September 30, 2019. *See* Dkts. 9, 23.

c.      On July 12, 2019, the Parties stipulated to an extension of time, to and including July 17, 2019, for Defendants to respond to Niantic's complaint. *See* Dkt. 24.

d.      On July 18, 2019, the hearing on Niantic's motion for preliminary injunctive relief was continued until August 8, 2019. *See* Dkt. 28.

e.      On July 19, 2019, the hearing on Niantic's motion for preliminary injunctive relief and Defendants' motion to dismiss was rescheduled from August 22, 2019 to September 4, 2019. *See* Dkts. 26, 30. At that time, the Court also ordered Defendants to file an opposition to Niantic's motion for preliminary injunctive relief by July 31, 2019 and ordered Niantic to file a reply in support of its motion for preliminary injunctive relief by August 7, 2019. *See* Dkts. 7, 30.

f.      On August 2, 2019, the Parties stipulated to an extension of time, to and including August 14, 2019, for Niantic to file its reply in support of its motion for preliminary injunctive relief. *See* Dkts. 34, 36.

g.      On August 7, 2019, the hearing on Niantic's motion for preliminary injunctive relief and Defendants' motion to dismiss was rescheduled from August 22, 2019 to September 11, 2019. *See* Dkt. 37.

h.      On October 10, 2019, the Parties stipulated to an extension of time, to and including October 24, 2019, for Defendants to respond to Niantic's complaint. *See* Dkt. 61.

i.      On October 25, 2019, the hearing on Defendants' motion to lift the preliminary injunction was rescheduled from December 4, 2019 to December 18, 2019. *See* Dkts. 63, 65.

j.      On November 5, 2019, pursuant to the Parties' stipulation, the Court extended the deadline for Niantic to file an opposition to Defendants' motion to lift the preliminary injunction from November 7, 2019 to and including November 19, 2019 and extended the deadline for Defendants to file a reply in support of their motion to lift the preliminary injunction from November 14, 2019 to and including December 4, 2019. *See* Dkt. 68. At that time, the Court also rescheduled the hearing date on Defendants' motion to lift the preliminary injunction from December 4, 2019 to January 29, 2020. *See id.*

- 3 -

1         k.      On November 18, 2019, the Court rescheduled the hearing on Niantic's

2  combined motion to dismiss and motion to strike from January 22, 2020 to January 29, 2020. *See*

3  Dkts. 69, 70.

4         l.      On November 27, 2019, pursuant to the Parties' stipulation, the Court extended

5  the Early Neutral Evaluation ("ENE") deadline to February 6, 2020. *See* Dkt. 76.

6         m.     On December 4, 2019, pursuant to the Parties' stipulation, the Court extended

7  the deadline for Defendants to respond to Niantic's combined motion to dismiss and motion to

8  strike to December 30, 2019. *See* Dkt. 77.

9         n.      On January 21, 2020, the Court vacated the hearing on Defendants' motion to

10  lift the preliminary injunction. *See* Dkt. 82.

11         o.      On January 29, 2020, the Court extended the ENE deadline to February 14,

12  2020 and vacated the case management conference that was previously scheduled for February 4,

13  2020. *See* Dkt. 90.

14         p.      On February 6, 2020, pursuant to the Parties' stipulation, the Court extended the

15  ENE deadline to March 12, 2020. *See* Dkt. 97.

16         q.      On February 7, 2020, the Court granted the Parties' joint proposed scheduling

17  order setting deadlines for Niantic to file a stipulation to file the amended complaint by February

18  7, 2020, for Defendants to respond to the amended complaint by February 28, 2020, and for

19  Defendants to file a motion to compel arbitration by March 13, 2020. *See* Dkts. 99, 100.

20         r.      On March 10, 2020, the Court granted the Parties' stipulation extending the

21  deadline for Niantic to file an opposition to Defendants' partial motion to dismiss Niantic's

22  amended complaint. *See* Dkt. 114.

23         s.      On March 17, 2020, the Court vacated the hearing on Defendants' partial

24  motion to dismiss Niantic's amended complaint. *See* Dkt. 116.

25         t.      On April 28, 2020, the Court granted the Parties' stipulation to stay the case and

26  extended certain case deadlines. *See* Dkt. 122.

27         u.     On May 18, 2020, the Court granted the Parties' stipulation to extend the expert

28  disclosure deadline. *See* Dkt. 124.

- 4 -

1    NOW, THEREFORE, the Parties respectfully request that the Court grant this joint

2    stipulation and order that all deadlines in this action shall be extended by 30 days (with

3    exceptions required by weekends and this Court's scheduling practices, and to maintain the

4    currently scheduled trial date), as shown in the table below.

5

| EVENT | DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Expert disclosure deadline | August 14, 2020 | September 14, 2020 |
| Fact discovery cut-off | August 31, 2020 | September 30, 2020 |
| Expert rebuttal | September 8, 2020 | October 8, 2020 |
| Motions to compel fact discovery | September 15, 2020 | October 15, 2020 |
| Expert discovery cut-off | October 6, 2020 | November 5, 2020 |
| Deadline to file dispositive motions | October 19, 2020 | November 18, 2020 |
| Dispositive motion oppositions due | November 16, 2020 | December 16, 2020 |
| Dispositive motion replies due | November 30, 2020 | December 30, 2020 |
| Pretrial conference statement due | February 16, 2021 | February 16, 2021 |
| Pretrial conference | March 12, 2021 | March 12, 2021 |
| Trial | March 29, 2021 | March 29, 2021 |

    IT IS SO STIPULATED.

1

2    DATED: July 13, 2020                          **PERKINS COIE LLP**

3

4                                                  By: */s/ Ryan Spear*
                                                       Ryan Spear

5                                                  Attorneys for Plaintiff Niantic, Inc.

6
     DATED:  July 13, 2020                         **POLSINELLI LLP**
7

8                                                  By: */s/ Fabio E. Marino*
                                                       Fabio E. Marino
9

10                                                 Attorneys for Defendants Ryan Hunt,
                                                   Matthew Johnson, Alen Hundur,
11                                                 IT Haven Inc., HLP Tech, LLC, and Global++

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     I, Ryan Spear, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the

2 concurrence to the filing of this document has been obtained from each signatory hereto.

3

4 DATED:  July 13, 2020

By: */s/ Ryan Spear*
Ryan Spear

5

6 Attorney for Plaintiff Niantic, Inc.

7

8 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10

11 Dated: _____

12 _____
The Honorable Jon S. Tigar
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 7 -