Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (admitted *pro hac vice*)
THinnen@perkinscoie.com
Ryan Spear (admitted *pro hac vice*)
RSpear@perkinscoie.com
Perkins Coie LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL++, an unincorporated association; IT HAVEN INC., a foreign corporation; HLP TECH, LLC, a Missouri limited liability company; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; MATTHEW JOHNSON, an individual; MATTHEW RAGNARSON, an individual; MANDY JOHNSON, an individual; MANDY LOMBARDO, an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; APPHAVEN, an unincorporated association; RAJESHWAR GHODERAO, an individual; and DOES 1-20,<br><br>Defendants. | Case No. 19-cv-03425-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NIANTIC, INC.'S MOTION TO SERVE DEFENDANTS APPHAVEN AND RAJESHWAR GHODERAO VIA ALTERNATIVE MEANS, OR ALTERNATIVELY, MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE** |

**[PROPOSED] ORDER**

After reviewing Plaintiff Niantic, Inc.'s Motion to Serve Defendants Apphaven and Rajeshwar Ghoderao Via Alternative Means, or Alternatively, Motion for Extension of Time to Complete Service, the Court hereby GRANTS the Motion.

Service on Defendants Apphaven and Rajeshwar Ghoderao shall be made via email at the following email addresses: rajeshwar.ghoderao@gmail.com, rajeshwar@alturacs.in, rajeshwar_n@hotmail.com, aspiresoftware130418@gmail.com, toonsnow.io@gmail.com, sales@alturaapps.com, and maddy.m0101@yahoo.com.

**IT IS SO ORDERED.**

Dated: _____, 2020          By: _____
                                    The Honorable Jon S. Tigar
                                    United States District Judge

- 1 -