# Exhibit E

| | |
|---|---|
| **From:** | Shields, Elizabeth (SEA) |
| **To:** | rajeshwar_n@hotmail.com; rajeshwar@alturacs.in; rajeshwar.ghoderao@gmail.com |
| **Cc:** | Spear, Ryan (SEA); Chapman, Ellie (SEA) |
| **Subject:** | Niantic v. Global++, et al. / Request for waiver of service |
| **Date:** | Tuesday, February 25, 2020 2:00:27 PM |
| **Attachments:** | Notice of a Lawsuit and Request to Waive Service of Summons (for R. Ghoderao on behalf of defendant AppHaven).pdf |
| | Notice of a Lawsuit and Request to Waive Service of Summons (for defendant R. Ghoderao).pdf |

Dear Mr. Ghoderao,

Enclosed are the following legal documents for your review and response:

- Notice of a Lawsuit and Request to Waive Service of Summons  (for defendant R. Ghoderao)
- Notice of a Lawsuit and Request to Waive Service of Summons (for R. Ghoderao on behalf of defendant AppHaven)

We are also attaching other case-related documents. We sent physical copies of these documents to you via UPS last week. Enclosed in those packages are FedEx pre-paid return labels and envelopes for you to use.

Please do not hesitate to contact me with any questions.

Sincerely,
Elizabeth


**Elizabeth Shields | Perkins Coie LLP**
LEGAL PRACTICE ASSISTANT
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.8339
F. +1.206.359.9339
E. EShields@perkinscoie.com