# Exhibit H



-----Original Message-----
From: iShip_Services@iship.com <iShip_Services@iship.com>
Sent: Tuesday, March 3, 2020 4:15 AM
To: Spear, Ryan (SEA) <RSpear@perkinscoie.com>
Subject: Delivery Notification


The shipment to Rajeshwar Ghoderao has been delivered.

==========================================
SHIPMENT SUMMARY
==========================================
SENDER
   PERKINS COIE LLP
   RYAN SPEAR
   SEATTLE, WA 98101-3099

RECIPIENT
   Rajeshwar Ghoderao
   Rajeshwar Ghoderao
   Pune MH Kothrud, KO 41103-1038 IN

SHIPPED THROUGH
   PERKINS COIE LLP
   206-359-8849

CARRIER & SERVICE
   UPS Worldwide Expedited

SHIPMENT TRACKING & REFERENCE
   Tracking No.:  1Z9X84556707455301
   Shipment ID:   MAQ1NYN8JCCDQ
   Client/Matter Number: 123002.0005.0012
   User ID (first initial and last nam: R.Spear / ar

SHIP DATE
   Friday, February 21, 2020

DELIVERY DATE
   Tue 03 Mar 2020 03:31 PM

MESSAGE FROM SENDER

========================================
TRACKING INFORMATION
========================================

To get complete tracking information, click the following link:

https://urldefense.proofpoint.com/v2/url?u=https-3A__iship.com_trackit_track.aspx-3Ft-3D1-26Track-3DMAQ1NYN8JCCDQ-26src-3D-5Fe&d=DwIFAg&c=XRWvQHnpdBDRh-yzrHjqLpXuHNC_9nanQc6pPG_SpT0&r=QIn_51mWbWsCHgVIYa2Xvj_rgPn30LoshE1fyS-1oLE&m=AOArRlkWy76LQDiWCirGwuvhwmvXVXK40l7ZMoRPa4&s=Dfxz7f_Xa51btRv5Typok5MEFHD6pxG1PXg9s0ZPs34&e=

========================================
QUESTIONS OR CONCERNS ABOUT THIS SHIPMENT?
========================================

If you have questions regarding this shipment, have the carrier tracking number ready and then contact UPS directly:

1-800-PICK-UPS (1-800-742-5877)

Or contact the facility listed in the SHIPPED THROUGH section above.

========================================
DO NOT REPLY DIRECTLY TO THIS E-MAIL
========================================

Questions or Comments about the iShip service?
mailto:info@iship.com

Need technical support for the iShip service?
mailto:support@iship.com

*******************************************
On-line shipping and tracking services brought to you by iShip(r).
Shipping Insight.(r)
Want to use iShip for your corporate shipping? Visit https://urldefense.proofpoint.com/v2/url?u=http-3A__iship.com&d=DwIFAg&c=XRWvQHnpdBDRh-yzrHjqLpXuHNC_9nanQc6pPG_SpT0&r=QIn_51mWbWsCHgVIYa2Xvj_rgPn30LoshE1fyS-1oLE&m=AOArRlkWy76LQDiWCirGwuvhwmvXVXK40l7ZMoRPa4&s=8F2vzU9Uy2GGWdO5wT1-VhPoAz3TeDtLl4qhWWn1SJo&e= .

Tuesday, March 3, 2020 04:15 AM Pacific Standard Time