# Exhibit I

| | |
|---|---|
| From: | Shields, Elizabeth (SEA) |
| To: | rajeshwar_n@hotmail.com; rajeshwar.ghoderao@gmail.com; rajeshwar@alturacs.in |
| Cc: | Spear, Ryan (SEA); Chapman, Ellie (SEA) |
| Subject: | Request for Waiver of Service |
| Date: | Tuesday, March 3, 2020 11:38:59 AM |
| Attachments: | Notice of a Lawsuit and Request to Waive Service of Summons (for R. Ghoderao on behalf of defendant AppHaven).pdf |
| | Notice of a Lawsuit and Request to Waive Service of Summons (for defendant R. Ghoderao).pdf |

Dear Mr. Ghoderao,

We received notification that you have accepted delivery of the documents attached and described below. We are following up to confirm that you intend to complete and return the Waiver of the Service of Summons forms (p. 3 of the attached PDFs) on behalf of yourself and AppHaven.

Please do not hesitate to contact me with any questions.

Sincerely,
Elizabeth Shields

**Elizabeth Shields | Perkins Coie LLP**
LEGAL PRACTICE ASSISTANT
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.8339
F. +1.206.359.9339
E. EShields@perkinscoie.com