# Exhibit L

# DECLARATION/RESERVATION/NOTIFICATION

Declarations
Reservations

Articles: 8,10,15,16

All requests for service of documents should be in English language or accompanied by an English translation;
The service of judicial documents through diplomatic or consular channels will be limited to the nationals of the State in which the documents originate;
India is opposed to the methods of service provided in Article 10;
In terms of Article 15, Indian courts may give judgment if all conditions specified in the second paragraph of that Article are fulfilled; and
For purposes of Article 16, an application for relief will not be entertained if filed after the expiration of one year following the date of the judgment.