Counsel listed on signature page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation, | Case No. 4:19-cv-03425 JST |
| Plaintiff, | **JOINT STIPULATION TO EXTEND CASE DEADLINES** |
| v. | |
| GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; IT HAVEN INC., a foreign corporation; MATTHEW JOHNSON, an individual; HLP TECH, LLC, a Missouri limited liability company; MATTHEW RAGNARSON, an individual; MANDY JOHNSON, an individual; MANDY LOMBARDO, an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; APPHAVEN, an unincorporated association; RAJESHWAR GHODERAO, an individual; and DOES 1-20, | Judge: Honorable Jon S. Tigar |
| Defendants. | |

1    Pursuant to Civil Local Rules 6-2 and 7-12, it is hereby stipulated between and among
2 plaintiff Niantic, Inc. ("Niantic") and defendants Ryan Hunt, Matthew Johnson, Alen Hundur,
3 IT Haven Inc., HLP Tech LLC, and Global++ ("Defendants") (collectively, the "Parties"), by
4 their respective counsel, as follows:

5    WHEREAS, the Parties had a mediation session with the court-appointed Early Neutral
6 Evaluator Daralyn Durie on September 9, 2020 and are optimistic that they are close to reaching
7 a settlement;

8    WHEREAS, Evaluator Durie has scheduled another mediation session between the
9 Parties for September 16, 2020;

10   WHEREAS, the Expert Disclosure deadline is currently set for September 14, 2020 and
11 the Fact Discovery Cut-off deadline is currently set for September 30, 2020;

12   WHEREAS, the Parties believe a two-week extension on case deadlines would enable
13 them to focus on reaching a settlement at the mediation session next week;

14   WHEREAS, Evaluator Durie supports the Parties' requested extension;

15   WHEREAS, pursuant to Local Rule 6-2(a)(2), the following is a list of "all previous time
16 modifications in the case, whether by stipulation or Court order":

17   a.   On July 11, 2019, the August 1, 2019 hearing on Niantic's motion for preliminary
18 injunctive relief was vacated. *See* Dkts. 15, 20.

19   b.   On July 11, 2019, the Initial Case Management conference was rescheduled from
20 September 12, 2019 to September 30, 2019. *See* Dkts. 9, 23.

21   c.   On July 12, 2019, the Parties stipulated to an extension of time, to and including
22 July 17, 2019, for Defendants to respond to Niantic's complaint. *See* Dkt. 24.

23   d.   On July 18, 2019, the hearing on Niantic's motion for preliminary injunctive
24 relief was continued until August 8, 2019. *See* Dkt. 28.

25   e.   On July 19, 2019, the hearing on Niantic's motion for preliminary injunctive
26 relief and Defendants' motion to dismiss was rescheduled from August 22, 2019 to September 4,
27 2019. *See* Dkts. 26, 30. At that time, the Court also ordered Defendants to file an opposition to
28 Niantic's motion for preliminary injunctive relief by July 31, 2019 and ordered Niantic to file a

-1-

1  reply in support of its motion for preliminary injunctive relief by August 7, 2019. *See* Dkts. 7,
2  30.
3         f.      On August 2, 2019, the Parties stipulated to an extension of time, to and including
4  August 14, 2019, for Niantic to file its reply in support of its motion for preliminary injunctive
5  relief. *See* Dkts. 34, 36.
6         g.      On August 7, 2019, the hearing on Niantic's motion for preliminary injunctive
7  relief and Defendants' motion to dismiss was rescheduled from August 22, 2019 to September
8  11, 2019. *See* Dkt. 37.
9         h.      On October 10, 2019, the Parties stipulated to an extension of time, to and
10 including October 24, 2019, for Defendants to respond to Niantic's complaint. *See* Dkt. 61.
11        i.      On October 25, 2019, the hearing on Defendants' motion to lift the preliminary
12 injunction was rescheduled from December 4, 2019 to December 18, 2019. *See* Dkts. 63, 65.
13        j.      On November 5, 2019, pursuant to the Parties' stipulation, the Court extended the
14 deadline for Niantic to file an opposition to Defendants' motion to lift the preliminary injunction
15 from November 7, 2019 to and including November 19, 2019 and extended the deadline for
16 Defendants to file a reply in support of their motion to lift the preliminary injunction from
17 November 14, 2019 to and including December 4, 2019. *See* Dkt. 68. At that time, the Court also
18 rescheduled the hearing date on Defendants' motion to lift the preliminary injunction from
19 December 4, 2019 to January 29, 2020. *See id.*
20        k.      On November 18, 2019, the Court rescheduled the hearing on Niantic's combined
21 motion to dismiss and motion to strike from January 22, 2020 to January 29, 2020. *See* Dkts. 69,
22 70.
23        l.      On November 27, 2019, pursuant to the Parties' stipulation, the Court extended
24 the Early Neutral Evaluation ("ENE") deadline to February 6, 2020. *See* Dkt. 76.
25        m.      On December 4, 2019, pursuant to the Parties' stipulation, the Court extended the
26 deadline for Defendants to respond to Niantic's combined motion to dismiss and motion to strike
27 to December 30, 2019. *See* Dkt. 77.
28

