UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIANTIC, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>GLOBAL++, et al.,<br><br>        Defendants. | Case No. 19-cv-03425-JST<br><br>**SCHEDULING ORDER** |

Pursuant to the parties' Joint Stipulation to Extend Case Deadlines, ECF No. 130, the Court hereby sets the amended following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Prior Deadline | Revised Deadline |
|---|---|---|
| Expert disclosure deadline | September 14, 2020 | September 28, 2020 |
| Fact discovery cut-off | September 30, 2020 | October 14, 2020 |
| Expert rebuttal | October 8, 2020 | October 22, 2020 |
| Motions to compel fact discovery | October 15, 2020 | October 29, 2020 |
| Expert discovery cut-off | November 5, 2020 | November 19, 2020 |
| Deadline to file dispositive motions | November 18, 2020 | December 2, 2020 |
| Dispositive motion oppositions due | December 16, 2020 | December 30, 2020 |
| Dispositive motion replies due | December 30, 2020 | January 13, 2021 |
| Pretrial conference statement due | February 16, 2021 | March 12, 2021 |

| Event | Prior Deadline | Revised Deadline |
|---|---|---|
| Pretrial conference | March 12, 2021 | March 19, 2021 |
| Trial | March 29, 2021 | April 12, 2021 |

The Court is unlikely to grant further continuances absent truly exigent circumstances.

**IT IS SO ORDERED.**

Dated:  September 15, 2020



JON S. TIGAR
United States District Judge