UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIANTIC, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>GLOBAL++, et al.,<br><br>        Defendants. | Case No. 19-cv-03425-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 128 |

Before the Court is Plaintiff Niantic's motion to serve Defendants AppHaven and Rajeshwar Ghoderao via alternative means, or, alternatively, motion for extension of time to complete service. ECF No. 128. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for October 7, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 28, 2020



JON S. TIGAR
United States District Judge