UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIANTIC, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL++, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-03425-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 133 |

The parties have filed a notice of settlement.  ECF No. 133.  By December 30, 2020, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

The Court also hereby sets a case management conference on January 12, 2021.  That conference will be vacated automatically if a stipulation of dismissal is timely filed.

Any continuance of the deadlines set in this order requires a showing of good cause.  All other deadlines and hearings are vacated.

**IT IS SO ORDERED**.

Dated: October 19, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge