Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (admitted *pro hac vice*)
THinnen@perkinscoie.com
Ryan Spear (admitted *pro hac vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; IT HAVEN INC., a foreign corporation; MATTHEW JOHNSON, an individual; HLP TECH, LLC, a Missouri limited liability company; MATTHEW RAGNARSON, an individual; MANDY JOHNSON, an individual; MANDY LOMBARDO, an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; APPHAVEN, an unincorporated association; RAJESHWAR GHODERAO, an individual; and DOES 1-20,<br><br>  Defendants. | Case No. 4:19-cv-03425-JST<br><br>**JOINT STATEMENT REGARDING SETTLEMENT**<br><br>Judge: Honorable Jon S. Tigar |

Plaintiff Niantic, Inc. ("Niantic") and defendants Ryan Hunt, Matthew Johnson, Alen Hundur, IT Haven Inc., HLP Tech LLC, and Global++ ("Defendants") (collectively, the "Parties") submit this joint statement pursuant to the Court's October 19, 2020 Order to File Stipulation of Dismissal. *See* Dkt. 134.

On October 16, 2020, the Parties filed a Notice of Settlement-In-Principle and Joint Stipulation to Stay the Case for Purposes of Finalizing Settlement. *See* Dkt. 133. In that notice, the Parties informed the Court that they had agreed on all terms of a comprehensive settlement of this case, the terms of which had been set forth in a formal Settlement Agreement negotiated with the help of Evaluator Daralyn Durie. The Parties further informed the Court that they required additional time to exchange certain information before executing the Settlement Agreement. *See id.* at 2. On October 19, 2020, this Court issued the Order to File Stipulation of Dismissal, which provides: "By December 30, 2020, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation." Dkt. 134.

The Parties now respectfully inform the Court that they have agreed to execute the Settlement Agreement described above and to file a joint stipulation of dismissal no later than January 7, 2021. The Parties are unable to file a joint stipulation now due solely to the temporary unavailability of certain Niantic personnel caused by travel and vacation plans and ongoing complications caused by the COVID-19 pandemic. The Parties remain fully committed to resolving this case and intend to file a joint stipulation of dismissal by January 7, 2021.

DATED: December 30, 2020        **PERKINS COIE LLP**

By: */s/ Ryan Spear*
    Ryan Spear

Attorneys for Plaintiff Niantic, Inc.

DATED: December 30, 2020        **POLSINELLI LLP**

By: */s/ Fabio E. Marino*
    Fabio E. Marino

Attorneys for Defendants Ryan Hunt,
Matthew Johnson, Alen Hundur,
IT Haven Inc., HLP Tech, LLC, and Global++

1     I, Ryan Spear, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  December 30, 2020

By: */s/ Ryan Spear*
    Ryan Spear

Attorney for Plaintiff Niantic, Inc.