Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Todd M. Hinnen (admitted *pro hac vice*)
THinnen@perkinscoie.com
Ryan Spear (admitted *pro hac vice*)
RSpear@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff Niantic, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| NIANTIC, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>GLOBAL++, an unincorporated association; RYAN HUNT, a.k.a. "ELLIOTROBOT," an individual; IT HAVEN INC., a foreign corporation; MATTHEW JOHNSON, an individual; HLP TECH, LLC, a Missouri limited liability company; MATTHEW RAGNARSON, an individual; MANDY JOHNSON, an individual; MANDY LOMBARDO, an individual; ALEN HUNDUR, a.k.a. "IOS N00B," an individual; APPHAVEN, an unincorporated association; RAJESHWAR GHODERAO, an individual; and DOES 1-20,<br><br>                Defendants. | Case No. 19-cv-03425-JST<br><br>**NIANTIC, INC.'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS APPHAVEN AND RAJESHWAR GHODERAO** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Niantic, Inc. hereby
2  gives notice of the voluntary dismissal, without prejudice, of its claims against defendants
3  AppHaven and Rajeshwar Ghoderao. Defendants AppHaven and Rajeshwar Ghoderao have not
4  filed responsive pleadings or otherwise appeared in this matter.

DATED: January 7, 2021                             **PERKINS COIE LLP**

By: */s/ Ryan Spear*
    Ryan Spear

Attorneys for Plaintiff Niantic, Inc.