1      n.      On January 21, 2020, the Court vacated the hearing on Defendants' motion to lift the preliminary injunction. *See* Dkt. 82.

     o.      On January 29, 2020, the Court extended the ENE deadline to February 14, 2020 and vacated the case management conference that was previously scheduled for February 4, 2020. *See* Dkt. 90.

     p.      On February 6, 2020, pursuant to the Parties' stipulation, the Court extended the ENE deadline to March 12, 2020. *See* Dkt. 97.

     q.      On February 7, 2020, the Court granted the Parties' joint proposed scheduling order setting deadlines for Niantic to file a stipulation to file the amended complaint by February 7, 2020, for Defendants to respond to the amended complaint by February 28, 2020, and for Defendants to file a motion to compel arbitration by March 13, 2020. *See* Dkts. 99, 100.

     r.      On March 10, 2020, the Court granted the Parties' stipulation extending the deadline for Niantic to file an opposition to Defendants' partial motion to dismiss Niantic's amended complaint. *See* Dkt. 114.

     s.      On March 17, 2020, the Court vacated the hearing on Defendants' partial motion to dismiss Niantic's amended complaint. *See* Dkt. 116.

     t.      On April 28, 2020, the Court granted the Parties' stipulation to stay the case and extended certain case deadlines. *See* Dkt. 122.

     u.      On May 18, 2020, the Court granted the Parties' stipulation to extend the expert disclosure deadline. *See* Dkt. 124.

     v.      On July 14, 2020, the Court granted the Parties' stipulation to extend case deadlines. *See* Dkt. 127.

**NOW, THEREFORE**, the Parties respectfully request that the Court grant this joint stipulation and order that all deadlines in this action shall be extended by two weeks (with exceptions required to maintain the currently scheduled trial date), as shown in the table below.

| EVENT | DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Expert disclosure deadline | September 14, 2020 | September 28, 2020 |
| Fact discovery cut-off | September 30, 2020 | October 14, 2020 |
| Expert rebuttal | October 8, 2020 | October 22, 2020 |
| Motions to compel fact discovery | October 15, 2020 | October 29, 2020 |
| Expert discovery cut-off | November 5, 2020 | November 19, 2020 |
| Deadline to file dispositive motions | November 18, 2020 | December 2, 2020 |
| Dispositive motion oppositions due | December 16, 2020 | December 30, 2020 |
| Dispositive motion replies due | December 30, 2020 | January 13, 2021 |
| Pretrial conference statement due | February 16, 2021 | February 16, 2021 |
| Pretrial conference | March 12, 2021 | March 12, 2021 |
| Trial | March 29, 2021 | March 29, 2021 |

**IT IS SO STIPULATED.**

1  Dated:  September 11, 2020

Respectfully Submitted,

POLSINELLI LLP


*/s/ Fabio E. Marino*
By:   Fabio E. Marino

FABIO E. MARINO (SBN 183825)
fmarino@polsinelli.com
REBECCA B. HORTON (SBN 308052)
rhorton@polsinelli.com
JOSHUA L. RAYES (SBN 316208)
jrayes@polsinelli.com
PHILLIP J.R. ZEECK (*Admitted PHV*)
pzeeck@polsinelli.com
POLSINELLI LLP
Three Embarcadero Road, Ste. 2400
San Francisco, CA 94111
T:  650-461-7700
F:  650-461-7701

Attorneys for Defendants
RYAN HUNT, ALEN HUNDUR,
MATTHEW JOHNSON, HLP TECH,
LLC, IT HAVEN INC., and GLOBAL++

-5-

| | | |
|---|---|---|
| Dated:  September 11, 2020 | | Respectfully Submitted, |
| | | PERKINS COIE LLP |
| | By: | */s/ Ryan Spear*<br>Ryan Spear |

TODD M. HINNEN (*Admitted PHV*)
thinnen@perkinscoie.com
RYAN SPEAR (*Admitted PHV*)
rspear@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Ste. 4900
Seattle, WA 98101
T:  206-359-8000
F:  206-359-9000

JULIE E. SCHWARTZ (SBN 260624)
jschwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: 650-838-4300
Fax: 650-838-4350

Attorneys for Plaintiff
NIANTIC, INC.

-6-

JOINT STIPULATION TO EXTEND
CASE NO. 4:19-cv-03425-JST

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5.1 and General Order 45, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Dated:   September 11, 2020

*/s/ Fabio E. Marino*
Fabio E. Marino